# EXHIBIT C



**Steven Bellone**
SUFFOLK COUNTY EXECUTIVE
Department of
Economic Development and Planning

Theresa Ward
Acting Commissioner

Division of Planning
and Environment

August 5, 2016

Village of Islandia
1100 Old Nichols Road
Islandia, New York 11749
Attn: Patricia Dorman, Village Clerk

          Re:    Delaware North Properties, LLC
Local File No.:    N/A
S.C.P.C. File No.:    ZSR-16-22

Dear Ms. Dorman:

    The Suffolk Planning Commission at its regular meeting on August 3, 2016, reviewed the referral from the Village of Islandia entitled, **"Delaware North Islandia Properties, LLC"** referred to it pursuant to Section A14-14 thru A14-25, Article XIV of the Suffolk County Administrative Code.

    The attached Resolution signifies action taken by the Commission relative to this application.

Very Truly Yours,

Sarah Lansdale
Director of Planning

Andrew P. Freleng
Chief Planner

APF/cd

ZSR-16-22

Resolution No. ZSR-16-22 of the Suffolk County Planning Commission
Pursuant to Sections A14-14 to thru A14-25 of the Suffolk County Administrative Code

WHEREAS, pursuant to Sections A14-14 thru A14-25 of the Suffolk County Administrative Code, a referral was received on July 21, 2016 at the offices of the Suffolk County Planning Commission with respect to the application of **"Delaware North Islandia Properties LLC"** located in the Incorporated Village of Islandia, and

WHEREAS, said referral was considered by the Suffolk County Planning Commission at its meeting on **August 3, 2016**, now, therefore be it

RESOLVED, that the Suffolk County Planning Commission hereby adopts the report of its staff, as the report of the Commission, Be it further

RESOLVED, pursuant to Section A14-16 of the Suffolk County Administrative Code and Section 239-m 6 of the General Municipal Law, the referring municipality within thirty (30) days after final action, shall file a report with the Suffolk County Planning Commission, and if said action is contrary to this recommendation, set forth the reasons for such contrary action,
Be it further

RESOLVED, that the Suffolk County Planning Commission determined this referral to be Local Determination of the Special Permit for Delaware North Islandia Properties LLC with the following comments:

*Comments:*

1. The applicants should be encouraged to review the Suffolk County Planning Commission publication on Managing Stormwater-Natural Vegetation and Green Methodologies and incorporate into the proposal, where practical, design elements contained therein.

2. Waste water treatment and disposal issues should be reviewed with the Suffolk County Department of Health Services and the Department of Public Works as early as possible.

3. The applicant should be encouraged to review the Suffolk County Planning Commission Guidebook particularly with respect to energy efficiency and incorporate where practical, elements contained therein.

4. The applicant should be encouraged to contact the Suffolk County Department of Public works to review potential impacts to CR 67, Motor Parkway and other county roadways in the vicinity including but not limited to CR 67 and Old Nichols Road, Hoffman Lane, Blydenburgh Lane and Bedford Avenue.

5. The applicant should contact Suffolk County Transit and explore bus service to the indoor recreation facility.

6. The applicant should contact the NYS DOT and the Town of Islip with respect to traffic studies and access to the subject site from the State ROW. The intersections of 495 North and South Service Roads with Old Nichols Road and Blydenburgh Road. The Town of Islip roads of Hoffman Lane, and Bedford Avenue should also be reviewed by the Town of Islip for traffic safety issues.

7. The applicant should be encouraged to establish shuttle service to LIRR stations and Suffolk County Transit locations.

8. The applicant should review the Planning Commission guidelines particularly related to public safety and incorporate into the proposal, where practical, design elements contained therein.

9. The petitioners should review the Planning Commission guidelines particularly related to universal design and incorporate into the proposal, where practical, design elements contained therein.

- The Suffolk County Planning Commission Guidebook for policies and guidelines can be found on the internet at the below website address:
  http://www.suffolkcountyny.gov/Portals/0/planning/Publications/SCPCguidebk12r.pdf

ZSR-16-22

File No.: Is-16-01

**Delaware North Islandia Properties LLC**

## COMMISSION ACTIONS ON ADOPTION OF RESOLUTION

|  | AYE | NAY | RECUSED | ABSENT |
|---|---|---|---|---|
| CASEY, JENNIFER - Town of Huntington | X |  |  |  |
| CHARTRAND, MATTHEW - Town of Islip | X |  |  |  |
| CHU, SAMUEL – At Large |  |  |  | X |
| ESPOSITO, ADRIENNE - Villages over 5,000 | X |  |  |  |
| FINN, JOHN - Town of Smithtown |  |  |  | X |
| GABRIELSEN, CARL - Town of Riverhead |  | X |  |  |
| GERSHOWITZ, KEVIN G.- At Large |  |  |  | X |
| KAUFMAN, MICHAEL - Villages under 5,000 | X |  |  |  |
| KELLY, MICHAEL – Town of Brookhaven | X |  |  |  |
| KITT, ERROL – At Large | X |  |  |  |
| KRAMER, SAMUEL – Town of East Hampton | X |  |  |  |
| MOREHEAD, NICHOLAS – Town of Shelter Island | X |  |  |  |
| PLANAMENTO, NICHOLAS - Town of Southold |  |  |  | X |
| ROBERTS, BARBARA Town of Southampton |  |  |  | X |

Motion:     Commissioner Chartrand                Present:  9

Seconded:  Commissioner Kaufman                 Absent:   5

Voted:       9

Recused:   0

DECISION:  Local Determination with Comments