# EXHIBIT E

1

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------X
In re:                                      Chapter 9

SUFFOLK REGIONAL OFF-TRACK BETTING    Case No.
CORPORATION,                          12-43503-CEC

                Adjusted Debtor.
-------------------------------------------X
JENNIFER TOMASINO, KEVIN MONTANO, RICHARD
MEYER, and APRYL L. MEYER,

                Plaintiffs,


         -against-                   Adv. Proc. No.
                                     18-1033-CEC

INCORPORATED VILLAGE OF ISLANDIA, BOARD OF
TRUSTEES OF THE VILLAGE OF ISLANDIA, DELAWARE
NORTH ISLANDIA PROPERTIES, LLC, aka DELAWARE
NORTH, and SUFFOLK REGIONAL OFF-TRACK BETTING
CORPORATION,

                Defendants.
-------------------------------------------X
                    October 12, 2018
                    2:17 p.m.

                    100 Motor Parkway
                    Hauppauge, New York


     DEPOSITION of RICHARD MEYER, a Plaintiff

herein, taken by Adversarial Parties, pursuant

to Federal Rules of Civil Procedure, and Notice,

held at the above-mentioned time and place,

before Edward Leto, a Notary Public of the State

of New York.

```
                                                                    2
 1

 2   A P P E A R A N C E S:

 3

 4       LAW OFFICES OF ANTON J. BOROVINA
             Attorneys for Plaintiffs
 5           225 Broad Hollow Road, Suite 303
             Melville, New York  11747
 6
         BY:  ANTON J. BOROVINA, ESQ.
 7

 8
         SINNREICH KOSAKOFF MESSINA, LLP
 9           Attorneys for Defendants Incorporated
             Village of Islandia and Board of
10           Trustees of the Village of Islandia
             267 Carleton Avenue, Suite 301
11           Central Islip, New York  11722

12       BY:  JARRETT M. BEHAR, ESQ.

13

14       HODGSON RUSS, LLP
             Attorneys for Defendants Delaware
15           North Islandia Properties, LLC aka
             Delaware North
16           140 Pearl Street, Suite 100
             Buffalo, New York  14202
17
         BY:  DANIEL A. SPITZER, ESQ.
18

19
         ECKERT SEAMANS CHERIN & MELLOTT, LLC
20           Attorneys for Adjusted
             Debtor/Defendant Suffolk Regional
21           Off-Track Betting Corporation
             10 Bank Street, Suite 700
22           White Plains, New York 10606

23       BY:  CHRISTOPHER F. GRAHAM, ESQ.
             REN-ANN WANG, ESQ., of Counsel
24

25
```

1
2         FEDERAL STIPULATIONS
3
4         IT IS HEREBY STIPULATED AND AGREED by
5  and between the parties hereto, through their
6  respective counsel, that the certification,
7  sealing and filing of the within examination
8  will be and the same are hereby waived;
9         IT IS FURTHER STIPULATED AND AGREED
10 that all objections, except as to the form of
11 the question, will be reserved to the time of
12 the trial;
13        IT IS FURTHER STIPULATED AND AGREED that
14 the within examination may be signed before any
15 Notary Public with the same force and effect as
16 if signed and sworn to before this Court.
17
18
19
20
21
22
23
24
25

1                      R. Meyer
2    R I C H A R D    M E Y E R, the Witness herein,
3         having been first duly sworn by a Notary
4         Public in and of the State of New York, was
5         examined and testified as follows:
6    EXAMINATION BY
7    MR. SPITZER:
8         Q     Please state your full name for
9    the record.
10        A     Richard Meyer.
11        Q     What is your current address?
12        A     1 Dawson Court, Islandia, New York
13   11749.
14                    (R. Meyer Exhibit A,
15                    Amended Complaint, was marked for
16                    identification, as of this date.)
17        Q     Good morning, Mr. Meyer.
18        A     How are you doing?
19        Q     Good.  My name is Daniel Spitzer.
20   I'm an attorney for Delaware North.
21        A     Nice to meet you.
22        Q     Nice to meet you, too, sir, and
23   along with my colleagues, this deposition is to
24   discuss the lawsuit that you've brought and your
25   family has brought and your neighbors have

