# EXHIBIT B

BOARD OF TRUSTEES

VILLAGE OF ISLANDIA

RESOLUTION REGARDING THE
STATE ENVIRONMENTAL QUALITY REVIEW ACT
FOR THE APPLICATION FOR SPECIAL PERMIT BY
DELAWARE NORTH ISLANDIA PROPERTIES LLC

Application of Delaware North Islandia Properties LLC
3635 Express Drive North
SCTM# 504-8-2-58.2

WHEREAS the applicant Delaware North Islandia Properties LLC, as successor in interest

to Delaware North Companies Parks & Resorts, Inc., ("Delaware North' or "Applicant") submitted

an application on March 28, 2016 to the Board of Trustees of the Village of Islandia for a special

permit for and accessory use of an indoor amusement establishment with video lottery terminals

(VLTs), an OTB simulcast, food and beverage locations and back of house support areas, as an

accessory use to the existing hotel (the "Application") for the property located at 3635 Express

Drive North, Islandia, New York, SCTM# 504-8-2-58.2 (the "Premises"); and

WHEREAS the Applicant, together with the Application, submitted a Full Environmental

Assessment Form, Part 1 ("Full EAF"), and an Expanded Environmental Assessment including a

Traffic Impact Study ("TIS") prepared by the Applicant's consultant, VHB Engineering, Surveyors

and Landscape Architects , P. C. ("VHB") dated June, 2016, last revised on July 15, 2016

("Expanded EA"); and

WHEREAS, the Board of Trustees received comments from the Village's engineering

consultant, Cashin Associates P. C. and the Village's traffic consultant, KLD Consultants, on the

Application, the Full EAF, the Expanded EA and the TIS regarding SEQRA and the Chapters 70

and 177 of the Village of Islandia Code, and provided comments that in their expert opinions, there

were no significant adverse environmental impacts which would result from the proposed action;

CONFIDENTIAL

DN0000204

and

WHEREAS, upon receipt of the recommendation of its consultants, the Board of Trustees reviewed the Application and supporting materials together with the criterion set forth in SEQRA at 6 NYCRR § the Applicant submitted an Amended Expanded Environmental Assessment, and the Board of Trustees completed a Long Form Environmental Assessment Form Part 2 and Part 3; and

WHEREAS the Board of Trustees has reviewed the Application and accompanying materials with respect to the required SEQRA review and the application of the Village Code of the Village of Islandia, it is therefore:

RESOLVED that the Board of Trustees hereby determines that this application for special permit is an Unlisted Action for purposes of SEQRA, and it is further;

RESOLVED that the Board of Trustees hereby determines that the approval of the application for special permit will not have a significant negative impact on the environment, and the Board of Trustees adopts the annexed Negative Declaration for purposes of SEQRA.

Upon motion of Mayor DORMAN seconded by TRUSTEE ZALESKI

Who moved this Resolution to adoption. The resolution is carried upon roll call as follows:

Trustee Zaleski -    AYE

Trustee Lacey -    AYE

Trustee Peters    AYE

Trustee Olk-    ABSENT

Mayor Dorman    AYE

2

DN0000205

State Environmental Quality Review Act
Notice of Determination of Non-Significance
Negative Declaration
Board of Trustees of the Incorporated Village of Islandia

Application of Delaware North Islandia Properties, LLC,
(assigned by its affiliate Delaware North Companies Parks & Resorts, Inc.)

Special Permit Application for Accessory Use To Marriott Hotel
3635 Express Drive North
Incorporated Village of Islandia
Suffolk County, New York

Date: Aug 9, 2016

This notice is issued pursuant to Article 8 of the Environmental Conservation Law and its implementing regulations therefor at 6 NYCRR Part 617 (collectively, the "State Environmental Quality Review Act" or "SEQRA").

The Board of Trustees of the Incorporated Village of Islandia ("Trustees"), as SEQRA lead agency, has determined, subsequent to review of an Environmental Assessment Form (Part 1), prepared by VHB, dated March 25, 2016 and last revised July 15, 2016 ("EAF") and an Expanded Environmental Assessment, prepared by VHB, dated June 2016 and revised in July 2016 ("Expanded EA") as well as other information before the Trustees, that the proposed action, described below, would not have a significant adverse effect on the environment, and that an Environmental Impact Statement ("EIS") will not be prepared.

**Name of Action:** Application for a Special Permit – Islandia Marriott Long Island Hotel – Addition of accessory indoor entertainment use

**SEQR Status:** Unlisted

**Conditioned Negative Declaration:** No

**Description of Action:** The proposed action consists of an application for a special permit for the Islandia Marriott Long Island Hotel ("Hotel") to accommodate an accessory indoor amusement establishment use that would comprise a Video Lottery Terminals ("VLTs") facility, a Suffolk OTB ("OTB") simulcast location, food and beverage locations, offices and support areas for the VLT facility and OTB simulcast, and back-of-house support areas for the operator of the Hotel. The proposed VLT and OTB simulcast would be an accessory and complimentary use to the existing primary use as a Hotel. The Hotel is located at the northeast corner of North Bedford Avenue and Express Drive North, west of Dawson Court, and south of Kosciusko Street, in the Village of Islandia, and is designated on the Suffolk County Tax Map (SCTM) as District 0504 - Section 008 - Block 2 – Lot 58.2. The subject property is 7.88± acres in size and is currently developed with a 278-room (including 13 suites) hotel and associated parking lot containing 649 parking spaces ("Property").

Modifications to the current permitted use, i.e., the Hotel, would primarily be reallocation of interior spaces. Specifically, a portion of the existing interior space consisting of two (2) suites and thirty-one (31)

CONFIDENTIAL

State Environmental Quality Review Act
Notice of Determination of Non-Significance
Negative Declaration
Application of Delaware North Companies Parks & Resorts, Inc.
(assigned by its Affiliation Delaware North Islandia Properties, LLC

Special Permit Application for Accessory Use to Marriott Hotel
Incorporated Village of Islandia

Page 2

guest rooms, meeting rooms, banquet rooms, and the pool would be replaced with approximately 30,255 square feet (sf) of gaming area for the VLTs and two Suffolk OTB quick-bet kiosks (the "Gaming Area"), as well as additional VLT offices and support areas, and OTB offices. Square footage dedicated to support services (e.g., kitchen, housekeeping and lobby) would be generally consistent with current conditions.

The proposed Gaming Area, containing the proposed accessory use to the Hotel, would occupy a nominal 13.9± percent of the overall 216,650-sf hotel.

The Property contains 649 parking spaces. The proposed action would eliminate 6 parking spaces, leaving a total of 643 parking spaces on the Property. These spaces would be eliminated as a result of one exterior modification at the northeast corner of the Hotel to allow for a "sally port," or secure entry to the Hotel. The sally port would be within the existing Hotel footprint, enclosing an existing overhang area.

The original Traffic Impact and Parking Analysis Report ("TIPA") prepared by VHB for the project, dated June 2016, analyzed the traffic associated not only with the project site, but also the traffic redistributed to an off-site satellite parking lot that would be used during peak times, primarily on Friday and Saturday evenings. The satellite parking lot has since been removed from the scope of the project. The Applicant's architect, SOSH NY, has demonstrated that a portion of the project site can be allocated for valet parking so all parking can be contained on site.

Project Location:     3635 Express Drive North
                      Northeast Corner of Express Drive North and North Bedford Avenue
                      Incorporated Village of Islandia
                      Suffolk County, New York

Reasons Supporting this Determination:

In accordance with SEQRA, the Trustees, as SEQRA Lead Agency, using the EAF, the Expanded EA and other relevant information cited herein, and comparing same with the thresholds set forth at 6 NYCRR §§617.4 and 617.5, determined that the proposed action is an Unlisted Action. Coordinated review was not conducted.

Based upon the information contained in the EAF and the Expanded EA, the Trustees, as SEQRA Lead Agency for the action contemplated herein, and after due deliberation, review and analysis of the proposed action, the EAF, the Expanded EA, other relevant information cited herein, including review and input by Cashin Associates, P.C. ("Cashin"), as environmental consultant to the Village of Islandia, and the Village's traffic engineer, KLD Consultants, and the criteria set forth in 6 NYCRR §617.7, hereby determines that the proposed action will not result in any significant adverse impacts to the environment. This determination is supported by the following:

CONFIDENTIAL

State Environmental Quality Review Act
Notice of Determination of Non-Significance
Negative Declaration
Application of Delaware North Companies Parks & Resorts, Inc.
(assigned by its Affiliation Delaware North Islandia Properties, LLC

Special Permit Application for Accessory Use to Marriott Hotel
Incorporated Village of Islandia

Page 3

1. Implementation of the proposed action would not affect or adversely impact air quality and noise, as the Hotel is a place of public gathering, which use would continue, and will not produce new or additional significant adverse impacts to air-quality and noise. New rooftop heating, ventilation and air conditioning (HVAC) units and water-source heat pumps would be installed for the Gaming Area and designed and set to reduce fan and compressor energy consumption. Existing roof-mounted air conditioning units that are not functioning would be removed. System efficiencies would meet or exceed the requirements of the American Association of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) and New York State Energy Conservation Code ("NYS Energy Code") requirements. A new standby generator would provide backup power for the VLTs, security, lighting, and ventilation, and would operate only during periodic testing and loss of power in the Gaming Area. The new generator would be installed in a sound attenuating and water proof enclosure, located on the west side of the building (away from existing residences). The generator would be specified to meet applicable emission standards. Further, as set forth in the TIPA, dated June 2016 and revised July 2016, prepared by VHB, no significant adverse traffic impacts were identified, therefore, no associated traffic-related air quality and/or noise impacts would be expected to occur.

2. Implementation of the proposed action would not generate significant new or additional amounts of solid waste as compared to the solid waste generated by the Hotel nor significantly impact solid waste facilities receiving solid waste from the proposed action or regional solid waste management practices. Accordingly, the current private solid waste carting company used by the Hotel, would continue to be utilized, with disposal occurring at a licensed facility.

3. Implementation of the proposed action would not have a significant adverse impact on sewage disposal or water supply. The proposed action would result in the reduction of guest rooms and reallocation of interior spaces to create the Gaming Area, and the resulting projected sanitary waste generated is calculated to be approximately 39,750 gallons per day (gpd), based on Suffolk County Department of Health Services design criteria, which would be a decrease from the current calculated sewage flow of approximately 43,853 gpd. Moreover, the projected sewage flows are below the amount of sewage flow allocated to the Hotel by Suffolk County Sewer District #13 – Windwatch (56,000 gpd). As water usage is roughly analogous to the sewage discharge, it would be expected that the water usage (which records indicate averages approximately 31,328 gpd) would decrease slightly as well.

