# EXPANDED ENVIRONMENTAL ASSESSMENT

## Proposed Modification to an Existing Special Permit
## Islandia Marriott Long Island Hotel

3635 Express Drive North
Incorporated Village of Islandia
Town of Islip

PREPARED FOR
Delaware North Companies Parks & Resorts, Inc.
250 Delaware Avenue
Buffalo, NY 14202

PREPARED BY
vhb
100 Motor Parkway, Suite 135
Hauppauge, NY 11788

June 2016

# EXPANDED ENVIRONMENTAL ASSESSMENT
## PROPOSED MODIFICATION TO AN EXISTING SPECIAL PERMIT
## ISLANDIA MARRIOTT LONG ISLAND HOTEL
## 3635 EXPRESS DRIVE NORTH
## INCORPORATED VILLAGE OF ISLANDIA
## SUFFOLK COUNTY, NEW YORK

**PROJECT LOCATION:** 7.88±-acre parcel situated at 3635 Express Drive North, Incorporated Village of Islandia, Suffolk County, New York

**TAX MAP NUMBERS:** Section 008 - Block 02 – Lot 58.2

**APPLICANT:** Delaware North Companies Parks & Resorts, Inc.
c/o Jeff Sellers, Vice President Development and Construction
250 Delaware Avenue
Buffalo, New York 14202

Contact: Anthony S. Guardino, Esq.
Farrell Fritz, PC
(631) 367-0716

**LEAD AGENCY:** Incorporated Village of Islandia Board of Trustees
Village Hall
1100 Old Nichols Road
Islandia, New York 11749

Contact: Joseph W. Prokop, Esq., Village Attorney
Vincent Pizzulli, Jr., Esq., Village Special Counsel

**PREPARER & CONTACT:** This Expanded Environmental Assessment was prepared by:

VHB Engineering, Surveying and Landscape Architecture, P.C.
100 Motor Parkway, Suite 135
Hauppauge, New York 11788

Contact: Kevin Walsh, P.E., Managing Director
Ginny Watral, Senior Technical Advisor
(631) 787-3400

CONFIDENTIAL                                                                                          DN0000214

With Technical Input from:

**Architecture:**
Nory Hazaveh
SOSH Architects
145 West 57th Street, #13
New York, New York 10019

**Legal Counsel**
Anthony S. Guardino, Esq.
Farrell Fritz, PC
100 Motor Parkway, Suite 138
Hauppauge, New York 11788

**DATE OF PREPARATION:**          June 2016



# Table of Contents

1.0 Introduction .................................................................................................................................. 1
2.0 Description of Proposed Action ..................................................................................................... 4
    2.1 Existing Site Conditions ........................................................................................................... 4
    2.2 Proposed Action ...................................................................................................................... 6
3.0 Impact Issues ................................................................................................................................. 8
    3.1 Land Use, Zoning and Comprehensive Plan Analysis ............................................................ 8
        3.1.1 Land Use and Zoning ..................................................................................................... 8
    3.2 Transportation and Parking .................................................................................................... 19
        3.2.1 Existing Traffic Volume Data ......................................................................................... 22
        3.2.2 Future Conditions ......................................................................................................... 25
        3.2.3 Traffic Operations Analysis ........................................................................................... 36
        3.2.4 Parking and Circulation ................................................................................................. 44
        3.2.5 Conclusions .................................................................................................................. 45
    3.3 Public Need and Benefit ........................................................................................................ 46

## List of Appendices

Appendix A    -    Site and Surrounding Area Photographs
Appendix B    -    Traffic Impact Study

## List of Figures

Figure 1 - Site Location Map ................................................................................................................. 2
Figure 2 - Suffolk County Tax Map Excerpt ........................................................................................... 3
Figure 3 - Aerial Photograph ................................................................................................................. 5
Figure 4 - Zoning Map Excerpt ............................................................................................................ 10
Figure 5 - Existing Friday PM Traffic Volumes .................................................................................... 23
Figure 6 - Existing Saturday PM Traffic Volumes ................................................................................ 24
Figure 7 - Project Primary Trip Distribution ......................................................................................... 30
Figure 8 - Site Generated Primary Trips ............................................................................................. 31
Figure 9 - Project Secondary Trip Distribution .................................................................................... 32
Figure 10 - Site Generated Secondary Trips ...................................................................................... 33
Figure 11 - Build Friday PM Traffic Volumes ...................................................................................... 34
Figure 12 - Build Saturday PM Traffic Volumes .................................................................................. 35

