

# 3.0
# Impact Issues

## 3.1 Land Use, Zoning and Comprehensive Plan Analysis

### 3.1.1 Land Use and Zoning

As previously explained, the subject property, which is approximately 7.88 acres, is developed with the Islandia Marriott Long Island Hotel and associated parking areas. The property is bordered on the south by Express Drive North; on the west by South Bedford Avenue; on the north by Kosciusko Street, and on the east by undeveloped land and single-family homes on Dawson Court.

A description of the land uses and zoning adjoining and surrounding the subject property follows. See Figure 4, and Appendix A of this Expanded EA, for site and surrounding area photographs.

**North:** Directly north of the subject property is Kosciusko Street, followed by undeveloped properties, a PSEG Long Island right-of-way and Whitson's distribution facility. Beyond that is Motor Parkway, which serves as the Village of Islandia boundary. The properties in this area are all in the Office Industry (OI) zoning district of the Village of Islandia.

**East:** East of the subject property are undeveloped lands, single-family residences on Dawson Court, a New York State Department of Transportation (NYDOT) Park & Ride and then Shafter Street, which is developed with industrial uses. These properties are located within the Low Density Residence (L) and Office (O) zoning districts.

**South:** Immediately south of the subject property is Express Drive North and the Long Island Expressway. South of the Long Island Expressway is residential development in the Medium Density (M) zoning district.

CONFIDENTIAL DN0000224



**West:** Immediately west of the subject property is South Bedford Avenue followed by undeveloped land, beyond which is CA Technologies. This area is designated OI and O on the Village of Islandia Zoning Map.



MF
OI
O
OI
L
O
G
L
Ag
G
L
G
Long Island Expressway
O
Veterans Highway
M
Old Nichols Road
L
G
CR
Ag
Land Use
Single-Family Residential
Multi-Family Residential
Commercial
Industrial
Office
Governmental/Educational
Utilities
Agriculture
Parks/Open Space
Vacant
Marriott Hotel
3635 Expressway Drive North
Incorporated Village of Islandia
Town of Islip, Suffolk County
N
W
E
S
0
1,000
2,000
Feet
Source: Village of Islandia Zoning Map, March 1999.
Figure 4 - Zoning Map
Legend
Subject Property
vhb



As can be seen in Figure 3, and in the photographs included in Appendix A, the predominant land use in this area is industrial and commercial.

From a land use perspective, the proposed modification to the existing special permit for the hotel would not be discernible from the surrounding area. The overall use of the property would not change, and only one small exterior modification, which would not increase the building footprint, to the remote northeast corner of the hotel is necessary, with the most of the modifications taking place within the building. The hotel is a place where it is expected people would congregate, and the same would be true upon the completion of the proposed action. As previously indicated, and discussed below, the zoning designation of the subject property permits the hotel, by special permit from the Village Board of Trustees, as well as the surrounding commercial and industrial uses. Moreover, surrounding land uses have been well-established, as is the subject property, which has been developed with a hotel for over 30 years. Thus, the approval of an accessory indoor amusement use at the subject property, with minimal exterior modifications and which would involve the congregation of people, consistent with current conditions, would not alter the existing land use, or have significant adverse impacts on the surround land uses.

## Zoning

The subject property is within the Village of Islandia's OI zoning district, which permits, among other uses, offices, assembly and social recreation hall, and restaurants and eating and drinking establishments. Hotels are permitted by special permit granted by the Village Board, after a public hearing.

Pursuant to Chapter 177-76.D., "Whenever a use has been authorized by a special permit, no accessory use shall be permitted unless the same shall have been specifically authorized by that board that authorized the use." As the Islandia Marriott Long Island operates under a special permit granted by the Village Board of Trustees, the proposed accessory indoor amusement use must also receive approval from the Village of Islandia Board of Trustees.

The Village of Islandia Code (Code) sets forth criteria for the issuance of special permits by the Board of Appeals, not the Board of Trustees. However, the following consistency analysis with such criteria, is presented to demonstrate the appropriateness of the proposed accessory indoor amusement use to the existing hotel.

**§ 177-109. Special Permit Determination.**

> *Before such approval for such special exception, the Board of Appeals shall determine that:*

CONFIDENTIAL DN0000227



A. *The use shall not prevent the orderly and reasonable use of adjacent properties or of properties in adjacent use districts.*

The subject property is developed with the Islandia Marriott Long Island Hotel, which would not change as a result of the proposed special permit modification. Existing interior spaces would be modified to accommodate this use, and as such, would not prevent the orderly and reasonable use of permitted or legally established uses in the district. The conversion of an existing overhang to an enclosed sally port, in the northeast corner or the building, would not increase the building footprint.

Based on information provided by the applicant, it is anticipated that peak hours of activity associated with the indoor amusement area would be evenings and weekends, which is similar to the peak hours of use for the existing hotel. As discussed elsewhere in this Expanded EA, and in the Traffic Impact Study (TIS) (see Appendix B), the applicant is negotiating an agreement with a commercial property owner at the northeast corner of Express Drive North and Motor Parkway, for satellite parking during peak parking hours, which would not conflict with hours of operation of tenants of that building or surrounding properties, and would provide an additional 400 parking spaces. Moreover, the proposed accessory use to the hotel would occupy approximately 12.6 percent of the overall 240,000±-sf hotel. As such, the proposed accessory indoor amusement would not prevent the orderly and reasonable use of adjacent properties or of properties in adjacent use districts.

B. *The use shall not prevent the orderly and reasonable use of permitted or legally established uses in the district wherein the proposed use is to be located or of permitted or legally established uses in adjacent use districts.*

As previously discussed, the proposed accessory use to the Islandia Marriott Long Island Hotel would be an indoor amusement area that would be complimentary and harmonious with the existing hotel use. Existing interior spaces would be modified to accommodate this use, and as such, would not prevent the orderly and reasonable use of permitted or legally established uses in the district. The conversion of an existing overhang to an enclosed sally port, in the northeast corner or the building, would not increase the building footprint.

Based on information provided by the applicant, it is anticipated that peak hours of activity associated with the indoor amusement area would be evenings and weekends, which is similar to the peak hours of use for the existing hotel. Meeting and banquet spaces would be replaced by the proposed indoor amusement area; thereby, reducing the number of



events the hotel could accommodate. The increase in visitation that would result from the proposed accessory indoor amusement use would be partially accounted for by the reduction in events and/or functions held in the meeting and banquet spaces. Also, as previously discussed, the surrounding area is developed primarily with office/commercial and industrial uses, proximate to major transportation corridors (i.e., the Long Island Expressway and Motor Parkway). Thus, the proposed accessory use would not prevent the orderly and reasonable use of permitted or legally established uses in the district.

C. *The safety, health, welfare, comfort, convenience or order of the Village shall not be adversely affected by the proposed use and its location.*

As discussed throughout this Expanded EA, the proposed accessory use is complimentary and harmonious with the existing hotel use on the subject property. Modifications to interior spaces within the hotel would accommodate the accessory use and support activities associated therewith (e.g., VLT offices, OTB office). All modifications would be done in accordance with applicable building codes, and in consultation with Village officials and staff to ensure there are no safety concerns. The location of the existing hotel, on the north service road of the Long Island Expressway, provides convenient access to the subject property, while minimizing potential impacts to the Village's roadways (also see Section 3.2 of this Expanded EA). Therefore, the safety, health, welfare, comfort, convenience and order of the Village would not be adversely affected by the proposed accessory use and its location in the existing hotel.

D. *The use shall be in harmony with and promote the general purposes and intent of this chapter.*

The proposed accessory use to the existing hotel would be in harmony with the existing hotel use, as well as the general purposes and intent of this chapter. Specifically, § 177-71.B. of the Code states:

> *The intent of the Office/Industry District is to continue the orderly mixed-use development consisting of high quality, nonintensive light industrial and warehouse uses along with the office development in accordance with appropriate standards of design and site development.*

The existing hotel is a suitable, appropriate, and harmonious location for the accessory indoor amusement use, in that most of the modifications proposed are to interior spaces of the building, with one minor change to the exterior of the building that would not increase the building footprint. The surrounding area is mostly developed with commercial



and industrial uses. The existing hotel is conveniently located on Express Drive North, adjacent to the Long Island Expressway, and as such, would have minimal potential impacts to local/Village roadways.

**§ 177-110. Special Permit Considerations.**

*In making a determination for a special permit approval, the Board of Appeals[1] shall, among other things, give consideration to the following:*

A. *The character of the existing and probable development of uses in the district and the peculiar suitability of such district for the location of any such permissive uses.*

The proposed accessory use to the existing hotel would not result in any substantial or noticeable exterior alterations to the building or subject property. The accessory indoor amusement use is complimentary and harmonious with the existing hotel use, which is located in the OI zoning district, and permitted by special permit granted by the Village Board of Trustees. The hotel has been operating on this property for approximately 30 years and the surrounding area is primarily designated for and developed with office and industrial uses.

