# EXHIBIT E

```
------------------------------------------------){
JENNIFER TOMOSINO, NEIL MUNRO, APRYL MEYER,
FRAN PEKOR, THE CONCERNED CITIZENS OF SUFFOLK
COUNTY, INC., THE HAMLET AT WINDWATCH GOLF          Index No.:    08907/2016
& COUNTRY CLUB HOME OWNERS, INC. and THE            Hon. William G. Ford, J.S.C.
RONKONKOMA CIVIC ASSOCIATION,
                                                    STIPULATION OF DISCONTINUANCE
                                Plaintiffs,

-against-

THE BOARD OF TRUSTEES OF THE INCORPORATED
VILLAGE OF ISLANDIA, THE INCORPORATED VILLAGE
OF ISLANDIA, MICHAEL ZALESKI and DELAWARE
NORTH ISLANDIA PROPERTIES, LLC,

                                Defendants.
------------------------------------------------){
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, so much of the above-entitled action which was severed pursuant to the order of the Supreme Court (Ford, J.) dated November 14, 2017 and entered in the Office of the Suffolk County Clerk on November 28, 2017, be, and the same hereby is discontinued without costs to either party as against the other. This stipulation may be signed by all counsel in counterparts and then so filed with the Clerk of Court without further notice.

Dated: Melville, New York
       December 11, 2017

_____                           _____
Anton J. Borovina, Esq.                             Anthony S. Guardino, Esq.
Attorney for Plaintiffs                             Attorney for D. N. I P., LLC
225 Broadhollow Road, Ste. 303                      Farrell Fritz, P.C.
Melville, NY 11747                                  100 Motor Parkway, Ste. 138
(631) 630-1101                                      Hauppauge, NY 1788

_____                           _____
Paul Sabatino II, Esq.                              Joseph W. Prokop, Esq.
Attorney for Plaintiffs                             Attorney for Village Defendants
1617 New York Ave.                                  267 Carleton Ave.
Huntington Station, NY 11746                        Islip, NY 1722