# **EXHIBIT F**

ISL000428

**STATE OF NEW YORK**
**DEPARTMENT OF STATE**
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001
WWW.DOS.NY.GOV

ANDREW M. CUOMO
GOVERNOR

ROSSANA ROSADO
SECRETARY OF STATE

December 1, 2017

Patricia Dorman
Village Clerk
1100 Old Nichols Road
Islandia NY 11749

RE:   Village of Islandia, Local Law 3 2017, filed on November 3, 2017

Dear Sir/Madam:

The above referenced material was filed by this office as indicated. Additional local law filing forms can be obtained from our website, www.dos.ny.gov.

Sincerely,
State Records and Law Bureau
(518) 473-2492





Case 1-18-01033-cec   Doc 62-19   Filed 10/29/18   Entered 10/29/18 14:19:01

ISL000430



BOARD OF TRUSTEES          11/28/17

VILLAGE OF ISLANDIA

RESOLUTION ADOPTING LOCAL LAW NO 3-2017 OF 2017
A LOCAL LAW AMENDING SECTION 177-3 B. DEFINITIONS AND
ATTACHMENTS 5 AND 7 OF CHAPTER 177
OF THE ISLANDIA VILLAGE CODE
AND TO PROVIDE FOR HOTEL/GAMING FACILITY AS A PERMITTED
USE IN THE OFFICE/INDUSTRY DISTRICT OF THE VILLAGE OF ISLANDIA AND
ESTABLISH PARKING REQUIREMENTS FOR THE HOTEL/GAMING FACILITY USE

WHEREAS, on November 13, 2017, Board of Trustees of the Village of Islandia ("Board of Trustees"), at a special meeting of the Board of Trustees, introduced a proposed local law entitled "Local Law No. 3-2017 of 2017 a Local Law amending Section 177-3 B. Definitions, and Attachments 5 and 7 of Chapter 177 of the Islandia Village Code, to provide for Hotel/Gaming Facility as a permitted use in the Office/Industry District and establish parking requirements for the Hotel/Gaming Use ("Local Law"); and

WHEREAS, on November 13, 2017, the Board of Trustees duly called for a public hearing on the Local Law to be held on November 28, 2107 at 6 pm at the Islandia Village Hall to hear all comments for and against the Local Law;

WHEREAS, on November 15, 2017, the Board of Trustees duly referred the referred the Local Law to the Suffolk County Department of Planning, as provided under New York State General Municipal Law Section 239-m and Article XIV of the Suffolk County Administrative Code; and

WHEREAS, on November 16, 2017, the Board of Trustees having duly noticed the public hearing on the Local Law by publication of Public Notice of the Public Hearing in the Village's official newspaper, and the posting of the Public Notice in eight conspicuous places throughout the Village of Islandia, on the public notice board at the Islandia Village Hall and on the Village of Islandia website; and

ISL000431

WHEREAS, on November 27, 2017, the Suffolk County Planning Commission having duly issued a letter of Local Determination concluding that the consideration and adoption of the Local Law is a matter of local determination and significance only; and

WHEREAS, on November 28, 2017, the Board of Trustees having duly conducted a public hearing on the Local Law and the Board of Trustees then after hearing public comment on the Local Law having duly voted to close the public hearing; and

WHEREAS, on November 28, 2017, at a public meeting of the Board of Trustees duly conducted its environmental review of the Local Law and determined that that the adoption of the Local Law will not have a significant adverse effect on one or more aspects of the environment and adopted a Negative Declaration for purposes of SEQRA.

NOW, THEREFORE, IT IS HEREBY RESOLVED as follows:

1. That the Board of Trustees hereby adopts the Local Law;
2. That the Village Clerk and Village attorney are directed to file the Local Law with the NYS Department of State as soon as possible; and
3. That the Local Law shall take effect immediately.

Motion by Trustee Peters    Seconded by Trustee Lacey

This Resolution to adopt the Local Law is carried upon roll call as follows:

|  | Yes | No | Abstain |
|---|---|---|---|
| Mayor Dorman | Aye | | |
| Trustee Peters | Aye | | |
| Trustee Lacey | Aye | | |
| Trustee Kisla | Aye | | |
| Trustee Zaleski | Aye | | |

