# EXHIBIT C

*Full Environmental Assessment Form*
*Part 1 - Project and Setting*

## Instructions for Completing Part 1

Part 1 is to be completed by the applicant or project sponsor. Responses become part of the application for approval or funding, are subject to public review, and may be subject to further verification.

Complete Part 1 based on information currently available. If additional research or investigation would be needed to fully respond to any item, please answer as thoroughly as possible based on current information; indicate whether missing information does not exist, or is not reasonably available to the sponsor; and, when possible, generally describe work or studies which would be necessary to update or fully develop that information.

Applicants/sponsors must complete all items in Sections A & B. In Sections C, D & E, most items contain an initial question that must be answered either "Yes" or "No". If the answer to the initial question is "Yes", complete the sub-questions that follow. If the answer to the initial question is "No", proceed to the next question. Section F allows the project sponsor to identify and attach any additional information. Section G requires the name and signature of the project sponsor to verify that the information contained in Part 1 is accurate and complete.

## A. Project and Sponsor Information.

| | |
|---|---|
| Name of Action or Project: A Local Law Amending Section 177-3 B Definitions and Attachments 5 and 7 of Village Code Chapter 177 to Provide for Hotel/Gaming Facility as a Permitted Use in the Village's Office/Industry District and to Establish Associated Parking Requirements | |
| Project Location (describe, and attach a general location map): | |
| Incorporated Village of Islandia, Town of Islip, Suffolk County | |

Brief Description of Proposed Action (include purpose or need):

The proposed action consists of an amendment to the Islandia Village Code, Section 177-3 B, Definitions, to provide definitions for a "Game Room" and a "Hotel/Gaming Facility," Chapter 177 Attachments 5 and 7 to provide for a Hotel/Gaming Facility as a permitted use in the Office/Industry (OI) District of the Village of Islandia, and to establish parking requirements for that use (see the draft Local Law, attached). The proposed definition of a Hotel/Gaming Facility includes a hotel with more than 150 rooms and located on a site within the OI District, having a minimum lot area of seven acres and at least 600 feet of frontage on the Long Island Expressway (LIE) and/or a LIE Service Road. The definition of Hotel/Gaming Facility would include indoor gaming facilities containing video lottery terminals (VLTs) authorized by Section 1617-a of the New York Tax Law, and licensed by the New York State Gaming Commission, and off-track betting simulcast facilities authorized pursuant to the New York State Racing, Pari-Mutuel Wagering and Breeding Law. A restaurant and/or other such uses which are primarily intended for use by visitors, guests or customers of the Hotel/Gaming Facility would also be permitted as part of an overall Hotel/Gaming Facility use.

| Name of Applicant/Sponsor: Incorporated Village of Islandia Board of Trustees | Telephone: See Project Contact | |
|---|---|---|
| | E-Mail: See Project Contact | |
| Address: Village Hall, 1100 Old Nichols Road | | |
| City/PO: Islandia | State: New York | Zip Code: 11749 |
| Project Contact (if not same as sponsor; give name and title/role): Joseph W. Prokop, Esq., Village Attorney | Telephone: 631-234-6200 | |
| | E-Mail: jwprokopesq@aol.com | |
| Address: Village Hall, 1100 Old Nichols Road | | |
| City/PO: Islandia | State: New York | Zip Code: 11749 |
| Property Owner (if not same as sponsor): N/A | Telephone: | |
| | E-Mail: | |
| Address: | | |
| City/PO: | State: | Zip Code: |

ISL002991

## B. Government Approvals

| B. Government Approvals, Funding, or Sponsorship. ("Funding" includes grants, loans, tax relief, and any other forms of financial assistance.) | | |
|---|---|---|
| **Government Entity** | **If Yes: Identify Agency and Approval(s) Required** | **Application Date (Actual or projected)** |
| a. City Council, Town Board, or Village Board of Trustees  ☑Yes☐No | Amendment to Village Code | To be introduced on or about 11/13/17 |
| b. City, Town or Village Planning Board or Commission  ☐Yes☑No | | |
| c. City Council, Town or Village Zoning Board of Appeals  ☐Yes☑No | | |
| d. Other local agencies  ☐Yes☑No | | |
| e. County agencies  ☐Yes☑No | | |
| f. Regional agencies  ☑Yes☐No  SC Planning Commission | Referral-Zoning Amendment | Projected referral to be made on or about 11/14/17 |
| g. State agencies  ☐Yes☑No | | |
| h. Federal agencies  ☐Yes☑No | | |
| i. Coastal Resources. | | |

i. Coastal Resources.