1                    R. Meyer
2        Q     Yes.
3        A     No.
4        Q     You had an appraisal for the bank
5    when you got the mortgage?
6        A     I'm assuming I did to get a loan.
7    I don't think a bank would give me a loan
8    without one.
9        Q     Do you have any idea what the
10   value of the home is now?
11       A     I don't.  I hope it would be more
12   than I paid for it, but I don't know for sure.
13       Q     When you were doing your
14   investigations about this neighborhood, did you
15   look at the zoning for the Village of Islandia?
16       A     No.
17       Q     Did you look at the Master Plan
18   for the Village?
19       A     I didn't even know there would be
20   a Master Plan.  Never even heard of it before in
21   my life before this.
22       Q     So, I think it's fair to assume
23   then that you also didn't look at the Master
24   Plan Update?
25       A     No, I did not.

```
 1                     R. Meyer
 2                MR. BOROVINA:  No, it's
 3           not, but you didn't show the
 4           document before.
 5                MR. SPITZER:  And I didn't
 6           show it this time either.
 7                MR. BOROVINA:  Now you are.
 8                MR. SPITZER:  It's the same
 9           document I paraphrased from this
10           morning.
11                MR. BOROVINA:  I didn't
12           know you were paraphrasing because
13           you didn't show it, but all right.
14      Q     In the Master Plan, we'll make
15   everybody happy, in the Master Plan it says "due
16   to the proximity of this operation, two single
17   family residences on Shafter Street, noise
18   generated by Metroplex has a substantial impact
19   on the neighbors."  That's from the Master Plan
20   on page 17.
21           Did you know about that?
22      A     Absolutely not.
23      Q     That's what I thought.  Did you
24   make any investigations of the uses that were
25   going on around Dawson Court at the time you
```

1                    R. Meyer
2    bought the house?
3         A     Yes, I drove around.  I saw there
4    was a place behind us through the woods.  I know
5    there was an issue with the Veterans home on the
6    other side that wouldn't affect us, but I knew
7    BJ's was there, I knew the Park & Ride was there
8    and I knew that the hotel was there.
9               And I spoke to a few of my friends
10   who I work with and I asked them if there was
11   any issues, because I did have a concern with
12   the Park & Ride and the hotel and they told me
13   that there was no issues to worry about.  Just
14   normal activity like everywhere else on Long
15   Island.
16        Q     Do you remember the names of the
17   friends you spoke to?
18        A     I don't unfortunately.  I just
19   know them by face.  I really don't know people
20   by names in other precincts.  I run into them
21   occasionally.
22        Q     Are they fellow officers?
23        A     Yes, fellow officers.
24        Q     When you say the place through the
25   woods, I think it's a McDonald's distribution or

1                    R. Meyer

2        Q     I've told the same thing to my

3    wife to no avail.  Obviously I'm asking you in

4    terms of knowledge that you know.  I'm not

5    asking you to tell me anything that's

6    confidential that you've learned as a police

7    officer.  I'm asking you as a plaintiff in this

8    case.

9        A     Gotcha.

10       Q     Do you know of any prostitution

11   problems in the area prior to the casino?

12       A     Prior?  I have never heard of it.

13   Never.

14       Q     Do you know of any prostitution

15   arrests that have occurred in the area after the

16   casino?

17       A     Arrests?  No.

18       Q     Do you know have there been --

19       A     I can tell you I do see people

20   from the areas that I work up by the casino now

21   that I've never seen up there before that are

22   known prostitutes, and I do see them there now.

23       Q     And you assume they're applying

24   their trade?

25       A     I would have to assume.

1                    R. Meyer

2      Q     But nothing negative has happened

3  to your house?

4      A     No.

5              MR. BOROVINA:  Physically?

6              MR. GRAHAM:  Physically,

7          right.

8      Q     Has anyone in your family had to

9  seek medical or psychological treatment

10 resulting from the opening of Jake's 58?

11     A     No.

12     Q     Have you seen anyone using drugs

13 on Dawson Court?

14     A     No.

15     Q     Never?

16     A     No.

17     Q     Other than the two people that you

18 mentioned on the first day who were urinating,

19 have you seen any public drinking on Dawson

20 Court?

21     A     Three weeks ago I saw two empty

22 beer bottles pretty much in the same spot as the

23 other one.  I didn't see them there, but I mow

24 the lawn across the street from me and they were

25 sitting right there.

1

2            C E R T I F I C A T E

3

4        I, EDWARD LETO, a Notary Public in and

5 for the State of New York, do hereby certify:

6        THAT the witness whose testimony is

7 hereinbefore set forth, was duly sworn by me;

8 and

9        THAT the within transcript is a true

10 record of the testimony given by said witness.

11        I further certify that I am not related,

12 either by blood or marriage, to any of the

13 parties in this action; and

14        THAT I am in no way interested in the

15 outcome of this matter.

16        IN WITNESS WHEREOF, I have hereunto set

17 my hand this 18th day of October, 2018.

18

19

20

21               EDWARD LETO

22

23

24

25