4. Implementation of the proposed action would not cause any significant adverse impacts to either ground or surface water quality or quantity, as most of the modifications proposed are within the Hotel and include the modification of interior spaces. The one exterior modification would require minimal ground disturbance to enclose an existing overhang area at the northeast corner of the building. No new or additional impervious surface would be created on the subject property. Therefore, there would be no additional runoff generated and existing stormwater control measures would be sufficient for the proposed action.

DN0000208

State Environmental Quality Review Act
Notice of Determination of Non-Significance
Negative Declaration
Application of Delaware North Companies Parks & Resorts, Inc.
(assigned by its Affiliation Delaware North Islandia Properties, LLC

Special Permit Application for Accessory Use to Marriott Hotel
Incorporated Village of Islandia

Page 4

5. There would be no significant adverse environmental impacts associated with surface waters or designated wetlands or buffer areas, as review of publicly available New York State Department of Environmental Conservation (NYSDEC) and United States Fish and Wildlife Service data indicated that there are no such resources on or adjacent to the Hotel property.

6. Implementation of the proposed action would not result in a substantial increase in the potential for erosion, leaching or flooding, and other drainage issues, as the Property currently has on-site drainage improvements, and the proposed exterior modification to an existing overhang area would not create significant new or additional impervious surfaces or require additional stormwater retention or treatment measures.

7. With respect to traffic, a comprehensive TIPA, prepared by VHB, dated June 2016 and revised July 2016, was submitted as part of the Expanded EA and reviewed by Cashin, as environmental consultant to the Village of Islandia, and the Village's traffic engineer, KLD Consultants. The TIPA determined that the proposed action, while generating additional trips to and from the Property, would not have significant adverse impacts on the existing level-of-service ("LOS") at any of the intersections studied, and can be accommodated by the existing street network.

The original TIPA analyzed the traffic associated not only with the project site, but also analyzed the traffic redistributed to an off-site satellite parking lot that would be utilized during peak times, primarily on Friday and Saturday evenings. The satellite parking lot has since been removed from the scope of the project. The Applicant's architect, SOSH, NY has demonstrated that a portion of the project site can be allocated for valet parking so all parking can be contained on site. The removal of the satellite parking lot from the project significantly reduces the amount of traffic generated by the project. This is simply because patrons would no longer be directed to a satellite parking lot when the parking area at the primary site is at capacity. As a result, there would be significantly less traffic exiting the site during the peak hours studied. There would also no longer be the need for shuttle buses to take patrons to and from the satellite parking lot. All of which would significantly reduce the amount of traffic generated by this site.

8. Regarding traffic-related air quality and noise impacts, based on the results of the TIPA, no new or additional significant traffic delays would result (and no unusual vehicle idling is expected). Accordingly, upon implementation of the proposed action, there would be no adverse traffic-related changes to existing air quality and noise.

9. The proposed action is a beneficial redevelopment of an existing use within an area that is virtually completely developed with impervious surfaces, and physical changes would primarily occur within the existing Hotel. Moreover, based on review of publicly available NYSDEC resources, there are no endangered, threatened, or rare plants or animals, habitat for such species, or significant natural communities on, or adjacent to, the Property. Accordingly,

DN0000209

State Environmental Quality Review Act
Notice of Determination of Non-Significance
Negative Declaration
Application of Delaware North Companies Parks & Resorts, Inc.
(assigned by its Affiliation Delaware North Islandia Properties, LLC)

Special Permit Application for Accessory Use to Marriott Hotel
Incorporated Village of Islandia

Page 5

implementation of the proposed action would not result in the removal or destruction of large quantities of vegetation or fauna; substantial interference with the movement of any resident or migratory fish or wildlife species; impacts on a threatened or endangered species or animal or plant, or the habitat of such a species; or significant adverse impacts to natural resources.

10. Based on review of the NYSDEC resource maps, and confirmed by the Village of Islandia's consultant, the subject property is not located within a Critical Environmental Area (CEA), and thus, the environmental characteristics of a CEA would not be impaired.

11. Implementation of the proposed action would not create a significant adverse conflict with a community's current plans or goals as officially approved or adopted, as confirmed by the analysis contained in the Suffolk County Planning Commission's staff report dated August 3, 2016. Moreover, the proposed action would be a beneficial re-use of an existing developed property by the addition of an accessory use to the Hotel, which is a permitted use in the Office Industry (OI) zoning district by special permit from the Board of Trustees.

12. Implementation of the proposed action is not likely to cause significant adverse impacts upon community facilities and services such as police and fire protection services, as the addition of an accessory indoor entertainment use within the Hotel would be consistent with needs currently serviced for the existing principal Hotel use. In addition, enhanced on-site security and safety measures, support of Village of Islandia code enforcement operations provided by the Applicant, as well as enforcement of maximum occupancy levels, would not result in significant adverse impacts to police and fire protection.

13. The subject property is not listed individually or within a district listed on the State or National Registers of Historic Places, nor is it situated within an archaeologically sensitive area, based on review of published resources of the New York State Office of Parks, Recreation and Historic Preservation. As such, there would be no significant adverse impacts to such resources, upon implementation of the proposed action.

Moreover, implementation of the proposed action is not expected to result in the impairment of the character or quality of important historical, archaeological, architectural or aesthetic resources or of existing community or neighborhood character, as no such resources exist at the Property or in immediate surrounding area, as the majority of the proposed action consists of interior alterations.

14. The proposed action would result in an increase in energy use at the site, as compared to existing conditions. However, the proposed action has incorporated energy efficiency measures into the design of the proposed development. Specifically, all motors, and compressor equipment would be listed and labeled as "premium efficiency" or "energy star" as appropriate, and all specified

State Environmental Quality Review Act
Notice of Determination of Non-Significance
Negative Declaration
Application of Delaware North Companies Parks & Resorts, Inc.
(assigned by its Affiliation Delaware North Islandia Properties, LLC

Special Permit Application for Accessory Use to Marriott Hotel
Incorporated Village of Islandia

Page 6

equipment would meet or exceed NYS Energy Code requirements as a minimum standard. Where applicable, existing water system temperatures would be re-set to optimize energy efficiency, and new domestic hot-water heaters would be specified as condensing-type to reduce energy consumption. In addition, all new plumbing fixtures would be specified as low-flow fixtures. Accordingly, no significant adverse energy impacts are expected.

15. The proposed action would not result in the creation of a hazard to human health, as all modifications would be done in accordance with applicable building and health codes. In addition, the location of the Hotel, on the north service road to the Long Island Expressway, provides convenient access to the property, while preventing substantial traffic from using Village roadways thereby minimizing potential safety, air-quality and noise impacts to Village roadways, as indicated by the TIPA prepared by VHB, dated June 2016 and revised July 2016. Furthermore, the Applicant would implement enhanced on-site safety and security measures, provide support for the Village of Islandia's code enforcement operations, and ensure enforcement of posted maximum occupancy levels at the proposed accessory indoor amusement establishment.

16. With respect to land use intensity and the attraction of population to the subject property, the proposed action would not create any new or additional intensity of land use as, much like the existing Hotel, the accessory use is meant to attract people to the Hotel, for one or more days. The Hotel as a special permit use under the Islandia Village Code and, therefore, by definition consistent with the Village's Comprehensive Plan. Therefore, the proposed action, as an accessory use to the Hotel, would not change the intensity of use of land or attract population to the site in a manner that is inconsistent with the existing principal use or the Village's Comprehensive Plan.

17. There are no agricultural, open space or recreational resources that would be displaced by the proposed action, based on review of publicly available data and a June 2016 site visit. Therefore, there would be no significant adverse impacts to such resources.

18. The proposed action would not create a material demand for other actions that would result in one of the above consequences.

19. In consideration of the individual impacts summarized in the items above, and in the EAF and Expanded EA prepared by VHB, implementation of the proposed action would not result in changes in two or more elements of the environment, no one of which has a significant impact on the environment, but when considered together result in a significant adverse impact on the environment.

20. Based on the results of the individual impact analyses summarized in the items above, implementation of the proposed action would not result in cumulative impacts that would meet any of the criteria set forth in 6 NYCRR §617.7.

CONFIDENTIAL

State Environmental Quality Review Act
Notice of Determination of Non-Significance
Negative Declaration
Application of Delaware North Companies Parks & Resorts, Inc.
(assigned by its Affiliation Delaware North Islandia Properties, LLC)

Special Permit Application for Accessory Use to Marriott Hotel
Incorporated Village of Islandia

Page 7

For Further Information:

**Contact Person:**    Honorable Allan Dorman, Mayor
and the Board of Trustees of the Incorporated Village of Islandia

**Address:**    Village of Islandia Village Hall
1150 Old Nichols Road
Islandia, New York 11749

**Telephone Number:**    (631) 348-1133

**Email Address:**    adorman@newvillageofislandia.com

A copy of this Notice will be kept on file at the offices of the Lead Agency.

*Full Environmental Assessment Form*
*Part 1 - Project and Setting*

## Instructions for Completing Part 1

Part 1 is to be completed by the applicant or project sponsor. Responses become part of the application for approval or funding, are subject to public review, and may be subject to further verification.

Complete Part 1 based on information currently available. If additional research or investigation would be needed to fully respond to any item, please answer as thoroughly as possible based on current information; indicate whether missing information does not exist, or is not reasonably available to the sponsor; and, when possible, generally describe work or studies which would be necessary to update or fully develop that information.

Applicants/sponsors must complete all items in Sections A & B. In Sections C, D & E, most items contain an initial question that must be answered either "Yes" or "No". If the answer to the initial question is "Yes", complete the sub-questions that follow. If the answer to the initial question is "No", proceed to the next question. Section F allows the project sponsor to identify and attach any additional information. Section G requires the name and signature of the project sponsor to verify that the information contained in Part 1 is accurate and complete.