## List of Tables

Table 1 - Required Permits and Approvals ........................................................................................... 7
Table 2 - Projected Trip Generation .................................................................................................... 27
Table 3 - Primary, Satellite & Shuttle Trips - Friday ............................................................................ 28
Table 4 - Primary, Satellite & Shuttle Trips - Saturday ....................................................................... 28
Table 5 - LOS Summary - Signalized Intersection - Friday PM Peak ................................................. 37
Table 6 - Level of Service Summary - Signalized Intersection - Saturday PM Peak .......................... 40
Table 7 - Level of Service Summary - Site Accesses - Friday PM ..................................................... 43
Table 8 - Level of Service Summary - Sie Accesses - Saturday PM .................................................. 43



# 1.0 Introduction

This document is an Expanded Environmental Assessment (Expanded EA) for the proposed application of Delaware North Companies Parks & Resorts, Inc. (hereinafter "Delaware North, "DNC" or "Applicant,") for modification to an existing special permit for the Marriott Hotel. Specifically, the proposed action would require interior construction and reallocation of space in the existing hotel to accommodate an accessory indoor amusement establishment at the existing Islandia Marriott Long Island Hotel at 3635 Express Drive North, in the Incorporated Village of Islandia, Suffolk County, New York (hereinafter "the subject property"). The subject property is 7.88± acres in size and is currently developed with a 278-room (including 13 suites) hotel and associated parking lot (649 parking spaces) (see Figure 1). The subject property is at the northeast corner of South Bedford Avenue and Express Drive North, west of Dawson Court, and south of Kosciusko Street. The subject property is designated on the Suffolk County Tax Map (SCTM) as Section 008 - Block 2 – Lot 58.2 (see Figure 2).

This Expanded EA addresses the relevant environmental and planning issues and potential impacts identified during the preparation of the Part 1 - EAF, as follows:

- Land Use and Zoning
- Transportation and Parking
- Public Need and Benefits

This document is divided into three sections. The first, of which this is a part, is the introduction to the proposed project. The second part contains a summary of the existing site conditions and a detailed description of the proposed project. The third section of this Expanded EA includes a discussion of the aforementioned potential impacts.

1    Introduction

Case 1-18-01033-cec    Doc 62-14    Filed 10/29/18    Entered 10/29/18 14:19:01



Figure 1 - Site Location

Marriott Hotel
3635 Expressway Drive North
Incorporated Village of Islandia
Town of Islip, Suffolk County

Source: ESRI; Bing Maps

CONFIDENTIAL

DN0000218



Figure 2 - Suffolk County Tax Map Excerpt

Marriott Hotel
3635 Expressway Drive North
Incorporated Village of Islandia
Town of Islip, Suffolk County



# 2.0

# Description of Proposed Action

## 2.1 Existing Site Conditions

The proposed action consists of an application for modification of an existing special permit for the Islandia Marriott Long Island Hotel (hotel) to permit an accessory use therein. The subject property is currently developed with a 240,000±-square-foot (sf) 278-room hotel (including 13 suites), with meeting rooms, a pool, bar and restaurant, fitness room, and associated parking areas, on 7.88±acres at 3635 Express Drive North, in the Incorporated Village of Islandia, Suffolk County, New York.

Access to the subject property is currently provided by three driveways -- Express Drive North on the south, South Bedford Avenue on the west, and Kosciusko Street on the north.

The existing hotel parking area contains 649 parking spaces with landscaped islands. See Figure 3 for an aerial photograph of the site and surrounding area, and Appendix A for site and surrounding area photographs.

Sewage disposal for the hotel is via connection to Suffolk County Sewer District #13-Windwatch. Water supply is from the Suffolk County Water Authority (SCWA).

The subject property is within the Central Islip Union Free School District. Fire protection is provided by the Hauppauge Fire Department, emergency medical services are provided by the Central Islip-Hauppauge Volunteer Ambulance, and police protection is provided by the Suffolk County Police Department, Fourth Precinct.