B. *The conservation of property values and the encouragement of the most appropriate uses of land.*

The subject property has been developed with the hotel, and has been in operation since circa mid-1980s, as have many of the surrounding commercial and/or industrial uses. The only exterior modification to the building proposed is in the northeast corner of the building, and would not be discernible from the surrounding area.

Based on information provided by the applicant, it is anticipated that peak hours of activity associated with the indoor amusement area would be evenings and weekends, which is similar to the peak hours of use for the existing hotel. Meeting and banquet spaces would be replaced by the proposed indoor amusement area; thereby, reducing the number of events the hotel could accommodate. The increase in visitation that would result from the proposed accessory indoor amusement use would be partially accounted for by the reduction in events and/or functions held in the meeting and banquet spaces. As such, the neighborhood

[1] As previously indicated, the instant application is subject to approval from the Village Board of Trustees. The Code, however, sets forth criteria referencing only the Board of Appeals. A consistency analysis with this criteria is provided to demonstrate the appropriateness of the proposed accessory use to the existing hotel.



character has been established and would not change as a result of the proposed accessory indoor amusement to the existing hotel.

C. *The effect that the location of the proposed use may have upon the creation of undue increase of vehicular traffic congestion on public streets, highways or waterways.*

As discussed in Section 3.2 of this Expanded EA, and in the TIS (see Appendix B), given that the hotel is existing, and located on Express Drive North, it is not expected that the proposed accessory use to the hotel would cause the creation of undue vehicular traffic that would create congestion on public streets or highways.

D. *The availability of adequate and proper public or private facilities for the treatment, removal or discharge of sewage, refuse or other effluent (whether liquid, solid, gaseous or otherwise) that may be caused or created by or as a result of the use.*

As previously discussed, the existing hotel is generating less sanitary flow than was allocated to it when Sewer District #13 – Windwatch was created. The number of rooms in the hotel would be reduced by 33, and the type of wastewater flow is not proposed to change. The total estimated wastewater flow for the hotel and the accessory indoor amusement area, would be approximately 39,750 gpd, and would continue to be handled by existing connections to Sewer District #13.

E. *Whether the use or materials incidental thereto or produced thereby may give off obnoxious gases, odors, smoke or soot.*

The proposed accessory indoor amusement area, complimentary to the existing hotel, would not use or produce materials that would give off obnoxious gases, odors, smoke or soot. As previously discussed, interior spaces would be modified and reallocated to accommodate areas for the VLTs and associated support services. There is no manufacturing or industrial use occurring or proposed on the subject property.

F. *Whether the use shall cause disturbing emission of electrical discharges, dust, light, vibration or noise.*

As previously discussed, the accessory indoor amusement use would be complimentary to the existing hotel. There is no manufacturing or industrial use occurring or proposed on the subject property. Primarily interior modifications are proposed, with one exterior modification enclosing an existing overhang, which would not increase the building



footprint. As such, there would be no disturbing emission of electrical discharges, dust, light, vibration or noise.

G. *Whether the operations in pursuance of the use shall cause undue interference with the orderly enjoyment by the public of parking or of recreational facilities if existing or if proposed by the Village or by other competent governmental agency.*

The subject property is developed with the existing Islandia Marriott Long Island Hotel and associated parking areas, which provides parking for 649 vehicles, which would be reduced by six spaces, as a result of the proposed action. As discussed in the *Land Use* section of this Expanded EA, the surrounding properties are developed with primarily industrial and commercial uses, along Express Drive North. There are on-street parking restrictions posted on the west side of South Bedford Avenue only. As previously discussed, based on information provided by the applicant, it is anticipated that peak hours of activity associated with the indoor amusement area would be evenings and weekends, which is similar to the peak hours of use for the existing hotel. The applicant is negotiating an agreement with a commercial property owner at the northeast corner of Express Drive North and Motor Parkway, for 400 satellite parking spaces during peak parking hours, which would not conflict with hours of operation of tenants of that building or surrounding properties.

It is respectfully submitted that the operations of the accessory use would not cause undue interference with or the orderly enjoyment by the public of parking or recreational facilities. As discussed in Section 3.3 of this Expanded EA, it is noted that guests of the hotel may want to use other Village recreational facilities and resources during a stay at the hotel. However, it is not expected that any interference would be caused by such visits.

H. *The necessity for bituminous-surfaced space for purposes of off-street parking of vehicles incidental to the use and whether such space is reasonably adequate and appropriate and can be furnished by the owner of the plot sought to be used within or adjacent to the plot wherein the use shall be had.*

As discussed in Section 3.2 of this Expanded EA, and in the TIS in Appendix B of this Expanded EA, there are 649 parking spaces on the subject property, which would be more than adequate for the first phase of the proposed accessory use to the existing hotel. Upon completion of the final phase, the existing parking would be reduced by six spaces. While this level of parking still exceeds Village Code by 327 spaces, the proposed accessory use does not lend itself to direct application of the



Village Code in determining parking sufficiency. It is also estimated that during peak parking demand, the on-site parking may be insufficient to accommodate all patrons. As such, the applicant has been in negotiations with the owner of an underutilized commercial property, within the Village, at the northeast corner of Express Drive North and Motor Parkway, approximately 1½ miles to the west, to use that property for satellite parking (400 additional parking spaces). Patrons arriving at the hotel that cannot be accommodated during peak periods, would be directed to the satellite property. A shuttle bus would be operated between the Islandia Marriott Hotel property and the satellite parking area, leaving each location every 10 minutes. In this manner, overflow parked patrons would return to the hotel via a short shuttle ride, which would travel westbound on Express Drive North to the satellite property, and eastbound back to the hotel on Motor Parkway.

I. *Whether a hazard to life, limb or property because of fire, flood, erosion or panic may be created by reason or as a result of the use or by the structures to be used therefore or by the inaccessibility of the property or structures thereon for the convenient entry and operation of fire and other emergency apparatus or by the undue concentration or assemblage of persons upon such plot.*

As previously discussed, the subject property is developed with the hotel and associated parking areas, with minimal changes proposed. There are three access points to the property; Express Drive North, South Bedford Avenue, and Kosciusko Street. There is sufficient maneuverability within the subject property for emergency vehicles. Interior spaces, such as meeting rooms, the pool and banquet spaces, would be reallocated to accommodate the accessory indoor amusement use. Thus, there would not be an undue concentration or assemblage of persons, in accordance with permitted maximum occupancies that would be posted and enforced. Moreover, as the only exterior modification would be to enclose an existing overhang area, which would not increase the building footprint, there would be no risk of erosion. There would be no hazards to life, limb or property because of fire, flood, erosion or panic created as a result of the proposed accessory use to the existing hotel.

J. *Whether the use or the structures to be used therefore shall cause an overcrowding of land or undue concentration of population.*

The subject property is developed with a hotel and associated parking areas. There are no new structures proposed. Interior modifications would reallocate spaces to accommodate the accessory indoor amusement use and eliminate meeting rooms, banquet spaces and other gathering places. An existing overhang area, in the northeast corner of the building, would be enclosed, and would not increase the building



footprint. Moreover, the hotel would conform to the occupancy and fire code standards for the number of people in the hotel or gaming area. As such, the proposed accessory indoor amusement area would not cause an overcrowding or undue concentration of population.

K. *Whether the plot area is sufficient, appropriate and adequate for the use and the reasonably anticipated operation and expansion thereof.*

The proposed accessory use to the hotel, which has been in operation for over 30 years, would be within the interior of the hotel and complimentary and harmonious thereto. Moreover, the subject property is located within the OI zoning district, which permits commercial and industrial uses, and is surrounded primarily by such similarly permitted uses. Finally, as previously discussed, and as also discussed in the TIS in Appendix B of this Expanded EA, in the event that during peak hours of operation there is insufficient on-site parking, the applicant is negotiating an agreement with a commercial property owner within the Village for 400 satellite parking spaces during such times.

L. *The physical characteristics and topography of the land.*

The subject property is developed with the existing hotel and associated parking areas, as well as landscaping. One minor exterior modification is proposed in the northeast corner of the property for a "sally port," which would not increase the building footprint, and therefore, have no noticeable effect the physical characteristics or topography of the land.

M. *Whether the use to be operated is unreasonably near to a church, school, theater, recreational area or other place of public assembly.*

The nearest places of public assembly, in relation to the subject property, are as follows:

0.25±-mile – Nichols Road Park (southeast)
0.50±-mile – Andrew T. Morrow Elementary School (southwest)
0.50±-mile – Hamlet Windwatch Golf & Country Club (northwest)
1.24±-miles – Calvary Lutheran Church (northwest)

Given that the proposed accessory indoor amusement use would be in conjunction with an existing hotel that has been operating as such since circa mid-1980s, it is not anticipated that there would be any significant adverse impacts to such resources.