ISL000432

LOCAL LAW NO. 3-2017 OF THE YEAR 2017

OF THE INCORPORATED VILLAGE OF ISLANDIA

A LOCAL LAW AMENDING SECTION 177-3 B. DEFINITIONS

AND ATTACHMENTS 5 AND 7 OF CHAPTER 177 OF THE

ISLANDIA VILLAGE CODE TO PROVIDE FOR HOTEL/GAMING FACILITY

AS A PERMITTED USE IN THE OFFICE/INDUSTRY DISTRICT OF THE

VILLAGE OF ISLANDIA AND TO ESTABLISH PARKING REQUIREMENTS

FOR THE HOTEL/GAMING FACILITY USE

BE IT HEREBY ENACTED by the Board of Trustees of the Incorporated Village of Islandia as follows:

| | |
|---|---|
| Section 1.0 | Enactment, Effective Date, Purpose and Intent and Findings. |
| Section 1.1. | Title |
| Section 1.2. | Enactment. |
| Section 1.3. | Effective Date. |
| Section 1.4. | Purpose and Intent of Local Law. |
| Section 1.5. | Findings |
| Section 2.0. | General Provisions |
| Section 2.1. | Amendments to Section 177-3 B. Definitions |
| Section 2.2. | Amendment to Chapter 177 Attachment 5 Office and Industrial Districts: Table of Use Regulations |
| Section 2.3. | Amendments to Chapter 177 Attachment 7 Village of Islandia: Parking Schedule |
| Section 3.0 | Severability |
| Section 3.1 | Severability |

1

ISL000433

Section 1.0    Enactment, Effective Date, Purpose and Intent and Findings.

    1.1.    Title

This Local Law shall be entitled, "Local Law No. 3-2017 of 2017 A Local Law Amending Section 177-3 B. Definitions And Attachments 5 And 7 Of Chapter 177 Of The Islandia Village Code To Provide For Hotel/Gaming Facility As A Permitted Use In The Office/Industry District Of The Village Of Islandia And To Establish Parking Requirements For The Hotel/Gaming Facility Use."

    1.2.    Enactment.

Pursuant to Municipal Home Rule Law, including without limitation Sections 10 and 20 thereof, and Section 177-123 of the Islandia Village Code (the "Code"), the Board of Trustees of Village of Islandia, County of Suffolk and State of New York ("Board of Trustees"), hereby enacts this Local Law.

    1.3.    Effective Date. This Local Law shall take effect on the filing of this Local Law with the Secretary of State of the State of New York.

    1.4.    Purpose and Intent of this Local Law.

The purpose and intent of the Local Law is to amend the definitions of Section 177-3 B. Definitions of the Code by adding definitions for "Game Room" and "Hotel/Gaming Facility", and to amend Chapter 177 Attachment 5 of the Code to provide for a Hotel/Gaming Facility as a permitted use in the Office/Industry District of the Village of Islandia, and to amend Chapter 177 Attachment 7 of the Code to establish parking requirements for the Hotel/Gaming Facility use.

The Board of Trustees determined that the adaptive re-use of developed parcels following changing economic conditions in the Village will maintain the aesthetics, safety and vitality of

2

ISL000434

hotels in the Office/Industry District which serve an important role in the Village's economy. The Board of Trustees determined that required proximity to the Long Island Expressway and large parcel size shall minimize any potential effect of traffic, noise and other impacts to the Village and its residents.

1.5    Findings.

The Board of Trustees after a review of available information and due deliberation hereby finds that it is in the best interests of the residents and property owners and of the orderly development of the Village of Islandia that:

    1.5.1 Section 177-3 B. Definitions of the Code are to be amended to include definitions for Game Room and Hotel/Gaming Facility.

    1.5.2 Chapter 177 Attachment 5 of the Code should be amended to include Hotel/Gaming Facility as a permitted use in the Office/Industry District (OI) of the Village of Islandia.

    1.5.3 Chapter 177 Attachment 7 of the Code should be amended to provide for parking requirements for the Hotel/Gaming Facility use.

2.0    General Provisions

2.1    Amendments to Section 177-3 B. Definitions

    2.1.1.   Section 177-3 B. Definitions is hereby amended to add the definition "GAME ROOM" as follows:

"GAME ROOM"  A "building" or "structure" or an area within a "building" or "structure", or part thereof, used for video and arcade games usually operated by coins but does not include video gaming terminals and facilities such as, but not limited to, video lottery terminals ("VLTs") authorized under Section 1617-a of the New York State Tax Law and

ISL000435

licensed by the New York State Gaming Commission, and off-track betting simulcast facilities authorized pursuant to the New York State Racing, Pari-Mutuel Wagering and Breeding Law.

    2.1.2    Section 177-3 B. Definitions is hereby amended to add the definition "HOTEL/GAMING FACILITY" as follows:

"HOTEL/GAMING FACILITY" A Hotel with more than 150 rooms with an indoor facility containing video lottery terminals (VLTs) authorized by Section 1617-a of the New York State Tax Law and licensed by the New York State Gaming Commission and/or simulcast off-track betting simulcast facilities authorized pursuant to the New York State Racing, Pari-Mutuel Wagering and Breeding Law, located on a site having a minimum lot area of seven (7) acres and at least 600 feet of frontage on the Long Island Expressway (Interstate 495) and/or a Long Island Expressway Service Road. A restaurant and/or other such uses which are primarily intended for use by visitors, guests or customers of the Hotel/Gaming Facility may be provided and/or operated.