*i.* Is the project site within a Coastal Area, or the waterfront area of a Designated Inland Waterway?      ☐Yes☑No
If yes,

*ii.* Is the project site located in a community with an approved Local Waterfront Revitalization Program?      ☐Yes☐No

*iii.* Is the project site within a Coastal Erosion Hazard Area?      ☐Yes☐No

## C. Planning and Zoning

| C.1. Planning and zoning actions. |
|---|
| Will administrative or legislative adoption, or amendment of a plan, local law, ordinance, rule or regulation be the only approval(s) which must be granted to enable the proposed action to proceed?      ☑Yes☐No  • If Yes, complete sections C, F and G.  • If No, proceed to question C.2 and complete all remaining sections and questions in Part 1 |
| C.2. Adopted land use plans. |
| a. Do any municipally- adopted (city, town, village or county) comprehensive land use plan(s) include the site where the proposed action would be located?      ☑Yes☐No  If Yes, does the comprehensive plan include specific recommendations for the site where the proposed action would be located?      ☐Yes☑No |
| b. Is the site of the proposed action within any local or regional special planning district (for example: Greenway Brownfield Opportunity Area (BOA); designated State or Federal heritage area; watershed management plan; or other?)      ☑Yes☐No  If Yes, identify the plan(s):  NYS Heritage Areas - LI North Shore Heritage Area |
| c. Is the proposed action located wholly or partially within an area listed in an adopted municipal open space plan, or an adopted municipal farmland protection plan?      ☐Yes☑No  If Yes, identify the plan(s): |

ISL002992

## C.3. Zoning

a. Is the site of the proposed action located in a municipality with an adopted zoning law or ordinance. ☑Yes☐No
If Yes, what is the zoning classification(s) including any applicable overlay district?
   Office/Industrial (OI) District of the Incorporated Village of Islandia

b. Is the use permitted or allowed by a special or conditional use permit? ☐Yes☐No N/A*

c. Is a zoning change requested as part of the proposed action? ☐Yes☑No
If Yes,
   i. What is the proposed new zoning for the site? _____

## C.4. Existing community services.

a. In what school district is the project site located?   No. 13-Central Islip and No. 6-Hauppauge Union Free School Districts

b. What police or other public protection forces serve the project site?
   Suffolk County Police Department - Fourth Precinct

c. Which fire protection and emergency medical services serve the project site?
   Hauppauge and Central Islip Fire Department (fire protection), Central Islip-Hauppauge Volunteer Ambulance Corps (emergency medical services)

d. What parks serve the project site?
   N/A

## D. Project Details

### D.1. Proposed and Potential Development

a. What is the general nature of the proposed action (e.g., residential, industrial, commercial, recreational; if mixed, include all components)?
_____

b. a. Total acreage of the site of the proposed action?                                                    _____ acres
   b. Total acreage to be physically disturbed?                                                             _____ acres
   c. Total acreage (project site and any contiguous properties) owned
      or controlled by the applicant or project sponsor?                                                    _____ acres

c. Is the proposed action an expansion of an existing project or use? ☐Yes☐No
   i. If Yes, what is the approximate percentage of the proposed expansion and identify the units (e.g., acres, miles, housing units, square feet)?   %____ Units: _____

d. Is the proposed action a subdivision, or does it include a subdivision? ☐Yes☐No
If Yes,
   i. Purpose or type of subdivision? (e.g., residential, industrial, commercial; if mixed, specify types)
   _____
   ii. Is a cluster/conservation layout proposed? ☐Yes☐No
   iii. Number of lots proposed?   _____
   iv. Minimum and maximum proposed lot sizes? Minimum _____ Maximum _____

e. Will proposed action be constructed in multiple phases? ☐Yes☐No
   i. If No, anticipated period of construction:                            _____ months
   ii. If Yes:
      • Total number of phases anticipated                                 _____
      • Anticipated commencement date of phase 1 (including demolition)    _____ month _____ year
      • Anticipated completion date of final phase                         _____ month _____ year
      • Generally describe connections or relationships among phases, including any contingencies where progress of one phase may determine timing or duration of future phases: _____
      _____

*The proposed action is an amendment to the Village Code, which, among other things, will allow a Hotel/Gaming Facility as a permitted use in the Village's OI District.