## A. Project and Sponsor Information.

| Name of Action or Project: | | |
|---|---|---|
| Application for a Special Permit for Accessory Indoor Amusement Establishment to the Islandia Marriott Long Island Hotel | | |
| **Project Location (describe, and attach a general location map):** | | |
| 3635 Express Drive North, Incorporated Village of Islandia, Town of Islip, Suffolk County (SCTM #0504-008.00-02.00-058.002) | | |
| **Brief Description of Proposed Action (include purpose or need):** | | |
| The proposed action consists of a special permit for accessory indoor amusement establishment with video lottery terminals, OTB simulcast, food and beverage locations and back of house support areas for the operator of the hotel as an accessory use to a hotel. | | |
| **Name of Applicant/Sponsor:**<br>Delaware North Islandia Properties, LLC, as successor-in-interest to Delaware North Companies Parks & Resorts, Inc. c/o Jeff Sellers, VP Development &Construction | **Telephone:** 716-858-5518 | |
| | **E-Mail:** BHansber@delawarenorth.com | |
| **Address:**<br>250 Delaware Avenue | | |
| **City/PO:**<br>Buffalo | **State:**<br>New York | **Zip Code:**<br>14202 |
| **Project Contact (if not same as sponsor; give name and title/role):**<br>Anthony S. Guardino, Esq., c/o Farrell Fritz, PC | **Telephone:** 631-367-0716 | |
| | **E-Mail:** AGuardino@FarrellFritz.com | |
| **Address:**<br>100 Motor Parkway, Suite 138 | | |
| **City/PO:**<br>Hauppauge | **State:**<br>New York | **Zip Code:**<br>11788 |
| **Property Owner (if not same as sponsor):**<br>Columbia Properties Islandia, LP | **Telephone:** 859-578-1178 | |
| | **E-Mail:** | |
| **Address:**<br>740 Centre View Boulevard | | |
| **City/PO:**<br>Cresiview Hills | **State:**<br>Kentucky | **Zip Code:**<br>41017 |

Page 1 of 13

CONFIDENTIAL

DN0001027

## B. Government Approvals

**B. Government Approvals, Funding, or Sponsorship.** ("Funding" includes grants, loans, tax relief, and any other forms of financial assistance.)

| Government Entity | If Yes: Identify Agency and Approval(s) Required | Application Date (Actual or projected) |
|---|---|---|
| a. City Council, Town Board, ☑Yes☐No or Village Board of Trustees | Special Permit for Accessory Use to Hotel | March 28, 2016 |
| b. City, Town or Village ☐Yes☑No Planning Board or Commission | | |
| c. City Council, Town or ☐Yes☑No Village Zoning Board of Appeals | | |
| d. Other local agencies ☐Yes☑No | | |
| e. County agencies ☐Yes☑No | | |
| f. Regional agencies ☑Yes☐No SC Planning Commission | Referral-Special Permit | TBD |
| g. State agencies ☑Yes☐No New York State Gaming Commission | | TBD |
| h. Federal agencies ☐Yes☑No | | |

i. Coastal Resources.
   *i.* Is the project site within a Coastal Area, or the waterfront area of a Designated Inland Waterway?    ☐Yes☑No
   If yes,
   *ii.* Is the project site located in a community with an approved Local Waterfront Revitalization Program?    ☐Yes☑No
   *iii.* Is the project site within a Coastal Erosion Hazard Area?    ☐Yes☑No

## C. Planning and Zoning

**C.1. Planning and zoning actions.**

Will administrative or legislative adoption, or amendment of a plan, local law, ordinance, rule or regulation be the ☐Yes☑No
only approval(s) which must be granted to enable the proposed action to proceed?
   • If Yes, complete sections C, F and G.
   • If No, proceed to question C.2 and complete all remaining sections and questions in Part 1

**C.2. Adopted land use plans.**

a. Do any municipally- adopted (city, town, village or county) comprehensive land use plan(s) include the site ☑Yes☐No
where the proposed action would be located?
If Yes, does the comprehensive plan include specific recommendations for the site where the proposed action ☐Yes☑No
would be located?

b. Is the site of the proposed action within any local or regional special planning district (for example: Greenway ☑Yes☐No
Brownfield Opportunity Area (BOA); designated State or Federal heritage area; watershed management plan;
or other?
If Yes, identify the plan(s):
   NYS Heritage Areas - LI North Shore Heritage Area

c. Is the proposed action located wholly or partially within an area listed in an adopted municipal open space plan, ☐Yes☑No
or an adopted municipal farmland protection plan?
If Yes, identify the plan(s):

CONFIDENTIAL

DN0001028

| C.3. Zoning | |
|---|---|
| a. Is the site of the proposed action located in a municipality with an adopted zoning law or ordinance.<br>If Yes, what is the zoning classification(s) including any applicable overlay district?<br>   Office/Industry (OI) District of the Incorporated Village of Islandia | ☑Yes☐No |
| b. Is the use permitted or allowed by a special or conditional use permit? | ☑Yes☐No |
| c. Is a zoning change requested as part of the proposed action?<br>If Yes,<br>  *i.* What is the proposed new zoning for the site? _____ | ☐Yes☑No |

| C.4. Existing community services. | |
|---|---|
| a. In what school district is the project site located?  No. 13-Central Islip and No. 6-Hauppauge Union Free School Districts | |
| b. What police or other public protection forces serve the project site?<br>  Suffolk County Police Department - Fourth Precinct | |
| c. Which fire protection and emergency medical services serve the project site?<br>  Hauppauge and Central Islip Fire Department (fire protection), Central Islip-Hauppauge Volunteer Ambulance Corps. (emergency medical services) | |
| d. What parks serve the project site?<br>  NA/Commercial Use | |

## D. Project Details

| D.1. Proposed and Potential Development | | |
|---|---|---|
| a. What is the general nature of the proposed action (e.g., residential, industrial, commercial, recreational; if mixed, include all components)?<br>  Commercial | | |
| b. a. Total acreage of the site of the proposed action? | 7.88± acres | |
|    b. Total acreage to be physically disturbed? | 0* acres | *Interior modifications only |
|    c. Total acreage (project site and any contiguous properties) owned<br>     or controlled by the applicant or project sponsor? | 7.88± acres | |
| c. Is the proposed action an expansion of an existing project or use?<br>  *i.* If Yes, what is the approximate percentage of the proposed expansion and identify the units (e.g., acres, miles, housing units, square feet)? % _____ Units: _____ | | ☐Yes☑No |
| d. Is the proposed action a subdivision, or does it include a subdivision?<br>If Yes,<br>  *i.* Purpose or type of subdivision? (e.g., residential, industrial, commercial; if mixed, specify types) | | ☐Yes☑No |
|   *ii.* Is a cluster/conservation layout proposed? | | ☐Yes☐No |
|   *iii.* Number of lots proposed? _____<br>  *iv.* Minimum and maximum proposed lot sizes? Minimum _____ Maximum _____ | | |
| e. Will proposed action be constructed in multiple phases?<br>  *i.* If No, anticipated period of construction: _____ 6 months<br>  *ii.* If Yes:<br>    • Total number of phases anticipated _____<br>    • Anticipated commencement date of phase 1 (including demolition) _____ month _____ year<br>    • Anticipated completion date of final phase _____ month _____ year<br>    • Generally describe connections or relationships among phases, including any contingencies where progress of one phase may determine timing or duration of future phases: _____ | | ☐Yes☑No |

Page 3 of 13

CONFIDENTIAL

DN0001029

f. Does the project include new residential uses?  ☐Yes ☑No
If Yes, show numbers of units proposed.

|  | One Family | Two Family | Three Family | Multiple Family (four or more) |
|---|---|---|---|---|
| Initial Phase | _____ | _____ | _____ | _____ |
| At completion of all phases | _____ | _____ | _____ | _____ |

---

g. Does the proposed action include new non-residential construction (including expansions)?  ☐Yes ☑No
If Yes,
  *i.* Total number of structures _____
  *ii.* Dimensions (in feet) of largest proposed structure: _____ height; _____ width; and _____ length
  *iii.* Approximate extent of building space to be heated or cooled: _____ square feet

---

h. Does the proposed action include construction or other activities that will result in the impoundment of any  ☐Yes ☑No
  liquids, such as creation of a water supply, reservoir, pond, lake, waste lagoon or other storage?
If Yes,
  *i.* Purpose of the impoundment: _____
  *ii.* If a water impoundment, the principal source of the water:  ☐ Ground water ☐ Surface water streams ☐Other specify:

  *iii.* If other than water, identify the type of impounded/contained liquids and their source.

  *iv.* Approximate size of the proposed impoundment.  Volume: _____ million gallons; surface area: _____ acres
  *v.* Dimensions of the proposed dam or impounding structure: _____ height; _____ length
  *vi.* Construction method/materials for the proposed dam or impounding structure (e.g., earth fill, rock, wood, concrete):

---

## D.2. Project Operations

a. Does the proposed action include any excavation, mining, or dredging, during construction, operations, or both?  ☐Yes ☑No
  (Not including general site preparation, grading or installation of utilities or foundations where all excavated
  materials will remain onsite)
If Yes:
  *i.* What is the purpose of the excavation or dredging? _____
  *ii.* How much material (including rock, earth, sediments, etc.) is proposed to be removed from the site?
    • Volume (specify tons or cubic yards): _____
    • Over what duration of time? _____
  *iii.* Describe nature and characteristics of materials to be excavated or dredged, and plans to use, manage or dispose of them.

  *iv.* Will there be onsite dewatering or processing of excavated materials?  ☐Yes ☐No
    If yes, describe. _____

  *v.* What is the total area to be dredged or excavated? _____ acres
  *vi.* What is the maximum area to be worked at any one time? _____ acres
  *vii.* What would be the maximum depth of excavation or dredging? _____ feet
  *viii.* Will the excavation require blasting?  ☐Yes ☐No
  *ix.* Summarize site reclamation goals and plan: _____

---

b. Would the proposed action cause or result in alteration of, increase or decrease in size of, or encroachment  ☐Yes ☑No
  into any existing wetland, waterbody, shoreline, beach or adjacent area?
If Yes:
  *i.* Identify the wetland or waterbody which would be affected (by name, water index number, wetland map number or geographic
    description): _____

Page 4 of 13

CONFIDENTIAL

DN0001030

*ii.* Describe how the proposed action would affect that waterbody or wetland, e.g. excavation, fill, placement of structures, or alteration of channels, banks and shorelines. Indicate extent of activities, alterations and additions in square feet or acres:

_____
_____
_____

| | |
|---|---|
| *iii.* Will proposed action cause or result in disturbance to bottom sediments? | ☐Yes☐No |
| If Yes, describe: | |
| *iv.* Will proposed action cause or result in the destruction or removal of aquatic vegetation? | ☐Yes☐No |
| If Yes: | |

- acres of aquatic vegetation proposed to be removed: _____
- expected acreage of aquatic vegetation remaining after project completion: _____
- purpose of proposed removal (e.g. beach clearing, invasive species control, boat access): _____

- proposed method of plant removal: _____
- if chemical/herbicide treatment will be used, specify product(s): _____

*v.* Describe any proposed reclamation/mitigation following disturbance: _____

| | |
|---|---|
| c. Will the proposed action use, or create a new demand for water? | ☑Yes☐No |
| If Yes: | |
| *i.* Total anticipated water usage/demand per day:          39,590* gallons/day | |
| *ii.* Will the proposed action obtain water from an existing public water supply? | ☑Yes☐No |
| If Yes: | |

- Name of district or service area: Suffolk County Water Authority

| | |
|---|---|
| • Does the existing public water supply have capacity to serve the proposal? | ☑Yes☐No |
| • Is the project site in the existing district? | ☑Yes☐No |
| • Is expansion of the district needed? | ☐Yes☑No |
| • Do existing lines serve the project site? | ☑Yes☐No |
| *iii.* Will line extension within an existing district be necessary to supply the project? | ☐Yes☑No |
| If Yes: | |

- Describe extensions or capacity expansions proposed to serve this project: _____

- Source(s) of supply for the district: _____

| | |
|---|---|
| *iv.* Is a new water supply district or service area proposed to be formed to serve the project site? | ☐Yes☑No |
| If, Yes: | |

- Applicant/sponsor for new district: _____
- Date application submitted or anticipated: _____
- Proposed source(s) of supply for new district: _____

*v.* If a public water supply will not be used, describe plans to provide water supply for the project: _____

*vi.* If water supply will be from wells (public or private), maximum pumping capacity: _____ gallons/minute.

| | |
|---|---|
| d. Will the proposed action generate liquid wastes? | ☑Yes☐No |
| If Yes: | |
| *i.* Total anticipated liquid waste generation per day:          39,590* gallons/day | |

*ii.* Nature of liquid wastes to be generated (e.g., sanitary wastewater, industrial; if combination, describe all components and approximate volumes or proportions of each): Sanitary waste.
Based on reallocation of interior spaces, this represents a slight decrease from existing conditions.

| | |
|---|---|
| *iii.* Will the proposed action use any existing public wastewater treatment facilities? | ☑Yes☐No |
| If Yes: | |

- Name of wastewater treatment plant to be used: Windwatch
- Name of district: Sewer District #13

| | |
|---|---|
| • Does the existing wastewater treatment plant have capacity to serve the project? | ☑Yes☐No |
| • Is the project site in the existing district? | ☑Yes☐No |
| • Is expansion of the district needed? | ☐Yes☑No |

*See Attachment.