CONFIDENTIAL



Figure 3 - Aerial Photograph

Marriott Hotel
3635 Expressway Drive North
Incorporated Village of Islandia
Town of Islip, Suffolk County



## 2.2 Proposed Action

The proposed action consists of an application to modify an existing special permit for the hotel to accommodate an accessory indoor amusement establishment that would comprise a Video Lottery Terminals (VLTs) facility, Suffolk OTB simulcast location, food and beverage locations, and back-of-house support areas for the operator of the hotel. The proposed VLT and OTB simulcast would be an accessory and complimentary use to the existing hotel. As previously described, the subject property is developed with the Islandia Marriott Long Island Hotel, which is equipped with 278 guest rooms (13 of which are suites) and associated parking.

Modifications proposed would primarily be interior reallocation of spaces. Specifically, 2 suites and 31 guest rooms, existing meeting rooms, banquet rooms, and the pool would be replaced with approximately 30,255 sf of gaming area for the VLTs and two Suffolk OTB quick-bet kiosks, as well as additional VLT offices and support areas and OTB offices. Square footage dedicated to support services (e.g., kitchen, housekeeping and lobby) would be generally consistent with current conditions. The proposed gaming area (accessory use to the hotel) would occupy a nominal 12.6± percent of the overall 240,000-sf hotel.

The proposed interior hotel modifications would take place during two phases. The first phase would include interior alterations to facilitate installation of approximately 260 VLTs. The second phase would encompass the majority of the interior modifications, including installation of 740 VLTs (for a total of 1,000) and the two OTB quick-bet kiosks.

As previously described, the subject property contains 649 parking spaces, which are more than enough to accommodate the existing hotel operations and the first phase of the proposed modifications. There is one modification proposed at the northeast corner of the building to allow for a "sally port," or secure entry to the building. This modification would eliminate six parking spaces from the existing parking lot, resulting in a total of 643 parking spaces on-site. It should be noted, however, that the sally port would be within the existing building footprint – enclosing an existing overhang area.

Upon completion of the second phase, it is anticipated that additional parking could be required to accommodate facility use during peak hour periods. As such, an agreement is being negotiated with the owner of an off-site commercial property (approximately 1½ miles west), to provide 400 additional parking spaces. Specifically, the property located at the northeast corner of Express Drive North and Motor Parkway would be utilized for parking during peak parking hours, which would not conflict with the hours of operation of tenants at that location. Section 3.2 of this Expanded EA provides a more detailed discussion of both parking and



transportation-related issues. A separate Traffic Impact Study is also included in Appendix B of this Expanded EA.

Sewage disposal for the existing hotel is handled via connection to the existing sewer main, located on South Bedford Avenue, which then connects to the Suffolk County Municipal Sewer District #13 - Windwatch. As the proposed action involves interior modifications, and would not change the type of wastewater flow generated, and as the estimated flow of approximately 40,000 gallons per day (gpd) is less than the allocated flow of 56,000 gpd, there are no permits or approvals required from the Suffolk County Department of Public Works (SCDPW) or Suffolk County Sewer Agency (SCSA) for the proposed action.

Presently, a 12-inch Suffolk County water main runs along the south side of Kosciusko Street, directly adjacent to and north of the subject property. Water to the subject property would continue to be supplied by the SCWA. No additional permits or approvals would be required.

Stormwater runoff is currently collected in catch basins, area inlets, and drywells equipped with inlet structures located throughout the parking areas. As there is no ground disturbance or increase in impervious surface proposed, a Storm Water Pollution Prevention Plan (SWPPP) is not required for the proposed action.

As noted, the subject property is within the Central Islip Union Free School District. Fire protection is provided by the Hauppauge Fire Department and police protection is provided by the Suffolk County Police Department. Emergency medical services are provided by the Central Islip-Hauppauge Volunteer Ambulance Corps.

### 2.2.1 Required Permits and Approvals

In order to implement the proposed action, the following permits and approvals are required.

Table 1 - Required Permits and Approvals

| AGENCY | PERMIT OR APPROVAL |
|---|---|
| Incorporated Village of Islandia Board of Trustees | Modification to Existing Special Permit |
| Suffolk County Planning Commission | Referral - Special Permit Modification |

7    Description of Proposed Action