### Consistency with the Comprehensive Plan Update and other Relevant Plans

The *Village of Islandia Comprehensive Plan Update,* August 2003, prepared by Phillips Preiss Shapiro Associates Inc. (hereinafter "Update"), indicates that the purpose of the *Update* is primarily focused on land use policies for remaining undeveloped properties within the Village, given that the Village was nearly built-out at the time the first *Comprehensive Plan* was adopted in 1995.

As the proposed modification to the existing special permit for the hotel, to allow for the accessory indoor amusement area consisting of 1,000 VLTs and two Suffolk OTB quick-bet kiosks, is within the existing Islandia Marriott Long Island Hotel, none of the goals set forth in the *Update* are applicable. However, the proposed accessory use would utilize an existing developed property with a complimentary and harmonious use to one which currently exists. Moreover, as with the existing hotel, the proposed accessory use is permitted, by special permit from the Village Board of Trustees, within the OI zoning district. As such, the proposed action would not result in significant adverse impacts to land use, zoning or community character.

## 3.2 Transportation and Parking

A Traffic Impact Study (TIS) was performed by VHB to review the existing roadway and traffic conditions in the area, estimate the volume and pattern of traffic generated by the proposed project and analyze changes in the levels of service at the key intersection. An analysis of the existing and projected parking demand for the entire subject parcel was also conducted and summarized herein. Supplemental traffic data are included in Appendix B of this Expanded EA.

### Study Methodology

The following describes the methodology used in this traffic study.

- The project site plan and related documents were reviewed to obtain an understanding of the project scope and layout.
- A review was made of the adjacent roadway system and the key intersections that might be significantly impacted by the proposed project were identified.
- Field inventories were made to observe the number and direction of travel lanes at the key intersections, along with signal timing, phasing and cycle lengths.
- Accident data for the most recent three-year period for the study area were reviewed, tabulated and summarized.
- Turning movement counts were collected at the key intersections using Miovision cameras during Friday and Saturday evening peak periods.
- The existing traffic volumes at the key intersections were expanded to the future No-Build year (2017).



- Any other significant planned developments in the vicinity of the project were identified and the traffic associated with those developments was included in No-Build analysis.
- The traffic generated by the proposed project was projected based on the nature of the proposed use.
- The site-generated volumes were distributed along the adjacent roadway network and were added to the No-Build volumes to produce the proposed Build volumes.
- Capacity analyses were performed for the key intersections and the primary site driveway for the Existing, No-Build and future Build conditions.
- The results of the analyses for the Existing, No-Build, and Build conditions were compared to assess any significant traffic impacts due to the proposed project.
- The primary site access point was evaluated.
- The adequacy of the proposed off-street parking was evaluated and the site layout was reviewed.

The need for traffic mitigation measures was evaluated.

## Existing Conditions

Evaluation of the transportation impacts associated with the proposed project requires a thorough understanding of the current transportation system in the project study area. Existing transportation conditions include roadway geometry, traffic control devices, peak hour traffic volumes, roadway operating characteristics, and parking availability. An inventory of available information on local roadways and traffic control in the vicinity of the project site was compiled. The following sections present a summary of this information.

## Roadway and Intersection Conditions

The principal roadways and intersection in the project area are described below. The descriptions of the roadways and key intersections include the geometric conditions and traffic control characteristics.

## Roadways

**Veterans Highway (NY 454)**

Veterans Highway (NY 454) is an east-west arterial roadway that falls under the jurisdiction of New York State Department of Transportation (NYSDOT). Beginning at NY 25 in Commack, NY 454 runs in a southeasterly direction to its terminus at Sunrise Highway (NY 27) in Patchogue. Within the study area, NY 454 runs in a northwest-southeast direction west of the project site and provides two travel lanes in each direction, with additional through and turn-lanes lanes at major intersections. The posted speed limit on NY 454 within the study area is 55 miles per hour (mph).



According to 2014 traffic volume counts and forecasts obtained from the NYS Traffic Data Viewer the combined two-way Average Annual Daily Traffic (AADT) on the segment of NY 454 within the study area varies between 31,500 and 33,000 vehicles per day (VPD).

**Old Nichols Road**

Old Nichols Road is a north-south collector-distributor roadway that falls under the jurisdiction of the Village of Islandia in the study area. Beginning at Moriches Road, it is initially designated as Nichols Road as it runs in the southwest direction to Terry Road, south of which it is designated as Old Nichols Road to NY 454. Within the study area, Old Nichols Road runs to the east of the project site and provides one travel lane in each direction. The posted speed limit in the study area is 30 mph. According to 2014 forecasts obtained from the NYS Traffic Data Viewer the combined two-way AADT on the segment of Old Nichols Road within the study area varies between 13,200 and 20,500 VPD.

**Motor Parkway (CR 67)**

Motor Parkway (CR 67) is an east-west collector-distributor roadway that falls under the jurisdiction of Suffolk County Department of Public Works (SCDPW). CR 67 runs north and east from Half-Hollow Road in Dix Hills to its terminus at Rosevale Avenue (CR 93) in Ronkonkoma and is designated as Motor Parkway east of Moreland Road. Within the study area, Motor Parkway runs to the north of the project site and provides two travel lanes in each direction between NY 454 and South Bedford Avenue and then one lane in each direction east to Old Nichols Road, with additional turn-lanes at intersections. The posted speed limit on CR 67 in the study area is 45 mph. According to 2014 Traffic Volume Counts obtained from the NYSDOT the combined two-way AADT on the segment of Motor Parkway within the study area is approximately 10,850 VPD.

**Express Drive North**

Express Drive North or LIE North Service Road (LIE NSR) between Old Nichols Road and NY 454 runs westbound only along the south side of the project site. The posted speed limit on the section of the LIE NSR under study is 40 mph and it provides two travel lanes with additional turn-lanes at intersections. According to 2014 Traffic Volume Counts obtained from the NYSDOT the one-way AADT on the segment of Express Drive North within the study area is approximately 18,825 VPD.

**Express Drive South**

Express Drive South or LIE South Service Road (LIE SSR) between NY 454 and Old Nichols Road runs eastbound only to the south of the project site and LIE. The posted speed limit on the section of the LIE SSR under study is 40 mph and it provides two



travel lanes. According to 2014 Traffic Volume Counts obtained from the NYSDOT the one-way AADT on the segment of Express Drive South within the study area is approximately 18,300 VPD.

**South Bedford Avenue**

South Bedford Avenue is a short Village of Islandia roadway that runs south from Motor Parkway along the west end of the site and terminates at Express Drive North. It provides one travel lane in each direction.

### Study Area Intersections

To determine the potential traffic impacts of the proposed project, the following study intersections were identified for analysis under the Existing, No-Build and future Build conditions:

- Motor Parkway (CR 67) and South Bedford Avenue (Signalized)
- Motor Parkway (CR 67) and Old Nichols Road (Signalized)
- Old Nichols Road and Express Drive North (Signalized)
- Old Nichols Road and Express Drive South (Signalized)
- Motor Parkway (CR 67) and NY 454 (Signalized)
- NY 454 and Express Drive North (Signalized)
- NY 454 and Express Drive South (Signalized)
- NY 454 and Old Nichols Road / Suffolk Avenue (Signalized)

### 3.2.1 Existing Traffic Volume Data

At the eight study intersections, turning movement counts were collected using Miovision cameras on Friday, May 6, 2016 from 8:00 p.m. to 10:00 p.m. and again on Saturday, May 7, 2016 from 8:00 p.m. to 10:00 p.m. These times reflect the heaviest traffic flows for the activity at the site under the proposal. The existing Friday p.m. and Saturday p.m. volumes are shown in Figure 5 and Figure 6, respectively. The turning movement counts can be found in Appendix A of the TIS in Appendix B of this Expanded EA.

In addition to the above, driveway counts at the existing at the hotel site were collected using Miovision cameras on Friday, May 13, 2016 from 8:00 p.m. to 10:00 p.m. and again on Saturday, May 14, 2016 from 8:00 p.m. to 10:00 p.m.

Considering the nature of the development, the traffic volumes, peak hour factors and heavy vehicle percentages for the peak hour 8:00 p.m. to 9:00 p.m. were used in the analysis.