    2.2    Amendment to Chapter 177 Attachment 5.

Chapter 177 Attachment 5 Village of Islandia Office and Industrial Districts: Table of Use Regulations is hereby amended to add the Use Classification of Hotel/Gaming Facility as follows:

| Use Classification | O District | OI District | I District |
| --- | --- | --- | --- |
| Hotel/Gaming Facility | ------ | P | ------ |

    3.    Amendment to Chapter 177 Attachment 7.

Chapter 177 Attachment 7 Village of Islandia: Parking Schedule is hereby amended as follows:

| Use or Use Category | Unit or Measurement | Additional Requirements |
|---|---|---|
| 37. Hotel/Gaming Facility<br>  a. VLTs<br>  b. Hotel Rooms<br>  c. Restaurants, tavern serving on-premises food and/or drink<br>  d. Staff | • 1 per 1.75 VLTs<br>• 1 per every 2 sleeping room or suite<br>• 1 per 6 seats<br>• 2 per every 3 employees either in total or the maximum per largest shift | This requirement may be satisfied through the use of a combination of stacked parking and non-stacked or valet parking |
| 38. Any use not listed above as the Planning Board shall deem adequate | | |

3.0  Severability

3.1  <u>Severability</u>

The provisions of this Local Law are declared to be severable, and if any section, sentence, clause or phrase of this article shall for any reason be held to be invalid or unconstitutional, such decision shall not affect the validity of the remaining sections, sentences, clauses and phrases of this Local Law, but they shall remain in effect, it being the legislative intent that this Local Law shall stand, notwithstanding the invalidity of any part.

5

ISL000437

BOARD OF TRUSTEES

VILLAGE OF ISLANDIA

RESOLUTION REGARDING THE STATE ENVIRONMENTAL
QUALITY REVIEW ACT FOR THE ADOPTION OF LOCAL LAW NO. 3-2017
OF 2017 A LOCAL LAW AMENDING SECTION 177-3 B. DEFINITIONS AND
ATTACHMENTS 5 AND 7 OF CHAPTER 177 OF THE ISLANDIA
VILLAGE CODE TO PROVIDE FOR HOTEL/GAMING FACILITY AS A
PERMITTED USE IN THE OFFICE/INDUSTRY DISTRICT IN THE VILLAGE OF
ISLANDIA AND TO ESTABLISH PARKING REQUIREMENTS FOR THE
HOTEL/GAMING USE

WHEREAS, on November 13, 2017, the Board of Trustees of the Village of Islandia ("Board of Trustees") introduced a proposed local law entitled "Local Law No. 3-2017 of 2017 a Local Law amending Section 177-3 B. Definitions and Attachments 5 and 7 of Chapter 177 of the Islandia Village Code to provide for Hotel/Gaming Facility as a permitted use in the Office/Industry District in the Village of Islandia and to establish parking requirements for the Hotel/Gaming use (the "Local Law"); and

WHEREAS, on or about November 13, 2017, the Board of Trustees prepared a Full Environmental Assessment Form ("FEAF") Part 1 as required under the State Environmental Quality Review Act [ECL Article 8 and its implementing regulations at 6 NYCRR Part 617] ("SEQRA"); and

WHEREAS, on November 13, 2017, that the Board of Trustees adopted a resolution accepting Lead Agency status under SEQRA and classifying the consideration of the Local Law as a Type 1 action; and

WHEREAS, the Village's Engineering consultant, Cashin Associates, P.C. reviewed the FEAF, Part 1 and provided comments that in their expert opinion, there were no potential significant adverse environmental impacts which would result from the proposed action; and

ISL000438

WHEREAS, the Board of Trustees duly noticed and conducted a public hearing on the Local Law on November 28, 2017 to hear all comments for and against the Local Law; and

WHEREAS, the Board of Trustees has duly considered the Full Environmental Assessment Form, including Parts 2 and 3 thereof, the proposed Local Law in its entirety, and the criteria for determining significance set forth in 6 N.Y.C.R.R. § 617.7(c) of the SEQRA regulations, the comments made at the public hearing and from its own consultant, such other public comments as received by the Board and such other information deemed appropriate; and

WHEREAS, the Board of Trustees identified the relevant areas of environmental concern, has taken a hard look at these areas, and has made a reasoned elaboration of the basis for its determination.

NOW, THEREFORE, IT IS HEREBY RESOLVED as follows:

1. that the adoption of the Local Law will not have any significant adverse impacts on the environment for the reasons set forth in the attached Negative Declaration; and
2. The Village Clerk shall distribute this Negative Declaration and publish it in accordance with 6 NYCRR § 617.12.
3. This resolution shall take effect immediately.

Motion by Trustee Lacey          Seconded by Trustee Peters

The motion to adopt the Resolution and issue the attached Negative Declaration is carried on this day, November 28, 2017 upon roll call vote as follows:

Mayor Dorman   - Aye
Trustee Lacey  - Aye
Trustee Kisla  - Aye
Trustee Peters - Aye
Trustee Zaleski - Aye

2