ISL002993

f. Does the project include new residential uses? ☐Yes☐No
If Yes, show numbers of units proposed.

|  | One Family | Two Family | Three Family | Multiple Family (four or more) |
|---|---|---|---|---|
| Initial Phase | _____ | _____ | _____ | _____ |
| At completion of all phases | _____ | _____ | _____ | _____ |

g. Does the proposed action include new non-residential construction (including expansions)? ☐Yes☐No
If Yes,
  *i.* Total number of structures _____
  *ii.* Dimensions (in feet) of largest proposed structure: _____ height; _____ width; and _____ length
  *iii.* Approximate extent of building space to be heated or cooled: _____ square feet

h. Does the proposed action include construction or other activities that will result in the impoundment of any ☐Yes☐No
  liquids, such as creation of a water supply, reservoir, pond, lake, waste lagoon or other storage?
If Yes,
  *i.* Purpose of the impoundment: _____
  *ii.* If a water impoundment, the principal source of the water:        ☐ Ground water ☐Surface water streams ☐Other specify:
  _____
  *iii.* If other than water, identify the type of impounded/contained liquids and their source.
  _____
  *iv.* Approximate size of the proposed impoundment.     Volume: _____ million gallons; surface area: _____ acres
  *v.* Dimensions of the proposed dam or impounding structure: _____ height; _____ length
  *vi.* Construction method/materials for the proposed dam or impounding structure (e.g., earth fill, rock, wood, concrete):
  _____

**D.2. Project Operations**

a. Does the proposed action include any excavation, mining, or dredging, during construction, operations, or both? ☐Yes☐No
  (Not including general site preparation, grading or installation of utilities or foundations where all excavated
  materials will remain onsite)
If Yes:
  *i.* What is the purpose of the excavation or dredging? _____
  *ii.* How much material (including rock, earth, sediments, etc.) is proposed to be removed from the site?
   • Volume (specify tons or cubic yards): _____
   • Over what duration of time? _____
  *iii.* Describe nature and characteristics of materials to be excavated or dredged, and plans to use, manage or dispose of them.
  _____

  *iv.* Will there be onsite dewatering or processing of excavated materials? ☐Yes☐No
    If yes, describe. _____
  _____

  *v.* What is the total area to be dredged or excavated? _____ acres
  *vi.* What is the maximum area to be worked at any one time? _____ acres
  *vii.* What would be the maximum depth of excavation or dredging? _____ feet
  *viii.* Will the excavation require blasting? ☐Yes☐No
  *ix.* Summarize site reclamation goals and plan: _____
  _____
  _____

b. Would the proposed action cause or result in alteration of, increase or decrease in size of, or encroachment ☐Yes☐No
  into any existing wetland, waterbody, shoreline, beach or adjacent area?
If Yes:
  *i.* Identify the wetland or waterbody which would be affected (by name, water index number, wetland map number or geographic
    description): _____
  _____

Page 4 of 13

ISL002994

*ii.* Describe how the proposed action would affect that waterbody or wetland, e.g. excavation, fill, placement of structures, or alteration of channels, banks and shorelines. Indicate extent of activities, alterations and additions in square feet or acres:

_____

_____

_____

_____

*iii.* Will proposed action cause or result in disturbance to bottom sediments?                                    ☐Yes☐No
   If Yes, describe: _____
*iv.* Will proposed action cause or result in the destruction or removal of aquatic vegetation?        ☐Yes☐No
   If Yes:
     ▫  acres of aquatic vegetation proposed to be removed: _____
     ▫  expected acreage of aquatic vegetation remaining after project completion:_____
     ▫  purpose of proposed removal (e.g. beach clearing, invasive species control, boat access): _____
                 _____
     ▫  proposed method of plant removal: _____
     ▫  if chemical/herbicide treatment will be used, specify product(s): _____
*v.* Describe any proposed reclamation/mitigation following disturbance: _____
                            _____