Page 5 of 13

CONFIDENTIAL

DN0001031

- Do existing sewer lines serve the project site? ☑Yes☐No
- Will line extension within an existing district be necessary to serve the project? ☐Yes☑No

  If Yes:
  - Describe extensions or capacity expansions proposed to serve this project: _____

  _____

*iv.* Will a new wastewater (sewage) treatment district be formed to serve the project site? ☐Yes☑No

  If Yes:
  - Applicant/sponsor for new district: _____
  - Date application submitted or anticipated: _____
  - What is the receiving water for the wastewater discharge? _____

*v.* If public facilities will not be used, describe plans to provide wastewater treatment for the project, including specifying proposed receiving water (name and classification if surface discharge, or describe subsurface disposal plans):

_____

*vi.* Describe any plans or designs to capture, recycle or reuse liquid waste: _____

_____

---

e. Will the proposed action disturb more than one acre and create stormwater runoff, either from new point sources (i.e. ditches, pipes, swales, curbs, gutters or other concentrated flows of stormwater) or non-point source (i.e. sheet flow) during construction or post construction? ☐Yes☑No

If Yes:

*i.* How much impervious surface will the project create in relation to total size of project parcel?

\_\_\_\_\_ Square feet or \_\_\_\_\_ acres (impervious surface)

\_\_\_\_\_ Square feet or \_\_\_\_\_ acres (parcel size)

*ii.* Describe types of new point sources. _____

*iii.* Where will the stormwater runoff be directed (i.e. on-site stormwater management facility/structures, adjacent properties, groundwater, on-site surface water or off-site surface waters)?

_____

- If to surface waters, identify receiving water bodies or wetlands: _____

  _____

- Will stormwater runoff flow to adjacent properties? ☐Yes☐No

*iv.* Does proposed plan minimize impervious surfaces, use pervious materials or collect and re-use stormwater? ☐Yes☐No

---

f. Does the proposed action include, or will it use on-site, one or more sources of air emissions, including fuel combustion, waste incineration, or other processes or operations? ☐Yes☑No

If Yes, identify:

*i.* Mobile sources during project operations (e.g., heavy equipment, fleet or delivery vehicles)

*ii.* Stationary sources during construction (e.g., power generation, structural heating, batch plant, crushers)

*iii.* Stationary sources during operations (e.g., process emissions, large boilers, electric generation)

---

g. Will any air emission sources named in D.2.f (above), require a NY State Air Registration, Air Facility Permit, or Federal Clean Air Act Title IV or Title V Permit? ☐Yes☑No

If Yes:

*i.* Is the project site located in an Air quality non-attainment area? (Area routinely or periodically fails to meet ambient air quality standards for all or some parts of the year) ☐Yes☐No

*ii.* In addition to emissions as calculated in the application, the project will generate:

- _____ Tons/year (short tons) of Carbon Dioxide ($CO_2$)
- _____ Tons/year (short tons) of Nitrous Oxide ($N_2O$)
- _____ Tons/year (short tons) of Perfluorocarbons (PFCs)
- _____ Tons/year (short tons) of Sulfur Hexafluoride ($SF_6$)
- _____ Tons/year (short tons) of Carbon Dioxide equivalent of Hydroflourocarbons (HFCs)
- _____ Tons/year (short tons) of Hazardous Air Pollutants (HAPs)

CONFIDENTIAL

DN0001032

h. Will the proposed action generate or emit methane (including, but not limited to, sewage treatment plants, landfills, composting facilities)? ☐Yes ☑No
If Yes:
*i.* Estimate methane generation in tons/year (metric): _____
*ii.* Describe any methane capture, control or elimination measures included in project design (e.g., combustion to generate heat or electricity, flaring): _____

i. Will the proposed action result in the release of air pollutants from open-air operations or processes, such as quarry or landfill operations? ☐Yes ☑No
If Yes: Describe operations and nature of emissions (e.g., diesel exhaust, rock particulates/dust):
_____
_____

j. Will the proposed action result in a substantial increase in traffic above present levels or generate substantial new demand for transportation facilities or services? ☐Yes ☑No
If Yes:
*i.* When is the peak traffic expected (Check all that apply):   ☐ Morning   ☑ Evening   ☑ Weekend
☐ Randomly between hours of _____ to _____.
*ii.* For commercial activities only, projected number of semi-trailer truck trips/day: ___3±___
*iii.* Parking spaces: Existing ___649___   Proposed ___643*___   Net increase/decrease ___-6___
*iv.* Does the proposed action include any shared use parking? ☑Yes ☐No
*v.* If the proposed action includes any modification of existing roads, creation of new roads or change in existing access, describe:
_____
_____

*vi.* Are public/private transportation service(s) or facilities available within ½ mile of the proposed site? ☑Yes ☐No
*vii* Will the proposed action include access to public transportation or accommodations for use of hybrid, electric or other alternative fueled vehicles? ☐Yes ☑No
*viii.* Will the proposed action include plans for pedestrian or bicycle accommodations for connections to existing pedestrian or bicycle routes? ☐Yes ☑No

k. Will the proposed action (for commercial or industrial projects only) generate new or additional demand for energy? ☑Yes ☐No
If Yes:
*i.* Estimate annual electricity demand during operation of the proposed action: Pursuant to Information provided by the applicant, there will be a net addition of 769kw as a result of the proposed action. A 1500ekW diesel emergency back-up generator would also be installed.
*ii.* Anticipated sources/suppliers of electricity for the project (e.g., on-site combustion, on-site renewable, via grid/local utility, or other):
Connection via local grid/PSEG Long Island
*iii.* Will the proposed action require a new, or an upgrade to, an existing substation? ☐Yes ☑No

l. Hours of operation. Answer all items which apply.
*i.* During Construction:
  - Monday - Friday: _7:00am-7:00pm**_
  - Saturday: _7:00am-7:00pm**_
  - Sunday: _____
  - Holidays: _____

*ii.* During Operations:
  - Monday - Friday: _8:00am-4:00am***_
  - Saturday: _8:00am-4:00am***_
  - Sunday: _8:00am-4:00am***_
  - Holidays: _8:00am-4:00am***_

*See Traffic Impact Study in the Expanded Environmental Assessment (Revised)
**These times represent construction operations only, not overall hotel operations.
***These times represent video lottery gaming facility operations only, not overall hotel operations.

Page 7 of 13

CONFIDENTIAL

DN0001033

m. Will the proposed action produce noise that will exceed existing ambient noise levels during construction, operation, or both? ☐Yes ☑No

If yes:

*i.* Provide details including sources, time of day and duration:

_____

_____

*ii.* Will proposed action remove existing natural barriers that could act as a noise barrier or screen? ☐Yes ☐No

Describe: _____

n.. Will the proposed action have outdoor lighting? ☑Yes ☐No

If yes:

*i.* Describe source(s), location(s), height of fixture(s), direction/aim, and proximity to nearest occupied structures:

Existing and upgraded-LED pole-mounted parking lot fixtures, dark sky compliant

*ii.* Will proposed action remove existing natural barriers that could act as a light barrier or screen? ☐Yes ☑No

Describe: _____

o. Does the proposed action have the potential to produce odors for more than one hour per day? ☐Yes ☑No

If Yes, describe possible sources, potential frequency and duration of odor emissions, and proximity to nearest occupied structures: _____

_____

p. Will the proposed action include any bulk storage of petroleum (combined capacity of over 1,100 gallons) or chemical products 185 gallons in above ground storage or any amount in underground storage? ☐Yes ☑No

If Yes:

*i.* Product(s) to be stored _____

*ii.* Volume(s) _____ per unit time _____ (e.g., month, year)

*iii.* Generally describe proposed storage facilities: _____

q. Will the proposed action (commercial, industrial and recreational projects only) use pesticides (i.e., herbicides, insecticides) during construction or operation? ☐Yes ☑No

If Yes:

*i.* Describe proposed treatment(s):

_____

_____

_____

*ii.* Will the proposed action use Integrated Pest Management Practices? ☐Yes ☐No

r. Will the proposed action (commercial or industrial projects only) involve or require the management or disposal of solid waste (excluding hazardous materials)? ☐Yes ☐No

If Yes:

*i.* Describe any solid waste(s) to be generated during construction or operation of the facility:
  * Construction:          6,000± tons per          Year (unit of time)
  * Operation :            1± tons per          Week (unit of time)

*ii.* Describe any proposals for on-site minimization, recycling or reuse of materials to avoid disposal as solid waste:
  * Construction:  Off-site recycling of used building materials.

  * Operation:  Waste collection arrangements will include source separation of recycling of paper, cardboard, and comingled containers of aluminum, plastics, and ferrous materials.

*iii.* Proposed disposal methods/facilities for solid waste generated on-site:
  * Construction:  To be handled by a private carter and taken to a licensed facility.

  * Operation:  To be handled by a private carter and taken to a licensed facility.