\\vhb\proj\longisland\29719.00 sosn-islandia\cad\ts\planset\29719.00 figures2.dwg
Motor Parkway
NY 454
Expressway Drive North
Expressway Drive South
Old Nichols Road
Bedford Ave
South
Site
STOP
Not to Scale
VHB Engineering, Surveying and Landscape Architecture, P.C.
Figure 5
Existing Traffic Volumes
Friday PM Hour
Marriott
Islandia, New York



\\vhb\proj\longisland\29719.00 sosn-islandia\cad\ts\planset\29719.00 figures2.dwg
NY 454
Motor Parkway
Bedford Ave
South
Site
STOP
Expressway Drive North
Expressway Drive South
Old Nichols Road
Not to Scale
VHB Engineering, Surveying and Landscape Architecture, P.C.
Figure 6
Existing Traffic Volumes
Saturday PM Hour
Marroitt
Islandia, New York



### 3.2.2 Future Conditions

The analysis of future conditions, with and without the proposed project ("Build" and "No-Build" conditions, respectively), was performed to evaluate the effect of the proposed project on future traffic conditions in the area. Background traffic volumes in the study area were projected to the year 2017, reflecting the year when the project is expected to be completed and operational. The No-Build Condition represents the future traffic conditions that can be expected to occur, even if the proposed project is not constructed. The No-Build Condition serves as a comparison to the Build Condition, which represents expected future traffic conditions resulting from both project and non-project generated traffic.

#### No-Build Condition

No-Build traffic volumes include all existing traffic and any new traffic due to background traffic growth and any other significant planned developments in the immediate vicinity of the project site.

#### Background Traffic Growth

To account for increases in general population and background growth not related to the proposed project or the other identified planned developments (discussed above), an annual growth factor was applied to the existing traffic volumes. Based on the NYSDOT, the growth rate anticipated for the Town of Islip, including the Village of Islandia, is 1.2% percent per year. Therefore, the 2016 existing traffic volumes were inflated using the growth factor of 1.2% to the year 2017, when the current project is estimated to be in operation. The resulting inflated volumes were then added to the traffic generated by the identified other planned development, as discussed in the following section.

#### Other Planned Development

The Village of Islandia identified the following planned development for inclusion in the analysis. This project is within in the study area and could have a measurable impact on traffic operations at the study intersections:

- The Preserve at Islandia – Located on the east side Old Nichols Road northeast of NY 454, this residential development would consist of 47 senior housing units and 25 condominiums. It is estimated that this development would generate 32 trips (Entering 9, Exiting 23) during the a.m. peak hour, 47 trips (Entering 30,



Exiting 17) during the p.m. peak hour and 63 trips (Entering 33, Exiting 30) during the Saturday midday peak hour.

The estimated peak hour traffic of the other development occurs during the peak periods of adjacent street traffic. The p.m. peak hour falls normally between 4:00 p.m. and 6:00 p.m. and the Saturday peak hour falls normally between 11:00 a.m. and 2:00 p.m. As the peak hour of the generator that is the focus of this study is between 8:00 p.m. and 10:00 p.m., the estimated trips generated by the other planned development, were adjusted to reflect what is off-peak for a residential development. To present a conservative estimate of potential traffic from The Preserve at Islandia during this later time-of-day, 50 percent of the peak hour traffic projected for that development, in this TIS, was utilized.

The other planned development traffic for the Friday p.m. peak and Saturday p.m. peak as noted above was then assigned to the roadway network and is depicted in Figure 5 of the TIS in Appendix B of this Expanded EA. To obtain the 2017 No-Build traffic volumes at the study intersections, the trips anticipated to be generated by the other planned development in the area were then added to the traffic inflated for background growth to 2017 level, as discussed in the previous section.

## Future Build Conditions

Typically, in the performance of studies for evaluating potential traffic impacts for land uses such as hotels, peak period trip generation data from published sources, such as the Institute of Transportation Engineer's *Trip Generation* would be utilized. However, peak period vehicle trip generation information for uses such as the one proposed at the Marriott are not available in *Trip Generation*. For the purposes of this study, peak period trip generation projections were developed using data contained in a study performed previously to evaluate an expansion of the VLT gaming operation at Resorts World Casino located at Aqueduct Raceway in Queens, New York. That study included vehicle and person-trip data collected at an existing VLT operation at Empire City Casino at Yonkers Raceway.

The Aqueduct VLT study considered the installation of 4,500 VLTs at that location, while the Islandia Marriott location is considering only 1,000 machines. In addition, both the Yonkers and Queens locations in the study, are located in urban areas with a great deal of available public transportation. However, the Aqueduct study contains information on person trips which can and was used to develop vehicle trip projections for the Islandia site. The person trips during peak periods projected for Aqueduct were reduced to account for the smaller number of VLTs proposed at the Islandia site and then an assumed vehicle occupancy utilized to generate projected vehicle trips for the Islandia site.



It should be noted that while the Islandia location would include hotel rooms, a restaurant and bar area, as well as two quick-bet kiosks, for the purpose of projecting trip generation, these areas were included in the trip generation projections for the number of VLTs proposed. Based on information from DNC, these other uses within the building would serve a support role to the VLT operation and would not draw visitors to the site that would not already be there to participate in the gaming operations. In addition, both the Yonkers and Aqueduct casinos include other entertainment opportunities within the buildings that would not be present in Islandia, such as nightclubs and shows/concerts. Based on this, the peak trip generation projections developed from the Aqueduct study are high-side conservative when applied to the Islandia site, which does not have these other uses that would draw patrons beyond the VLT operation. The peak period traffic levels used in this study are higher than what is likely to materialize at the Islandia site.

The Aqueduct Study indicates that arrival and departure activity at VLT operations peak on Friday and Saturday evenings between the hours of 8:00 p.m. and 10:00 p.m. The peak hour site-generated traffic for the proposed project was calculated and combined with the adjacent street traffic for 8:00 p.m. to 9:00 p.m. for analysis. The Aqueduct Study can be found in Appendix C of the TIS, which is included in Appendix B of this Expanded EA. It should be noted that the peak periods of operation for the site would be in the evening, after the peak traffic levels on the roadways in the area have subsided.

Based on the above, the projected trip generation is shown below in Table 2, and is discussed further in the TIS in Appendix B of this Expanded EA:

**Table 2 - Projected Trip Generation**

| Friday PM Peak Hour Trips | | Saturday PM Peak Hour Trips | |
|---|---|---|---|
| Entering | Exiting | Entering | Exiting |
| 439 | 247 | 490 | 401 |
| Total 686 | | Total 891 | |

## Satellite Parking Operations

Due to concerns regarding the availability of parking at the Islandia Marriott Long Island Hotel site with the gaming operation, DNC is negotiating a satellite parking site at an office building with an underutilized parking area located at the northeast corner of Express Drive North and Motor Parkway to ensure parking availability. This parking area, which would provide 400 additional parking spaces, has direct access to both Express Drive North and Motor Parkway. The use of this satellite parking would have an effect on trip patterns to and from the Marriott and was taken into account in this study. For the purpose of a conservative analysis, it is



assumed that the hotel parking is at full occupancy at the start of the peak hour. It is also assumed that during the peak hour only, the number of patrons entering the hotel site and parking on-site, would be equal to the number of patrons exiting the hotel site. Those patrons who do not find parking at the hotel would be directed to the satellite parking site, from which they would be transported to the hotel by a shuttle bus. The shuttle bus service would leave the lot every 10 minutes, making 12 shuttle bus trips (six in and six out) every hour. The exiting trips would originate both from the hotel, as well as the satellite parking site. Based on the available parking spaces at the hotel site it is estimated that 80 percent of vehicles would park at the hotel with the balance of 20 percent utilizing the satellite lot.

For the assignment of traffic to the roadways in the study area, three types of trips can be considered:

1. Primary peak hour trips, are trips from and to the hotel property and consist of vehicles that enter the hotel property, and the vehicles that have previously parked at the hotel and exit from the hotel parking lot.
2. Satellite peak hour trips, are vehicles that are rerouted from the hotel to the satellite parking site, and those that leave from there.
3. Shuttle trips, are the bus trips that occur every 10 minutes in either direction, between the hotel and the satellite parking lot, during the hour.

The trips are summarized in Tables 3 and 4 below.

**Table 3 - Primary, Satellite & Shuttle Trips - Friday**

| Friday PM Peak Hour | | | | | |
|---|---|---|---|---|---|
| Primary Trips | | Satellite Trips | | Shuttle Trips | |
| Entering | Exiting (80% of total exiting Trips) | Rerouted from Hotel to Satellite Site | Exiting (20% of total exiting Trips) | From Hotel to Satellite Parking Site | From Satellite Parking Site to Hotel |
| 439 | 198 | 241 | 49 | 6 | 6 |
| 637 | | 290 | | 12 | |

**Table 4 - Primary, Satellite & Shuttle Trips - Saturday**

| Saturday PM Peak Hour | | | | | |
|---|---|---|---|---|---|
| Primary Trips | | Satellite Trips | | Shuttle Trips | |
| Entering | Exiting (80% of total exiting Trips) | Rerouted from Hotel to Satellite Site | Exiting (20% of total exiting Trips) | From Hotel to Satellite Parking Site | From Satellite Parking Site to Hotel |
| 490 | 321 | 169 | 80 | 6 | 6 |
| 811 | | 249 | | 12 | |

CONFIDENTIAL DN0000244



## Trip Distribution and Assignment

The trips originating from and destined to the two sites were assigned to the adjacent roadways based on characteristics of the roadway network, the location of the proposed site access points, existing travel patterns, and likely destination points. The trip distribution percentages for the primary trips are shown in Figure 7. These were then applied to the traffic volumes shown in Tables 3 and 4 for the Friday p.m. and Saturday p.m. peak hours with the resulting trip assignment presented in Figure 8.