---

**c.** Will the proposed action use, or create a new demand for water?                                      ☐Yes☐No
If Yes:
  *i.* Total anticipated water usage/demand per day: _____ gallons/day
  *ii.* Will the proposed action obtain water from an existing public water supply?                  ☐Yes☐No
If Yes:
     ▫  Name of district or service area: _____
     ▫  Does the existing public water supply have capacity to serve the proposal?        ☐Yes☐No
     ▫  Is the project site in the existing district?                                                      ☐Yes☐No
     ▫  Is expansion of the district needed?                                                            ☐Yes☐No
     ▫  Do existing lines serve the project site?                                                      ☐Yes☐No
  *iii.* Will line extension within an existing district be necessary to supply the project?          ☐Yes☐No
If Yes:
     ▫  Describe extensions or capacity expansions proposed to serve this project: _____
                 _____
     ▫  Source(s) of supply for the district: _____
  *iv.* Is a new water supply district or service area proposed to be formed to serve the project site?    ☐ Yes☐No
If, Yes:
     ▫  Applicant/sponsor for new district: _____
     ▫  Date application submitted or anticipated: _____
     ▫  Proposed source(s) of supply for new district: _____
  *v.* If a public water supply will not be used, describe plans to provide water supply for the project: _____
              _____
  *vi.* If water supply will be from wells (public or private), maximum pumping capacity: _____gallons/minute.

---

**d.** Will the proposed action generate liquid wastes?                                                        ☐Yes☐No
If Yes:
  *i.* Total anticipated liquid waste generation per day: _____ gallons/day
  *ii.* Nature of liquid wastes to be generated (e.g., sanitary wastewater, industrial; if combination, describe all components and approximate volumes or proportions of each): _____

_____

_____

  *iii.* Will the proposed action use any existing public wastewater treatment facilities?              ☐Yes☐No
  If Yes:
     ▫  Name of wastewater treatment plant to be used: _____
     ▫  Name of district: _____
     ▫  Does the existing wastewater treatment plant have capacity to serve the project?        ☐Yes☐No
     ▫  Is the project site in the existing district?                                                      ☐Yes☐No
     ▫  Is expansion of the district needed?                                                            ☐Yes☐No

ISL002995

- Do existing sewer lines serve the project site? ☐Yes ☐No
- Will line extension within an existing district be necessary to serve the project? ☐Yes ☐No
  If Yes:
  - Describe extensions or capacity expansions proposed to serve this project: _____
  _____
  _____

*iv.* Will a new wastewater (sewage) treatment district be formed to serve the project site? ☐Yes ☐No
  If Yes:
  - Applicant/sponsor for new district: _____
  - Date application submitted or anticipated: _____
  - What is the receiving water for the wastewater discharge? _____
*v.* If public facilities will not be used, describe plans to provide wastewater treatment for the project, including specifying proposed receiving water (name and classification if surface discharge, or describe subsurface disposal plans):
  _____
  _____

*vi.* Describe any plans or designs to capture, recycle or reuse liquid waste: _____
  _____
  _____
  _____

e. Will the proposed action disturb more than one acre and create stormwater runoff, either from new point sources (i.e. ditches, pipes, swales, curbs, gutters or other concentrated flows of stormwater) or non-point source (i.e. sheet flow) during construction or post construction? ☐Yes ☐No
  If Yes:
  *i.* How much impervious surface will the project create in relation to total size of project parcel?
  _____ Square feet or _____ acres (impervious surface)
  _____ Square feet or _____ acres (parcel size)
  *ii.* Describe types of new point sources. _____

  *iii.* Where will the stormwater runoff be directed (i.e. on-site stormwater management facility/structures, adjacent properties, groundwater, on-site surface water or off-site surface waters)?
  _____
  _____
  - If to surface waters, identify receiving water bodies or wetlands: _____
  _____
  _____
  - Will stormwater runoff flow to adjacent properties? ☐Yes ☐No
  *iv.* Does proposed plan minimize impervious surfaces, use pervious materials or collect and re-use stormwater? ☐Yes ☐No

f. Does the proposed action include, or will it use on-site, one or more sources of air emissions, including fuel combustion, waste incineration, or other processes or operations? ☐Yes ☐No
  If Yes, identify:
  *i.* Mobile sources during project operations (e.g., heavy equipment, fleet or delivery vehicles)
  _____
  *ii.* Stationary sources during construction (e.g., power generation, structural heating, batch plant, crushers)
  _____
  *iii.* Stationary sources during operations (e.g., process emissions, large boilers, electric generation)
  _____