Page 8 of 13

DN0001034

s. Does the proposed action include construction or modification of a solid waste management facility?  ☐ Yes ☑ No
If Yes:
  *i.* Type of management or handling of waste proposed for the site (e.g., recycling or transfer station, composting, landfill, or other disposal activities): _____
  *ii.* Anticipated rate of disposal/processing:
    • _____ Tons/month, if transfer or other non-combustion/thermal treatment, or
    • _____ Tons/hour, if combustion or thermal treatment
  *iii.* If landfill, anticipated site life: _____ years

t. Will proposed action at the site involve the commercial generation, treatment, storage, or disposal of hazardous waste?  ☐ Yes ☑ No
If Yes:
  *i.* Name(s) of all hazardous wastes or constituents to be generated, handled or managed at facility: _____

  *ii.* Generally describe processes or activities involving hazardous wastes or constituents: _____

  *iii.* Specify amount to be handled or generated _____ tons/month
  *iv.* Describe any proposals for on-site minimization, recycling or reuse of hazardous constituents: _____

  *v.* Will any hazardous wastes be disposed at an existing offsite hazardous waste facility?  ☐ Yes ☐ No
If Yes: provide name and location of facility: _____

If No: describe proposed management of any hazardous wastes which will not be sent to a hazardous waste facility: _____

## E. Site and Setting of Proposed Action

### E.1. Land uses on and surrounding the project site

a. Existing land uses.
  *i.* Check all uses that occur on, adjoining and near the project site.
  ☐ Urban  ☑ Industrial  ☑ Commercial  ☑ Residential (suburban)  ☐ Rural (non-farm)
  ☐ Forest  ☐ Agriculture  ☐ Aquatic  ☐ Other (specify): _____
  *ii.* If mix of uses, generally describe:
There is vacant and industrial land to the west and north, vacant land and residential to the east, and the Long Island Expressway and its Service Roads to the south.

b. Land uses and covertypes on the project site.   N/A There is no change proposed to the existing land cover.

| Land use or Covertype | Current Acreage | Acreage After Project Completion | Change (Acres +/-) |
|---|---|---|---|
| • Roads, buildings, and other paved or impervious surfaces | | | |
| • Forested | | | |
| • Meadows, grasslands or brushlands (non-agricultural, including abandoned agricultural) | | | |
| • Agricultural (includes active orchards, field, greenhouse etc.) | | | |
| • Surface water features (lakes, ponds, streams, rivers, etc.) | | | |
| • Wetlands (freshwater or tidal) | | | |
| • Non-vegetated (bare rock, earth or fill) | | | |
| • Other Describe: _____ | | | |

Page 9 of 13

CONFIDENTIAL

DN0001035

c. Is the project site presently used by members of the community for public recreation?     ☐Yes ☑No
   *i.* If Yes: explain: _____

d. Are there any facilities serving children, the elderly, people with disabilities (e.g., schools, hospitals, licensed     ☐Yes ☑No
   day care centers, or group homes) within 1500 feet of the project site?
If Yes,
   *i.* Identify Facilities:
_____
_____

e. Does the project site contain an existing dam?     ☐Yes ☑No
If Yes:
   *i.* Dimensions of the dam and impoundment:
- Dam height: _____ feet
- Dam length: _____ feet
- Surface area: _____ acres
- Volume impounded: _____ gallons OR acre-feet

   *ii.* Dam's existing hazard classification: _____
   *iii.* Provide date and summarize results of last inspection:
_____
_____

f. Has the project site ever been used as a municipal, commercial or industrial solid waste management facility,     ☐Yes ☑No
   or does the project site adjoin property which is now, or was at one time, used as a solid waste management facility?
If Yes:
   *i.* Has the facility been formally closed?     ☐Yes ☐ No
- If yes, cite sources/documentation: _____

   *ii.* Describe the location of the project site relative to the boundaries of the solid waste management facility:
_____
_____

   *iii.* Describe any development constraints due to the prior solid waste activities: _____

g. Have hazardous wastes been generated, treated and/or disposed of at the site, or does the project site adjoin     ☐Yes ☑No
   property which is now or was at one time used to commercially treat, store and/or dispose of hazardous waste?
If Yes:
   *i.* Describe waste(s) handled and waste management activities, including approximate time when activities occurred:
_____
_____

h. Potential contamination history. Has there been a reported spill at the proposed project site, or have any     ☐Yes ☑ No
   remedial actions been conducted at or adjacent to the proposed site?
If Yes:
   *i.* Is any portion of the site listed on the NYSDEC Spills Incidents database or Environmental Site     ☐Yes ☐No
   Remediation database? Check all that apply:
   ☐ Yes – Spills Incidents database       Provide DEC ID number(s): _____
   ☐ Yes – Environmental Site Remediation database   Provide DEC ID number(s): _____
   ☐ Neither database

   *ii.* If site has been subject of RCRA corrective activities, describe control measures: _____
_____

   *iii.* Is the project within 2000 feet of any site in the NYSDEC Environmental Site Remediation database?     ☐Yes ☐No
If yes, provide DEC ID number(s): _____
   *iv.* If yes to (i), (ii) or (iii) above, describe current status of site(s):
_____
_____

Page 10 of 13

CONFIDENTIAL

DN0001036

*v.* Is the project site subject to an institutional control limiting property uses?  ☐Yes☐No
- If yes, DEC site ID number: _____
- Describe the type of institutional control (e.g., deed restriction or easement): _____
- Describe any use limitations: _____
- Describe any engineering controls: _____
- Will the project affect the institutional or engineering controls in place?  ☐Yes☐No
- Explain: _____

_____

_____

| E.2. Natural Resources On or Near Project Site | | |
|---|---|---|
| a. What is the average depth to bedrock on the project site? | 1,450± feet (below grade surface) | |
| b. Are there bedrock outcroppings on the project site?<br>If Yes, what proportion of the site is comprised of bedrock outcroppings? _____ % | | ☐Yes☑No |
| c. Predominant soil type(s) present on project site: (RdB) Riverhead sandy loam, 3 to 8 percent slopes | 70± % | |
| (RdC) Riverhead sandy loam, 8 to 15 percent slopes | 25± % | |
| (RhB) Riverhead and Haven Soils, graded 0 to 8 percent sl | 5± % | |
| d. What is the average depth to the water table on the project site?  Average: _____ 64± feet | | |
| e. Drainage status of project site soils: ☑ Well Drained: 100 % of site<br>☐ Moderately Well Drained: _____ % of site<br>☐ Poorly Drained _____ % of site | | |
| f. Approximate proportion of proposed action site with slopes: ☐ 0-10%: _____ % of site<br>☐ 10-15%: _____ % of site  N/A - No ground disturbance is<br>☐ 15% or greater: _____ % of site  proposed | | |
| g. Are there any unique geologic features on the project site?<br>If Yes, describe: _____ | | ☐Yes☑No |

h. Surface water features.

*i.* Does any portion of the project site contain wetlands or other waterbodies (including streams, rivers, ponds or lakes)?  ☐Yes☑No

*ii.* Do any wetlands or other waterbodies adjoin the project site?  ☐Yes☑No

If Yes to either *i* or *ii*, continue.  If No, skip to E.2.i.

*iii.* Are any of the wetlands or waterbodies within or adjoining the project site regulated by any federal, state or local agency?  ☐Yes☐No

*iv.* For each identified regulated wetland and waterbody on the project site, provide the following information:
- Streams: Name _____ Classification _____
- Lakes or Ponds: Name _____ Classification _____
- Wetlands: Name _____ Approximate Size _____
- Wetland No. (if regulated by DEC) _____

*v.* Are any of the above water bodies listed in the most recent compilation of NYS water quality-impaired waterbodies?  ☐Yes☐No

If yes, name of impaired water body/bodies and basis for listing as impaired: _____

| i. Is the project site in a designated Floodway? | ☐Yes☑No |
|---|---|
| j. Is the project site in the 100 year Floodplain? | ☐Yes☑No |
| k. Is the project site in the 500 year Floodplain? | ☐Yes☑No |
| l. Is the project site located over, or immediately adjoining, a primary, principal or sole source aquifer?<br>If Yes:<br>*i.* Name of aquifer:  Nassau-Suffolk Sole Source Aquifer (SSA) | ☑Yes☐No |

CONFIDENTIAL  DN0001037

m. Identify the predominant wildlife species that occupy or use the project site:

Typical suburban birds and mammals.

(No natural areas will be disturbed.)

| n. Does the project site contain a designated significant natural community? | ☐Yes ☑No |
|---|---|

If Yes:

  *i.* Describe the habitat/community (composition, function, and basis for designation): _____

  *ii.* Source(s) of description or evaluation: _____

  *iii.* Extent of community/habitat:

- Currently: _____ acres
- Following completion of project as proposed: _____ acres
- Gain or loss (indicate + or -): _____ acres

| o. Does project site contain any species of plant or animal that is listed by the federal government or NYS as endangered or threatened, or does it contain any areas identified as habitat for an endangered or threatened species? | ☐Yes ☑No |
|---|---|

| p. Does the project site contain any species of plant or animal that is listed by NYS as rare, or as a species of special concern? | ☐Yes ☑No |
|---|---|

| q. Is the project site or adjoining area currently used for hunting, trapping, fishing or shell fishing? | ☐Yes ☑No |
|---|---|

If yes, give a brief description of how the proposed action may affect that use: _____

## E.3. Designated Public Resources On or Near Project Site

| a. Is the project site, or any portion of it, located in a designated agricultural district certified pursuant to Agriculture and Markets Law, Article 25-AA, Section 303 and 304? | ☐Yes ☑No |
|---|---|

If Yes, provide county plus district name/number: _____

| b. Are agricultural lands consisting of highly productive soils present? | ☐Yes ☑No |
|---|---|

  *i.* If Yes: acreage(s) on project site? _____

  *ii.* Source(s) of soil rating(s): _____

| c. Does the project site contain all or part of, or is it substantially contiguous to, a registered National Natural Landmark? | ☐Yes ☑No |
|---|---|

If Yes:

  *i.* Nature of the natural landmark:   ☐ Biological Community   ☐ Geological Feature

  *ii.* Provide brief description of landmark, including values behind designation and approximate size/extent: _____

| d. Is the project site located in or does it adjoin a state listed Critical Environmental Area? | ☐Yes ☑No |
|---|---|

If Yes:

  *i.* CEA name: _____

  *ii.* Basis for designation: _____

  *iii.* Designating agency and date: _____

Page 12 of 13

CONFIDENTIAL

DN0001038

e. Does the project site contain, or is it substantially contiguous to, a building, archaeological site, or district which is listed on, or has been nominated by the NYS Board of Historic Preservation for inclusion on, the State or National Register of Historic Places?      ☐ Yes ☑ No

If Yes:

*i.* Nature of historic/archaeological resource: ☐ Archaeological Site      ☐ Historic Building or District

*ii.* Name: _____

*iii.* Brief description of attributes on which listing is based:

_____

f. Is the project site, or any portion of it, located in or adjacent to an area designated as sensitive for archaeological sites on the NY State Historic Preservation Office (SHPO) archaeological site inventory?      ☐ Yes ☑ No

g. Have additional archaeological or historic site(s) or resources been identified on the project site?      ☐ Yes ☑ No

If Yes:

*i.* Describe possible resource(s): _____

*ii.* Basis for identification: _____

h. Is the project site within fives miles of any officially designated and publicly accessible federal, state, or local scenic or aesthetic resource?      ☐ Yes ☑ No

If Yes:

*i.* Identify resource: _____

*ii.* Nature of, or basis for, designation (e.g., established highway overlook, state or local park, state historic trail or scenic byway, etc.): _____

*iii.* Distance between project and resource: _____ miles.

i. Is the project site located within a designated river corridor under the Wild, Scenic and Recreational Rivers Program 6 NYCRR 666?      ☐ Yes ☑ No

If Yes:

*i.* Identify the name of the river and its designation: _____

*ii.* Is the activity consistent with development restrictions contained in 6NYCRR Part 666?      ☐ Yes ☐ No

**F. Additional Information**

Attach any additional information which may be needed to clarify your project.