The trip distribution percentages for the satellite parking trips and the shuttle trips are shown in Figure 9. These were then applied to the traffic volumes shown in Tables 3 and 4 for the Friday p.m. and Saturday p.m. peak hours with the resulting trip assignment presented in Figure 10.

To determine the future Build Condition traffic volumes, the project-generated trips were added to the No-Build traffic volumes at the key intersections. The resulting Build traffic volumes for the Friday p.m. and Saturday p.m. peak hours are shown in Figures 11 and 12, respectively.

CONFIDENTIAL    DN0000245



\\vhb\proj\longisland\29719.00 sosn-islandia\cad\ts\planset\29719.00 figures2.dwg
NY 454
Motor Parkway
Expressway Drive North
Expressway Drive South
Old Nichols Road
Bedford Ave
South
Site
STOP
15%
(15%)
10%
(15%)
(10%)
25%
(25%)
(25%)
(25%)
(50%)
(50%)
75%
5%
5%
(5%)
(5%)
(30%)
(45%)
30%
45%
(30%)
(15%)
30%
15%
(10%)
(5%)
10%
5%
Not to Scale
Key:
Entering Traffic (Exiting Traffic)
VHB Engineering, Surveying and Landscape Architecture, P.C.
Figure 7
Primary Trip Distribution
Marriott
Islandia, New York



\\vhb\proj\longisland\29719.00 sosn-islandia\cad\ts\planset\29719.00 figures2.dwg
NY 454
Motor Parkway
Expressway Drive North
Expressway Drive South
Old Nichols Road
Bedford Ave
South
Site
STOP
Key:
Friday PM Traffic (Saturday PM Traffic) - Entering Traffic
Friday PM Traffic (Saturday PM Traffic) - Exiting Traffic
Not to Scale

VHB Engineering, Surveying and Landscape Architecture, P.C.

Figure 8

Site Generated Traffic Volumes
Primary Trips

Marriott
Islandia, New York

CONFIDENTIAL DN0000247



\\vhb\proj\longisland\29719.00 sosn-islandia\cad\ts\planset\29719.00 figures2.dwg
NY 454
Motor Parkway
(15%)
(10%)
(45%)
(10%)
(5%)
(5%)
Bedford Ave
25%
Site
75%
(70%)
(30%)
Satellite Site
100%
(45%)
100%
25%
South
STOP
75%
Expressway Drive North
(30%)
(15%)
Expressway Drive South
Old Nichols Road
(10%)
(5%)
Not to Scale
Key:
Entering Traffic (Exiting Traffic)
VHB Engineering, Surveying and Landscape Architecture, P.C.
Figure 9
Satellite Parking Trip Distribution
Marriott
Islandia, New York



\\vhb\proj\longisland\29719.00 sosh-islandia\cad\ts\planset\29719.00 figures2.dwg
NY 454
Motor Parkway
Bedford Ave
South
Site
Satellite Site
Expressway Drive North
Expressway Drive South
Old Nichols Road
STOP
Not to Scale
Key:
Friday PM Traffic (Saturday PM Traffic) - Entering Traffic
Friday PM Traffic (Saturday PM Traffic) - Exiting Traffic
Satellite Parking Traffic Shuttle Traffic

VHB Engineering, Surveying and Landscape Architecture, P.C.

Figure 10

Satellite Parking and Shuttle Site Generated Traffic

Marriott
Islandia, New York

CONFIDENTIAL DN0000249



\\vhb\proj\longisland\29719.00 sosn--islandia\cad\ts\planset\29719.00 figures2.dwg
NY 454
Motor Parkway
Bedford Ave
South
Site
Expressway Drive North
Expressway Drive South
Old Nichols Road
Not to Scale
VHB Engineering, Surveying and Landscape Architecture, P.C.
Figure 11
Build Traffic Volumes
Friday PM Hour
Marriott
Islandia, New York



\\vhb\proj\longisland\29719.00 sosn-islandia\cad\ts\planset\29719.00 figures2.dwg
NY 454
Motor Parkway
Expressway Drive North
Expressway Drive South
Old Nichols Road
Bedford Ave
South
Site
STOP
Not to Scale
VHB Engineering, Surveying and Landscape Architecture, P.C.
Figure 12
Build Traffic Volumes
Saturday PM Hour
Marriott
Islandia, New York



### 3.2.3 Traffic Operations Analysis

Measuring existing traffic volumes and projecting future traffic volumes quantifies traffic flow within the study area. To assess the quality of traffic flow, roadway capacity analyses were conducted with respect to the Existing, No-Build and Build conditions. These capacity analyses provide an indication of the adequacy of the roadway facilities to serve the anticipated traffic demands.

### Level of Service Analysis

LOS analyses were conducted for the Existing, No-Build and future Build conditions for the key signalized study intersections and for the unsignalized site access points. The peak hour traffic volumes during the hour between 8:00 p.m. and 9:00 p.m. were used as the base for all the study intersections.

**Signalized Intersection Analysis Results**

The results of the capacity analyses for the following signalized intersections in Existing, No-Build and future Build conditions are summarized in Tables 5 and 6 below, for Friday p.m. and Saturday p.m. periods, respectively.

- Motor Parkway (CR 67) and South Bedford Avenue (Signalized)
- Motor Parkway (CR 67) and Old Nichols Road (Signalized)
- Old Nichols Road and Express Drive North (Signalized)
- Old Nichols Road and Express Drive South (Signalized)
- Motor Parkway (CR 67) and NY 454 (Signalized)
- NY 454 and Express Drive North (Signalized)
- NY 454 and Express Drive South (Signalized)
- NY 454 and Old Nichols Road / Suffolk Avenue (Signalized)

The detailed capacity analysis worksheets are contained in Appendix E of the TIS, which is in Appendix B of this Expanded EA.



**Table 5 - LOS Summary - Signalized Intersection - Friday PM Peak**

| Intersection | Movement | Lane Group | Existing 2016 | | No-Build 2017 | | Build 2017 | |
|---|---|---|---|---|---|---|---|---|
| | | | Delay | LOS | Delay | LOS | Delay | LOS |
| Motor Parkway & South Bedford Avenue | EB | TR | 2.4 | A | 2.4 | A | 2.2 | A |
| | | Approach | 2.4 | A | 2.4 | A | 2.2 | A |
| | WB | L | 3.0 | A | 3.0 | A | 4.2 | A |
| | | T | 2.7 | A | 2.7 | A | 3.7 | A |
| | | Approach | 2.7 | A | 2.7 | A | 3.9 | A |
| | NB | L | 31.4 | C | 31.4 | C | 33.1 | C |
| | | R | 15.2 | B | 15.2 | B | 11.5 | B |
| | | Approach | 25.6 | C | 25.6 | C | 24.8 | C |
| | Overall | | 6.8 | A | 6.7 | A | 8.0 | A |
| Motor Parkway & Old Nichols Road | EB | L | 11.7 | B | 11.8 | B | 12.1 | B |
| | | T | 11.3 | B | 11.4 | B | 11.5 | B |
| | | R | 11.3 | B | 11.4 | B | 11.4 | B |
| | | Approach | 11.5 | B | 11.6 | B | 11.7 | B |
| | WB | L | 11.7 | B | 11.8 | B | 11.8 | B |
| | | TR | 10.6 | B | 10.7 | B | 11.1 | B |
| | | Approach | 11.4 | B | 11.4 | B | 11.5 | B |
| | NB | L | 10.4 | B | 10.4 | B | 10.4 | B |
| | | T | 17.2 | B | 17.4 | B | 17.4 | B |
| | | R | 3.5 | A | 3.5 | A | 3.5 | A |
| | | Approach | 14.9 | B | 15.0 | B | 15.0 | B |
| | SB | T | 17.2 | B | 17.3 | B | 17.3 | B |
| | | R | 4.1 | A | 4.0 | A | 3.7 | A |
| | | Approach | 16.1 | B | 16.2 | B | 15.6 | B |
| | Overall | | 14.8 | B | 15.0 | B | 14.6 | B |
| Old Nichols Road & Express Drive North | WB | L | 14.1 | B | 14.1 | B | 16.2 | B |
| | | TR | 8.1 | A | 8.0 | A | 12.1 | B |
| | | Approach | 10.4 | B | 10.3 | B | 13.3 | B |
| | NB | L | 26.6 | C | 26.7 | C | 31.9 | C |
| | | T | 11.1 | B | 11.0 | B | 10.1 | B |
| | | Approach | 12.6 | B | 12.6 | B | 18.1 | B |
| | SB | TR | 24.4 | C | 24.4 | C | 24.4 | C |
| | | R | 26.9 | C | 26.9 | C | 26.9 | C |
| | | Approach | 25.0 | C | 25.0 | C | 25.0 | C |
| | Overall | | 16.6 | B | 16.6 | B | 18.7 | B |
| Old Nichols Road & Express Drive South | EB | L | 14.6 | B | 14.7 | B | 15.9 | B |
| | | TR | 9.4 | A | 9.1 | A | 9.3 | A |
| | | Approach | 13.1 | B | 13.1 | B | 14.4 | B |
| | NB | T | 24.0 | C | 24.0 | C | 24.8 | C |
| | | R | 29.8 | C | 30.0 | C | 29.7 | C |
| | | Approach | 26.6 | C | 26.7 | C | 26.6 | C |
| | SB | L | 17.3 | B | 17.2 | B | 16.6 | B |
| | | T | 6.4 | A | 6.5 | A | 5.8 | A |
| | | Approach | 7.2 | A | 7.2 | A | 6.6 | A |
| | Overall | | 14.7 | B | 14.8 | B | 15.5 | B |