g. Will any air emission sources named in D.2.f (above), require a NY State Air Registration, Air Facility Permit, or Federal Clean Air Act Title IV or Title V Permit? ☐Yes ☐No
  If Yes:
  *i.* Is the project site located in an Air quality non-attainment area? (Area routinely or periodically fails to meet ambient air quality standards for all or some parts of the year) ☐Yes ☐No
  *ii.* In addition to emissions as calculated in the application, the project will generate:
  - _____ Tons/year (short tons) of Carbon Dioxide ($CO_2$)
  - _____ Tons/year (short tons) of Nitrous Oxide ($N_2O$)
  - _____ Tons/year (short tons) of Perfluorocarbons (PFCs)
  - _____ Tons/year (short tons) of Sulfur Hexafluoride ($SF_6$)
  - _____ Tons/year (short tons) of Carbon Dioxide equivalent of Hydroflourocarbons (HFCs)
  - _____ Tons/year (short tons) of Hazardous Air Pollutants (HAPs)

ISL002996

h. Will the proposed action generate or emit methane (including, but not limited to, sewage treatment plants, landfills, composting facilities)?  ☐Yes☐No
If Yes:
  *i.* Estimate methane generation in tons/year (metric): _____
  *ii.* Describe any methane capture, control or elimination measures included in project design (e.g., combustion to generate heat or electricity, flaring): _____
  _____

i. Will the proposed action result in the release of air pollutants from open-air operations or processes, such as quarry or landfill operations?  ☐Yes☐No
If Yes: Describe operations and nature of emissions (e.g., diesel exhaust, rock particulates/dust):
  _____
  _____

j. Will the proposed action result in a substantial increase in traffic above present levels or generate substantial new demand for transportation facilities or services?  ☐Yes☐No
If Yes:
  *i.* When is the peak traffic expected (Check all that apply):  ☐ Morning    ☐ Evening    ☐Weekend
       ☐ Randomly between hours of _____ to _____.
  *ii.* For commercial activities only, projected number of semi-trailer truck trips/day: _____
  *iii.* Parking spaces:     Existing _____     Proposed _____     Net increase/decrease _____
  *iv.* Does the proposed action include any shared use parking?  ☐Yes☐No
  *v.* If the proposed action includes any modification of existing roads, creation of new roads or change in existing access, describe:
      _____
      _____

  *vi.* Are public/private transportation service(s) or facilities available within ½ mile of the proposed site?  ☐Yes☐No
  *vii* Will the proposed action include access to public transportation or accommodations for use of hybrid, electric or other alternative fueled vehicles?  ☐Yes☐No
  *viii.* Will the proposed action include plans for pedestrian or bicycle accommodations for connections to existing pedestrian or bicycle routes?  ☐Yes☐No

k. Will the proposed action (for commercial or industrial projects only) generate new or additional demand for energy?  ☐Yes☐No
If Yes:
  *i.* Estimate annual electricity demand during operation of the proposed action: _____
  _____
  *ii.* Anticipated sources/suppliers of electricity for the project (e.g., on-site combustion, on-site renewable, via grid/local utility, or other): _____
  *iii.* Will the proposed action require a new, or an upgrade to, an existing substation?  ☐Yes☐No

l. Hours of operation. Answer all items which apply.
  *i.* During Construction:
    • Monday - Friday: _____
    • Saturday: _____
    • Sunday: _____
    • Holidays: _____
  *ii.* During Operations:
    • Monday - Friday: _____
    • Saturday: _____
    • Sunday: _____
    • Holidays: _____

Page 7 of 13

ISL002997

m. Will the proposed action produce noise that will exceed existing ambient noise levels during construction, operation, or both? ☐Yes☐No
If yes:
*i.* Provide details including sources, time of day and duration: _____
_____

*ii.* Will proposed action remove existing natural barriers that could act as a noise barrier or screen? ☐Yes☐No
Describe: _____
_____

n.. Will the proposed action have outdoor lighting? ☐Yes☐No
If yes:
*i.* Describe source(s), location(s), height of fixture(s), direction/aim, and proximity to nearest occupied structures: _____
_____