If you have identified any adverse impacts which could be associated with your proposal, please describe those impacts plus any measures which you propose to avoid or minimize them.

**G. Verification**

I certify that the information provided is true to the best of my knowledge.

Applicant/Sponsor Name   VHB Engineering, Surveying and Landscape Architecture, P.C. as Consultant to the Applicant   Date   Revised July 15, 2016 / Revised July 1, 2016 / March 25, 2016

Signature _____      Title   Senior Technical Advisor

Ginny Walral

Page 13 of 13

CONFIDENTIAL

DN0001039

Application for a Special Permit for Accessory Indoor Amusement Establishment
To the Islandia Marriott Long Island Hotel
3635 Express Drive North
Village of Islandia, Suffolk County
Full Environmental Assessment Form (Revised)

Attachment

**Page 5, d.ii., Nature of liquid wastes to be generated (e.g., sanitary wastewater, industrial; if combination, describe all components and approximate volumes or proportions of each):**

Based on interior modifications to the existing hotel, including removal of ~ 33 guestrooms (two suites and 31 standard), the pool and meeting/banquet spaces, and the addition of 1,000 VLTs, the proposed sanitary wastewater calculation, using Suffolk County Department of Health Services guidelines in gallons per day (gpd), and square feet (sf), where applicable is:

| Component | Unit | Flow Criteria | Existing | Unit | Proposed |
|---|---|---|---|---|---|
| Hotel Guestrooms >400 sf | 17 | 150 gpd | 2,550 gpd | 15 | 2,250 gpd |
| Hotel Guestrooms <400 sf | 261 | 100 gpd | 26,100 gpd | 230 | 23,000 gpd |
| Restaurant Seats | 105 | 30 gpd | 3,150 gpd | 105 | 3,150 gpd |
| Bar Seats | 50 | 15 gpd | 750 gpd | 50 | 750 gpd |
| Meeting/Banquet | 1,507 | 7.5 gpd | 11,303 gpd | | |
| VLT Seats (Sanitary) | 1,000 | 5 gpd | 0 | 1,000 | 5,000 gpd |
| OTB Seats (Sanitary) | 44 | 5 gpd | 0 | 44 | 220 gpd |
| VLT/OTB Food & Beverage | 1,044 | 5 gpd | 0 | 1,044 | 5,220 gpd |
| Total | | | 43,853 gpd | | 39,590 gpd |

P:\29719.00 SOSH-Islandia\ProjRecords\FinalDocs\EAF Attachment.docx

CONFIDENTIAL

DN0001040

*Full Environmental Assessment Form*
*Part 2 - Identification of Potential Project Impacts*

Project :

Date :

Agency Use Only [If applicable]

Part 2 is to be completed by the lead agency. Part 2 is designed to help the lead agency inventory all potential resources that could be affected by a proposed project or action. We recognize that the lead agency's reviewer(s) will not necessarily be environmental professionals. So, the questions are designed to walk a reviewer through the assessment process by providing a series of questions that can be answered using the information found in Part 1. To further assist the lead agency in completing Part 2, the form identifies the most relevant questions in Part 1 that will provide the information needed to answer the Part 2 question. When Part 2 is completed, the lead agency will have identified the relevant environmental areas that may be impacted by the proposed activity.

If the lead agency is a state agency and the action is in any Coastal Area, complete the Coastal Assessment Form before proceeding with this assessment.

Tips for completing Part 2:

- Review all of the information provided in Part 1.
- Review any application, maps, supporting materials and the Full EAF Workbook.
- Answer each of the 18 questions in Part 2.
- If you answer "Yes" to a numbered question, please complete all the questions that follow in that section.
- If you answer "No" to a numbered question, move on to the next numbered question.
- Check appropriate column to indicate the anticipated size of the impact.
- Proposed projects that would exceed a numeric threshold contained in a question should result in the reviewing agency checking the box "Moderate to large impact may occur."
- The reviewer is not expected to be an expert in environmental analysis.
- If you are not sure or undecided about the size of an impact, it may help to review the sub-questions for the general question and consult the workbook.
- When answering a question consider all components of the proposed activity, that is, the "whole action".
- Consider the possibility for long-term and cumulative impacts as well as direct impacts.
- Answer the question in a reasonable manner considering the scale and context of the project.

| 1. Impact on Land | | | |
|---|---|---|---|
| Proposed action may involve construction on, or physical alteration of, the land surface of the proposed site. (See Part 1. D.1) ☑NO ☐YES *If "Yes", answer questions a - j. If "No", move on to Section 2.* | | | |
| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
| a. The proposed action may involve construction on land where depth to water table is less than 3 feet. | E2d | ☐ | ☐ |
| b. The proposed action may involve construction on slopes of 15% or greater. | E2f | ☐ | ☐ |
| c. The proposed action may involve construction on land where bedrock is exposed, or generally within 5 feet of existing ground surface. | E2a | ☐ | ☐ |
| d. The proposed action may involve the excavation and removal of more than 1,000 tons of natural material. | D2a | ☐ | ☐ |
| e. The proposed action may involve construction that continues for more than one year or in multiple phases. | D1e | ☐ | ☐ |
| f. The proposed action may result in increased erosion, whether from physical disturbance or vegetation removal (including from treatment by herbicides). | D2e, D2q | ☐ | ☐ |
| g. The proposed action is, or may be, located within a Coastal Erosion hazard area. | B1i | ☐ | ☐ |
| h. Other impacts: _____ | | ☐ | ☐ |

Page 1 of 10

DN0001041

## 2. Impact on Geological Features

The proposed action may result in the modification or destruction of, or inhibit access to, any unique or unusual land forms on the site (e.g., cliffs, dunes, minerals, fossils, caves). (See Part 1. E.2.g)

☑NO          ☐YES

*If "Yes", answer questions a - c. If "No", move on to Section 3.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| a. Identify the specific land form(s) attached: _____ | E2g | ☐ | ☐ |
| b. The proposed action may affect or is adjacent to a geological feature listed as a registered National Natural Landmark. Specific feature: _____ | E3c | ☐ | ☐ |
| c. Other impacts: _____ | | ☐ | ☐ |

## 3. Impacts on Surface Water

The proposed action may affect one or more wetlands or other surface water bodies (e.g., streams, rivers, ponds or lakes). (See Part 1. D.2, E.2.h)

☑NO          ☐YES

*If "Yes", answer questions a - l. If "No", move on to Section 4.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| a. The proposed action may create a new water body. | D2b, D1h | ☐ | ☐ |
| b. The proposed action may result in an increase or decrease of over 10% or more than a 10 acre increase or decrease in the surface area of any body of water. | D2b | ☐ | ☐ |
| c. The proposed action may involve dredging more than 100 cubic yards of material from a wetland or water body. | D2a | ☐ | ☐ |
| d. The proposed action may involve construction within or adjoining a freshwater or tidal wetland, or in the bed or banks of any other water body. | E2h | ☐ | ☐ |
| e. The proposed action may create turbidity in a waterbody, either from upland erosion, runoff or by disturbing bottom sediments. | D2a, D2h | ☐ | ☐ |
| f. The proposed action may include construction of one or more intake(s) for withdrawal of water from surface water. | D2c | ☐ | ☐ |
| g. The proposed action may include construction of one or more outfall(s) for discharge of wastewater to surface water(s). | D2d | ☐ | ☐ |
| h. The proposed action may cause soil erosion, or otherwise create a source of stormwater discharge that may lead to siltation or other degradation of receiving water bodies. | D2e | ☐ | ☐ |
| i. The proposed action may affect the water quality of any water bodies within or downstream of the site of the proposed action. | E2h | ☐ | ☐ |
| j. The proposed action may involve the application of pesticides or herbicides in or around any water body. | D2q, E2h | ☐ | ☐ |
| k. The proposed action may require the construction of new, or expansion of existing, wastewater treatment facilities. | D1a, D2d | ☐ | ☐ |

Page 2 of 10

CONFIDENTIAL

DN0001042

| l. Other impacts: _____ |  | ▢ | ▢ |
| --- | --- | --- | --- |

---

## 4. Impact on groundwater

The proposed action may result in new or additional use of ground water, or may have the potential to introduce contaminants to ground water or an aquifer. (See Part 1. D.2.a, D.2.c, D.2.d, D.2.p, D.2.q, D.2.t)

☑NO    ☐YES

*If "Yes", answer questions a - h. If "No", move on to Section 5.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
| --- | --- | --- | --- |
| a. The proposed action may require new water supply wells, or create additional demand on supplies from existing water supply wells. | D2c | ▢ | ▢ |
| b. Water supply demand from the proposed action may exceed safe and sustainable withdrawal capacity rate of the local supply or aquifer. Cite Source: _____ | D2c | ▢ | ▢ |
| c. The proposed action may allow or result in residential uses in areas without water and sewer services. | D1a, D2c | ▢ | ▢ |
| d. The proposed action may include or require wastewater discharged to groundwater. | D2d, E2l | ▢ | ▢ |
| e. The proposed action may result in the construction of water supply wells in locations where groundwater is, or is suspected to be, contaminated. | D2c, E1f, E1g, E1h | ▢ | ▢ |
| f. The proposed action may require the bulk storage of petroleum or chemical products over ground water or an aquifer. | D2p, E2l | ▢ | ▢ |
| g. The proposed action may involve the commercial application of pesticides within 100 feet of potable drinking water or irrigation sources. | E2h, D2q, E2l, D2c | ▢ | ▢ |
| h. Other impacts: _____ | | ▢ | ▢ |

---

## 5. Impact on Flooding

The proposed action may result in development on lands subject to flooding. (See Part 1. E.2)