CONFIDENTIAL DN0000253



## Table 5 - LOS Summary - Signalized Intersection - Friday PM Peak...Continued 2

| Intersection | Movement | Lane Group | Existing 2016 | | No-Build 2017 | | Build 2017 | |
|---|---|---|---|---|---|---|---|---|
| | | | Delay | LOS | Delay | LOS | Delay | LOS |
| NY 454 & Motor Parkway | EB | L | 39.6 | D | 39.6 | D | 39.7 | D |
| | | T | 39.3 | D | 39.3 | D | 39.3 | D |
| | | R | 40.2 | D | 40.2 | D | 41.7 | D |
| | | Approach | 39.6 | D | 39.6 | D | 40.2 | D |
| | WB | L | 60.8 | E | 60.8 | E | 60.9 | E |
| | | T | 55.0 | E | 55.0 | E | 54.9 | D |
| | | R | 39.0 | D | 39.0 | D | 28.4 | C |
| | | Approach | 55.5 | E | 55.1 | E | 52.1 | D |
| | NB | L | 53.7 | D | 53.7 | D | 53.0 | D |
| | | T | 14.9 | B | 14.9 | B | 20.1 | C |
| | | R | 0.5 | A | 0.5 | A | 0.4 | A |
| | | Approach | 18.7 | B | 18.7 | B | 23.1 | C |
| | SB | UL | 56.7 | E | 56.7 | E | 59.7 | E |
| | | T | 12.4 | B | 12.5 | B | 12.7 | B |
| | | R | 0.1 | A | 0.1 | A | 0.1 | A |
| | | Approach | 12.8 | B | 12.8 | B | 20.2 | C |
| | Overall | | **24.1** | **C** | **24.0** | **C** | **28.6** | **C** |
| NY 454 & Express Drive North | WB | L | 47.1 | D | 47.2 | D | 51.7 | D |
| | | TR | 44.0 | D | 44.0 | D | 46.0 | D |
| | | R | 47.7 | D | 47.7 | D | 52.0 | D |
| | | Approach | 45.7 | D | 45.7 | D | 48.1 | D |
| | NB | UL | 28.5 | C | 28.6 | C | 28.6 | C |
| | | T | 0.7 | A | 0.7 | A | 0.8 | A |
| | | Approach | 14.8 | B | 14.9 | B | 14.9 | B |
| | SB | TR | 32.6 | C | 32.7 | C | 32.4 | C |
| | | Approach | 32.6 | C | 32.7 | C | 32.4 | C |
| | Overall | | **28.9** | **C** | **29.0** | **C** | **34.1** | **C** |
| NY 454 & Express Drive South | EB | LTR | 19.2 | B | 19.2 | B | 19.2 | B |
| | | R | 10.5 | B | 10.5 | B | 10.5 | B |
| | | Approach | 16.1 | B | 16.1 | B | 16.1 | B |
| | NB | TR | 17.5 | B | 17.6 | B | 17.6 | B |
| | | Approach | 17.5 | B | 17.6 | B | 17.6 | B |
| | SB | L | 58.0 | E | 58.1 | E | 61.8 | E |
| | | T | 2.7 | A | 2.7 | A | 3.7 | A |
| | | Approach | 23.3 | C | 23.3 | C | 28.4 | C |
| | Overall | | **19.2** | **B** | **19.2** | **B** | **21.6** | **C** |



**Table 5 - LOS Summary - Signalized Intersection - Friday PM Peak...Continued 3**

| Intersection | Movement | Lane Group | Existing 2016 | | No-Build 2017 | | Build 2017 | |
|---|---|---|---|---|---|---|---|---|
| | | | Delay | LOS | Delay | LOS | Delay | LOS |
| NY 454 & Old Nichols Road / Suffolk Avenue | EB | UL | 32.9 | C | 32.9 | C | 32.9 | C |
| | | T | 52.2 | D | 52.3 | D | 53.6 | D |
| | | R | 4.6 | A | 4.6 | A | 4.6 | A |
| | | Approach | 38.9 | D | 39.2 | D | 40.7 | D |
| | WB | L | 35.0 | D | 35.2 | D | 35.5 | D |
| | | TR | 50.4 | D | 50.4 | D | 50.2 | D |
| | | Approach | 47.5 | D | 47.5 | D | 47.4 | D |
| | NB | L | 11.2 | B | 11.3 | B | 11.4 | B |
| | | T | 19.1 | B | 19.3 | B | 19.3 | B |
| | | R | 1.9 | A | 2.1 | A | 4.0 | A |
| | | Approach | 14.7 | B | 14.8 | B | 14.3 | B |
| | SB | UL | 11.0 | B | 11.1 | B | 11.1 | B |
| | | T | 20.1 | C | 20.3 | C | 20.5 | C |
| | | R | 0.1 | A | 0.1 | A | 0.1 | A |
| | | Approach | 17.0 | B | 17.2 | B | 17.2 | B |
| | **Overall** | | **27.7** | **C** | **27.9** | **C** | **27.7** | **C** |

Table 6 shows that during the Friday p.m. peak, all eight signalized study intersections operate well and consistent with the No-Build levels. There is no change in level-of-service at the study intersections from No-Build to Build condition, except at NY 454 and Express Drive South. The LOS at this intersection moved from B in the No-Build Condition, to a C in the Build condition, with the overall intersection delay increasing by only 2.4 seconds.