*ii.* Will proposed action remove existing natural barriers that could act as a light barrier or screen? ☐Yes☐No
Describe: _____
_____

o. Does the proposed action have the potential to produce odors for more than one hour per day? ☐Yes☐No
If Yes, describe possible sources, potential frequency and duration of odor emissions, and proximity to nearest occupied structures: _____
_____
_____
_____

p. Will the proposed action include any bulk storage of petroleum (combined capacity of over 1,100 gallons) ☐Yes☐No
or chemical products 185 gallons in above ground storage or any amount in underground storage?
If Yes:
*i.* Product(s) to be stored _____
*ii.* Volume(s) _____ per unit time _____ (e.g., month, year)
*iii.* Generally describe proposed storage facilities: _____
_____

q. Will the proposed action (commercial, industrial and recreational projects only) use pesticides (i.e., herbicides, ☐ Yes ☐No
insecticides) during construction or operation?
If Yes:
*i.* Describe proposed treatment(s): _____
_____
_____
_____

*ii.* Will the proposed action use Integrated Pest Management Practices? ☐ Yes ☐No
r. Will the proposed action (commercial or industrial projects only) involve or require the management or disposal ☐ Yes ☐No
of solid waste (excluding hazardous materials)?
If Yes:
*i.* Describe any solid waste(s) to be generated during construction or operation of the facility:
• Construction: _____ tons per _____ (unit of time)
• Operation : _____ tons per _____ (unit of time)
*ii.* Describe any proposals for on-site minimization, recycling or reuse of materials to avoid disposal as solid waste:
• Construction: _____
_____
• Operation: _____
_____

*iii.* Proposed disposal methods/facilities for solid waste generated on-site:
• Construction: _____
_____
• Operation: _____
_____

Page 8 of 13

ISL002998

s. Does the proposed action include construction or modification of a solid waste management facility?  ☐ Yes ☐ No
If Yes:
   *i.* Type of management or handling of waste proposed for the site (e.g., recycling or transfer station, composting, landfill, or other disposal activities): _____
   *ii.* Anticipated rate of disposal/processing:
      • _____ Tons/month, if transfer or other non-combustion/thermal treatment, or
      • _____ Tons/hour, if combustion or thermal treatment
   *iii.* If landfill, anticipated site life: _____ years

t. Will proposed action at the site involve the commercial generation, treatment, storage, or disposal of hazardous waste?  ☐ Yes ☐ No
If Yes:
   *i.* Name(s) of all hazardous wastes or constituents to be generated, handled or managed at facility: _____
_____
_____
   *ii.* Generally describe processes or activities involving hazardous wastes or constituents: _____
_____
_____
   *iii.* Specify amount to be handled or generated _____ tons/month
   *iv.* Describe any proposals for on-site minimization, recycling or reuse of hazardous constituents: _____
_____
   *v.* Will any hazardous wastes be disposed at an existing offsite hazardous waste facility?  ☐ Yes ☐ No
If Yes: provide name and location of facility: _____
_____
If No: describe proposed management of any hazardous wastes which will not be sent to a hazardous waste facility:
_____
_____

## E. Site and Setting of Proposed Action

### E.1. Land uses on and surrounding the project site

a. Existing land uses.
   *i.* Check all uses that occur on, adjoining and near the project site.
   ☐ Urban  ☐ Industrial  ☐ Commercial  ☐ Residential (suburban)  ☐ Rural (non-farm)
   ☐ Forest  ☐ Agriculture  ☐ Aquatic  ☐ Other (specify): _____
   *ii.* If mix of uses, generally describe: _____
_____
_____

b. Land uses and covertypes on the project site.

| Land use or Covertype | Current Acreage | Acreage After Project Completion | Change (Acres +/-) |
|---|---|---|---|
| • Roads, buildings, and other paved or impervious surfaces | | | |
| • Forested | | | |
| • Meadows, grasslands or brushlands (non-agricultural, including abandoned agricultural) | | | |
| • Agricultural (includes active orchards, field, greenhouse etc.) | | | |
| • Surface water features (lakes, ponds, streams, rivers, etc.) | | | |
| • Wetlands (freshwater or tidal) | | | |
| • Non-vegetated (bare rock, earth or fill) | | | |
| • Other Describe: _____ | | | |