☑NO    ☐YES

*If "Yes", answer questions a - g. If "No", move on to Section 6.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
| --- | --- | --- | --- |
| a. The proposed action may result in development in a designated floodway. | E2i | ▢ | ▢ |
| b. The proposed action may result in development within a 100 year floodplain. | E2j | ▢ | ▢ |
| c. The proposed action may result in development within a 500 year floodplain. | E2k | ▢ | ▢ |
| d. The proposed action may result in, or require, modification of existing drainage patterns. | D2b, D2e | ▢ | ▢ |
| e. The proposed action may change flood water flows that contribute to flooding. | D2b, E2i, E2j, E2k | ▢ | ▢ |
| f. If there is a dam located on the site of the proposed action, is the dam in need of repair, or upgrade? | E1e | ▢ | ▢ |

CONFIDENTIAL

DN0001043

| g. Other impacts: _____ | | ☐ | ☐ |
|---|---|---|---|

---

**6.  Impacts on Air**

The proposed action may include a state regulated air emission source.     ☑NO     ☐YES
(See Part 1. D.2.f., D,2,h, D.2.g)
*If "Yes", answer questions a - f.  If "No", move on to Section 7.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| a. If the proposed action requires federal or state air emission permits, the action may also emit one or more greenhouse gases at or above the following levels: | | | |
|   i. More than 1000 tons/year of carbon dioxide ($CO_2$) | D2g | ☐ | ☐ |
|   ii. More than 3.5 tons/year of nitrous oxide ($N_2O$) | D2g | ☐ | ☐ |
|   iii. More than 1000 tons/year of carbon equivalent of perfluorocarbons (PFCs) | D2g | ☐ | ☐ |
|   iv. More than .045 tons/year of sulfur hexafluoride ($SF_6$) | D2g | ☐ | ☐ |
|   v. More than 1000 tons/year of carbon dioxide equivalent of hydrochloroflourocarbons (HFCs) emissions | D2g | ☐ | ☐ |
|   vi. 43 tons/year or more of methane | D2h | ☐ | ☐ |
| b. The proposed action may generate 10 tons/year or more of any one designated hazardous air pollutant, or 25 tons/year or more of any combination of such hazardous air pollutants. | D2g | ☐ | ☐ |
| c. The proposed action may require a state air registration, or may produce an emissions rate of total contaminants that may exceed 5 lbs. per hour, or may include a heat source capable of producing more than 10 million BTU's per hour. | D2f, D2g | ☐ | ☐ |
| d. The proposed action may reach 50% of any of the thresholds in "a" through "c", above. | D2g | ☐ | ☐ |
| e. The proposed action may result in the combustion or thermal treatment of more than 1 ton of refuse per hour. | D2s | ☐ | ☐ |
| f. Other impacts: _____ | | ☐ | ☐ |

---

**7.  Impact on Plants and Animals**

The proposed action may result in a loss of flora or fauna. (See Part 1. E.2. m.-q.)     ☑NO     ☐YES
*If "Yes", answer questions a - j.  If "No", move on to Section 8.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| a. The proposed action may cause reduction in population or loss of individuals of any threatened or endangered species, as listed by New York State or the Federal government, that use the site, or are found on, over, or near the site. | E2o | ☐ | ☐ |
| b. The proposed action may result in a reduction or degradation of any habitat used by any rare, threatened or endangered species, as listed by New York State or the federal government. | E2o | ☐ | ☐ |
| c. The proposed action may cause reduction in population, or loss of individuals, of any species of special concern or conservation need, as listed by New York State or the Federal government, that use the site, or are found on, over, or near the site. | E2p | ☐ | ☐ |
| d. The proposed action may result in a reduction or degradation of any habitat used by any species of special concern and conservation need, as listed by New York State or the Federal government. | E2p | ☐ | ☐ |

CONFIDENTIAL

DN0001044

| | | | |
|---|---|---|---|
| e. The proposed action may diminish the capacity of a registered National Natural Landmark to support the biological community it was established to protect. | E3c | ☐ | ☐ |
| f. The proposed action may result in the removal of, or ground disturbance in, any portion of a designated significant natural community.<br>Source: _____ | E2n | ☐ | ☐ |
| g. The proposed action may substantially interfere with nesting/breeding, foraging, or over-wintering habitat for the predominant species that occupy or use the project site. | E2m | ☐ | ☐ |
| h. The proposed action requires the conversion of more than 10 acres of forest, grassland or any other regionally or locally important habitat.<br>Habitat type & information source: _____ | E1b | ☐ | ☐ |
| i. Proposed action (commercial, industrial or recreational projects, only) involves use of herbicides or pesticides. | D2q | ☐ | ☐ |
| j. Other impacts: _____ | | ☐ | ☐ |

**8.  Impact on Agricultural Resources**
The proposed action may impact agricultural resources. (See Part 1. E.3.a. and b.)   ☑NO    ☐YES
*If "Yes", answer questions a - h.  If "No", move on to Section 9.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| a. The proposed action may impact soil classified within soil group 1 through 4 of the NYS Land Classification System. | E2c, E3b | ☐ | ☐ |
| b. The proposed action may sever, cross or otherwise limit access to agricultural land (includes cropland, hayfields, pasture, vineyard, orchard, etc). | E1a, E1b | ☐ | ☐ |
| c. The proposed action may result in the excavation or compaction of the soil profile of active agricultural land. | E3b | ☐ | ☐ |
| d. The proposed action may irreversibly convert agricultural land to non-agricultural uses, either more than 2.5 acres if located in an Agricultural District, or more than 10 acres if not within an Agricultural District. | E1b, E3a | ☐ | ☐ |
| e. The proposed action may disrupt or prevent installation of an agricultural land management system. | E1a, E1b | ☐ | ☐ |
| f. The proposed action may result, directly or indirectly, in increased development potential or pressure on farmland. | C2c, C3, D2c, D2d | ☐ | ☐ |
| g. The proposed project is not consistent with the adopted municipal Farmland Protection Plan. | C2c | ☐ | ☐ |
| h. Other impacts: _____ | | ☐ | ☐ |

Page **5** of **10**

CONFIDENTIAL

DN0001045

9. **Impact on Aesthetic Resources**
   The land use of the proposed action are obviously different from, or are in sharp contrast to, current land use patterns between the proposed project and a scenic or aesthetic resource. (Part 1. E.1.a, E.1.b, E.3.h.)
   *If "Yes", answer questions a - g. If "No", go to Section 10.*

   ☑NO    ☐YES

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| a. Proposed action may be visible from any officially designated federal, state, or local scenic or aesthetic resource. | E3h | ☐ | ☐ |
| b. The proposed action may result in the obstruction, elimination or significant screening of one or more officially designated scenic views. | E3h, C2b | ☐ | ☐ |
| c. The proposed action may be visible from publicly accessible vantage points: i. Seasonally (e.g., screened by summer foliage, but visible during other seasons) ii. Year round | E3h | ☐ ☐ | ☐ ☐ |
| d. The situation or activity in which viewers are engaged while viewing the proposed action is: i. Routine travel by residents, including travel to and from work ii. Recreational or tourism based activities | E3h E2q, E1c | ☐ ☐ | ☐ ☐ |
| e. The proposed action may cause a diminishment of the public enjoyment and appreciation of the designated aesthetic resource. | E3h | ☐ | ☐ |
| f. There are similar projects visible within the following distance of the proposed project: 0-1/2 mile ½ -3 mile 3-5 mile 5+ mile | D1a, E1a, D1f, D1g | ☐ | ☐ |
| g. Other impacts: _____ | | ☐ | ☐ |

10. **Impact on Historic and Archeological Resources**
    The proposed action may occur in or adjacent to a historic or archaeological resource. (Part 1. E.3.e, f. and g.)
    *If "Yes", answer questions a - e. If "No", go to Section 11.*

    ☑NO    ☐YES

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| a. The proposed action may occur wholly or partially within, or substantially contiguous to, any buildings, archaeological site or district which is listed on or has been nominated by the NYS Board of Historic Preservation for inclusion on the State or National Register of Historic Places. | E3e | ☐ | ☐ |
| b. The proposed action may occur wholly or partially within, or substantially contiguous to, an area designated as sensitive for archaeological sites on the NY State Historic Preservation Office (SHPO) archaeological site inventory. | E3f | ☐ | ☐ |
| c. The proposed action may occur wholly or partially within, or substantially contiguous to, an archaeological site not included on the NY SHPO inventory. Source: _____ | E3g | ☐ | ☐ |

Page 6 of 10

CONFIDENTIAL

DN0001046

| d. Other impacts: _____ | | ☐ | ☐ |
|---|---|---|---|

| e. If any of the above (a-d) are answered "Moderate to large impact may occur", continue with the following questions to help support conclusions in Part 3: | | | |
|---|---|---|---|
| i. The proposed action may result in the destruction or alteration of all or part of the site or property. | E3e, E3g, E3f | ☐ | ☐ |
| ii. The proposed action may result in the alteration of the property's setting or integrity. | E3e, E3f, E3g, E1a, E1b | ☐ | ☐ |
| iii. The proposed action may result in the introduction of visual elements which are out of character with the site or property, or may alter its setting. | E3e, E3f, E3g, E3h, C2, C3 | ☐ | ☐ |

---

**11. Impact on Open Space and Recreation**

The proposed action may result in a loss of recreational opportunities or a reduction of an open space resource as designated in any adopted municipal open space plan.
(See Part 1. C.2.c, E.1.c., E.2.q.)

☑ NO    ☐ YES

*If "Yes", answer questions a - e. If "No", go to Section 12.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| a. The proposed action may result in an impairment of natural functions, or "ecosystem services", provided by an undeveloped area, including but not limited to stormwater storage, nutrient cycling, wildlife habitat. | D2e, E1b E2h, E2m, E2o, E2n, E2p | ☐ | ☐ |
| b. The proposed action may result in the loss of a current or future recreational resource. | C2a, E1c, C2c, E2q | ☐ | ☐ |
| c. The proposed action may eliminate open space or recreational resource in an area with few such resources. | C2a, C2c E1c, E2q | ☐ | ☐ |
| d. The proposed action may result in loss of an area now used informally by the community as an open space resource. | C2c, E1c | ☐ | ☐ |
| e. Other impacts: _____ | | ☐ | ☐ |

---

**12. Impact on Critical Environmental Areas**

The proposed action may be located within or adjacent to a critical environmental area (CEA). (See Part 1. E.3.d)

☑ NO    ☐ YES

*If "Yes", answer questions a - c. If "No", go to Section 13.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| a. The proposed action may result in a reduction in the quantity of the resource or characteristic which was the basis for designation of the CEA. | E3d | ☐ | ☐ |
| b. The proposed action may result in a reduction in the quality of the resource or characteristic which was the basis for designation of the CEA. | E3d | ☐ | ☐ |
| c. Other impacts: _____ | | ☐ | ☐ |

CONFIDENTIAL

DN0001047

### 13. Impact on Transportation

The proposed action may result in a change to existing transportation systems. ☑NO ☐YES
(See Part 1. D.2.j)

*If "Yes", answer questions a - f. If "No", go to Section 14.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| . Projected traffic increase may exceed capacity of existing road network. | D2j | ☐ | ☐ |
| . The proposed action may result in the construction of paved parking area for 500 or more vehicles. | D2j | ☐ | ☐ |
| The proposed action will degrade existing transit access. | D2j | ☐ | ☐ |
| The proposed action will degrade existing pedestrian or bicycle accommodations. | D2j | ☐ | ☐ |
| The proposed action may alter the present pattern of movement of people or goods. | D2j | ☐ | ☐ |
| Other impacts: _____ | | ☐ | ☐ |

### . Impact on Energy

The proposed action may cause an increase in the use of any form of energy. ☑NO ☐YES
(See Part 1. D.2.k)

*If "Yes", answer questions a - e. If "No", go to Section 15.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| The proposed action will require a new, or an upgrade to an existing, substation. | D2k | ☐ | ☐ |
| The proposed action will require the creation or extension of an energy transmission or supply system to serve more than 50 single or two-family residences or to serve a commercial or industrial use. | D1f, D1q, D2k | ☐ | ☐ |
| The proposed action may utilize more than 2,500 MWhrs per year of electricity. | D2k | ☐ | ☐ |
| The proposed action may involve heating and/or cooling of more than 100,000 square feet of building area when completed. | D1g | ☐ | ☐ |
| Other Impacts: _____ | | | |

### Impact on Noise, Odor, and Light

The proposed action may result in an increase in noise, odors, or outdoor lighting. ☑NO ☐YES
(See Part 1. D.2.m., n., and o.)