**Table 6 - Level of Service Summary - Signalized Intersection - Saturday PM Peak**

| Intersection | Movement | Lane Group | Existing 2016 | | No-Build 2017 | | Build 2017 | |
|---|---|---|---|---|---|---|---|---|
| | | | Delay | LOS | Delay | LOS | Delay | LOS |
| Motor Parkway & South Bedford Avenue | EB | TR | 2.5 | A | 2.5 | A | 2.3 | A |
| | | Approach | 2.5 | A | 2.5 | A | 2.3 | A |
| | WB | L | 3.0 | A | 3.0 | A | 4.4 | A |
| | | T | 2.7 | A | 2.7 | A | 3.9 | A |
| | | Approach | 2.7 | A | 2.7 | A | 4.1 | A |
| | NB | L | 31.3 | C | 31.3 | C | 33.3 | C |
| | | R | 16.6 | B | 16.6 | B | 10.9 | B |
| | | Approach | 27.3 | C | 27.3 | C | 25.2 | C |
| | Overall | | **6.8** | **A** | **6.7** | **A** | **9.1** | **A** |
| Motor Parkway & Old Nichols Road | EB | L | 14.5 | B | 14.8 | B | 15.0 | B |
| | | T | 14.2 | B | 14.5 | B | 14.6 | B |
| | | R | 14.3 | B | 14.6 | B | 14.6 | B |
| | | Approach | 14.3 | B | 14.6 | B | 14.7 | B |
| | WB | L | 14.7 | B | 14.9 | B | 15.0 | B |
| | | TR | 13.3 | B | 13.6 | B | 13.9 | B |
| | | Approach | 14.1 | B | 14.4 | B | 14.4 | B |
| | NB | L | 10.1 | B | 10.0 | A | 10.0 | B |
| | | T | 14.8 | B | 14.9 | B | 14.9 | B |
| | | R | 2.8 | A | 2.8 | A | 2.8 | A |
| | | Approach | 12.6 | B | 12.6 | B | 12.6 | B |
| | SB | T | 20.9 | C | 21.1 | C | 21.1 | C |
| | | R | 3.1 | A | 3.1 | A | 3.1 | A |
| | | Approach | 19.9 | B | 20.1 | C | 19.4 | B |
| | Overall | | **16.2** | **B** | **16.3** | **B** | **16.0** | **B** |
| Old Nichols Road & Express Drive North | WB | L | 15.0 | B | 15.0 | B | 16.9 | B |
| | | TR | 8.5 | A | 8.4 | A | 12.6 | B |
| | | Approach | 11.2 | B | 11.1 | B | 13.8 | B |
| | NB | L | 28.0 | C | 27.8 | C | 35.6 | D |
| | | T | 10.9 | B | 10.8 | B | 10.2 | B |
| | | Approach | 12.9 | B | 12.9 | B | 20.3 | C |
| | SB | TR | 24.9 | C | 25.0 | C | 25.0 | C |
| | | R | 27.9 | C | 27.9 | C | 27.9 | C |
| | | Approach | 25.6 | C | 25.6 | C | 25.6 | C |
| | Overall | | **17.6** | **B** | **17.6** | **B** | **20.1** | **C** |
| Old Nichols Road & Express Drive South | EB | L | 14.4 | B | 14.5 | B | 15.7 | B |
| | | TR | 8.8 | A | 8.5 | A | 8.6 | A |
| | | Approach | 12.7 | B | 12.6 | B | 14.0 | B |
| | NB | T | 24.5 | C | 24.5 | C | 25.4 | C |
| | | R | 28.9 | C | 29.1 | C | 28.7 | C |
| | | Approach | 26.3 | C | 26.4 | C | 26.5 | C |
| | SB | L | 17.1 | B | 16.6 | B | 16.3 | B |
| | | T | 7.1 | A | 7.1 | A | 6.4 | A |
| | | Approach | 7.3 | A | 7.3 | A | 6.7 | A |
| | Overall | | **14.1** | **B** | **14.1** | **B** | **15.0** | **B** |



**Table 6 - Level of Service Summary - Signalized Intersection - Saturday PM Peak...Continued 2**

| Intersection | Movement | Lane Group | Existing 2016 | | No-Build 2017 | | Build 2017 | |
|---|---|---|---|---|---|---|---|---|
| | | | Delay | LOS | Delay | LOS | Delay | LOS |
| NY 454 & Motor Parkway | EB | L | 38.8 | D | 38.7 | D | 37.7 | D |
| | | T | 41.6 | D | 41.5 | D | 39.7 | D |
| | | R | 36.3 | D | 36.3 | D | 38.7 | D |
| | | Approach | 40.8 | D | 40.8 | D | 39.1 | D |
| | WB | L | 63.0 | E | 63.1 | E | 63.6 | E |
| | | T | 51.0 | D | 50.9 | D | 50.9 | D |
| | | R | 37.0 | D | 36.9 | D | 37.2 | D |
| | | Approach | 52.9 | D | 53.0 | D | 49.0 | D |
| | NB | L | 48.0 | D | 48.1 | D | 45.3 | D |
| | | T | 14.9 | B | 15.0 | B | 21.3 | C |
| | | R | 4.3 | A | 4.4 | A | 5.3 | A |
| | | Approach | 15.0 | B | 15.1 | B | 20.0 | C |
| | SB | UL | 58.4 | E | 58.5 | E | 60.3 | E |
| | | T | 9.6 | A | 9.7 | A | 10.6 | B |
| | | R | 0.0 | A | 0.0 | A | 0.0 | A |
| | | Approach | 14.6 | B | 14.7 | B | 22.2 | C |
| | Overall | | **22.7** | **C** | **22.8** | **C** | **28.0** | **C** |
| NY 454 & Express Drive North | WB | L | 48.2 | D | 48.4 | D | 58.2 | E |
| | | TR | 43.7 | D | 43.7 | D | 43.0 | D |
| | | R | 46.8 | D | 46.8 | D | 45.2 | D |
| | | Approach | 45.9 | D | 46.0 | D | 48.6 | D |
| | NB | UL | 28.6 | C | 28.6 | C | 28.6 | C |
| | | T | 0.7 | A | 0.7 | A | 0.9 | A |
| | | Approach | 14.5 | B | 14.5 | B | 14.6 | B |
| | SB | TR | 35.5 | D | 35.4 | D | 39.8 | D |
| | | Approach | 35.5 | D | 35.4 | D | 39.8 | D |
| | Overall | | **29.5** | **C** | **29.5** | **C** | **36.2** | **D** |
| NY 454 & Express Drive South | EB | LTR | 18.6 | B | 18.6 | B | 18.6 | B |
| | | R | 10.3 | B | 10.3 | B | 10.3 | B |
| | | Approach | 15.6 | B | 15.6 | B | 15.6 | B |
| | NB | TR | 17.4 | B | 17.4 | B | 17.4 | B |
| | | Approach | 17.4 | B | 17.4 | B | 17.4 | B |
| | SB | L | 56.9 | E | 56.9 | E | 63.5 | E |
| | | T | 3.3 | A | 3.3 | A | 4.2 | A |
| | | Approach | 20.7 | C | 20.7 | C | 28.4 | C |
| | Overall | | **18.2** | **B** | **18.2** | **B** | **22.0** | **C** |

CONFIDENTIAL



**Table 6 - Level of Service Summary - Signalized Intersection - Saturday PM Peak...Continued 3**

| Intersection | Movement | Lane Group | Existing 2016 | | No-Build 2017 | | Build 2017 | |
|---|---|---|---|---|---|---|---|---|
| | | | Delay | LOS | Delay | LOS | Delay | LOS |
| NY 454 & Old Nichols Road / Suffolk Avenue | EB | UL | 32.5 | C | 32.4 | C | 32.4 | C |
| | | T | 51.2 | D | 51.2 | D | 52.6 | D |
| | | R | 6.2 | A | 6.2 | A | 6.2 | A |
| | | Approach | 37.1 | D | 37.2 | D | 39.0 | D |
| | WB | L | 37.2 | D | 37.4 | D | 38.0 | D |
| | | TR | 49.1 | D | 49.2 | D | 49.0 | D |
| | | Approach | 46.3 | D | 46.5 | D | 46.4 | D |
| | NB | L | 11.1 | B | 11.2 | B | 11.3 | B |
| | | T | 19.3 | B | 19.5 | B | 19.6 | B |
| | | R | 1.5 | A | 1.8 | A | 4.1 | A |
| | | Approach | 14.7 | B | 14.9 | B | 14.2 | B |
| | SB | UL | 11.1 | B | 11.2 | B | 11.2 | B |
| | | T | 19.4 | B | 19.6 | B | 20.0 | C |
| | | R | 0.1 | A | 0.1 | A | 0.1 | A |
| | | Approach | 16.5 | B | 16.7 | B | 16.6 | B |
| | Overall | | 28.1 | C | 28.3 | C | 27.8 | C |

## Analysis Results

Table 7 shows that during the Saturday p.m. peak, all eight signalized study intersections operate well and consistent with the No-Build levels. There is no change in level-of-service at the intersections from the No-Build to Build condition, except at Old Nichols Road and Express Drive North, NY 454 and Express Drive North and NY 454 and Express Drive South. The LOS at the intersection of Old Nichols Road and Express Drive North moved from B in the No-Build Condition to C in the Build condition, with the overall intersection delay increasing by only 2.5 seconds. The LOS at the intersection of NY 454 and Express Drive North moved from C in the No-Build Condition to D in the Build condition, with the overall intersection delay increasing by 6.7 seconds. The LOS at the intersection of NY 454 and Express Drive South moved from B in the No-Build Condition to C in the Build condition, with the overall intersection delay increasing by 3.8 seconds. Even with these minor changes, all intersections continue to operate in acceptable levels of service (LOS D or better).



## Site Access

The hotel site is served by three access driveways which all allow for both entering and exiting traffic movements. The primary access point is located on Express Drive North and allows for right-turns into and out of the site, given the one-way nature of the adjacent roadway. A second access point is located on South Bedford Avenue, adjacent to the west side of the site and provides full movements into and out of the site. A third, minor access is located north of the site to Kosciusko Street, a dead end village roadway, and provides right-turns into and left-turns out of the site. Kosciusko Street intersects South Bedford Avenue off the northwest corner of the site. For the purpose of conservative analysis, the access driveways located on Express Drive North and South Bedford Avenue were analyzed.

The results of the unsignalized capacity analysis of the two site access driveways are summarized in Tables 7 and 8 below for Friday p.m. and Saturday p.m. periods, respectively. The detailed capacity analysis worksheets are contained in Appendix E of the TIS, which is in Appendix B of this Expanded EA.