ISL002999

c. Is the project site presently used by members of the community for public recreation?   ☐Yes☐No
  i. If Yes: explain: _____

d. Are there any facilities serving children, the elderly, people with disabilities (e.g., schools, hospitals, licensed   ☐Yes☐No
  day care centers, or group homes) within 1500 feet of the project site?
If Yes,
  i. Identify Facilities: _____
  _____
  _____
  _____

e. Does the project site contain an existing dam?   ☐Yes☐No
If Yes:
  i. Dimensions of the dam and impoundment:
    • Dam height: _____ feet
    • Dam length: _____ feet
    • Surface area: _____ acres
    • Volume impounded: _____ gallons OR acre-feet
  ii. Dam's existing hazard classification: _____
  iii. Provide date and summarize results of last inspection: _____
  _____
  _____
  _____

f. Has the project site ever been used as a municipal, commercial or industrial solid waste management facility,   ☐Yes☐No
  or does the project site adjoin property which is now, or was at one time, used as a solid waste management facility?
If Yes:
  i. Has the facility been formally closed?   ☐Yes☐ No
    • If yes, cite sources/documentation: _____
  ii. Describe the location of the project site relative to the boundaries of the solid waste management facility:
  _____
  _____
  iii. Describe any development constraints due to the prior solid waste activities: _____
  _____

g. Have hazardous wastes been generated, treated and/or disposed of at the site, or does the project site adjoin   ☐Yes☐No
  property which is now or was at one time used to commercially treat, store and/or dispose of hazardous waste?
If Yes:
  i. Describe waste(s) handled and waste management activities, including approximate time when activities occurred:
  _____
  _____
  _____

h. Potential contamination history. Has there been a reported spill at the proposed project site, or have any   ☐Yes☐ No
  remedial actions been conducted at or adjacent to the proposed site?
If Yes:
  i. Is any portion of the site listed on the NYSDEC Spills Incidents database or Environmental Site   ☐Yes☐No
    Remediation database? Check all that apply:
    ☐ Yes – Spills Incidents database        Provide DEC ID number(s): _____
    ☐ Yes – Environmental Site Remediation database   Provide DEC ID number(s): _____
    ☐ Neither database

  ii. If site has been subject of RCRA corrective activities, describe control measures: _____
  _____
  _____

  iii. Is the project within 2000 feet of any site in the NYSDEC Environmental Site Remediation database?   ☐Yes☐No
If yes, provide DEC ID number(s): _____
  iv. If yes to (i), (ii) or (iii) above, describe current status of site(s):
  _____
  _____
  _____

Page 10 of 13

ISL003000

*v.* Is the project site subject to an institutional control limiting property uses? ☐Yes☐No
- • If yes, DEC site ID number: _____
- • Describe the type of institutional control (e.g., deed restriction or easement): _____
- • Describe any use limitations: _____
- • Describe any engineering controls: _____
- • Will the project affect the institutional or engineering controls in place? ☐Yes☐No
- • Explain: _____

---

**E.2. Natural Resources On or Near Project Site**

a. What is the average depth to bedrock on the project site? _____ feet

b. Are there bedrock outcroppings on the project site? ☐Yes☐No
If Yes, what proportion of the site is comprised of bedrock outcroppings? _____ %

c. Predominant soil type(s) present on project site:
_____ _____ %
_____ _____ %
_____ _____ %

d. What is the average depth to the water table on the project site? Average: _____ feet

e. Drainage status of project site soils: ☐ Well Drained: _____ % of site
☐ Moderately Well Drained: _____ % of site
☐ Poorly Drained: _____ % of site

f. Approximate proportion of proposed action site with slopes: ☐ 0-10%: _____ % of site
☐ 10-15%: _____ % of site
☐ 15% or greater: _____ % of site

g. Are there any unique geologic features on the project site? ☐Yes☐No
If Yes, describe: _____

---

h. Surface water features.
*i.* Does any portion of the project site contain wetlands or other waterbodies (including streams, rivers, ponds or lakes)? ☐Yes☐No
*ii.* Do any wetlands or other waterbodies adjoin the project site? ☐Yes☐No
If Yes to either *i* or *ii*, continue. If No, skip to E.2.i.
*iii.* Are any of the wetlands or waterbodies within or adjoining the project site regulated by any federal, state or local agency? ☐Yes☐No
*iv.* For each identified regulated wetland and waterbody on the project site, provide the following information:
- • Streams: Name _____ Classification _____
- • Lakes or Ponds: Name _____ Classification _____
- • Wetlands: Name _____ Approximate Size _____
- • Wetland No. (if regulated by DEC) _____
*v.* Are any of the above water bodies listed in the most recent compilation of NYS water quality-impaired waterbodies? ☐Yes☐No
If yes, name of impaired water body/bodies and basis for listing as impaired: _____