*If "Yes", answer questions a - f. If "No", go to Section 16.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| e proposed action may produce sound above noise levels established by local gulation. | D2m | ☐ | ☐ |
| e proposed action may result in blasting within 1,500 feet of any residence, spital, school, licensed day care center, or nursing home. | D2m, E1d | ☐ | ☐ |
| : proposed action may result in routine odors for more than one hour per day. | D2o | ☐ | ☐ |

Page 8 of 10

CONFIDENTIAL

DN0001048

| d. The proposed action may result in light shining onto adjoining properties. | D2n | ☐ | ☐ |
| e. The proposed action may result in lighting creating sky-glow brighter than existing area conditions. | D2n, E1a | ☐ | ☐ |
| f. Other impacts: _____ | | ☐ | ☐ |

## 16. Impact on Human Health

The proposed action may have an impact on human health from exposure to new or existing sources of contaminants. (See Part I.D.2.q., E.I. d. f. g. and h.)    ☑ NO    ☐ YES

*If "Yes", answer questions a - m. If "No", go to Section 17.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| a. The proposed action is located within 1500 feet of a school, hospital, licensed day care center, group home, nursing home or retirement community. | E1d | ☐ | ☐ |
| b. The site of the proposed action is currently undergoing remediation. | E1g, E1h | ☐ | ☐ |
| c. There is a completed emergency spill remediation, or a completed environmental site remediation on, or adjacent to, the site of the proposed action. | E1g, E1h | ☐ | ☐ |
| d. The site of the action is subject to an institutional control limiting the use of the property (e.g., easement or deed restriction). | E1g, E1h | ☐ | ☐ |
| e. The proposed action may affect institutional control measures that were put in place to ensure that the site remains protective of the environment and human health. | E1g, E1h | ☐ | ☐ |
| f. The proposed action has adequate control measures in place to ensure that future generation, treatment and/or disposal of hazardous wastes will be protective of the environment and human health. | D2t | ☐ | ☐ |
| g. The proposed action involves construction or modification of a solid waste management facility. | D2q, E1f | ☐ | ☐ |
| h. The proposed action may result in the unearthing of solid or hazardous waste. | D2q, E1f | ☐ | ☐ |
| i. The proposed action may result in an increase in the rate of disposal, or processing, of solid waste. | D2r, D2s | ☐ | ☐ |
| j. The proposed action may result in excavation or other disturbance within 2000 feet of a site used for the disposal of solid or hazardous waste. | E1f, E1g E1h | ☐ | ☐ |
| k. The proposed action may result in the migration of explosive gases from a landfill site to adjacent off site structures. | E1f, E1g | ☐ | ☐ |
| l. The proposed action may result in the release of contaminated leachate from the project site. | D2s, E1f, D2r | ☐ | ☐ |
| m. Other impacts: _____ | | | |

Page 9 of 10

CONFIDENTIAL

DN0001049

## 17. Consistency with Community Plans

The proposed action is not consistent with adopted land use plans.   ☑NO   ☐YES
(See Part 1. C.1, C.2. and C.3.)

*If "Yes", answer questions a - h. If "No", go to Section 18.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| a. The proposed action's land use components may be different from, or in sharp contrast to, current surrounding land use pattern(s). | C2, C3, D1a E1a, E1b | ☐ | ☐ |
| b. The proposed action will cause the permanent population of the city, town or village in which the project is located to grow by more than 5%. | C2 | ☐ | ☐ |
| c. The proposed action is inconsistent with local land use plans or zoning regulations. | C2, C2, C3 | ☐ | ☐ |
| d. The proposed action is inconsistent with any County plans, or other regional land use plans. | C2, C2 | ☐ | ☐ |
| e. The proposed action may cause a change in the density of development that is not supported by existing infrastructure or is distant from existing infrastructure. | C3, D1c, D1d, D1f, D1d, E1b | ☐ | ☐ |
| f. The proposed action is located in an area characterized by low density development that will require new or expanded public infrastructure. | C4, D2c, D2d D2j | ☐ | ☐ |
| g. The proposed action may induce secondary development impacts (e.g., residential or commercial development not included in the proposed action) | C2a | ☐ | ☐ |
| h. Other: _____ | | ☐ | ☐ |

## 18. Consistency with Community Character

The proposed project is inconsistent with the existing community character.   ☐NO   ☑YES
(See Part 1. C.2, C.3, D.2, E.3)

*If "Yes", answer questions a - g. If "No", proceed to Part 3.*

| | Relevant Part I Question(s) | No, or small impact may occur | Moderate to large impact may occur |
|---|---|---|---|
| a. The proposed action may replace or eliminate existing facilities, structures, or areas of historic importance to the community. | E3e, E3f, E3g | ☐ | ☐ |
| b. The proposed action may create a demand for additional community services (e.g. schools, police and fire) | C4 | ☐ | ☐ |
| c. The proposed action may displace affordable or low-income housing in an area where there is a shortage of such housing. | C2, C3, D1f D1g, E1a | ☐ | ☐ |
| d. The proposed action may interfere with the use or enjoyment of officially recognized or designated public resources. | C2, E3 | ☐ | ☐ |
| e. The proposed action is inconsistent with the predominant architectural scale and character. | C2, C3 | ☐ | ☐ |
| f. Proposed action is inconsistent with the character of the existing natural landscape. | C2, C3 E1a, E1b E2g, E2h | ☐ | ☐ |
| g. Other impacts: _____ | | ☐ | ☐ |

PRINT FULL FORM

Page 10 of 10

CONFIDENTIAL

DN0001050

Project:
Date:

Agency Use Only [If Applicable]

## Full Environmental Assessment Form
### Part 3 - Evaluation of the Magnitude and Importance of Project Impacts
### and
### Determination of Significance

Part 3 provides the reasons in support of the determination of significance. The lead agency must complete Part 3 for every question in Part 2 where the impact has been identified as potentially moderate to large or where there is a need to explain why a particular element of the proposed action will not, or may, result in a significant adverse environmental impact.

Based on the analysis in Part 3, the lead agency must decide whether to require an environmental impact statement to further assess the proposed action or whether available information is sufficient for the lead agency to conclude that the proposed action will not have a significant adverse environmental impact. By completing the certification on the next page, the lead agency can complete its determination of significance.

**Reasons Supporting This Determination:**
To complete this section:

- Identify the impact based on the Part 2 responses and describe its magnitude. Magnitude considers factors such as severity, size or extent of an impact.
- Assess the importance of the impact. Importance relates to the geographic scope, duration, probability of the impact occurring, number of people affected by the impact and any additional environmental consequences if the impact were to occur.
- The assessment should take into consideration any design element or project changes.
- Repeat this process for each Part 2 question where the impact has been identified as potentially moderate to large or where there is a need to explain why a particular element of the proposed action will not, or may, result in a significant adverse environmental impact.
- Provide the reason(s) why the impact may, or will not, result in a significant adverse environmental impact
- For Conditional Negative Declarations identify the specific condition(s) imposed that will modify the proposed action so that no significant adverse environmental impacts will result.
- Attach additional sheets, as needed.

## Determination of Significance - Type 1 and Unlisted Actions

SEQR Status:    ☐ Type 1    ☑ Unlisted

Identify portions of EAF completed for this Project:    ☐ Part 1    ☐ Part 2    ☐ Part 3

DN0001053

Upon review of the information recorded on this EAF, as noted, plus this additional support information

and considering both the magnitude and importance of each identified potential impact, it is the conclusion of the Board of Trustees of the Village of Islandia _____ as lead agency that:

[✓] A. This project will result in no significant adverse impacts on the environment, and, therefore, an environmental impact statement need not be prepared. Accordingly, this negative declaration is issued.

[ ] B. Although this project could have a significant adverse impact on the environment, that impact will be avoided or substantially mitigated because of the following conditions which will be required by the lead agency:

There will, therefore, be no significant adverse impacts from the project as conditioned, and, therefore, this conditioned negative declaration is issued. A conditioned negative declaration may be used only for UNLISTED actions (see 6 NYCRR 617.d).

[ ] C. This Project may result in one or more significant adverse impacts on the environment, and an environmental impact statement must be prepared to further assess the impact(s) and possible mitigation and to explore alternatives to avoid or reduce those impacts. Accordingly, this positive declaration is issued.

Name of Action: Marriott Hotel Delaware North Special Permit

Name of Lead Agency: Board of Trustees Village of Islandia

Name of Responsible Officer in Lead Agency: Allan M. Dorman

Title of Responsible Officer: Mayor

Signature of Responsible Officer in Lead Agency: _____    Date:    August 10, 2016

Signature of Preparer (if different from Responsible Officer) _____    Date:    August 10, 2016

**For Further Information:**

Contact Person: Patricia Dorman, Village Clerk

Address: Islandia Village Hall, 1100 Old Nichols Road, Islandia, New York 11749

Telephone Number: (631) 348-1133

E-mail:

For Type 1 Actions and Conditioned Negative Declarations, a copy of this Notice is sent to:

Chief Executive Officer of the political subdivision in which the action will be principally located (e.g., Town / City / Village of)
Other involved agencies (if any)
Applicant (if any)
Environmental Notice Bulletin: http://www.dec.ny.gov/enb/enb.html

PRINT FULL FORM          Page 2 of 2

CONFIDENTIAL          DN0001054