**Table 7 - Level of Service Summary - Site Accesses - Friday PM**

| Intersection | Approach | Existing 2016 | | No-Build 2017 | | Build 2017 | |
|---|---|---|---|---|---|---|---|
| | | Delay | LOS | Delay | LOS | Delay | LOS |
| South Bedford Avenue & Hotel Site Access | WB | 8.6 | A | 8.6 | A | 13.1 | B |
| | SB L | 7.2 | A | 7.2 | A | 7.5 | A |
| Express Drive North & Hotel Site Access | SB | 8.8 | A | 8.8 | A | 16.0 | C |

**Table 8 - Level of Service Summary - Site Accesses - Saturday PM**

| Intersection | Approach | Existing 2016 | | No-Build 2017 | | Build 2017 | |
|---|---|---|---|---|---|---|---|
| | | Delay | LOS | Delay | LOS | Delay | LOS |
| South Bedford Avenue & Hotel Site Access | WB | 8.5 | A | 8.5 | A | 12.4 | B |
| | SB L | 7.2 | A | 7.2 | A | 7.5 | A |
| Express Drive North & Hotel Site Access | SB | 8.8 | A | 8.9 | A | 18.2 | C |

Tables 7 and 8 indicate that the hotel access driveways operate well in the Build condition, with moderate delays to existing traffic. It is noted that the operation of the driveways does not impart any delays to through vehicles on Express Drive North, as exiting vehicles must yield to traffic on the major roadway.

CONFIDENTIAL DN0000259



### 3.2.4 Parking and Circulation

Off-street parking required is set forth in the Village of Islandia Zoning Code (Article XV, § 177-102 and § 177-138), which stipulates requirements for a hotel to be one parking space per room, plus one parking space per employee. As such, required parking for the hotel, after proposed modifications for the accessory use, would be:

- Full Service hotel - 245 parking spaces (rooms) plus 85 parking spaces (employees) for a total requirement of 330 parking spaces.

The hotel site provides 649 marked parking stalls. This count would be reduced by six spaces to 643, post-renovation. While this level of parking exceeds Village Code by 327 spaces, the proposed operation of the site does not lend itself to direct application of the code in the determination of parking sufficiency. As such, a projection of actual parking demands based on the specifics of the sites proposed operation has been performed.

#### Estimated Parking Necessary for Post-Renovation Operations

Although the hotel site would continue to meet code requirements with regard to parking provided on-site, the specific nature of the accessory use would result in increased peak period parking demand. To estimate the anticipated actual peak parking demand at the site, the components of the sites operation were considered.

1000 VLTs – based on a vehicle occupancy of 1.75 persons per vehicle and a fully occupied gaming floor, this component could be expected to generate 571 parked vehicles.

245 Hotel Rooms – Under typical situations, an occupied hotel room would be expected to generate one parked vehicle. However, based on discussions with the applicant, it is anticipated that the majority of hotel guests would already be at the site for the gaming experience. Therefore, a conservative estimate of one parked vehicle for every two rooms is assumed here, for a total of 123 parked vehicles.

155 Restaurant / Bar Seats – Under typical situations, a restaurant or bar would be expected to generate one parked vehicle for every three seats. However, based on discussions with the applicant, it is anticipated that the restaurant would be patronized almost exclusively by guests that are there for the gaming experience. Therefore, a conservative estimate of one parked vehicle for every six seats is assumed here, for a total of 26 parked vehicles.



85 Total Staff – The applicant has indicated that a maximum of 85 staff members would be on-site at any given time. A conservative estimate of two parked vehicles for every three staff members results in a total of 56 parked vehicles.

The inclusion of two quick-bet kiosks in the renovation plan is not anticipated to generate any significant level of additional parking demand as, based on information provided by the applicant, this ancillary component is not expected to attract patrons who are not already there.

Based on the above the total anticipated peak parking demand is expected to be between 750 and 800 parked vehicles.

## Parking Operations

As noted above, the peak parking demands at the site are expected to approach 800 parked vehicles. Given the provision of 643 marked parking spaces on the hotel site (post-construction), the demands are likely to exceed supply during peak periods of operation, most notably on Friday and Saturday evenings. To accommodate this additional demand, DNC is negotiating a satellite parking facility (400 additional parking spaces) in the form of an underutilized parking field at an office building located at the northeast corner of Express Drive North and Motor Parkway approximately 1½ miles west of the site.

Patrons arriving at the site that cannot be accommodated during peak periods would be directed to park at the satellite facility by dedicated parking staff. A shuttle bus would be operated between the Marriott and the satellite parking area, leaving each location every ten minutes. In this manner, overflow parked patrons would return to the hotel via a short shuttle ride. The shuttle bus would travel westbound on Express Drive North to the satellite lot and eastbound back to the hotel on Motor Parkway. Staff would be encouraged to carpool and directed to park at the satellite lot to maximize the number spaces available for patrons at the hotel site. In addition, a number of spaces would be reserved at the hotel for overnight guests who would arrive with luggage.

## 3.2.5 Conclusions

Based on the results of the analyses conducted for the purpose of this report, VHB's conclusions are:

- The proposed renovations to the hotel would result in increases in traffic generation that can be accommodated by the surrounding street network.

- The peak periods of traffic activity at the site would occur on Friday and Saturday evenings, when the heaviest traffic on the roadway network has subsided.
- All study intersections would operate well in the Build condition, with acceptable levels of service (LOS).
- Changes in the LOS at some intersections are reasonable and would be well within acceptable standards for intersection operation.
- The existing site access points would be adequate to provide for the anticipated traffic levels into and out of the site.
- An unsignalized capacity analysis for the hotel access driveway indicates that vehicles would enter and exit the site with moderate levels of delay.
- The level of parking provided at the hotel site would not be sufficient to accommodate parking demands during peak periods.
- A satellite parking site and shuttle bus operation would be maintained to ensure the provision of more than adequate parking for patrons and employees.

## 3.3 Public Need and Benefit

The proposed action is the modification of an existing special permit for the Islandia Marriott hotel, to allow the accessory use thereto, for an indoor amusement use. Such accessory use would not necessarily increase the intensity of use of the existing hotel, but would diversify the uses. Specifically, existing meeting rooms and banquet areas, as well as the swimming pool, would be replaced by 1,000 VLTs and two Suffolk OTB quick-bet kiosks.

The proposed action would benefit the surrounding community by providing approximately 150 full-time-equivalent (FTE) jobs, as well as an alternative indoor amusement venue (i.e., VLTs) that does not currently exist in Suffolk County. This would be accomplished by modifying interior spaces of an existing hotel, which has been established in the community for over 30 years, without requiring any upgrades or modifications to existing infrastructure, such as water supply connections or wastewater disposal.

The attraction of the only VLT facility in Suffolk County would draw people to this location as a destination that would have positive economic impacts on surrounding businesses in the area (e.g., shopping and restaurants), and not just the hotel itself.

It is often perceived that the introduction of gaming facilities causes an increase in crime, although analysis prepared by The National Gambling Impact Study Commission (NGISC), created by Congress in 1996 to assess the relationship between gambling and levels of crime, as well as The Public Sector Gaming Study Commission (PSGSC), formed in 1999 by the National Council of Legislators from Gaming States (NCLGS) to provide public sector advice about gaming, indicates that there is no direct or quantifiable correlation between legalized or casino-style



gambling and crime. Moreover, the NCLGS stated, "The security on the premises of gambling facilities, the multiple layers of regulatory control, and the economic and social benefits that gambling seems to offer to communities are effective deterrents of criminal activity."

It is likely, however, that the increased visitation to the hotel and the Village in general would likely increase Town Court activity, due to other violations and incidents that may occur within the Village, as well as the potential need for additional code enforcement activities. While it is not possible to quantify this increase, it would not likely be significant.

It is noted that guests of the hotel may want to use other Village recreational facilities and resources. Recent legislation authorized the Town of Islip to transfer ownership of the seven-acre Old Nichols Road Park to the Village. Renamed the Village of Islandia First Responders Memorial Recreational Field, the Village of Islandia indicated it is looking forward to the local business community providing its assistance in maintaining the pristine conditions of our ball fields.

As such, and in connection with the support of other Village of Islandia operations (e.g., code enforcement, beautification), as well as park improvements and maintenance, the applicant has committed to providing financial assistance to the Village of Islandia toward future park improvements, Village beautification, infrastructure and any other Village support services that it may deem appropriate, to maintain a level of service and quality of life the residents of the Village of Islandia currently enjoy.

It is further noted that on-street parking in the vicinity of the subject property is permitted on the east side of South Bedford Avenue, and either side of Kosciusko Street. Should the Village wish to change such regulations after full implementation of the proposed accessory use to the hotel, such funding could support the purchase of signage advising motorists of such parking regulations and/or prohibitions.