---

i. Is the project site in a designated Floodway? ☐Yes☐No

j. Is the project site in the 100 year Floodplain? ☐Yes☐No

k. Is the project site in the 500 year Floodplain? ☐Yes☐No

l. Is the project site located over, or immediately adjoining, a primary, principal or sole source aquifer? ☐Yes☐No
If Yes:
*i.* Name of aquifer: _____

---

ISL003001

m. Identify the predominant wildlife species that occupy or use the project site:

_____    _____    _____
_____    _____    _____

n. Does the project site contain a designated significant natural community?  ☐Yes☐No
If Yes:
   *i.* Describe the habitat/community (composition, function, and basis for designation): _____
_____
   *ii.* Source(s) of description or evaluation: _____
   *iii.* Extent of community/habitat:
- Currently: _____ acres
- Following completion of project as proposed: _____ acres
- Gain or loss (indicate + or -): _____ acres

o. Does project site contain any species of plant or animal that is listed by the federal government or NYS as  ☐Yes☐No
endangered or threatened, or does it contain any areas identified as habitat for an endangered or threatened species?

p. Does the project site contain any species of plant or animal that is listed by NYS as rare, or as a species of  ☐Yes☐No
special concern?

q. Is the project site or adjoining area currently used for hunting, trapping, fishing or shell fishing?  ☐Yes☐No
If yes, give a brief description of how the proposed action may affect that use: _____
_____

**E.3. Designated Public Resources On or Near Project Site**

a. Is the project site, or any portion of it, located in a designated agricultural district certified pursuant to  ☐Yes☐No
Agriculture and Markets Law, Article 25-AA, Section 303 and 304?
If Yes, provide county plus district name/number: _____

b. Are agricultural lands consisting of highly productive soils present?  ☐Yes☐No
   *i.* If Yes: acreage(s) on project site? _____
   *ii.* Source(s) of soil rating(s): _____

c. Does the project site contain all or part of, or is it substantially contiguous to, a registered National  ☐Yes☐No
Natural Landmark?
If Yes:
   *i.* Nature of the natural landmark:  ☐ Biological Community    ☐ Geological Feature
   *ii.* Provide brief description of landmark, including values behind designation and approximate size/extent: _____
_____
_____

d. Is the project site located in or does it adjoin a state listed Critical Environmental Area?  ☐Yes☐No
If Yes:
   *i.* CEA name: _____
   *ii.* Basis for designation: _____
   *iii.* Designating agency and date: _____

ISL003002

e. Does the project site contain, or is it substantially contiguous to, a building, archaeological site, or district which is listed on, or has been nominated by the NYS Board of Historic Preservation for inclusion on, the State or National Register of Historic Places? ☐Yes☐No
If Yes:
  *i.* Nature of historic/archaeological resource: ☐Archaeological Site    ☐Historic Building or District
  *ii.* Name: _____
  *iii.* Brief description of attributes on which listing is based:
  _____
  _____

f. Is the project site, or any portion of it, located in or adjacent to an area designated as sensitive for archaeological sites on the NY State Historic Preservation Office (SHPO) archaeological site inventory? ☐Yes☐No

g. Have additional archaeological or historic site(s) or resources been identified on the project site? ☐Yes☐No
If Yes:
  *i.* Describe possible resource(s): _____
  *ii.* Basis for identification: _____

h. Is the project site within fives miles of any officially designated and publicly accessible federal, state, or local scenic or aesthetic resource? ☐Yes☐No
If Yes:
  *i.* Identify resource: _____
  *ii.* Nature of, or basis for, designation (e.g., established highway overlook, state or local park, state historic trail or scenic byway, etc.): _____
  *iii.* Distance between project and resource: _____ miles.

i. Is the project site located within a designated river corridor under the Wild, Scenic and Recreational Rivers Program 6 NYCRR 666? ☐Yes☐No
If Yes:
  *i.* Identify the name of the river and its designation: _____
  *ii.* Is the activity consistent with development restrictions contained in 6NYCRR Part 666? ☐Yes☐No

**F. Additional Information**
Attach any additional information which may be needed to clarify your project.

If you have identified any adverse impacts which could be associated with your proposal, please describe those impacts plus any measures which you propose to avoid or minimize them.

**G. Verification**
I certify that the information provided is true to the best of my knowledge.

Applicant/Sponsor Name _Incorporated Village of Islandia Board of Trustees_____    Date _November 13 2017_____

Signature _____    Title _Village Attorney_____

ISL003003