# EXHIBIT D

# Comprehensive Plan for The Village of Islandia



Prepared by the Village Board of Trustees in association with
Abeles Phillips Preiss & Shapiro, Inc.
Haines Lundberg Waehler
Eng-Wong Taub & Associates
1995

ISL002432

## COMPREHENSIVE PLAN FOR THE VILLAGE OF ISLANDIA

## SUFFOLK COUNTY, NEW YORK

Prepared by

The Village Board of Trustees

In Association With

Abeles Phillips Preiss & Shapiro, Inc.
Planning and Real Estate Consultants
434 Sixth Avenue
New York, New York  10011

Haines Lundberg Waehler
Architects and Planners
115 Fifth Avenue
New York, New York  10003

Eng-Wong, Taub & Associates
Traffic and Transportation Consultants
Two Penn Plaza—Suite 2760
New York, New York  10121

March 1995

ISL002433

## TABLE OF CONTENTS

Page

EXECUTIVE SUMMARY

1.0    INTRODUCTION                                                                    1

    1.1    PURPOSE                                                                    1
    1.2    HISTORY AND CONTEXT                                          1
    1.3    FOCUS OF COMPREHENSIVE PLAN                         4
    1.4    THE PLANNING PROCESS                                        4
    1.5    ORGANIZATION OF COMPREHENSIVE PLAN           5


2.0    EXISTING CONDITIONS                                                       6

    2.1    PHYSICAL ENVIRONMENT                                       6
    2.2    LAND USE AND ZONING                                        18
    2.3    POPULATION AND HOUSING                                  48
    2.4    TRAFFIC AND TRANSPORTATION                         63
    2.5    UTILITIES AND INFRASTRUCTURE                       74
    2.6    COMMUNITY SERVICES                                        76


3.0    COMMUNITY RESIDENTS SURVEY                                    79


4.0    PLAN FOR THE FUTURE                                                    88

    4.1    CONSTRAINTS AND OPPORTUNITIES TO FUTURE DEVELOPMENT    88
    4.2    GOALS AND OBJECTIVES                                      94
    4.3    COMPREHENSIVE LAND USE PLAN                         97
    4.4    PROJECTIONS OF GROWTH FOR THE FUTURE         109
    4.5    IMPLEMENTATION                                              119

## 1.0    INTRODUCTION

### 1.1    PURPOSE

The Comprehensive Plan of the Village of Islandia has been prepared to serve as a policy-oriented, long-range guide to the future physical development of the Village of Islandia. The plan examines present conditions, analyzes opportunities and constraints for development, sets goals and policies for future decision-making, and formulates a comprehensive plan to control and guide growth in the Village for the next ten to twenty years.

The point of departure for this Comprehensive Plan is the Village of Islandia Development Plan prepared by the Suffolk County Planning Department and the Suffolk County Division of Transportation in November 1987, and the Village's present Zoning Code. Consistency of the Village's future plans also took the Long Island Master Plan into consideration. The 1987 Development Plan, although never formally adopted by the Village, had as its objective the very same purposes as this Comprehensive Plan, and did to some extent serve as a basis for many land use and zoning decisions. Despite the relatively short period of time since its preparation in relation to Islandia's history, the period of time following the Village's incorporation in 1985 has been one in which an unprecedented amount of growth has occurred, transforming the nature and character of the Village. As a result, while the essential land use character of the Village has to a large extent been determined, decisions relating to the development of the last, and in many cases very strategically located vacant parcels, as well as the potential for redevelopment of underutilized or obsolescent sites, are of utmost importance. The comprehensive plan recognizes that such decisions can only be made in light of the potential impacts of such development on the community as a whole, and within a comprehensive strategy for growth. The Board of Trustees understands that this is necessary to guide and control growth in order to maintain the Village as a desirable place in which to live and work.

### 1.2    HISTORY AND CONTENT

The Village of Islandia is 2.16 square miles in area, and is located in central Suffolk County at the confluence of several major highways and arteries, including the Long Island Expressway (at exits 57 and 58), Veterans Memorial Highway, Long Island Motor Parkway, and Nichols Road (see Map 1).

ISL002435

**REGIONAL LOCATION**
Abeles Phillips Preiss & Shapiro, Inc. 1994

ISL002436

The Village has a distinctive land use pattern with a large greenbelt preserve located along its eastern and southern borders, its residential areas located in the center, industrial areas to the west and office developments to its north. At first a rural community that transformed itself into a suburban single-family community in the 1960s, the last two decades has seen the growth of industry, followed by large office, hotel and warehouse developments and a community shopping center. Such development has given Islandia both a solid tax base and a reputation as an important commercial center on Long Island.

Originally an unincorporated community in the Town of Islip, in 1966 Islandia's civic association fought the first of several battles against the Town with regard to the type of developments that were being permitted. Led by Warren Raymond, the civic association president, later Islandia's first mayor and currently its deputy mayor, the community fought to protect the integrity of the single-family residential neighborhoods, to secure control over land use decisions, and to improve the quality of services that were being delivered. The culmination of this campaign was a suit to secede from the Town of Islip in 1985, that survived legal challenges both in the State and Federal Courts.

Guided by careful land use planning decisions, the real estate boom of the 1980s and Islandia's favorable location and accessibility at the edge of the ever-expanding suburban ring of development emanating from New York City, several important developments have occurred since incorporation in 1985. Among these are the world headquarters of Computer Associates International, the development of Islandia Center, a 287,000 square foot community shopping center, and several large office and hotel developments. Residential development proceeded during this period at a steady but slower pace, resulting in a considerably larger tax base relative to the resident population.[1] Islandia has utilized this fiscal windfall to hold down municipal property tax rates while increasing its greenbelt, improving roads and drainage conditions, building sidewalks and a new Village Hall. At the same time the administration has been selective and careful to ensure that new developments are attractively designed with good architecture and plentiful landscaping, and that developers help to defray the costs of new infrastructure required to accommodate the additional traffic and employees generated. While only a few large vacant parcels of land remain to be developed in Islandia, this comprehensive land use plan is seen as an important base upon which land use decisions will be made in the future.

---

[1]The tax base rose from $9.9 million in 1984 to $23.6 in 1994, while the population increased from ±2,500 to ±2,700 during the same period.

ISL002437

## 1.3    FOCUS OF THE COMPREHENSIVE PLAN

It should be understood that a Comprehensive Plan, while an effective tool for guiding and control-ling growth, has its limitations. It is not designed to be managerial or relate to operational decision-making. For example, this Comprehensive Plan does not examine the operations of the various school districts or fire districts within the Village or their effectiveness in delivering educational or firefighting services. The plan's focus is primarily the physical environment such that with regard to school or fire districts, it can only seek to ensure that sufficient space at appropriate locations is provided for facilities which deliver such services.

In accordance with the enabling statutes, the Comprehensive Plan is long-range and goal-oriented. It is long-range and goal-oriented in the extent to which it attempts to anticipate future growth, rec-ognizes the potential impacts from such growth, and provides goals and policies to guide such growth. The plan is also comprehensive in identifying all of the relevant factors which affect land use decision-making and in considering the potential development of each individual parcel within the overall community interest.

## 1.4    THE PLANNING PROCESS

The Board of Trustees of the Village of Islandia, recognizing the need for a comprehensive plan, enacted a moratorium on development on August 14, 1993 for the purpose of undertaking the pro-cess of preparing a comprehensive plan. The purpose, according to Village Code Article XLII, was to plan "future land use into the 21st century, with a fundamental concern for the quality of life and the rights of residents."

Following the selection of the consultants to prepare the Comprehensive Plan, a series of work-shops was undertaken to raise issues of concern and to formulate strategies for future development. In addition, each and every resident was mailed a survey which asked numerous questions relating to their perception of the positive and negative qualities of the Village, including physical conditions, the provision of public services, the image of the Village, opinions on the way in which public monies were being spent and what the residents' priorities were, how they would like to see remain-ing vacant parcels developed, suggestions for improving conditions, and how the Village's image could be improved. Approximately twenty percent of the residents returned completed sur-veys—enough to produce a representative cross-section or sample of residents. Results were tab-

-4-

ulated and presented at a public hearing at which any and all issues relating to the Comprehensive Plan were presented and discussed.

With this substantial volume of public input, a draft Comprehensive Plan was then prepared and presented to the Village for consideration. Following comments and recommended amendments, the final Comprehensive Plan was prepared. In addition, as required by the State Environmental Quality Review Act, the Village Board declared itself lead agency for the purpose of determining the environmental impact of the Plan. Following preparation of an Environmental Assessment Form, the Village Board adopted a Positive Declaration, requiring that a draft Generic Environmental Impact Statement be prepared. A Draft Generic Environmental Impact Statement (DGEIS) was prepared for this action. The Village Board filed a Notice of Completion of the DGEIS on December 1, 1994. The DGEIS was distributed to the involved/interested agencies and made available to the public on December 2, 1994. A Public Hearing on the Comprehensive Plan and the DGEIS was held on January 5, 1995 and the comment period for the DGEIS remained open until January 17, 1995. A Final Generic Environmental Impact Statement (FGEIS) was prepared and a Notice of completion of the FGEIS was adopted on March 13, 1995. The FGEIS was circulated to the involved/interested agencies on March 14, 1995 and a Findings Statement was adopted on March 27, 1995.

## 1.5    ORGANIZATION OF THE COMPREHENSIVE PLAN DOCUMENT

The following chapter describes existing conditions within the Village of Islandia, including the physical environment, land use and zoning, population and housing, traffic and transportation, utilities and infrastructure, and community services. Chapter 3 discusses the results of the community residents survey in detail.

The existing conditions and the resident survey lay the foundation for the analysis of opportunities and constraints to future physical development, and form the context for setting goals and policies for the Comprehensive Plan which are the two initial elements of Chapter 4, the Plan for the Future. The comprehensive land use plan follows, which essentially is the long range guide to physical development. Finally, the means by which the comprehensive land use plan is to be implemented (primarily through zoning) is then presented.

ISL002439

## 2.0   ENVIRONMENTAL SETTING: EXISTING CONDITIONS

### 2.1   PHYSICAL ENVIRONMENT

### 2.11   GEOLOGY

The northern half of Islandia overlies the Ronkonkoma moraine, while the southern half overlies the outwash plain located between the moraine and the Atlantic Ocean. The Ronkonkoma moraine is a geological formation which extends along southern Long Island from Lake Success in Nassau County to Montauk at the terminus of Suffolk County. During the Wisconson stage of the Pleistocene era, the Ronkonkoma advance of the Wisconson glacier stopped in the middle of Long Island, depositing the sands and gravels of the Ronkonkoma terminal moraine. Subsequent soils, consisting of heavier clays, silts and loose rocks developed above this glacial till. The northern half of Islandia is on the southern slope of the Ronkonkoma moraine which slopes from north to south at an incline of approximately 2.5 degrees. The outwash plain of the moraine over which the southern half of Islandia lies consists of the sands and gravels washed southward from the moraine by melt water streams following the retreat of the Ronkonkoma ice sheet.

### 2.12   GROUNDWATER

The principal aquifer of Long Island consists of the Upper Glacial aquifer of the Pleistocene age and the Magothy and Lloyd aquifers of the Cretaceous age. Groundwater in these aquifers is derived from precipitation which is recharged through the soil. Approximately forty percent of the precipitation is lost to evapotranspiration, and another percent and a half is lost as runoff. The remainder recharges the aquifers. The mean annual precipitation of Suffolk County is 44.5 inches, although the measuring station closest to the Village of Islandia at the Connetquot River State Park registers a mean annual precipitation of 40.22 inches per year.

The Long Island Comprehensive Waste Treatment Management Plan (i.e., the 208 Plan) of 1978 established eight hydrogeological zones in Long Island based on groundwater flow and quality. Islandia falls entirely within Hydrogeological Zone 1, which is characterized by a deep flow system. This deep flow system recharges water to the middle and upper portions of the Magothy aquifer. Hydrogeological Zone 1 is significant in that it is these portions of the Magothy aquifer which are the primary source of drinking water for both Nassau and Suffolk Counties. The Magothy aquifer is

ISL002440

Case 1-18-01033-cec   Doc 62-26   Filed 10/29/18   Entered 10/29/18 14:19:01

used for water supply because of its deep location and low transmissivity characteristics. Surface contamination, such as nitrogen derived from fertilizers or septic wastes, or other contaminants such as industrial wastes or landfill leachates, are prevented from reaching the aquifer.

In reality, the upper glacial groundwater which is more vulnerable to such contamination is still of sufficient purity and quality for public water usage. However, water derived from the upper glacial portions of the aquifer is typically mixed with the deeper, purer Magothy aquifer waters prior to being pumped out for public usage.

In Islandia, the average depth of the water table is approximately forty feet above mean sea level (MSL). With ground elevations ranging from 200 feet down to 40 feet above MSL, the water table can be estimated to occur at a depth below land surface of between 160 feet at the highest elevations and close to the surface at the lower elevations.

## 2.13 SURFACE WATER BODIES

The only surface water body within Islandia is a tributary and pond on the Connetquot Brook, which is part of the headwaters of the Connetquot River. The brook runs from north to south along the southeast boundary of the Village. The Connetquot River has been designated as a State Scenic River, and under such designation is protected from virtually all forms of development and use other than passive recreation. Lands which surround the Connetquot Brook and Pond have been purchased by the County and designated as a "Greenbelt Preserve." Beyond the Greenbelt itself is the New York State Wild, Scenic and Recreational Rivers System (NYS WSRRS), whose boundary in Islandia begins at the intersection of Veterans Memorial Highway and the Long Island Railroad right-of-way. The boundary proceeds diagonally in a northeasterly direction, crossing the parcel of land now developed as the Silver Woods Townhouse project before continuing along Old Nichols Road and along Johnson Avenue to the border of the Village and the Town of Islip (see Map 2). Residential densities within the WSRRS are restricted to one unit per two acres in order to protect against the possible contamination of the water quality of this important resource.

## 2.14 SOILS

There are two soil associations within the Village of Islandia. (A soil association is a landscape that has a distinctive proportional pattern of soils, consisting of one or more major soils and at least

-7-



VILLAGE OF ISLANDIA
SUFFOLK COUNTY, NY

ABELES PHILLIPS PREISS & SHAPIRO, INC. 1994

**CONNETQUOT RECREATIONAL RIVER AREA**
WSRRS = Wild and Scenic Recreational Rivers System of New York



0   400   800
FEET

ISL002442

one minor soil, and named after the major soil.) The northern half of Islandia (north of a line running a few hundred feet south of the Long Island Expressway) is within the Plymouth Carver association, which is rolling or hilly and has deep, excessively-drained, coarse-textured soils of the Ronkonkoma moraine. The southern half of Islandia is within the Riverhead Plymouth-Carver association, which is nearly level and gently sloping and has deep, well-drained and excessively drained soils, which are moderately coarse-textured and coarse-textured, and is located on the southern outwash plain between the Ronkonkoma moraine and the Atlantic Ocean.

Map 3 shows the various soil series within Islandia, which are described below. Table 1 indicates the soil series suitability for certain types of uses.

Atsion Sand (At). In Islandia, a small area in the extreme southeast corner of the Village, to the east of the Connetquot Brook, is comprised of Atsion Sand.

These are deep, nearly level, poorly-drained, coarse-textured soils that formed in deep, sandy outwash deposits, typically adjacent to ponds and creeks. The seasonal high water table is within 6 inches to 18 inches of the surface. Permeability is rapid and natural fertility is low. Constraints for development on this soil are severe.

Carver and Plymouth Sands (CpE). Two small areas of the Village, one in the vicinity of the Silver Woods Townhouse project and the other just south of Motor Parkway within the greenbelt preserve, are comprised of the soil.

These are deep, excessively-drained, coarse-textured soils found on nearly level to steep terrain on rolling moraines and broad outwash plains. Moisture capacity is very low, while natural fertility is low. Permeability is rapid. Limitations for development are slight.

Cut and Fill Land (CuB). There are three sizable areas of the Village with this soil series: one on Veterans Memorial Highway just south of the Islandia Center; one to the south of the Long Island Expressway (LIE) in the vicinity of the Morrow School, and one on the western end of the Village both north and south of the LIE.

This soil series is within areas that have been altered by grading operations for non-farm uses. Cuts are so deep and/or fills are so thick that identification of the original soil types is not possible.

ISL002443



VILLAGE OF ISLANDIA
SUFFOLK COUNTY, NY

SOILS

Abeles Phillips Preiss & Shapiro, Inc. 1994

At ~ Atsion Sand
CpE ~ Carver & Plymouth Sands & HaA
CuB ~ Cut & Fill
HaA, HaB ~ Haven Loam
PlA, PlB, PlC ~ Plymouth Loamy Sand
Rc ~ Recharge Basin
RdA, RdB, RdC ~ Riverhead Sandy Loam
RhB ~ Riverhead & Haven Soils



U.S.G.S. SECTION FOR ISLANDIA
Abeles Phillips Preiss & Shapiro, Inc. 1994

ISL002445

Table 1

## Suitability of Soils for Development
## in the Village of Islandia

| | | Suitability | | | |
|---|---|---|---|---|---|
| Symbol | Soil Type | Sewage Disposal | Homesites | Streets and Parking Lots | Lawns and Landscaping |
| At | Atsion sand | Severe | Severe | Moderate | Severe |
| CpE | Carver and Plymouth sands | Slight | Slight | Slight | Severe |
| CuB | Cut and Fill | Slight | Slight | Moderate/ Severe | Severe |
| HaA, HaB | Haven Loam | Slight | Slight | Slight | Moderate |
| PlA, PlB, PlC | Plymouth Sandy Loam | Slight | Slight | Slight | Severe |
| Rc | Recharge Basin | - | - | - | - |
| RdA, RdB, RdC | Riverhead Sandy Loam | Slight | Slight | Slight | Slight |
| Rhb | Riverhead and Haven Soils | Slight | Slight | Moderate | Slight |

Source:  Suffolk County Soil Survey, U.S. Department of Agriculture, Soil Conservation Service, 1975.

ISL002446

In general these soils have low available moisture, are very droughty, and have low to very low natural fertility. They are good for home sites and sewage disposal but have severe limitations for lawns and landscaping.

Haven Loam (HaA, HaB). These soils are found in small- to moderately-sized groupings in the southern part of the Village (south of Old Nichols Road), and in the vicinity and south of the crossing of the LIE with Veterans Memorial Highway.

These are well-drained, medium-textured soils, formed in a loamy or silty mantle over stratified coarse sand and gravel, found on the outwash plains and between terminal moraines. They have a high to moderate available moisture capacity, but natural fertility is low. Permeability is moderate in the surface layer and subsoil, and rapid to very rapid in the substratum. Limitations for development are generally slight.

Plymouth Loamy Sand (PlA, PlB, PlC). These soils are found in three areas of the Village: the extreme northwest corner, between Motor Parkway and the LIE in the center of the Village, and in the greenbelt area in the southeast corner of the Village.

These are deep, excessively-drained, coarse-textured soils that formed in a mantle of loamy sand or sand over layers of stratified coarse sand and gravel, on broad outwash plains and undulating steep moraines. They have very low available moisture capacity and natural fertility is low. Permeability is rapid. Limitations for development are slight, with the exceptions of lawns and landscaping, for which there are severe constraints.

Recharge Basins (Rc). These basins vary in size and are scattered around the Village. Most are adjacent to the LIE, while a few are located in the single-family residential areas of the Village.

These basins have been dug down to the porous sand and gravel substratum, and act as catchments for stormwater runoff. In the basin, the stormwater infiltrates into the subsurface and recharges the groundwater supply.

Riverhead Sandy Loam (RdA, RdB, RdC). This soil series is the most prolific in the Village, found in the eastern portion both north and south of the LIE, to the west of Veterans Memorial Highway south of the LIE, and to the northwest of the LIE's crossing of Veterans Memorial Highway.

ISL002447

These are deep, well-drained, moderately-coarse textured soils formed in a mantle of sandy loam over layers of coarse sand and gravel. They occur in rolling to steep areas or moraines, and in level to gently sloping areas or outwash plains. These soils have a moderate to high moisture capacity with good internal drainage. Permeability is moderately rapid in the surface and subsoil, and rapid in the substratum. Limitations for development are slight.

Riverhead and Haven Soils. This soil is found in the center of the Village, encompassing the triangular single-family residential portion of Islandia bounded by the LIE to the north, Old Nichols Road to the east, and Veterans Highway/Sycamore Avenue to the west. This series is comprised of soils from either the Riverhead Sandy Loam or the Haven Loam, or both.

Due to its alteration by grading operations for development, the profile is disturbed and does not display consistent characteristics. Its characteristics generally follow those of the two soil series from which it was derived. Limitations to development are generally slight.

## 2.15 TOPOGRAPHY

Generally, the topography of Islandia is moderate. Its highest elevation is at approximately 200 feet above mean sea level (MSL) in the northwest corner of the Village (i.e., at the Islandia Pavilion property), with the lowest elevation in the southeast corner at the pond on the Connetquot Brook, at approximately 40 feet above MSL (see Map 4). Islandia is located on the southern slope of the Ronkonkoma moraine, which is inclined from north to south at approximately 2.5 degrees, and the outwash plain between the moraine and the Atlantic Ocean. The terrain is therefore somewhat varied. The more steeply graded portion of the Village is generally in the northern half, particularly north of the Long Island Expressway (LIE). Motor Parkway for most of its length through Islandia runs just to the south and below the ridge that forms the divide between the Nissequoque River watershed to the north and the Connetquot River watershed to the south. Between Motor Parkway and the LIE on the southern slope of the Ronkonkoma moraine slopes vary in grade generally from 5 to 8 percent. South of the LIE on the outwash plain, to the southern boundary of the Village (the Long Island Railroad right-of-way), slopes are more moderate and generally are at 0 to 2 percent grade. Virtually all of the Village's single-family, retail and industrial land is located on this level area, while the more steeply sloping areas are devoted to mostly office developments and open space.

ISL002448

## 2.16  AIR QUALITY

Under the Federal Clean Air Act, the United States Environmental Protection Agency (USEPA) es-
tablished standards for air pollutants of nationwide concern. Six "criteria" pollutants have been
identified for which standards known as the National Ambient Air Quality Standards (NAAQS) have
been established. The six pollutants are Sulfur Dioxide ($SO_2$), Carbon Monoxide (CO), Photochem-
ical Oxidants (ozone), Nitrogen Dioxide ($NO_2$), Total Suspended Particulates (TSP), and Lead (Pb).
In addition, New York State has established its own set of standards (Ambient Air Quality Stan-
dards, or AAQS), which are equal to and in some cases more stringent than the NAAQS.

Due to atmospheric circulation which mixes pollutants over a wide area, air quality is regional in
character. To evaluate air quality and to determine whether the air quality of a locality attains the
minimum state and/or federal air quality standards for each pollutants, the U.S. is divided into re-
gions called Air Quality Control Regions (AQCRs). Islandia is located in the New Jersey/New York/
Connecticut Interstate Air Quality Region. Air quality monitoring stations are dispersed throughout
this AQCR, which continuously monitor the concentration of pollutants.

The two closest air quality monitoring stations to Islandia are located in Babylon, approximately 10
miles to the southwest, and in Eisenhower Park, approximately 20 miles west of Islandia. Monitor-
ing results from both stations indicate attainments of the NAAQS (federal standards) and AAQS
(N.Y. State standards), for the following concentrations of pollutants: Sulfur Dioxide, Carbon Monox-
ide, Nitrogen Dioxide, and lead. Insufficient data was available to determine the attainment/non-
attainment status for Total Suspended Particulates, while measurements of ozone indicate a non-
attainment status.

Ozone is a form of oxygen that results from the chemical reaction between sunshine and nitrogen
oxide, the combustion of fossil fuels and chemicals such as unburned gasoline and certain sol-
vents. In Suffolk County, the non-attainment status is caused for the most part by its proximity to
ozone-producing areas. Suffolk County is downwind of New York City and New Jersey, which are
primary sources of emissions of hydrocarbons and oxides of nitrogen. Together, in the presence of
sunlight and high temperatures, ozone is created, which then blows into Suffolk County.

Although air quality is more of a regional than a localized concern, concentration of air pollutants
can occur as a result of either stationary point sources (e.g., factories or power plants) or points of

-15-

traffic congestion, such as congested traffic intersections. The latter cause, traffic congestion, is more significant in suburban areas like Islandia.

While air quality is generally good within Islandia, there are localized areas where violations have been found to exist or are predicted to exist based on projections for the future based on the full buildout of the Computer Associates Project. Most notable are the violation of air quality standards for carbon monoxide at several busy intersections within Islandia: Motor Parkway and Veterans Highway, Old Nichols Road and the South Service Road of the LIE and Veterans Highway and the South Service Road of the LIE. Mitigation measures in these instances, such as the addition of turning lanes, are planned to be instituted to ameliorate the violation as full buildout occurs. However, subsequent developments in Islandia which add to the volume of traffic at the above-mentioned intersections in particular and other busy intersections, may create similar violations. Under such circumstances level I, and as required, level II Air Quality Analyses should be performed. If violations are found or are predicted to occur based on additional traffic, mitigation measures to deal with such problems should be instituted.

## 2.17  NOISE

Noise is defined as unwanted or undesirable sound. In a suburban environment such as Islandia it is derived from many sources, most of which are an essential or at least a necessary part of life. Examples include rail and vehicular traffic, garbage collection, construction and maintenance, emergency sirens, and manufacturing activities.

Since exposure to noise and its impact on the quality of life is greatest at an individual's home, the proximity of sources of noise to residential areas is of greatest import in land use planning. Fortunately, most of the noise in Islandia is not of a volume, frequency or duration which significantly interferes with the use and enjoyment of the environment or quality of life. The one exception is the Long Island Expressway (LIE), which is a source of high levels of noise over consistently long periods of time.

In recognition of this, the New York State Department of Transportation (NYSDOT) took field measurements of noise levels from three home locations adjacent to the LIE in February 1986: homes at #116, #163 and #179 Sunflower Drive. (The actual measurements were performed at the boundary of these homes with the South Service Road of the LIE.) Readings of ambient noise levels ranged

ISL002450

from 70 to 74 dBA (decibels on the A-weighted scale). Such levels are above those considered suitable for residential dwellings under standards of the Federal Highway Administration's Noise Abatement Criteria. To remedy the situation, twelve foot high noise attenuation walls were constructed adjacent to the residential parcels along the South Service Road, resulting in a significant reduction in their exposure to ambient noise levels along the highway.

One instance of a localized noise problem that occurred within Islandia, was related to the Metroplex Inc. warehouse operation, located on North Bedford Avenue. Metroplex, Inc. provides refrigerator storage space for perishable food products distributed to McDonald's restaurants in the region. Truck-loading operations occur at night and on weekends. Due to the proximity of this operation to single family residences on Shafter Street, noise generated by Metroplex had a substantial impact on the neighbors. Whereas certain measures were adopted to address the problem (e.g., noise walls and plantings), the placement of industrial operations in direct proximity to residential uses in the future should be avoided, and where it does occur, sufficient separation and buffering must be provided.

ISL002451

## 2.2    LAND USE AND ZONING

## 2.21    LAND USE

### Introduction

An inventory of the present status of land use within the Village was compiled in the winter and early spring of 1994 through extensive field surveys, utilization of Village tax maps and records, and through examination of aerial photographs.  Map 5 shows existing land uses within the Village.[2]

The Village of Islandia is 2.16 square miles in extent and is comprised of a variety of land uses, as will be described below.  Islandia has in the past 30 years transformed itself from a fairly quiet, largely undeveloped rural community into an important regional commercial center.  However, it has, through considerable forethought, also been able to retain the small village character of its residential areas, with a substantial proportion of its area devoted to single-family neighborhoods and permanent open space or "greenbelt preserves."  While a few sizable vacant parcels do exist within the Village, the pattern of land use and infrastructure has been established.  Much of the remaining vacant parcels suitable for development are infill parcels with a defined land use character.

### Residential Land Uses

### Single-Family Residential

Despite its rapid development for industrial uses early on, and more recently as a speculative and corporate office center, Islandia's residential neighborhoods retain the characteristics of a predominantly small suburban single-family residential community.  The heart of this community is the triangular area encompassing single-family residential homes, located on one-quarter to one-third of an acre lots, built as similarly designed single-story tract homes by the builders attributed with "inventing the suburbs," the Levitts, in the 1960s.  This triangular area is bounded by the Long Island Expressway to the north, by Veterans Memorial Highway and the northerly extension of Sycamore

---

[2]Note that the land use survey was undertaken in the winter and early spring of 1994.  Thus, both the types of land uses, and more particularly the tenants of such space, were current as of that time period.  Subsequent changes in both are expected to occur; both the map and tenant list will change over time.

ISL002452

Avenue to the southwest, and Old Nichols Road to the southeast. A grid of through-roads (with a few dead-ends or cul-de-sacs) run predominantly north-south and to a lesser extent east to west throughout the triangle. Few vacant parcels remain today, although some lots within this area have been set aside as stormwater retention/recharge basins, and a few corner properties on Old Nichols Road are devoted for retail or governmental uses. The triangle is noted more for its homogeneity with respect to use, density and architecture, rather than for its diversity. Approximately 530 homes are located in this area. The typical single-family home's original design was a simple single-story tract home with a peaked roof, an attached garage located to the front of the home, a short driveway leading to the garage with an additional parking space to the side of the driveway, and a small landscaped front yard. The actual homes themselves appear in a number of designs; however, each of the models is a slight variation of this basic design. While many of these homes have been modified, expanded or altered in terms of their layout, the materials used and/or their size, this original configuration is still apparent. Such modifications have provided a degree of diversity in the triangle, but there are sufficient homes which retain their original design and many of those whose modifications reflect their original configuration, such that uniformity is still the predominant characteristic.

The second-largest single-family residential area is bounded by Old Nichols Road to the northwest, the greenbelt preserve to the south and east, and the LIE to the north. In this more recently developed residential area, lot sizes are larger, and home designs are more modern and substantially more diverse than the triangular residential area described above. In this area most of the older homes, which actually pre-date the Levitt development, are located on narrow and/or deep lots and reflect a more rural character. More recent subdivisions have attempted to retain the more rural characteristics, such as Dicanio Homes (along Winding Lane), which contain 67 homes clustered on half-acre lots, with substantial property deeded to open space to the south. An even more recent development, Islandia Village Homes has homes of a similar size, but which are more modern and expensive, located on lots of approximately a half-acre. Whereas the triangular area described above exhibits a 1960s suburban-tract character, this area is more rural with its larger homes, with a few large, vacant parcels interspersed amongst these homes and a vast greenbelt located to the south and east. In this area the roads are narrow, and most have neither curbs nor sidewalks. The street pattern is less uniform than the triangular area, and a number of stub streets are evident. Some of the vacant parcels in this area are suitable and capable for development as single-family homes or for minor subdivisions into two or three lots.

ISL002453



EXISTING LAND USES

ABELES PHILLIPS PREISS & SHAPIRO, INC. 1994

SINGLE FAMILY RESIDENTIAL

MULTI-FAMILY RESIDENTIAL

RETAIL

INDUSTRY

OFFICE

GOVERNMENTAL/EDUCATIONAL

UTILITIES

AGRICULTURE

PARKS & OPEN SPACE

VACANT

0    400    800
FEET

The remaining single-family developments in Islandia are found in clusters, mostly north of the LIE. A cluster of six homes is located on variably sized lots on Shafter Street north of the LIE. Shafter Street is a narrow dead-end road which at its terminus traverses steep slopes. This cluster is surrounded by a variety of non-residential land uses—the Town of Islip park-and-ride facility, the Radisson hotel, an office development, a utility right-of-way, a vacant parcel of land approved for 241,000 square feet office building which was subsequently not built, and more recently denied for a large-box off-price retail operation (BJ's Wholesale Club), and other vacant land slated for industrial/office development.

A number of single-family residential clusters are located in the northeast corner of Islandia: a series of homes located along Old Nichols Road; six homes located off a narrow private roadway which runs parallel to the Suffolk County Water Authority parcel; an eleven-lot cul-de-sac subdivision located on Brandon Crest Court; and a number of wide but shallow lots located on Motor Parkway just west of its intersection with Old Nichols Road. Homes in these clusters are diverse—varying in age, design, lot size, and value.

Two other single-family clusters exist in the Village. The northern half of a rectangular block bounded by the North Service Road of the LIE, Blydenburgh Road, Motor Parkway, and Hoffman Lane contain single-family homes. Most are located on narrow and deep lots with frontage on Motor Parkway, with the remainder located on more rectangular lots on John Way, a short cul-de-sac off Hoffman Lane. The remaining cluster is located on the extreme westerly end of Islandia on Motor Parkway, west of the Oval Drive industrial area.

Two-Family Residential/Trailers, Mobile Homes

Within the single-family residential areas a number of two-family units or single-family units with accessory apartments exist. While the 1990 census reports a total of only 60 two- to four-family units, the Village has uncovered numerous illegal two-family or accessory apartment units within single-family homes. The census thus may not accurately reflect this number; nor are these illegal two-family homes apparent from visual inspections, since the residents of such homes often take pains to disguise their existence.

The 1990 census also reports the existence of ten mobile homes or trailers in Islandia. Similar to the two-family residential units, these types of units are not permitted under the zoning code in

ISL002455

Islandia, but are sufficiently similar to single-family homes to go undetected. (During the 1994 field survey none were detected.)

Multi-Family Residential

For the purposes of this analysis, and consistent with the Village's zoning code, any building designed or occupied by three or more families is defined as a "multiple dwelling." There are relatively few such developments in Islandia.

The largest and perhaps oldest such development is the Towne House Village Apartments, a 152-unit attached condominium complex. Originally designed and conceived as a rental garden apartment complex, this post-war two-story brick development is now a condominium complex. The complex is located off Blydenburgh Road, just to the north of the North Service Road of the LIE. The complex is located on a tract of slightly over five acres in size, translating into a density of almost 30 units per acre. This high density pattern is reflected in the close proximity of buildings to one another and to the semi-circular one-way driveway. The complex appears also to lack sufficient off-street parking. When all off-street spaces are utilized, the driveway itself is utilized for parking, leaving only a narrow path for motor vehicles to move through the complex. Such access is both inconvenient and may even pose problems for access for emergency vehicles—fire trucks, ambulances, etc. Unfortunately, little additional green space is evident and none is located or configured to allow for an expansion of off-street parking. Despite this, the Towne House Village Apartments provide a moderately priced housing alternative to couples and young families who cannot afford or do not wish to maintain a single-family home in Islandia.

A more recent addition to the multi-family housing stock of Islandia is Silver Woods, a 68-unit town-home complex located off Old Nichols Road and Veterans Highway (on Earhardt Way), at the base of the Levitt-built triangular single-family residential area. The townhome complex is comprised of clusters of 4- and 6-unit attached two-story townhouses, with neo-colonial design. Construction is complete and a few units remain unsold. The complex is fairly well buffered from adjacent land uses by the surrounding LIRR right-of-way and road network. Its separation is enhanced by the fact that there is only one means of access in and out of the complex, and the fact that no single-family homes directly abut the property.

-22-

The third major multi-family complex in Islandia is the Islandia Adult Homes, a senior citizens' complex located off Hoffman Lane to the northeast of the intersection of the North Service Road of the LIE and Veterans Memorial Highway. A former Ramada Inn hotel which has been expanded to provide more habitable space, off-street parking and added amenities, the complex provides "assisted living" facilities to seniors.

Two other multi-family projects have been approved but not built in Islandia, and their development approvals have since expired. A 3-acre, long, rectangular parcel of land located on the west side of Old Nichols Road just to the south of the Village's border with Ronkonkoma was approved for twelve townhouse condominiums, and owned by "Greenbelt Townhouses, Inc." Another ±5 acre parcel located on Blydenburgh Road to the north of the parking lot extension and vacant remainder of the Islandia Adult Homes complex was approved for 30 townhouse units. Approvals on both projects have expired, and thus whether their owners intend to go forward with the same or different development is not clear at this point. Given the present market conditions for multi-family housing in the region, it may be a few years before these complexes or alternative developments actually commence.

**Retail**

Islandia's retail land use inventory consists of one large community shopping center, two hotels, some small strip retail uses and convenience stores, and a number of gas stations.

Islandia Center is a 287,000 square foot community shopping center located on the south side of Veterans Memorial Highway between Blydenburgh Road and Sycamore Avenue. Built and owned by Polimeni Enterprises of Hauppauge, the center is almost at 100 percent occupancy. The two anchors are Pergament, a home improvement store, and an Edwards supermarket. The remaining stores include clothing stores, restaurants and food stores, convenience stores, specialty stores and offices. The center has parking for 1,042 cars. A service road with loading docks is located to the rear of the shopping center along the Village's boundary with Central Islip, although separated from the residential neighborhood in Central Islip by a landscaped berm. The shopping center provides for the daily and weekly shopping needs of the Village's residents and many of those who work in Islandia's numerous office and industrial building, as well as residents of the surrounding

ISL002457

towns in Suffolk County. The center has a bright, modern design and is well landscaped and main-tained. The shopping center appears to be busy throughout the week, especially at lunchtime, in the early evening, and on Saturdays. In fact, Islandia Center's success was confirmed in the resi-dent survey as one of the "best things about living in Islandia." A portion of the Islandia Center property is vacant, earmarked for an office center.

Islandia has two large hotels, conveniently located and visible from the LIE. The Radisson Hotel (formerly a Hilton Hotel) is located on an 8-acre site northeast of the intersection of North Bedford Avenue and the North Service Road of the LIE. This tall, modern, 280-room hotel serves primarily business clientele, and is especially conveniently located adjacent to Computer Associates and oth-er corporate and speculative office developments which have sprung up along the LIE and Motor Parkway in the past ten years.

The more moderately priced Hampton Islandia Inn is located southwest of the intersection of the South Service Road of the LIE and Veterans Memorial Highway—one of the gateways into Islandia from the LIE. This hotel is primarily a commercial hotel and has 121 rooms.

There are a number of corner gas stations and convenience stores located along the major arterials of Islandia—Veterans Highway, Motor Parkway and Old Nichols Road. On the South Service Road and Motor Parkway are a Texaco gas station and an Exxon gas station on opposite sides of the street. On Veterans Highway there is an Exxon gas station on the North Service Road of the LIE (on the west side), an Amoco gas station on the south bound side of Veterans Highway just to the northwest of Blydenburgh Road, a Mobil station on the southbound side midblock between Syc-amore Avenue and Suffolk Avenue, and a Gulf gas station virtually across the road on the north-bound side just north of Pine Boulevard. The In and Out convenience store is located on the north-west corner of Old Nichols Road and Bedford Drive. Just up the road on the same side of the street at Pacific Street is a 7-11 convenience store. On the southeastern corner of Old Nichols Road on South Connecting Road is an Amoco gas station. On the other side of the LIE on Old Nichols Road and the North Service Road of the LIE is another Exxon gas station and a Shell gas station, and further up on Old Nichols Road on the Ronkonkoma border is another 7-11 convenience store. An Exxon gas station is located on the northeast corner of Veterans Highway and Motor Parkway. A former gas station was located on the Village's southern border on Sycamore Avenue, but has been abandoned and all of the tanks and pumps have been removed. The convenience stores and gas stations appear generally to be in good condition.

ISL002458

The remainder of Islandia's retail uses consist of a series of freestanding stores and restaurants. The restaurants include TGI Friday's on the North Service Road of the LIE just west of Veterans Highway, Ponderosa Steakhouse also on the North Service Road west of Old Nichols Road, and the Blue Dawn Diner on the southbound side of Veterans Highway to the southeast of Sycamore Avenue. All of these restaurants are well frequented and in good condition. The remaining retail uses are as follows: a landscaping business and a small strip center called Islandia Plaza are located to the south of the diner on Veterans Highway. Tenants in Islandia Plaza include: a Business Telephone store, an income tax preparer, Allstate Insurance office, the Definite Beauty Salon, Affordable Beepers, a chiropractor, Long Island Bridal Shop, and TMT Enterprises. On the North Service Road of the LIE just east of Old Nichols Road is the freestanding Islandia Tool and Hardware store. Further up Old Nichols Road is a small landscaping and Christmas tree enterprise. On Veterans Highway just northwest of Blydenburgh Road is Redi Kool Automobile shop. Finally, on the east side of Motor Parkway just south of the LIE is a Nationwide Mattress retail store.

A number of retail outlet stores developed, prior to the incorporation of the Village, along with industrial/warehouse and office uses in Islandia's industrial areas. These stores and land uses will be described under the title of Industrial uses.

### Industrial

Industrial uses include all enterprises involved in the fabrication, manufacture, assembly, warehousing and distribution of products, as well as wholesale trade and storage. Generally such uses in Islandia are located to the south of the LIE and to the west of Veterans Memorial Highway, although a few industrial uses exist to the north of the LIE, east of Veterans Highway. Industrial uses elsewhere in Islandia are virtually non-existent.

One of Islandia's most important industrial uses is located on Oval Drive just south of Bridge Road. Developed primarily by industrial developer Racanelli, a variety of manufacturing and warehouse operations exist along this road: Danner M.C., G.A.C. International, CVS Transportation, Cabot, Dekor Glass, JCP Construction, Alina, Altair, Pubmark Premium Channels and Ron's Auto Shop. Three vacant buildings are present on Oval Drive: one at the corner of Bridge Road and Oval Drive was formerly tenanted by a defense-related industry and two were occupied (approximately 10 years ago) by Suffolk County Social Security. Oval Drive has no street lights, leaving the buildings (especially the unoccupied buildings) vulnerable to graffiti and vandalism. There are also no side-

-25-

walks along Oval Drive. Most of the buildings are otherwise in fair to good condition. Yard mainte-nance, landscaping and drainage conditions vary but could be improved. Outdoor storage and waste storage in particular require attention.

Between Long Island Motor Parkway and Enter Lane, the pattern of industrial development contin-ues with the following industrial tenants: Allison Tape, Wintronics, Westbury Precision Products, Karma Knitters, Andrew Baumon, 1st Development, Verril Image Specialists, Action Fitness and Whitman Packaging. Much of the same conditions prevail in this area as Oval Drive. Most notable, however, is the shortage of parking for Whitman Packaging; employee parking spills over into Enter Lane, making vehicular access difficult.

Industrial land uses continue between Enter Lane and Hoffman Lane, with the exception of the cor-ner of Enter Lane and the South Service Road of the LIE, on which an office building is located. Tenants include Mailman Inc., Whitcom, Hertz Penske (truck rental), Cable Vision (warehouse), P.C. Richards Warehouse, Macop A.L., Hydro Group, CAC Printing, Jastrack, Atlantic Fluid Power, and Mailman Inc.

Land uses between Hoffman Lane and Blydenburgh Road are somewhat more mixed (with retail, office, utility and a residential use), although this block is still dominated by industrial uses. A few of the industrial buildings are multi-tenanted. On lot 012.15 and 012.16 are Flavors of Italy, Atlanta Steel Roll Dies, Wedco, Elmont Electric, The Drive Shaft Shop, Spicer, Hauppauge Auto Shop, Fur-niture Design Group, Empire Steel Inc., Art Display Manufacturers, and Sir Industries. On Lot 12.1-20 are Eastern Supply, Local 119, Hayduk Engineers, Accunetics and More Concrete. Other in-dustries include: Jet (garbage collection), Colavita, Banker Construction, Redi Environmental Con-struction, Flexcor Machine Corp., Genco Auto Electronics, Duraline, Mid-Island Truck Storage, Long Island Garage Door and a few unoccupied buildings. Located on Hoffman Lane is the "Hauppauge Factory Outlet Warehouse," a two-building mixed use development which has been subdivided into small spaces and contains industrial/office operations as well as discount retail outlets. Tenants include Wedding Wonders, Fitpak, Haines, Norsal Industries, Spartan Tools, Adan America, G.T. Food Service, Oz Theatrical Rentals, Fibershield Industries, Pane Plastics, Mr. Bill's Sportswear, The Lamp Factory, N Shoe Knits, The Paper Shop, H.R.W. Interiors, Holmes Protection, American Windowscraper, R.J. Packaging, Island Display, Wechler Coffee, ANR Enterprises, Creative Pack-aging, Hauppauge Provision, Solderless Terminals, Champ, Economy Fasteners, Infinity Floors, J.M.D. Chairs, and F&H Juice. This development exhibits some of the problems when retail and

-26-

industrial tenants are mixed in a single facility—lack of parking; confusing and difficult access into and out of the complex; a conflict between vehicular traffic, loading operations and pedestrian circulation; a lack of landscaping and aesthetic features typically associated with retail stores; and deferred maintenance and littering. It should be noted that these retail uses are non-conforming uses which pre-date the incorporation of the Village.

Between Sycamore Avenue and Suffolk Avenue are further industrial developments, although retail uses are prevalent along Veterans Highway, and much of the midblock area (adjacent to the right-of-way of Bridge Road) is vacant. South of the Blue Dawn Diner is Hickey's unpermitted transfer station (surrounded by a berm and high fence along Sycamore), a mini-storage warehouse operation with access off Veterans Highway, and a kitchen manufacturer and landscaping business on Veterans Highway. Off Suffolk Avenue and Patco Court is a new industrial building with several tenants: Accurate Components, Inc., Solmex, Lesco, and International Integrated Solutions.

On the south side of Suffolk Avenue and along East Suffolk Avenue are a mix of some new and older industrial operations: Jetline Products, Ebco Janitorial Supplies, Beval Auto and Truck Repair, Bodies Unlimited Corp., an auto body shop, and two open lots which are used in violation of the current zoning ordinance to store heavy construction equipment, industrial machinery and construction material. The latter two properties are unsightly and maintained in very poor condition.

Generally conditions within these industrial areas vary, with some developments in good condition, with attractively designed buildings, landscaped yards and well laid out parking areas. Many others, unfortunately, are poorly maintained with visible and unsightly outdoor storage and debris, poorly configured parking lots, poor on-site drainage, and with no landscaping to speak of.

There are only four industrial uses north of the LIE and east of Veterans Highway despite the fact that this area has been zoned largely for industrial uses. At the southeast corner of Bedford Avenue and Motor Parkway is the 50,000 square foot Metroplex, Inc. building, a large refrigerated warehouse space used as a distribution center for McDonald's Inc. (the fast food restaurant chain). The owners have expressed an interest in expanding this building; however, there is little available space to add the additional loading and parking which would be required by such an expansion. At the terminus of Raymond Drive is the 40,000 square foot Printex building, a specialty high-tech printing shop.

-27-

At the southeast corner of Blydenburgh Road and Motor Parkway is the second Whitman Packaging building in Islandia (a cosmetics packaging manufacturer). Finally, at the southwest corner of Hoffman Lane and Motor Parkway, adjacent to the Staller Office building, is a largely vacant lot save for three small buildings.

There are only two industrial uses in Islandia south of the LIE and east of Veterans Highway. On the southeast corner of Blydenburgh Road and the South Service Road of the LIE is a one-story mixed industrial/office development with the following tenants: Cable Resources, Linear Enterprises, Aesop's Images, L.I. Cash Registers, Fontana Metal Sales, Unlimited Data, N&T Picture Frames, Furniture Warehouse and Major League Images. The second industrial use (a non-conforming use which predates the incorporation of the Village) is a construction vehicle storage yard located on the south side of Pacific Street, a short stub street west of Old Nichols Road and in the center of the triangular single-family residential area.

**Office**

In the past ten years no single land use has increased in floor area or value more than office development. Since Islandia was incorporated in 1985, several large office developments have transformed the Village from a rural-suburban residential community into one of the most important office centers on Long Island. The availability of vacant land at the confluence of the LIE, Motor Parkway and Veterans Highway, free of environmental problems and with access to necessary utilities, along with careful stewardship of development by the Village Board of Trustees, has attracted several large and prestigious corporations and a myriad of smaller office tenants to Islandia.

Office development is located primarily adjacent to or within sight of the LIE, particularly where it crosses Veterans Highway or Motor Parkway. One area which has emerged as a purely office-development area is located to the northwest of the LIE and Veterans Highway. The 167,000 square foot modern Islandia Pavilion is located at Islandia's highest elevation to the northwest of Motor Parkway and Veterans Highway. Owned by M. Parisi and Son, major tenants include Key Bank and the U.S. Postal Service. Just to the south is the new Sports Medicine building. At the northeast corner of Motor Parkway and the North Service Road of the LIE is the Metropolitan Life Insurance Building, built by Mascioli Construction Company and occupied entirely by this large insurance company. To its east on the North Service Road is one vacant office building and a multi-tenant office building. A little further north fronting on Veterans Highway is a small, triangular office build-

ISL002462

ing tenanted by Emtrol Engineering Associates. The remainder of this block (i.e., bounded by the LIE, Motor Parkway and Veterans Highway) is vacant, although owned entirely by Mascioli.

Across the road, on the northbound side of Veterans Highway and to the south of Motor Parkway, is the visually striking stainless steel Staller Office Building. Owned by the Stallers (operators of retail shopping centers), this building is located on one of the most important "gateway properties" into Islandia. Tenants include the Staller's, Northfork Bank and two attorneys' offices.

By far the largest development in Islandia is the 705,000 square foot, six-story Computer Associates building located between the North Service Road of the LIE and Motor Parkway, midblock between Blydenburgh Road and North Bedford Avenue. Built in 1992, this building houses the world's largest independent software company, and includes storage and warehousing and several amenities, including exercise facilities, eating facilities and a day care center. While the building has capacity for an increase in employment of up to 2,500, there is also place to expand both buildings and parking areas on the property.

To the west of Computer Associates on Motor Parkway is the large Cable-Vision office complex. At the southwest corner of Motor Parkway and North Bedford Avenue is another modern 2-story speculative office building with several professional tenants, many of whom are lawyers. Several vacant parcels exist to the east and west of North Bedford Avenue, many of which are part of the Parr Industrial Park (owned by developer Ronald Parr). At the corner of Shafter Street and North Connecting road are two further office developments: on the north side of North Connecting Road is the Edgewood Building, while to the south is the Worth Construction Equipment office.

Three office buildings are located south of the LIE and west of Veterans Memorial Highway in Islandia, all three of which front on the South Service Road of the LIE. To the west of Enter Lane is a building occupied by Allison Industrials. To the east is Plaza 57, a 106,000 square foot office building owned by Masco Realty. Major tenants are Fleet Bank, NCR and Intel Corp. Adjacent to Plaza 57 on the east side is the small Whitcom office building.

West of Sycamore Lane, between the LIE and Veterans Highway, are several office developments. To the west of Blydenburgh Road is the three-story, 68,000 square foot One Suffolk Square office building. It is the headquarters of the Long Island Commercial Bank Building, and also has several professional tenants. This building is located on a prominent and visible gateway property in

ISL002463

Islandia. To its south, on the northbound side of Veterans Highway, is the Cross-Roads Executive Center, a 300,000 square foot office park which is owned by Donald Partrick. The complex contains nine one-story office buildings, each of which is subdivided into numerous small spaces. The tenants of these buildings are identified in Table 2. The nine buildings surround the European American Bank building, a modern glass midrise office building whose major tenants include Anchor Mutual Insurance, Xerox Corp. and John Hancock. East of Blydenburgh Road and fronting on the South Service Road of the LIE is the TV 67 broadcast station and Corporate Plaza. Corporate Plaza has four one-story buildings. Tenants in 100 Corporate Plaza include 3D Abstract, Island Mortgage, Gallagher Associates, and Andrew Pressberg. At 200 Corporate Plaza the tenants are Islandia MRI, Paragon Abstract, McDonald's Corp., and Conch Associates. At 300 Corporate Plaza are G.B. Alexander, Sherwood, Lembo Associates, and Minnelli Construction. 400 Corporate Plaza is owned and occupied by Lakebridge Development. Off Blydenburgh Road itself is 3180 Expressway Drive, a multi-tenanted single-story building. Tenants include Oz-Ku Inc. (a cloth manufacturer), Nu-Tech Health Center, Silo, Redi-Kool, Ideal Decor USA, Sacket Properties, M.E. Marketing, and three vacant spaces.

A number of small professional office buildings, many of which are located in converted single-family homes, are located on the South Service Road of the LIE east of the Islandia Village Hall property. Just to the west of Old Nichols Road is the sales office of Colonial Village and an attorney's office. Between Old Nichols Road and Shafter Street are a few vacant parcels and one office, Wayne Paul Realty. There is also one very small insurance office building located on Old Nichols Road opposite the entrance to Earhardt Way, adjacent to the convenience store.

ISL002464

Table 2

List of Tenants in Crossroads Executive Center*

| | |
|---|---|
| Tempforce | Long Island Nursing |
| LICH Long Island Council | Suffolk Benefit Fund |
| Nielsen Personnel | XL Data Company |
| H. Coffen Public Adjustors | Chuck Pegler |
| 1st West Mortgage | Fox Hurst |
| Islip Center | Castle Securities |
| Term Technology | Private Sanitation Ind. |
| M&T Company | Realty Factors |
| Medvision | PC Components |
| Tracline | Audit and QC NYSS |
| Suffolk County Council | Tech Sales |
| Hartford Funding | MacArthur Machinery |
| Nova | La Foscia Companies |
| Paycheck | R.S. Abrams, Atty. |
| Education Management | Keith Weidman, Atty. |
| Suffolk County DASHS | Amco Electronics |
| Xerox | Monas Martin |
| Merchants Insurance | SCM Products |
| Integrated Power Systems | Scouting Report |
| Met Life Mortgage Corp. | PM Insurance |
| Right On Programs | Exposition Service |
| KIDCO Ed.Software | K. Neill CFP Insurance |
| South Shore Center | Hume Help Aids |
| Blue Diamond Servicing | Alan Pressman |
| Marino and Mirosal | ADP |
| Butler Service Group | National Prof. Writers Group |
| Auto Relocation Plus | Sanders Langsam Tobacco, Inc. |

*Current as of September, 1994.

ISL002465

## Governmental/Educational

Since Islandia ceded from the Town of Islip, many of the public services in the Village are provided by the Town of Islip or by the County of Suffolk. There are only a few governmental/educational facilities within Islandia's borders.

Islandia's new Village Hall is located on Old Nichols Road just south of the LIE. This very attractive one-story building, with plenty of parking and landscaping, occupies only a portion of the total 12.2 acre property. The administrative and judicial functions of the Village are accommodated within the building.

A fire station is located off Nichols Road and Bedford Drive. The Town of Islip also maintains a park-and-ride commuter parking lot on the North Service Road of the LIE at Shafter Street. Parking is provided for approximately 150 cars. There is sufficient vacant land available for considerable expansion of the parking capacity, if and when this is needed.

The only public school in Islandia is the Morrow School, an elementary school of the Central Islip Union Free School District. The school is located south of the LIE just to the east of Sycamore Avenue. Enrollment in 1994 was 596 students. Students from several municipalities are present— from Central Islip, sections of Islip Terrace and Ronkonkoma, and from Islandia itself.

A private day care center and preschool called "Tutor Time" is located on the southwest corner of Veterans Highway and Suffolk Avenue. This one-story, ±10,000 square foot school accommodates infants and children from six weeks to five years of age, and includes outdoor play areas. Tutor Time is part of a 50-center national day care franchise.

## Utilities

A fairly significant number of parcels in Islandia accommodate utilities or public infrastructure. This includes the very large LILCO Electrical Transmission Station and Training Facility located on Hoffman Lane. The latter facility provides training to LILCO personnel regionwide. Large high-voltage transmission lines emanate from this facility. One line runs almost due west crossing Enter Lane and Oval Drive before entering Central Islip at the most westerly end of the Village. Another line runs in a northeasterly direction, crossing Veterans Highway, industrial property, the LIE, the

ISL002466

Slightly up the road from Levitt Stables but on the opposite side of Old Nichols Road is the Stuart Nursery, another agricultural property. A second, smaller nursery is located at the northeast corner of Johnson Avenue and Old Nichols Road.

## Parks and Open Space

One of the Village of Islandia's most notable land use characteristics is the large area of parks and open space on the easterly end of the Village designated as woodland or greenbelt preserves. Such property belongs mostly to the County of Suffolk, but some State of New York and Village property is included. A sizable portion in the lower southeast corner of the Village is within the headwaters of the Connetquot River; however, not all of the greenbelt area north of the LIE is within this watershed. The designation of this property as greenbelt preserve limits the use of this property to passive recreational uses (hiking mostly), and limits the extent to which vegetation and soils can be disturbed. The greenbelt is connected by a series of hiking trails, which are marked and have entrances along Village roads. These trails are connected to a larger, more comprehensive trail system which reaches the southern shores of Long Island.

One of the greenbelt properties on Johnson Avenue just east of its intersection with Sampson Avenue has been developed as a handicapped accessible County park, called Lakeland Park. The park contains playground equipment designed especially for wheelchair-bound and physically-disabled persons. The Village recently extended a sidewalk approximately 2,000 feet in length along the south side of Johnson Avenue to permit greater pedestrian and handicapped accessibility to residents in the adjacent neighborhoods.

The Town of Islip maintains a ballfield, a play area and parking on a property on Old Nichols Road, just north of the Village Hall and on the east side of the street. With respect to the sufficiency of the amount of recreation open space provided to the residents of Islandia, it is appropriate to compare what currently exists with nationally recognized standards. Because of its small size (2.14 square miles and population of just under 2,800 persons), the most appropriate standard to use is the "Local/Close to Home Standards" recommended in <u>Recreation Park and Open Space Standard and Guidelines</u> (1987) published by the National Recreation and Parks Association.

Table 3 provides a comparison between the recommended standards and the amount and type of recreational open space that the Village provides. The provision of "community park" space in the

ISL002467

Village, in the form of the greenbelt preserve and Lakeland Park's playgrounds and facilities more than satisfies the national standard for open space in the "community park" category. The Town of Islip's 6.9 acre ballfield and playground on Nichols Road also satisfies the standard with respect to neighborhood park/playground facilities.

There are three shortcomings, however: the first is that the ballfield facility serves a more regional function (i.e., the Town of Islip) and in reality draws a population of much more than 2,800 persons; second, it is owned and controlled by the Town rather than the Village; third, it provides only a single ballfield (despite its size) and does not offer a wide variety of recreational pursuits. In light of this, the Village may wish to consider using some of its own inventory of vacant land (e.g., adjacent the municipal building) for a neighborhood park or playground.

The Village has no mini-parks to speak of. Typically such facilities are provided both by the municipality on small publicly owned lots within residential areas, and in the case of apartment or townhouse developments, as small recreational areas for use of the residents only. For example Silver Woods Townhomes has tennis courts, a swimming pool and play areas on its property. The Village may wish to provide one or two mini-parks on small properties in the existing residential areas, and require multi-family projects to provide tot lots or sitting areas for seniors as part of their developments.

## Vacant Land

Islandia is an almost fully-developed community. However, there are still a few remaining vacant parcels, some of which are fairly sizable, and found in strategic locations. A synopsis of the vacant land inventory in Islandia is provided below.

Within the residentially-zoned and developed portion of Islandia, mostly small and scattered infill parcels remain. In the triangular established Levitt-built portions of the community there are virtually no vacant parcels. A 4.12 acre vacant parcel (belonging to the Town of Islip) is located just south of Gooseberry Lane. No development applications are pending for this parcel. On the south side of Johnson Avenue just west of Sampson Avenue is a vacant 2.9 acre parcel belonging to Alvine Whitmer. Since it is within the headwaters of the Connetquot River, New York State DEC will only permit development at a density of 1 unit per two acres. The owner has been attempting

ISL002468

Computer Associates property, and Parr Industrial Park, and then heads in a more southwesterly direction adjacent to and through the Village's Greenbelt Preserve and on into Ronkonkoma to the east. Some of the land through which these transmission lines pass are owned by LILCO; others are privately-owned and developed, with easements for these lines.

Suffolk County Water Authority owns and maintains several water supply properties in Islandia. One of these properties, located at Nichols Road and Schley Street, is a well field with three operating wells. Another well field and pumping station of the Water Authority is located on an 8-acre property off Oval Drive in the heart of the Islandia industrial area. The Water Authority also has a fairly large but as-yet unutilized property, consisting of three lots between Old Nichols Road and the LIE, just below the LILCO overhead transmission lines.

There are several stormwater retention basins in Islandia. Some of these retention basins recharge stormwater runoff from major highways (such as the LIE and Veterans Highway). Others serve the residentially developed areas of the Village, where such detention is needed because of the increase in impervious coverage and hence runoff from development.

A branch of the Long Island Railroad line runs along the southern boundary of Islandia from east to west.

## Agricultural

Pressures for suburban development in Islandia have rid the Village of all but a semblance of its original farms and agricultural lands. However, two horse farms and two nurseries remain. The Small's Farm, south of Schley Street and east of Old Nichols Road, is a horse farm with stables and a series of accessory agricultural buildings. This 9.9-acre parcel has been active as a horse riding school and stable for horses. This use is likely to be continued, with possible additional improvements under new ownership. The Levitt Stables is a 7.4-acre property, also on Old Nichols Road but north of the LIE opposite Brandon Crest Court. Its use is similar to Small's Farm, and its location adjacent to the Greenbelt Preserve is likewise similar. Both farms' continued use and preservation as agricultural land uses are important in maintaining a link of Islandia to its more agricultural past, and in helping it to maintain a more rural atmosphere.

ISL002469

Table 3

Comparison of Islandia Recreational Open Space with National Standards*

| Component | Use | Service Area | Desirable Size | Recommended | | Currently Provided in in Islandia |
| | | | | # of acres/ 1,000 Population | Based on Islandia's pop. of 2,800 | |
|---|---|---|---|---|---|---|
| Mini-park | Specialized facilities that serve limited population or specific groups such as tots or seniors | Less than ¼ mile radius | 1 acre or less | 0.25 to 0.5 | 0.7 to 1.4 | 0 |
| Neighborhood Park/Playground | Area for active recreation: field games, courts, crafts, playground apparatus, pools, etc. | ¼ to ½ mile radius to serve population of 5,000 or a neighborhood | 15+ acres | 1 to 2 | 2.8 to 5.6 | 6.9 |
| Community | Area of diverse environmental quality such as athletic complanes. May be area of natural quality for outdoor recreation—picnicking, walking, viewing, etc. | 1 to 2 mile radius. Serve several neighborhoods. | 25+ acres | 5.0 to 8 | 14 to 22.4 | 185.9 |

* Standards of "Local/Close to Home Recreational Space" from Recreation, Park and Open Space Standards and Guidelines, 1987, NRPA.

ISL002470

to subdivide the property at a higher density. Just to the east of Sampson Avenue, off Johnson, is a private roadway which provides access to approximately three acres of private property owned by Uttan Sethi and Sayon Sharma. This property is likewise in the Connetquot River headwaters.

On the southern border of the Village bounded by Earhardt Way, the Smalls Farm, the Dicanio Homes Subdivision and County property, is a 35.62 acre property owned by the Town of Islip. This property was deeded to the Town of Islip as part of the settlement for the development of 67 cluster single-family lots on a portion of a larger property of which the 35 acres was a part. This settlement occurred prior to Islandia's incorporation, when the property was part of the Town of Islip; hence its title is held by the Town.

Adjacent to the Village Hall is an additional vacant Village-owned property, 1.1 acres in size. To its northeast is a partially vacant property used partially for parking and access for the adjacent realtor's office. This property is 1.4 acres in size.

In the residentially developed and zoned portion of the Village north of the LIE, are a few remaining vacant properties. On the west side of Old Nichols Road is a vacant 3.7 acre property owned by Ann Szceviak. No application for development is pending. Further up Old Nichols Road is the 3.0 acre Greenbelt Townhouses, Inc. property which had received approval for the development of the BJM townhouse project, consisting of 12 units. Construction on this project never commenced and the approvals have thus expired.

North of the LIE on Blydenburgh Road north of the Islandia Adult Homes is a 5.0 acre property owned by North Expressway Development Corporation which, similarly to the BJM Townhouse project, had been approved for 30 condominium units. All approvals have expired.

Over on the west side of the Village, southeast of the intersection of Motor Parkway and Bridge Road, is a 2.0 acre property (owned by Nicholas Pitch) for which no development applications are pending.

Three small vacant parcels of property owned by Donald Partrick, and totaling 2.16 acres, are located adjacent to the Park-and-Ride facility. Mr. Partrick applied to the Village for a change of zoning

ISL002471

for his property and the adjoining 3.5-acre single-family property south of Shafter Street (owned by Mr. Guarnerie) for an office use. Mr. Patrick withdrew his application prior to the Board's decision on the rezoning request. Across the road on the north side of Shafter Street is the 3.0 acre Delollis parcel, which is as yet undeveloped. This parcel was approved for a warehouse building. No building commenced and approvals have since expired. (This parcel is actually within the Industrial District.)

There are very few vacant parcels which are within the area developed or zoned for retail use within the Village. One of these parcels, a 0.61 acre property owned by Breslin Realty and Corin Realty is located at North Connecting Road and Old Nichols Road, adjacent to the Ponderosa Steakhouse. Another property comprising two vacant parcels and an abandoned business use is located at the northwest intersection of Suffolk Avenue and Veterans Memorial Highway. This property is owned by Mr. Tsantes (owner of the Blue Dawn Diner), who has proposed putting an office building on the property. No application for development has been formally filed with the Village.

A number of industrially zoned properties are vacant—some of which are suitable for and likely to be developed for industrial type uses, and others for office development. On the west side of Nichols Road north of the LIE is a 12.49 acre property which is currently vacant. In 1989 the Board approved an application and issued a building permit for a 241,000 square feet office building, which was subsequently not built. More recently, the Village Board of Trustees denied an application for the development of a B.J.'s Wholesale Club (a "large box" single retail user) on this site (in 1994). To the east and west of North Bedford Avenue interspersed amongst the Metroplex, Printex and Radisson Hotel developments, and to the east of the Computer Associates complex are a series of vacant parcels, most of which are owned by Ronald Parr, and comprise the Parr Industrial Park. To the north of the Radisson Hotel on the east side of Bedford Drive is almost 4 acres of vacant con-tiguous property. North of Raymond Drive and west of Bedford Avenue are two vacant parcels: a 1.49 acre property on Bedford Avenue and a 3.2 acre property with frontage on Motor Parkway. South of Raymond Drive and west of Bedford Avenue are five vacant properties totaling approxi-mately 9 acres.

To the north of the LIE on the east side of Old Nichols Road is the L-shaped 2.7 acre property belonging to F.E.S. Realty (Fred Colon) which is currently zoned for industrial use.

ISL002472

To the west of Parr's property (with frontage on Motor Parkway) are three lots owned by NFB De-velopment (i.e., Computer Associates). Between these 3 parcels and Computer Associates larger property on which the 705,000 square foot office complex is situated, are two narrow but deep, separately owned vacant properties, each of which are 0.88 acres in size. One is owned by Benja-min and Aron Corin Homes, the other by Aron Czuchman and Louis Darshin. No applications for development are pending for these properties.

A small triangular property just south of the Staller office building, and 1.29 acres in size, is vacant. Owned by the A.L.P. Rumford (who owns the two adjacent developed Staller properties), the prop-erty is zoned Business 1. Across Veterans Highway from the Staller properties are four contiguous vacant parcels all of which are owned by Mascioli Investment Co., the same developer who devel-oped and sold the Metropolitan Life Insurance Co. building to the south. The four parcels total just under 12 acres. No development application is pending. Because of its high visibility at one of the major gateways into Islandia, and because of its size and proximity to other prestigious office de-velopments in Islandia, the form and character of the development that will occur on this property is of great concern to the Village. The Village has approached the owner with a plan to landscape and improve the property's frontage which is visible from Veterans Highway and Motor Parkway. A small rectangular vacant 1.4 acre property owned by Metropolitan Life is located between the Mascioli property and the Metropolitan Life building.

On the south side of the LIE, the only undeveloped vacant industrial property is located in the vicin-ity of the Suffolk Avenue/Veterans Highway intersection. Hickey Carting Company and Cicarelli Realty Associates, two property owners with developments in the vicinity, own all of the vacant properties in this area. Hickey owns the 3.52 acre property to the east of the former Bridge Road right-of-way (Block 017-01 Lot 7) and an adjacent 2.0 acre property to the west of the right-of-way is partially vacant (Block 017-01, Lot 6.004). Cicarelli owns the 3.2 acre vacant property to the north-east of Patco Court (Block 017-01, Lot 6.003), the 0.93 vacant triangular property at the intersection of Suffolk Avenue and East Suffolk Avenue (Block 020-01, Lot 3), and the 0.44 acre property on Veterans Highway at the end of Pine Boulevard (Block 017-01, Lot 29). No applications for devel-opment are pending for these properties.

ISL002473

2.22   ZONING

Islandia has a total of ten zoning districts, four of which are residential and six of which are non-residential. (See Map 6.)  Originally, when Islandia seceded from Islip and was incorporated, it adopted the same zoning districts that had governed land use in the community under the Town of Islip zoning ordinance.  Since that time some changes and amendments have been made to the language and provisions of the original ordinance, although basically it still reflects the zone districts when the Village was under Islip's jurisdiction.

A description of each of the zoning districts follows.

**Residence AAA District**

This is the lowest density single-family residential district in Islandia, essentially permitting single-family homes on lots of a minimum of 40,000 square feet.  The district covers only a few parcels on the western end of town—some of which are already developed with single-family homes on Motor Parkway and Hawthorne Avenue, but also some parcels devoted to utilities (the Suffolk County Water Authority wellfield on Oval Drive; and the LILCO right-of-way on the extreme northwest border of the Village), and two vacant and narrow parcels west of Motor Parkway just north and south of the LIE.

In addition to single-family uses, other permitted uses include railroad rights-of-way, agriculture and shared senior citizen dwellings.  Uses permitted by special permit or special exception include automobile parking fields, public buildings (municipal or library) or parks, public utilities, community buildings, schools and colleges, historical monuments and temporary model homes.  Accessory uses permitted include professional and customary home occupations, signs, family daycare homes, light commercial vehicle parking, decks and storage sheds.  Minimum lot sizes for uses other than single-family homes are also 40,000 square feet.

**Residence AA District**

The Residence AA District is very similar to the Residence AAA District in terms of permitted uses, accessory uses and uses permitted by special permit or exception, except that the minimum lot size for single-family uses is 20,000 square feet (just under a half-acre).  The Residence AA District

-40-



# VILLAGE OF ISLANDIA
## SUFFOLK COUNTY, NEW YORK
### ZONING MAP
#### JULY 1993

**ZONING**

Abeles Phillips Preiss & Shapiro, Inc. 1994

covers all single-family residentially zoned property other than parcels zoned Residence AAA District and except for the Levitt-built smaller single-family homes located in the "triangle" bounded by the LIE to the north, Veterans Memorial Highway and the Morrow School to the west and southwest, and Nichols Road/the Village Hall property to the east and southeast.

The area zoned AA of most significance is the eastern end of the Village—from Earhardt Way, Nichols Road and the Village Hall property south of the LIE eastward.  While there are a few small parcels zoned for multi-family use (Residence CA District), professional office use (Professional PB District) and one parcel zoned for retail use (Business 1 District), the remaining developed single-family area and the greenbelt preserve properties are all zoned Residence AA District.  A few vacant properties remain which could be subdivided.  The largest of these is the ±35 acre Town of Islip property south of Dicanio Homes[3], followed by the Smalls Farm property, after which a series of smaller vacant parcels follow on Nichols Road and Johnson Avenue, with a few smaller properties scattered throughout.

North of the LIE and east of the Parr Industrial Park much of the area developed for single-family homes or designated as "Greenbelt Preserve" is zoned Residence AA District.  The Levitt farm and two slightly smaller properties across Nichols Road, one vacant, the other a nursery, are the most significant vacant properties in this area of the zone.

Residence AA zoning is also found elsewhere in the Village—the Morrow School property, the single-family area on John Way and Motor Parkway, a portion of the Oval Drive wellfield, and one property on Motor Parkway.

**Residence A District**

This district too has use provisions similar to that of the Residence AAA District and Residence AA District (i.e., with respect to permitted uses, uses permitted by special permit or exception and accessory uses).  The key difference relates to minimum lot size which in this district is 11,250 square feet (a quarter-acre).

---

[3]It is questionable whether the Town of Islip property could be developed given the restriction contained in the resolution of approval of the Dicanio Homes property.

ISL002476

This district covers the single-family residential development in the triangular area mentioned above—that is bounded by the LIE to the north, Veterans Highway/Sycamore Avenue and the Morrow School to the southwest and west, and Nichols Road, the Village Hall property to the southwest and west. There are virtually no vacant parcels remaining for development in this area. One other property in Islandia is designated Residence A District—a recharge basin property on the LIE just northwest of the Morrow School.

## Residence CA District

The Residence CA District is the only zoning district in Islandia which permits multiple-family development (garden apartments and apartment houses) and two-family homes (by special permit). Garden apartments on lots of at least 40,000 square feet in size, at a density of six (6) units per acre and a height of 2 stories or thirty-five feet are permitted as of right. Apartment houses on lots of a minimum of 40,000 square feet, a density of six (6) units per acre and a height of 4 stories or 35 feet are also permitted as of right.

Single-family homes on lots of 7,500 square feet are permitted as of right, while two-family homes on lots of 15,000 square feet are permitted by special permit. Uses in the Residence AAA District permitted by special permit or exception are likewise permitted in the Residence CA District by special permit or exception.

The Residence CA District covers a number of distinct parcels in Islandia: the property developed for the Silver Woods Townhomes, and two small properties across the road; the vacant 3.0 acre Greenbelt Townhouse, Inc. property on Nichols Road and a smaller property south of it and across the road; the Townhouse Village Condominium on Blydenburgh Road and the 5-acre vacant property diagonally opposite it.

## The Professional PB District

The Professional PB District is restricted to a few small properties with frontage on the South Service Road of the LIE on either side of Nichols Road. The Professional PB District permits the offices of persons engaged in a recognized professions as well as uses in the Residence AAA District

ISL002477

permitted as of right. Minimum lot sizes for such uses are 20,000 square feet and the permitted floor area ratio (FAR) is 0.25.[4]

## General Service E District

The General Service E District is confined to one property in Islandia: the Radisson Hotel property. No uses are permitted as of right. Hotels, motels and uses permitted by special permit, and uses permitted by special exception in the Residence AAA District are likewise permitted by special permit or by special exception in this district. Accessory uses permitted in the Residence AAA District are also those permitted as accessory uses in the district. Except for hotels and motels, permitted height is 2 stories or 35 feet. For hotels and motels the same requirements apply, except that the Village Board may permit greater height provided further setbacks are provided (one foot in height for an additional one-foot setback from front, side and rear yards).

The permitted FAR is 0.35, except that a development bonus in the form of relaxed bulk requirements and an FAR up to a maximum of 0.45 may be granted in exchange for the provision of certain amenities. These amenities include roadway improvements adjacent to and off the site which are related to the mitigation of site-generated impacts; the institution of Transportation Systems Management Programs and the provision of public benefit uses open to the general public such as museums, health facilities, parks, plazas, fountains, sculpture, performing arts centers, and the like. On sites of greater than 25 acres containing a single user, the FAR bonus may be increased up to 0.55 provided a maximum occupancy ratio of one employee per 250 square feet of gross floor area is not exceeded, and provided at least 30 percent of the lot area is devoted to the "retention or development of attractive open space."

The minimum required lot area is 20,000 square feet for hotels and motels, although the number of rooms cannot exceed 35 rooms per acre.

---

[4]FAR, or floor area ratio, is the gross floor area of a structure (both above and below grade) divided by the total lot area. Thus, for a 20,000 square foot lot and a permitted FAR of 0.25, a building with a maximum gross floor area of 5,000 square feet would be permitted.

ISL002478

## Business 1 District

The Business 1 District covers a number of small and large parcels in Islandia. The largest is the portion of the Crossroad Executive Center set back more than 300 feet from Veterans Highway. The triangular property containing the Staller Office Park is also in this district, as are the two properties of the Islandia Adult Homes. The small convenience center and insurance office adjacent to it at the corner of Nichols Road and Bedford Road are in the district, as is the convenience store at the corner of Motor Parkway and Nichols Road.

Uses permitted as of right range from single-family dwellings permitted in the Residence AA District to retail uses (stores, offices, banks, broadcasting studios, personal service establishments, Christmas tree sales) to community service uses (community buildings, schools, historical monuments). Uses permitted by special permit include hotels, motels, eating and drinking establishments, adult homes, drive-in banks, public utilities, wholesale food distribution stations, and manufacturing uses limited to needle trades. Accessory uses permitted include private garages, storage buildings, signs and a game center. Except for dwellings, a height of 35 feet is permitted although the Board of Trustees has the discretion to permit additional height. Dwellings may be erected to 35 feet or 2½ stories, while accessory buildings are permitted to a height of 18 feet.

The FAR provisions in this zone are identical to that of the General Service E District (including the bonus provisions). Minimum lot sizes are 6,000 square feet for business buildings, 20,000 square feet for single-family uses and hotels and motels, while all other permitted buildings require a minimum lot size of 15,000 square feet.

## The Business 2 District

A few small corner retail properties in Islandia, mostly gas stations, are zoned Business 2 District. The gas service stations are located on opposite sides of Motor Parkway at the south service road of the LIE, at the northeast corner of Veterans Highway and Motor Parkway, the northwest corner of the North Service Road of the LIE and Veterans Highway, on the southeast corner of Nichols Road and South Connecting Road and Nichols Road and North Connecting Road. Two small retail uses adjacent to the last-mentioned gas station are also within this zone.

ISL002479

The list of permitted uses is slightly different from the Business 1 District: laundromats, certain dry cleaning establishments, personal service establishments are not permitted, nor are Christmas tree sales nor community buildings nor schools. Otherwise the uses permitted are the same as the Business 1 District.

Uses permitted by special permit are different from the Business 1 District and include supply houses, wholesale establishments, certain laundries and dry cleaning establishments, a variety of automobile repair and service establishments, printing and lithographic establishments, hotels, motels, and eating and drinking establishments. Uses permitted by special permit (and in no other district in Islandia) include gasoline service stations, riding academies, commercial stables, and animal exhibits. Uses permitted by special exception by the Board of Appeals (as opposed to the Board of Trustees, as is the case in all other aforementioned special exception provisions) are outdoor displays or outside services related to shopping centers or retail businesses.

Height provisions, FAR provisions and minimum lot size provisions are identical to the Business 1 District.

It should also be noted that a whole Article of the Islandia Code is devoted to Gasoline Service Stations (a use permitted only by special permit in the Business 2 District). Requirements and regulations are provided as to their location, permitted accessory uses, the types of activities and installations prohibited, lot coverage, minimum lot area, height, ingress and egress, site improvements, and other miscellaneous provisions.

## Industrial District

The Industrial District is clearly the largest zone in Islandia in terms of area covered. With the exception of a few parcels zoned Residence AAA and Residence AA District, three gas stations and a swath of land with a depth of 300 feet on Veterans Highway south of the LIE, all land on the west side of Veterans Highway is in the Industrial District. East of Veterans Highway and north of the LIE, the area from Blydenburgh Road (minus the Townhouse Village Condominiums), east up to the Radisson Hotel but including the Parr Industrial Park is in the Industrial District.

From Shafter Street to Nichols Road, and from the Greenbelt Preserve to the LIE, is also in the Industrial District, as is a vacant parcel across Nichols Road south of the Suffolk County Water De-

ISL002480

partment property. An area west of the Morrow School and north of Crossroads Executive Center to within 300 feet of Veterans Highway and south of the LIE is also in the Industrial District. Finally, a portion of the LILCO easement on the Hauppauge border east of Veterans Highway is zoned Industrial.

The Islandia Code requires certain road and site improvements for uses in the Industrial District. The list of permitted uses includes any use permitted in any Residence or Business District and the General Service E District. Additional uses permitted are manufacturing and warehouse uses (except those in the list of uses expressly prohibited), correspondence, vocational and non-degree granting schools, and a "Multiple Use Center," which may include all uses permitted within the Business 1 District. The Code also provides an exhaustive list of uses prohibited in the district: certain residential uses (single-family, two-family, apartment houses and garden apartments, boarding and lodging houses, and hotels), institutional uses (nursing home, convalescent home, rest home, hospital, medical center, etc.), retail stores or shopping centers (except multiple use centers), a variety of heavy industrial uses (such as abattoirs, asphalt plants, brick manufacturing, paper manufacturing) and an indoor or outdoor movie theater.

Uses permitted by special permit include laundries and dry cleaners where flammable liquids are used, automobile repair and paint shops, motels, retail stores not in a shopping center selling goods manufactured within the principal building, eating and drinking establishments, outdoor storage of vehicles, brewing or distilling beverages, flour or feed mill, gas manufacturer, railway roundhouse or shop, child daycare center and single use wholesale/retail membership establishments. (With regard to the latter establishment there is a long list of added requirements, including minimum lot size (12 acres), minimum site frontage (400 feet), maximum height (35 feet), maximum FAR (0.25), parking, signage, facade materials, hours of operation, lighting, etc.). Adult uses are permitted by special exception in the Industrial District; the conditions under which it is permitted, however, are restrictive, particularly with respect to its proximity to residential and institutional uses and other already existing adult uses. (As of yet no such uses exist in Islandia.)

Maximum height permitted in the Industrial District is 4 stories or 60 feet, although for sites of more than 50 acres under certain setback conditions a height of up to 80 feet or 6 stories may be permitted. The FAR requirements are the same as those provided for in the General Service E District, including those related to bonus provisions. Minimum lot size is 20,000 square feet.

ISL002481

### Industrial Corridor District

The Industrial Corridor District extends for a depth of 300 feet along the west side of Veterans Memorial Highway south of the LIE and for the same depth on the other side of Veterans Highway from the LIE southwest to the rear of a row of single-family properties fronting on Sycamore Avenue.

Permitted uses include office, manufacturing uses, laboratories for research and development, municipal and public facilities, educational institutions, retail banks and multiple use centers (as provided for in the Industrial District). Uses permitted by special permit include retail stores, eating establishments (which occupy 25 percent or less of any structure), a food service center, and an assembly, social or recreation hall or health club.

The permitted height in the Industrial Corridor District is 60 feet or four (4) stories, although this can be increased by one foot of height for each additional 2 feet of setback from streets or the district boundary lines. The FAR requirements are the same as that for the General Service E District, including those for bonus provisions. The minimum lot size in the district is 120,000 square feet.

Aside from the use, FAR, minimum lot size and height requirements discussed above, each of the zones in the Village Code have regulations relating to yard setbacks and lot width, and sometimes coverage requirements, lot improvement and parking requirements. These are supplemented by a series of supplementary regulations in the code dealing with such matters as swimming pools, signs, fences, restrictive covenants, family care homes and procedural and administrative matters.

The zoning code also has provisions relating to adult uses (allowable as a special exception in the Industrial District), and an historic overlay district called the Planned Landmark Preservation Overlay District (PLP)—although no area of the Village is currently covered by such district.

## 2.3    POPULATION AND HOUSING

### 2.31    INTRODUCTION

Data on housing and population provided in this section of the Comprehensive Plan was derived from the United States Census Bureau. Information from the 1980 as well as 1990 Census was

ISL002482

collected, so that population trends in Islandia could be examined.  Furthermore, Census data for both the Town of Islip, from which Islandia seceded in 1985, and for Suffolk County were also collected to provide a framework or context in which to evaluate the changes in population and housing.

It should be noted that the census district for Islandia in the 1980 Census was not fully coterminous with the boundaries of the Village, as was the case in 1990.  The 1980 census data for tract 1458.04 (see census map) accounts for only 92 percent of Islandia's actual total population; the other 8 percent was distributed amongst a number of other census tracts.  For this reason it is somewhat misleading to compare the 1980 and 1990 census figures; however, the essential trends and changes, if not entirely accurate, can be derived from such a comparison.

## 2.32  POPULATION

Between 1980 and 1990 Islandia's population increased from 2,362 to 2,769 people (see Table 4a).  According to the census data there was an increase of 17.23 percent; accounting for the discrepancy in the census tract boundary, that change was probably closer to an approximately 7 percent increase.  Compared to the Town of Islip, and Suffolk County which had modest gains of only 0.23 percent and 2.93 percent respectively, Islandia's growth was fairly substantial.  However, such growth was significantly less than the previous decade, i.e., between 1970 and 1980, in which Islandia's population increased by 29.2 percent.

The distribution of population between male and female has remained consistent with a slightly higher proportion of the female population.  Such a distribution is mirrored in Islip's and Suffolk County's populations.  (See Tables 4b and 4c.)

Perhaps the most significant trend in population has occurred in age distribution.  Whereas there have been increases in the adult population, particularly the middle-age and elderly population cohorts (i.e., from 45 years of age and up) and a modest increase in the 0-5 age cohort, the decrease in school-age population, i.e., 5 to 19 years of age, has been significant.  Despite an overall increase in total population, the population in the 5 to 19 year age bracket dropped from 740 to 569 between 1980 and 1990, a decrease of 23 percent (even not accounting for the undercounting inherent in the 1980 Census figure).  The same trend is evident in both the Town of Islip and Suffolk

ISL002483

CENSUS TRACT FOR VILLAGE OF ISLANDIA, 1980

Abeles Phillips Preiss & Shapiro, Inc. 1994

## Table 4a

### Population of the Village of Islandia
### By Age and Gender (1980 and 1990)

| Age Group | 1980 | | | | 1990 | | | |
|---|---|---|---|---|---|---|---|---|
| | Male | Female | Total | Percent Within Age Group | Male | Female | Total | Percent Within Age Group |
| Under 5 yrs. | 96 | 88 | 184 | 7.79% | 112 | 121 | 233 | 8.41% |
| 5 to 9 | 113 | 102 | 215 | 9.10% | 97 | 84 | 181 | 6.54% |
| 10 to 14 | 119 | 139 | 258 | 10.92% | 100 | 80 | 180 | 6.50% |
| 15 to 19 | 128 | 139 | 267 | 11.30% | 113 | 95 | 208 | 7.51% |
| 20 to 24 | 75 | 89 | 164 | 6.94% | 97 | 139 | 236 | 8.52% |
| 25 to 34 | 224 | 236 | 460 | 19.48% | 299 | 298 | 597 | 21.56% |
| 35 to 44 | 189 | 201 | 390 | 16.51% | 241 | 234 | 475 | 17.15% |
| 45 to 54 | 121 | 117 | 238 | 10.98% | 180 | 197 | 377 | 13.62% |
| 55 to 64 | 56 | 48 | 104 | 4.40% | 93 | 80 | 173 | 6.25% |
| 65 and over | 28 | 54 | 82 | 3.47% | 41 | 68 | 109 | 3.94% |
| Total | 1,149 | 1,213 | 2,362 | 100.00% | 1,373 | 1,396 | 2,769 | 100.00% |

## Table 4b

### Population of the Town of Islip
### By Age and Gender (1980 and 1990)

| Age Group | 1980 | | | | 1990 | | | |
|---|---|---|---|---|---|---|---|---|
| | Male | Female | Total | Percent Within Age Group | Male | Female | Total | Percent Within Age Group |
| Under 5 yrs. | 10,694 | 9,888 | 20,582 | 6.89% | 11,323 | 10,963 | 22,286 | 7.44% |
| 5 to 9 | 12,891 | 12,302 | 25,193 | 8.43% | 10,286 | 9,844 | 20,130 | 6.72% |
| 10 to 14 | 16,243 | 15,423 | 31,666 | 10.59% | 10,727 | 10,072 | 20,799 | 6.94% |
| 15 to 19 | 16,643 | 16,062 | 32,705 | 10.94% | 11,990 | 11,180 | 23,170 | 7.73% |
| 20 to 24 | 11,537 | 11,793 | 23,330 | 7.81% | 12,639 | 12,023 | 24,662 | 8.23% |
| 25 to 34 | 21,112 | 23,570 | 44,682 | 14.95% | 27,412 | 27,091 | 54,503 | 18.19% |
| 35 to 44 | 19,722 | 21,343 | 41,065 | 13.74% | 22,142 | 23,374 | 45,516 | 15.19% |
| 45 to 54 | 16,718 | 16,687 | 33,405 | 11.18% | 17,237 | 18,716 | 35,953 | 12.00% |
| 55 to 64 | 11,243 | 11,661 | 22,904 | 7.66% | 12,937 | 13,242 | 26,179 | 8.74% |
| 65 and over | 9,009 | 14,346 | 23,355 | 7.81% | 10,278 | 16,111 | 26,389 | 8.81% |

Source: 1980 and 1990 Census of the United States, U.S. Census Bureau.

ISL002485

## Table 4c

### Population of Suffolk County
### By Age and Gender (1980 and 1990)

| | 1980 | | | | 1990 | | | |
|---|---|---|---|---|---|---|---|---|
| Age Group | Male | Female | Total | Percent Within Age Group | Male | Female | Total | Percent Within Age Group |
| Under 5 yrs. | 44,558 | 42,532 | 87,090 | 6.78% | 47,646 | 45,303 | 92,949 | 7.03% |
| 5 to 9 | 54,346 | 50,733 | 105,079 | 8.18% | 44,269 | 42,148 | 86,417 | 6.54% |
| 10 to 14 | 65,415 | 62,713 | 128,128 | 9.98% | 46,164 | 43,660 | 89,824 | 6.80% |
| 15 to 19 | 67,302 | 65,384 | 132,686 | 10.33% | 50,161 | 47,221 | 97,382 | 7.37% |
| 20 to 24 | 48,820 | 49,518 | 98,338 | 7.66% | 51,914 | 49,838 | 101,752 | 7.70% |
| 25 to 34 | 93,022 | 101,808 | 195,830 | 15.25% | 113,917 | 113,860 | 227,777 | 17.23% |
| 35 to 44 | 82,272 | 88,568 | 170,840 | 13.30% | 100,438 | 106,461 | 206,899 | 15.65% |
| 45 to 54 | 71,096 | 71,659 | 142,755 | 11.12% | 76,108 | 80,996 | 157,104 | 11.89% |
| 55 to 64 | 52,693 | 55,091 | 107,784 | 8.39% | 59,188 | 60,855 | 120,043 | 9.08% |
| 65 and over | 45,372 | 70,329 | 115,701 | 9.01% | 56,655 | 85,062 | 141,717 | 10.72% |
| Totals | 624,896 | 659,335 | 1,284,231 | 100.00% | 646,460 | 675,404 | 1,321,864 | 100.00% |

## Table 4d

### Change in Population in 5-Year Age Cohorts in Islandia,
### Islip, and Suffolk County Between 1980 and 1990

| Age Group | Village of Islandia (%) | Town of Islip (%) | Suffolk County (%) |
|---|---|---|---|
| Under 5 years | 26.63 | 8.28 | 6.73 |
| 5 to 9 | (15.81) | (20.10) | (17.76) |
| 10 to 14 | (30.23) | (34.32) | (29.90) |
| 15 to 19 | (22.10) | (29.15) | (26.61) |
| 20 to 24 | 43.90 | 5.71 | 3.47 |
| 25 to 34 | 29.78 | 21.98 | 16.31 |
| 35 to 44 | 21.79 | 10.84 | 21.11 |
| 45 to 54 | 58.40 | 7.63 | 10.05 |
| 55 to 64 | 66.35 | 14.30 | 11.37 |
| 65 and over | 32.93 | 12.99 | 22.49 |

Source: 1980 and 1990 Census of the United States, U.S. Census Bureau.

ISL002486

County which show decreases of 28.4 percent and 25.2 percent respectively during the decade of the 1980s.

With the increase in the 0 to 5 age cohort and the strong increase in the 25 to 55 year old age groups, it is evident that the post-war baby boom generation is moving through the "middle age" years. Implications of this are likely to be increased enrollments in schools over the next 10 years (as the children of the baby boomers move through school), a slowdown in the demand for new starter housing, and an increase in adult or retirement housing over the next 10 to 20 years. Demands for community services, which are strongest at the ends of the age spectrum (young children and the elderly), can also be anticipated. Overall, between 1980 and 1990 the populations of Islandia and Suffolk County aged, evidenced by increases in the median age of slightly over 10 percent in each case (see Table 5). In Islip there was virtually no change in the median age during this time period.

Interestingly, despite the Village's almost fully-developed status, its population density is not only less than half of that of the Town of Islip, but is also 10 percent less than Suffolk County (see Table 6). In part this is attributable to the predominance of moderate density housing and the presence of a considerable proportion of the Village devoted to the greenbelt preserve, but much of it is related to the high proportion of non-residential land uses within the Village, particularly offices and industry.

## 2.33  INCOME CHARACTERISTICS

Between 1979 and 1989 there was a definite shift in the income characteristics of households in Islandia. At first glance, when the two columns of Table 7a are compared, there appears to have been a significant increase in income across the board, and a substantial increase in the median income (i.e., the middle figure when ranked from lowest to highest). However, the numbers in Table 7a have not been adjusted to account for inflation, and thereby the decrease in the value of the dollar over the ten year period. When this is done, utilizing the Consumer Price Index (CPI) and adjusting the 1989 income figures to 1979 dollars, a somewhat different picture emerges (see Table 7b). While the two lowest income groups—those that were making below $5,000 or between $5,000 and $10,000—remains more or less the same, there is the shift in the remaining categories. In the $10,000 to $15,000 category and $15,000 to $25,000, there are decreases of six percent and nine percent respectively. At the same time, there are increases in the $25,000 to $35,000

ISL002487

Table 5

Median Age of Population in Islandia,
Islip, and Suffolk County (1980 and 1990)

|  | 1980 (Years of Age) | 1990 (Years of Age) | Change Between 1980 and 1990 (percent) |
|---|---|---|---|
| Village of Islandia | 27.1 | 30.4 | 12.18 |
| Town of Islip | 32.0 | 32.1 | 0.31 |
| Suffolk County | 30.0 | 33.5 | 11.67 |

Source:  1980 and 1990 Census of the United States, U.S. Census Bureau.

Table 6

Population Density of Islandia,
Islip, and Suffolk County (1990)

|  | Total Population | Total Square Miles | Persons/ Square Mile |
|---|---|---|---|
| Village of Islandia | 2,769 | 2.16 | 1,282 |
| Town of Islip | 299,587 | 105.94 | 2,828 |
| Suffolk County | 1,321,864 | 911.00 | 1,451 |

Source:  1980 and 1990 Census of the United States, U.S. Census Bureau.

ISL002488

Table 7a

Household Income in the Village of Islandia
(Without CPI Adjustment) (1979 and 1989)

| Income Group (In Dollars) | 1979 # of Households | 1979 % of Households | 1989 # of Households | 1989 % of Households | Percentage of Change of Households 1979 to 1989 |
|---|---|---|---|---|---|
| < $5,000 | 30 | 4.2% | 22 | 2.4% | (26.7%) |
| $5,000 - $9,999 | 34 | 4.8% | 21 | 2.3% | (38.2%) |
| $10,000 - $14,999 | 74 | 10.5% | 18 | 2.0% | (75.7%) |
| $15,000 - $24,999 | 224 | 31.6% | 52 | 5.7% | (76.8%) |
| $25,000 - $34,999 | 158 | 22.3% | 150 | 16.4% | (5.1%) |
| $35,000 - $49,999 | 168 | 23.7% | 156 | 17.0% | (7.1%) |
| $50,000 or > | 20 | 2.8% | 497 | 54.3% | 2,385.0% |
| Total Households | 708 | 100.0% | 916 | 100.0% | - |

Source: 1980 and 1990 Census of the United States, U.S. Census Bureau.

Table 7b

Household Income in the Village of Islandia
(With CPI Adjustment of 1989 figures to 1979 dollars)

| Income Group | 1979 # of Households | 1979 % of Households | 1989 # of Households | 1989 % of Households |
|---|---|---|---|---|
| < $5,000 | 30 | 4.2 | 34 | 3.7 |
| $5,000 - $10,000 | 34 | 4.8 | 41 | 4.5 |
| $10,000 - $15,000 | 74 | 10.5 | 42 | 4.5 |
| $15,000 - $25,000 | 224 | 31.6 | 204 | 22.2 |
| $25,000 - $35,000 | 158 | 22.3 | 290 | 31.7 |
| $35,000+ | 188 | 26.5 | 315 | 34.3 |
| Total | 708 | 100.0% | 916 | 100.0% |

Source: 1980 and 1990 Census of the United States, U.S. Census Bureau.

ISL002489

category and $35,000 plus category[5] of 9 percent and 8 percent respectively. In other words, while the proportion of households at the low end of the income spectrum has remained somewhat stable, there is increasing affluence among the middle and upper income segments of the population.

The Village of Islandia has a median income of approximately 10 to 12 percent higher than the Town of Islip and Suffolk County both in 1979 and 1989. (See Table 8, Table 9 and Table 10.) Thus, while all these areas have become more affluent overall, the relative position of the Village with regard to income has neither substantially increased nor decreased in comparison to the Town of Islip or Suffolk County.

## 2.34   LABOR FORCE CHARACTERISTICS

Despite other changes in the population characteristics in Islandia between 1980 and 1990, there are surprisingly few changes with regard to the makeup of the labor force (see Table 11). Most noticeable perhaps is the increase in the proportion of persons in the labor force, a factor that may be related to the maturation of the Village's population (i.e., a decrease in school-age children and increase in adults of working age). The percentage of unemployed persons had not changed between 1980 and 1990. However, an overall rise in unemployment nationally and regionally may have brought this figure up in the last four years, despite recent increases in employment and an overall strengthening of the economy.

With respect to employment type there are also few significant changes (see Table 12). The most notable change was the increase in managerial and professional persons at the expense of technical/sales personnel. This six percent shift indicates increasing white collar jobs at the expense of blue collar jobs, a trend which is both regional and national in nature.

## 2.35   HOUSING CHARACTERISTICS

The number of housing units increased moderately in Islandia between 1980 and 1990, from 750 to 930, a 24 percent increase or a 2.4 percent increase per year (see Table 13). While the number of single-family homes increased the most, 95 new homes in total, increases in multi-family housing

---

[5]Since $35,000 in 1979 translates into $55,510 in 1989 dollars, no numbers could be derived for the $35,000 to $50,000 category for 1989 figures.

ISL002490

Table 8

Household Income in the Town of Islip
(Without CPI Adjustment) (1979 and 1989)

| Income Group (In Dollars) | 1979 | | 1989 | | Percentage of Change of Households 1979 to 1989 |
|---|---|---|---|---|---|
| | # of Households | % of Households | # of Households | % of Households | |
| < $5,000 | 5,885 | 7.0% | 1,771 | 2.0% | (69.9%) |
| $5,000 - $9,999 | 7,986 | 9.4% | 3,201 | 3.6% | (59.9%) |
| $10,000 - $14,999 | 9,933 | 11.7% | 3,624 | 4.0% | (63.5%) |
| $15,000 - $24,999 | 25,774 | 30.5% | 8,020 | 9.0% | (68.9%) |
| $25,000 - $34,999 | 19,946 | 23.6% | 10,741 | 12.0% | (46.1%) |
| $35,000 - $49,999 | 10,788 | 12.7% | 17,100 | 19.1% | 58.5% |
| $50,000 or > | 4,318 | 5.1% | 45,110 | 50.4% | 944.7% |
| Total Households | 84,630 | 100.0% | 89,567 | 100.0% | - |

Source: 1980 and 1990 Census of the United States, U.S. Census Bureau.

Table 9

Household Income of Suffolk County
(Without CPI Adjustment)

| Income Group (In Dollars) | 1979 | | 1989 | | Percentage of Change of Households 1979 to 1989 |
|---|---|---|---|---|---|
| | # of Households | % of Households | # of Households | % of Households | |
| < $5,000 | 26,999 | 7.0% | 9,937 | 2.3% | (63.2%) |
| $5,000 - $9,999 | 41,314 | 10.7% | 18,812 | 4.4% | (54.5%) |
| $10,000 - $14,999 | 44,288 | 11.5% | 18,814 | 4.4% | (57.5%) |
| $15,000 - $24,999 | 108,144 | 28.0% | 41,191 | 9.7% | (61.9%) |
| $25,000 - $34,999 | 85,540 | 22.2% | 48,648 | 11.5% | (43.1%) |
| $35,000 - $49,999 | 53,178 | 13.8% | 79,067 | 18.6% | 48.7% |
| $50,000 or > | 26,290 | 6.8% | 208,154 | 49.0% | 691.8% |
| Total Households | 385,753 | 100.0% | 424,623 | 100.0% | - |

Source: 1980 and 1990 Census of the United States, U.S. Census Bureau.

ISL002491

Table 10

Median Income of Islandia, Islip, and Suffolk County
(Without CPI Adjustment)
1979 and 1989

|  | 1979 (in dollars) | 1989 (in dollars) | Change Between 1979 and 1989 (Percent) |
|---|---|---|---|
| Village of Islandia | $43,527 | $53,238 | 22.31% |
| Town of Islip | $39,232 | $50,212 | 27.99% |
| Suffolk County | $39,575 | $49,128 | 24.14% |

Source:  1980 and 1990 Census of the United States, U.S. Census Bureau.

ISL002492

Table 11

Labor Force Status of Village of Islandia
(1980 and 1990)

| | 1980 | | 1990 | |
|---|---|---|---|---|
| | No. of Persons | Percent | No. of Persons | Percent |
| Persons over 16 years of age | 1,628 | -- | 2,216 | -- |
| Persons in Work Force | 1,139 | 70.0% | 1,664 | 75.1% |
| No. of Civilians | 1,139 | 100.0% | 1,664 | 100.0% |
| No. of Employed | 1,083 | 95.1% | 1,585 | 95.3% |
| No. of Unemployed | 56 | 4.9% | 79 | 4.7% |
| No. in Armed Forces | 0 | 0.0% | 0 | 0.0% |
| No. not in Labor Force | 489 | 30.0% | 552 | 24.9% |

Source: 1980 and 1990 Census of the United States, U.S. Census Bureau.

Table 12

Occupational Status of the Village of Islandia
(1980 and 1990)

| | 1980 | | 1990 | |
|---|---|---|---|---|
| | No. of Persons | Percent | No. of Persons | Percent |
| Managerial | 255 | 23.5% | 473 | 29.8% |
| Tech Sales | 465 | 42.9% | 583 | 36.8% |
| Service | 149 | 13.8% | 207 | 13.1% |
| Farming | 5 | 0.5% | 15 | 0.9% |
| Precision | 118 | 10.9% | 148 | 9.3% |
| Operators | 91 | 8.4% | 159 | 10.0% |
| Total | 1,083 | 100.0% | 1,585 | 100.0% |

Source: 1980 and 1990 Census of the United States, U.S. Census Bureau.

ISL002493

(2-4 unit, 5-9 unit and 10+ unit homes collectively) brought up the proportion of such housing in Islandia from 14.7 percent in 1980 to 20.0 percent in 1990. The 1990 census reports a total of 10 mobile homes and trailers, even though none were detected in the field survey, nor was the building code official aware of any such units in Islandia.[6]

Looking at the age of the housing stock, units in Islandia are generally still relatively young. (See Table 14.) Islandia saw its greatest boom in residential construction in the decade of the 1960s, when over half the total units in the Village were constructed. This trend slowed in the 1970s when only 19 percent was added and in the 1980s, when a 15.5 percent increase was evident. Overall, ninety percent of Islandia's housing stock is less than 35 years old, and 35 percent is less than 25 years old. Field surveys of Islandia's residential neighborhoods indicate that while many of the homes built in the 1960s and 1970s have been renovated or expanded in some way, even those which have not been altered are in excellent condition.

Household size in Islandia has, along with the national and regional trends, declined. (See Table 15.) Despite a drop from 3.24 to 3.15 persons per household, household sizes remain fairly high relative to the region and the county, reflecting the high proportion of single-family homes.

Home ownership increased in Islandia between 1980 and 1990 from 66.2 percent to 74.0 percent. (See Table 16.) At the same time the number of households which rent their homes declined from almost a third to one-fifth of the total housing stock, a significant decrease. Despite the overall increase in the number of homes in Islandia, rental units which numbered 233 in 1980 had dropped to 192 by 1990. The housing market in Islandia had also loosened up between 1980 and 1990: the vacancy rate increased from 2.8 percent (an indication of a tight housing market) to 5.4 percent, a vacancy rate which housing economists refer to as a "normal" or "balanced" market (i.e., where demand and supply are operating at more or less equivalent levels).

Median unit values increased by nearly 120 percent in the 1980s. (See Table 17.) Even when adjusted for inflation (by using the CPI multiplier), the median value increased in real dollars by 38 percent; the median value of a home in 1990 in 1980 dollars was $93,695 compared to the 1980 median value of $67,968. Thus, despite the increasing affluence of Islandia's population overall, housing became less affordable in the 1980s.

---

[6]This is most likely an error in the Census reporting.

-61-

Table 15

Occupied Housing Units and Average Household Size
in Village of Islandia (1980 and 1990)

|  | 1980 | 1990 | Percent Change |
|---|---|---|---|
| Total Population | 2,362 | 2,769 | 17.2% |
| No. of Occupied Housing Units | 729 | 880 | 20.7% |
| Average No. of Persons/Unit | 3.24 | 3.15 | (2.9%) |

Source:  1980 and 1990 Census of the United States, U.S. Census Bureau.

Table 16

Housing Tenure and Vacancy Rate for
the Village of Islandia (1980 and 1990)

|  | 1980 | | 1990 | | Change, 1980-1990 | |
|---|---|---|---|---|---|---|
|  | No. of Housing Units | Percent | No. of Housing Units | Percent | No. of Housing Units | Percent |
| Owner Occupied Units | 496 | 66.13% | 688 | 73.98% | 192 | 38.71% |
| Renter Occupied Units | 233 | 31.07% | 192 | 20.65% | (41) | (17.60%) |
| Vacant Units | 21 | 2.80% | 50 | 5.38% | 29 | 138.10% |
| Total Units | 750 | 100.00% | 930 | 100.00% | 180 | 24.00% |

Source:  1980 and 1990 Census of the United States, U.S. Census Bureau.

Table 17

Median Unit Value and Median Contract Rent
in Village of Islandia (1980 and 1990)

|  | 1980 | 1990 | Percent Change |
|---|---|---|---|
| Median Housing Unit Value | $67,968 | $148,600 | 118.63% |
| Median Contract Rent | $658 | $840 | 27.57% |

Source:  1980 and 1990 Census of the United States, U.S. Census Bureau.

ISL002495

With respect to the rental market, the reverse was true. Median contract rents increased by only 27.6 percent in actual terms, and actually declined 20 percent when adjusted for inflation (a contract rent of $840 in 1990 translates into $529.64 in 1980 dollars). Thus, rental housing was considerably more affordable in Islandia in 1990 compared to 1980.

## 2.4    TRAFFIC AND TRANSPORTATION

### 2.41    ROADWAY NETWORK

The Village of Islandia's roadway network consists of a number of major arterials, secondary roads, and local roads that provide access to, and through, the Village (see Map 8). The Long Island Expressway (LIE) bisects the village along an east-west axis. Other major roads—Veterans Memorial Highway, Nichols Road, and Long Island Motor Parkway—form a triangle and provide additional access that has enabled the Village to attract major corporate tenants and commercial developments. These roads provide direct routes into the areas of development, through the village, and to and from surrounding municipalities.

The **Long Island Expressway (I-495)** is the major east-west interstate highway facility on Long Island, extending from the Queens-Midtown Tunnel through Queens and Nassau County, to Riverhead in eastern Suffolk County. It is a high capacity route for both commuters and commercial vehicles during many hours of the day.

The LIE is a limited-access divided highway that consists of three travel lanes in each direction. The village is served by two interchanges, one at Veterans Memorial Highway, and a second at Nichols Road, Exits 57 and 58 respectively. In addition, there are north and south service roads that run parallel to the expressway; they are one-way and have two travel lanes each. The two interchanges provide excellent access to the Village and the developments in the area. On an average weekday, the volume on the LIE between Exits 57 and 58 is typically 6,000 vehicles per hour (vph) westbound during the AM peak and approximately 6,000 to 6,500 vph eastbound during the PM peak. The LIE services a total daily volume of about 150,000 vehicles (total for both directions). An additional travel lane has just been added by the New York State Department of Transportation (NYSDOT) in each direction, which serves as High Occupancy Vehicle (HOV) lanes for carpools of two or more persons per vehicle and for buses. This HOV lane is expected to help alleviate congestion during peak periods.

ISL002496

VILLAGE OF ISLANDIA
SUFFOLK COUNTY, NY

LIMITED ACCESS HIGHWAY
MAJOR ARTERIALS
SECONDARY ROADS
COLLECTOR ROADS

ROADWAY NETWORK
Abeles Phillips Preiss & Shapiro, Inc. 1994

The other major arterials serving the Village—i.e., the other high capacity routes—include Veterans Memorial Highway (NYS Route 454) and Long Island Motor Parkway (County Route 67).

Veterans Memorial Highway is a major northwest-to-southeast route extending from Jericho Turnpike in Commack to Sunrise Highway in Patchogue. To the north, it serves as a "collector" of Northern State Parkway traffic and passes through Hauppauge just north of the New York State Office Complex. South of Islandia, Veterans Highway provides access to Islip-MacArthur Airport and the Connetquot State Preserve. Within the Village, it runs from approximately Long Island Motor Parkway to Nichols Road with two lanes in each direction. There is a wide median dividing the opposing flows and left turn bays are provided to reduce friction with through traffic. Generous shoulders are provided on the right side of the road in the area of the Islandia Center, the major shopping center area in the Village.

Long Island Motor Parkway runs east-west from Lake Ronkonkoma to Vanderbilt Parkway in Brentwood. Just west of Nichols Road in Islandia, Long Island Motor Parkway has one travel lane in each direction and a shoulder on both sides through a primarily residential neighborhood. However, approaching the Computer Associates complex, the road widens to accommodate increased traffic activity. At that point, there is a widening to two travel lanes in each direction and a center turning lane as well as shoulders on both sides. Neither of these two developments has as yet achieved full buildout or full occupancy, so traffic activity on this road can be expected to increase.

The secondary roads provide the links between the arterials, or transition between arterials and local roads. Nichols Road is the most significant secondary road providing access from Exit 58 on the Long Island Expressway to Long Island Motor Parkway to the north and Veterans Memorial Highway to the south. Johnson Avenue and Suffolk Avenue also serve as secondary roads.

Nichols Road is a north-south route that begins at the intersection of Veterans Memorial Highway at the southern edge of Islandia and extends to Moriches Road in Lake Grove to the north. Within the Village, Nichols Road is primarily one lane in each direction with turning lanes at major intersections. There are signals at the significant intersections: Veterans Memorial Highway, Johnson Avenue, the LIE service roads, and Long Island Motor Parkway. A 30 MPH speed limit is prevalent along the segments of mostly residential areas. The Village Hall and predominantly residential developments are situated along this road.

ISL002498

Johnson Avenue extends in an east-west direction, starting at Nichols Road and extending into Ronkonkoma and the LIRR's major terminus there. In Islandia, Johnson Avenue has one travel lane in each direction and parallel parking along the curb. It traverses an area that is almost exclusively residential until it approaches the Ronkonkoma LIRR station area.

Suffolk Avenue extends westward from the Nichols Road/Veterans Memorial Highway intersection en route to and past the LIRR's Central Islip station, situated just west of Islandia. Suffolk Avenue carries two lanes of traffic in each direction, has shoulders along both sides, and has a wide grassy median with left turn "slots" at key locations. A speed limit of 40 MPH is posted along this road.

The remaining streets within the Village extend primarily through residential neighborhoods and provide access to schools, parks, and playgrounds. Most have one travel lane in each direction with parking on either side, but do not provide through access. The majority of these streets are south of the Long Island Expressway, where residences are concentrated.

## 2.42  TRIPMAKING PATTERNS AND JOURNEY-TO-WORK CHARACTERISTICS

Journey-to-work data published by the U.S. Census indicates that the vast majority of home-to-work trips made by Islandia residents are made by automobile. 1990 Census data indicated that 93 percent of all work trips were made by auto, five percent by public transportation, and two percent of Village residents work at home. This represents a small increase in the number of residents using public transportation (two percent increase) and working at home (a one to two percent increase) compared to the 1980 Census.

The U.S. Census Bureau also publishes "mean travel time to work" data, which indicated that this mean travel time for Village residents in 1990 was 28.5 minutes, a decrease from 31.7 minutes in 1980. This reflects the presence of major corporate office space and other development in the Village in recent years as well as the general increase in jobs in Suffolk County, and the ability of Village residents to increasingly find employment opportunities very close to home. In fact, the percentage of Islandia residents working on Long Island has increased from 78 percent in 1980 to 85 percent in 1990.

Carpooling activity has also increased as mobility issues have come to the forefront in all of Long Island. The Town of Islip maintains a park-and-ride facility along the north side of the LIE, just west

ISL002499

of Nichols Road. Although all parking spaces are not clearly delineated with pavement striping, it appears that there is space for approximately 150 parked cars. A "spot survey" on a typical weekday morning indicated that about 60 cars were parked there at 8:30 AM. Park-and-ride and carpool activity is projected to increase now that the LIE HOV lanes have been opened.

## 2.43 TRAFFIC CARRYING CHARACTERISTICS OF THE ROADWAY NETWORK

Traffic volumes and conditions in the Village vary dramatically roadway-by-roadway and location-by-location. In general, the LIE (the one limited-access thoroughfare in the area), its service roads, Veterans Memorial Highway, and sections of the Long Island Motor Parkway carry the most substantial traffic volumes, as would be expected for their roles as major arterials. They are also characterized by significant levels of congestion at several locations during peak travel periods. The secondary roads are not as heavily trafficked in terms of their volumes, although their intersections with the primary arterials are also prone to congestion during peak travel periods. In general, the Village's local streets are lightly trafficked and do not experience significant traffic problems, except at times when their intersections with secondary or arterial roads may present some problems.

As stated previously, the **Long Island Expressway** is the major east-west interstate highway facility on Long Island and maintains high levels of traffic throughout many hours of the day. The total daily volume of the LIE is about 150,000 vehicles with approximately half in each direction. The segment of the LIE in Islandia experiences congestion in both directions during several hours of the day, not just westbound in the AM and eastbound in the PM (which are the LIE's typical peak flow conditions). The layout of the Village's roadway network makes Interchanges 57 and 58 very accessible and, as a result, the volume entering and exiting the highway creates a heavy vehicular movement at those locations. The location of several developments along the LIE corridor also contributes to the very substantial volumes.

The service roads of the LIE also carry heavy volumes (e.g., 1,200 to 1,600 vph eastbound in the PM peak hour) and distributes the traffic to local land uses. At traffic signals and points of intersection with Veterans Memorial Highway, Long Island Motor Parkway, and Nichols Road, these heavy volumes contribute significantly to congestion. For example, traffic levels of service (LOS) along the eastbound service road in the PM peak are at LOS F ("bumper-to-bumper" or failure) conditions at Veterans Memorial Highway and at Nichols Road.

ISL002500

Veterans Memorial Highway is also subjected to considerable congestion at its critical junctions—its intersections with Long Island Motor Parkway, the LIE service roads, and at Nichols Road/Suffolk Avenue. Otherwise, its traffic volumes operate generally smoothly, with only modest delays at other signalized intersections near the Islandia Center. The intersection of Veterans Memorial Highway and Nichols Road/Suffolk Avenue experiences congestion in peak periods, with long delays northbound on Veterans Memorial Highway due in part to the heavy left turn movement onto Suffolk Avenue. This unusually high demand is created by the limited number of locations that allow crossing of the LIRR tracks. The backup typically extends southward for up to one-half mile in the evenings. Congested locations north of the LIE have been considerably widened and additional travel lanes have been added. However, they still appear to operate at problematic levels of service due to the heavy volumes of traffic concentrated at major intersections.

The Long Island Motor Parkway carries traffic efficiently except at two major intersections—Veterans Memorial Highway and Nichols Road. The roadway widens substantially approaching Computer Associates, a major traffic generator, to accommodate the traffic created in the area of Veterans Memorial Highway. But east of these two developments, the roadway section narrows to just one travel lane per direction. The eastbound approach to Nichols Road becomes congested during the evening peak period due to the inability of one lane to process its traffic volumes. As a result, there is some filtration of this volume to northbound residential streets to avoid the backups at Nichols Road.

Nichols Road traffic flows well through the residential areas even though only one travel lane is provided in each direction, although local residents find it difficult to turn onto Nichols Road from their streets due to the steady stream of traffic through its many unsignalized intersections (14 residential streets "exit" onto Nichols Road). Left turn "slots" at major intersections help maintain through traffic along Nichols Road. Congested conditions are prevalent at its intersections with Veterans Memorial Highway and the LIE service roads.

The balance of the local street network generally carries light volumes to residential areas. For the most part, these flow freely. Many of these roads allow curbside parking, with little effect on traffic flow. One problem cited by local officials is the inability of motorists to enter Nichols Road from some of the residential streets due to traffic volume levels on Nichols Road. Although Nichols Road carries only a moderate amount of traffic, the steady arrival of vehicles makes it difficult to enter or cross the traffic stream at times.

ISL002501

There is a shortage of capacity and level of service (LOS) analyses for Village arterials and streets, with the data that are available typically concentrated at known problem locations. This rather limited data set is presented below for general background information purposes. It should be noted that levels of service A, B, and C denote acceptable traffic conditions, LOS D denotes marginally acceptable-to-unacceptable conditions (perhaps acceptable at major intersections along the LIE's service road, but unacceptable at local street intersections), and LOS E and F denote unacceptable conditions. (LOS F conditions indicate extreme congestion, i.e., "stop-and-go" or "bumper-to-bumper" type conditions.)

### Table 18

**Levels of Service at Major Intersections in the Village of Islandia**

| Major Intersections in the Village of Islandia | Levels of Service | |
|---|---|---|
| | Weekday PM Peak Hour | Saturday Midday Hour |
| Veterans Memorial Highway/ LIE Westbound Service Road | F* | C |
| Veterans Memorial Highway/ LIE Eastbound Service Road | F* | C |
| Long Island Motor Parkway/Nichols Road | C | C |
| Nichols Road/LIE Westbound Service Road | F* | F* |
| Nichols Road/LIE Eastbound Service Road | F* | C |

* Denotes excessive delays and failure conditions. within level of service F

## 2.44  PLANNED ROADWAY IMPROVEMENTS

There are several improvements or intersection widenings planned for this area through the New York State Department of Transportation and, potentially, as part of proposed developments in the vicinity.

ISL002502

Long Island Expressway HOV Lane Project

The most substantial ongoing transportation project in the area has been the construction of the High Occupancy Vehicle (HOV) lanes by NYSDOT. These lanes extend on the LIE in both directions from Exit 49 in Melville to Exit 57 in Islandia. Traffic volumes on the LIE are substantial throughout the day, and have dictated that the 12-mile HOV lanes operate as such from 6 AM to 8 PM Monday through Friday. The HOV lanes are reserved for cars and vans with two or more passengers, buses, and motorcycles. It is designed as a limited-access facility, separated from the general purpose lanes by a four-foot striped buffer. It is estimated that the HOV lane will reduce the average commuter trip by almost 15 minutes. Recent counts approximated that 20 percent of LIE commuters travelled with two or more occupants prior to the opening of the HOV lanes, and additional users are expected. In addition to this project, NYSDOT will upgrade and expand the various park-and-ride lots along the LIE.

NYSDOT also intends to widen and re-stripe the eastbound LIE service road approach to Nichols Road to provide a four lane approach with an exclusive left turn lane, a combined left/through lane, a through lane, and an exclusive right turn lane. The signal phasing and timing will be adjusted to account for the new lanes and movements. This work is expected to be accomplished as part of the HOV lane construction project on the LIE.

Other NYSDOT Projects

Two other improvements are expected to be completed by NYSDOT as part of its Transportation Improvement Program. The northbound and southbound approaches to the Veterans Memorial Highway/LIE westbound service road intersection will be widened and re-striped to provide three left turn lanes and two through lanes northbound, and two through lanes and a through/right lane southbound. The westbound approach will also be modified to provide a left/through lane, a through lane, and two exclusive right turn lanes. The signal timing will be adjusted to reflect the roadway changes.

Each of the three approaches to the Veterans Memorial Highway/LIE eastbound service road intersection will also be widened and re-striped to provide: three through lanes and an exclusive right turn lane northbound; three left turn lanes and two through lanes southbound; and a combined

-70-

ISL002503

left/through lane, a through lane, and two exclusive right turn lanes eastbound. The appropriate signal timing and phasing changes are also planned.

## Other Proposed Roadway Changes

Other roadway network changes have been proposed as part of private sector development initiatives, and may be built should those developments proceed. They are briefly described below since they reflect potential changes that could affect traffic conditions in the area.

One set of changes relates to proposed roadway modifications associated with the full build-out or occupancy of the Radisson Hotel and Computer Associates developments—the Radisson Hotel is currently less than 50 percent occupied, while the Computer Associates development has just the first of its three planned phases in place (705,000 square feet of its approved 1.4 million square feet). As part of Computer Associates' approval process, a number of other roadway improvements were to be built, and were assumed in the projected future traffic conditions analysis. A second set of proposed roadway capacity improvements may be required in association with future development of the 12-acre parcel on Old Nichols Road north of the LIE. The timing and nature of these roadway network modifications is not known at this time; if they are not constructed, traffic levels of service along these roadways would be worse than as projected in Section 4.4.2.

## 2.45   PUBLIC TRANSPORTATION

The Village is served by two bus lines operated by Suffolk County Transit: the 3D route which stops at the intersections of Veterans Highway and Nichols Road and at Nichols Road and Motor Parkway; and the S54 route which stops at the intersection of Veterans Memorial Highway and Nichols Road.

According to Suffolk County Transit, Route 3D carries 6,400 passengers monthly and runs from the Brentwood LIRR station to the Smith Haven Mall in Lake Grove. The 3D runs on an hourly schedule during the week eastbound from 6:35 AM to 11:45 AM and from 1:25 PM to 4:25 PM. The last two stops are at 5:50 PM and 7:00 PM. In the westbound direction, service begins at 6:00 AM and runs hourly until 11:15 AM. Service resumes at 12:55 and continues hourly until 7:25 PM. This

ISL002504

route maintains the same schedule on Saturday, but no service is provided on Sundays and holi-days. The entire route is served by just one vehicle.

The S54 route handles 15,300 passengers monthly and runs from the Patchogue LIRR station to the Walt Whitman Mall in Huntington. The weekday westbound service begins at 7:00 AM at the stop on Veterans Memorial Highway and Nichols Road and picks up every half hour until 10:00 AM. The schedule then converts to hourly service from 10:00 AM to 6:00 PM when the last stop is made. In the eastbound direction, service begins at 7:20 AM and stops are made every half hour until 9:50 AM. The schedule then continues hourly until 2:20 PM with an additional half hour of layover time from 12:50 PM to 1:20 PM. The bus picks up the half-hourly schedule until 6:00 PM and makes its last stop at 7:00 PM. The Saturday schedule is abbreviated, and there is no Sunday or holiday service. The Saturday westbound schedule begins at 8:20 AM and runs until 5:55 PM. The schedule is not as standardized as the weekday schedule, with service averaging one bus per hour.

A passenger survey indicated that about half of all trips on the 3D route are work- or school-related, while two-thirds of those on the S54 are work- or school-related. The 3D serves a significant number of shopping, medical/dental, and personal business trips (approximately 45 percent), while about 30 percent of the S54 trips are for those purposes. On the overall Suffolk County Transit system, about two-thirds of the passengers make work-or-school related trips and 30 percent shop-ping, medical/dental, personal business related trips, as indicated below:

-72-

Table 19

Purpose of Trips of Suffolk County Transit Lines

| Trip Purpose | Route 3D | Route S54 | System-Wide |
|---|---|---|---|
| Work | 37.6% | 63.3% | 55.4% |
| School | 9.3% | 2.4% | 8.4% |
| Shopping | 14.0% | 8.1% | 14.1% |
| Personal Business | 17.7% | 18.5% | 11.7% |
| Medical/Dental | 14.4% | 3.7% | 4.0% |
| Social/Recreational | 7.0% | -- | 2.6% |
| Other | -- | 4.0% | 3.7% |
| Total | 100.0% | 100.0% | 100.0% |

The Village of Islandia is served by two LIRR stations—Ronkonkoma and Central Islip—on the Ronkonkoma Branch. The Ronkonkoma Branch from Greenport to Bethpage carries 12,230 passengers westbound during the AM peak period and 10,000 passengers eastbound during the PM peak period.

The Ronkonkoma station is the largest on the branch and ranks first in the LIRR system in parking utilization. The parking facilities have a capacity of 3,498 spaces that are completely utilized and LIRR surveys indicated that an additional 677 cars are parked illegally in and around the station, as shown below. Therefore, the utilization of the parking facilities in all is 117 percent of its capacity and is considered a major problem that is currently under study by the LIRR. The ridership from Ronkonkoma during the AM peak period is approximately 5,000, greatly in excess of the parking provided. This can be attributed to carpooling, walkers, and the three bus lines that have stops at the station. The Ronkonkoma station accounts for 40 percent of the westbound AM riders along this branch. In the PM peak period, approximately 3,750 passengers unload at Ronkonkoma, accounting for close to 40 percent of the total passengers served.

ISL002506

Table 20

Parking Capacity and Levels at LIRR Stations Close to Islandia

| Station | Parking Capacity | Legally Parked | Illegally Parked | Total Parked | Percent Utilization |
|---------|------------------|----------------|------------------|--------------|---------------------|
| Ronkonkoma | 3,498 | 3,424 | 677 | 4,101 | 117.24% |
| Central Islip | 846 | 835 | 72 | 907 | 107.21% |

The station in Central Islip, although smaller in scale, is still very significant and is as busy as the Ronkonkoma station in terms of parking and the ratio of riders to parking spaces available. Central Islip provides 846 parking spaces and, in addition to being at capacity, there are 72 illegal parkers as surveyed by the LIRR. The station ranks fourth in the entire LIRR system for parking utilization at 107 percent of capacity. In the AM peak period, ridership is approximately 1,200 westbound from Central Islip, 10 percent of the passengers on the branch. In the PM period approximately 1,000 riders are carried to Central Islip, also about 10 percent of the total PM ridership.

## 2.5   UTILITIES AND INFRASTRUCTURE

### 2.51   ELECTRICITY AND GAS

The Village of Islandia is provided with gas and electrical power from the Long Island Lighting Company (LILCO). There is a series of electrical substations throughout the Village, from which residential, commercial and industrial users are connected. The voltage of the electrical output at these substations varies in magnitude, the most powerful of which measures 138 volts.

### 2.52   SEWER SERVICE

Islandia is not part of any public sewer district. Sewer services are thus provided by means of on-site septic systems or through hookups to independently owned and operated small treatment plants. Residential properties prior to 1981 were permitted to utilize on-site septic systems at moderately high densities, provided such systems met Suffolk County Board of Health standards. Residential subdivisions occurring after this date may only utilize on-site septic system where densities are two dwelling units per acre or less. Non-residential developments are permitted to utilize on-site

ISL002507

systems provided they are able to meet the SCDHS standard of not exceeding 600 gallons per day per acre of land. Beyond this quantity of sewerage generation, such developments are required to be serviced by treatment plants, which in the absence of a public sewer district means independently owned and operated package plants. Most notable among the requirements for such package plant's siting is the requirement to be located at least 300 feet from a building.

Presently, development in Islandia is served by on-site septic systems with the exception of some large, fairly recent developments. A sewer district with a capacity to treat 400,000 gallons of sewage per day (gpd) was developed just north of Islandia and the Motor Parkway (on Blydenburgh Road) in connection with the Marriott Wind Watch Hotel complex. Sewer service is provided to four developments within Islandia: the Radisson Hotel, the Computer Associates office complex, Islandia Adult Homes, and Parr Industrial Park. Almost all of the plant's present capacity is either utilized or committed, such that little additional excess capacity is available to new developments in Islandia. However, under an existing agreement with SCDHS, the Marriott Wind Watch sewage treatment plant has the capability to be expanded to treat a toal of 800,000 gpd, provided that the Suffolk County Sewer Agency approves. In addition SCDHS can assume responsibility for the plant at any time.

The second treatment plant in Islandia serves Islandia Center, the 287,000 square foot community shopping center located on Veterans Highway just south of the LIE. The package plant has sufficient capacity to handle an office center planned on 4 vacant acres on the same property, plans for which currently remain on hold.

2.53   WATER SUPPLY

Potable water is supplied either by the Suffolk County Water Authority (SCWA), where access to the system of water mains is possible, or by means of private wells.

The first of the SCWA well fields is actually located in Hauppauge on Liberty Street just north of Islandia. The Liberty well field has three wells, with depths of 183 feet, 187 feet and 192 feet. Tests taken at the field indicate a water quality which meets the drinking water standards set forth by New York State and the United States Environmental Protection Agency (USEPA).

ISL002508

A second well field is located at Schley Street and Old Nichols Road. It has 3 operating wells which are 132 feet, 134 feet and 374 feet deep. Water quality from this source is also of good quality.

A third well field is located on Oval Drive wellfield in the industrial area of Islandia. It has four wells with depths of 149 feet, 154 feet, 155 feet, and 408 feet. Since sufficient capacity is derived to meet the water needs of Islandia via the Liberty and Old Nichols Road fields, this well field is not in use at present. The SCWA water distribution system is interconnected to allow for consistent pressure and service even in the event of a discontinuation of water service from one of the wells or an interruption in one of the mains.

## 2.54  SOLID WASTE

Both commercial and residential solid waste collection and recycling services are provided by private contractors. In the case of residential properties, the services are retained on behalf of the Islandia Village Board by the Town of Islip by contract. The current contract will expire in 1995, at which point it will have to be renegotiated and extended or an alternate hauler would have to be retained. Commercial developments contract directly with private carters. Solid waste is hauled to the Resource Recovery Facility on Lincoln Avenue in Islip.

## 2.6  COMMUNITY SERVICES

The Village of Islandia is provided with a variety of community services, mostly in conjunction with regional districts made up of a number of municipalities which include the Village or a portion of the Village.

## 2.61  POLICE SERVICES

Police services are provided throughout Islandia by the Suffolk County Police Department since the Village has no police department of its own. This is typical for a municipality of Islandia's size. The Village falls within the Fourth Precinct of the Suffolk County Police Department, whose station is located at 345 Old Willets Path in Hauppauge, west of the Village.

ISL002509

The fourth precinct has a total of 17 patrol cars. According to officers at the fourth precinct, the Village does not exhibit any major problems or issues which merit exceptional services or special patrols. The fourth precinct does have a program called Community Oriented Patrol Enforcement (C.O.P.E.), which is set up to deal with any particular community problem that does arise within its service area. If necessary, as part of the C.O.P.E. program, any particular problems that may arise would be dealt with through additional or special patrols.

## 2.62   FIRE PROTECTION

The Village is covered by three volunteer fire districts: the Hauppauge Fire District, which is located at 855 Wheeler Road in Hauppauge, and the Central Islip Fire District, which has three stations—at Bedford Avenue, Wheeler Road and at 96 Carleton Avenue; and Lakeland Fire District which has two stations: one on Thirteenth Avenue and one on Johnson Avenue. The Hauppauge Fire District has five fire engines and a total of 110 volunteer firemen. The Central Islip Fire District has 6 fire engines, a hook and ladder truck, an EMS vehicle and 150 volunteer firemen.

## 2.63   EMERGENCY AMBULANCE AND HEALTH FACILITIES

Emergency ambulance service is provided in Islandia by the Central Islip/Hauppauge Volunteer Ambulance Service, which is located at 96 Carleton Avenue in Islip and the Lakeland Fire Department. It maintains four ambulances and will transport patients on an emergency call to one of the five closest hospitals or health facilities, which are as follows: the Community Hospital of Western Suffolk on Route 111 in Smithtown; Southside Hospital at 301 East Main Street in Bayshore, Good Samaritan Hospital at 1000 Montauk Highway in West Islip and Stony Brook Trauma Center at the State University of New York (SUNY) in Stony Brook. Response times to emergencies are good.

## 2.64   SCHOOL DISTRICTS

The Village falls within three school districts: the Hauppauge Union Free School District, the Central Islip Union Free School District, and Connetquot Union Free School District.

The Hauppauge School District has five schools: the Kindergarten Center at Forrest Brook and Lilac Lane, with an enrollment of 260 pupils, Bretton Woods School at Club Lane and Atlantic Place, with 728 pupils, the Pine School, with 574 pupils, the Hauppauge Middle School, with 768 pupils, and the

-77-

ISL002510

Central High School, with 1,107 pupils. Central Islip has 7 schools: Mulligan Elementary School on Lowell Avenue with 946 pupils; Mulvey Elementary School on East Cherry Street with 563 pupils; O'Neil Elementary School with 463 pupils; the Morrow Elementary School (which is in Islandia) on Sycamore Avenue with 596 pupils; the Early Childhood Center with 389 pupils; Reed Junior High School on Half-Mile Road with 724 pupils; and Central Islip High School on Wheeler Row, with 1,250 pupils.

Connetquot has ten schools: Cherokee Street Elementary School, Edith Sloup Elementary School, Helen B. Duffield Elementary School, Ronkonkoma Junior High School, Connetquot High School, John Pease Elementary School, Sycamore Avenue Elementary School, Edwin J. Bosti Elementary School, Oakdale-Bohemia Road Junior High School, and Idle Hour Elementary School. .

The additional number of schoolchildren that will be generated by the Village will be small. Very little vacant land remains which is zoned for residential use. The number of new residential units that could be accommodated under current zoning would be approximately 80. Of this, a high proportion are multi-family units which historically provide few children of school-going age. The additional number of schoolchildren generated in Islandia would be too few to have even a marginal impact on school facilities in the three school districts, especially if one considers how small a proportion of the students in these districts come from Islandia as compared to other jurisdictions.

## 2.65   LIBRARY DISTRICTS

The library districts which serve Islandia are coterminous with the boundaries of the school district: the Hauppauge Library District, the Central Islip Library District, and the Connetquot Library District. The Connetquot Library District has a library located in Bohemia, which has 150,000 volumes and is open Monday to Friday from 10 AM to 9 PM and Saturdays until 6 PM. Central Islip's library is located on Hawthorne Avenue and has 82,000 volumes. Hauppauge has no library; however, residents may utilize other libraries within Suffolk County, if they pay an annual fee of $219. For those Islandia residents who are within the Connetquot or Central Islip Library Districts, approximately the same amount is assessed (through property taxes) for use of the library. The residents are also entitled to use the libraries in other jurisdictions which are part of the Suffolk County library system.

-78-

## 3.0    COMMUNITY RESIDENTS SURVEY

To elicit the input of all of the residents of the Village in determining their satisfaction with the quality of life in Islandia, and in helping to formulate goals and policies for directing the Village's long-term growth, a community residents' survey was undertaken.

The survey was mailed to each and every resident of the Village in the spring of 1994, a copy of the original of which is reproduced in Appendix A of this document. Of the 880 surveys sent out, 146 were returned, a 17 percent response rate, which is sufficient to be considered a representative sample of the total population. The survey asked a total of 18 questions, some of which called for multiple responses, and were divided into five categories. The actual responses to the surveys are shown in Table 21.

### Demographic Information

The first portion of the survey—questions 1 to 7—asked for certain basic demographic data. The purpose was not necessarily to utilize this data in place of the census data (which is obviously more comprehensive and accurate), but to supplement this data, and to verify that the sample of residents who responded was representative of the total population. In general, a comparison of the demographic characteristics of the survey did mirror the census data (for example, the median household size in the survey was 3.3 persons, while the census showed 3.15 persons), although the respondent population may have been skewed more towards single-family homeowners (92 percent in the survey versus 79 percent in the 1990 census), and homeowners (99 percent in the survey versus 74 percent in the census) than actually exist in Islandia. Nevertheless, the responses in the survey were felt to provide a very good barometer of the overall residents' opinions with respect to future growth and development.

### Quality of Life

The second category of questions asked Village residents their opinions as to their overall satisfaction with the quality of life and the community services provided to them in Islandia, as well as suggestions as to how these deficiencies could be remedied (questions 8 to 14). In response to question 8, what were the best 3 things about living in Islandia, the top three responses (proximity to the LIE, proximity to Islandia Center and its central location) all have to do with Islandia's excellent

ISL002512

Table 21

Results of Community Residents Survey in Islandia

1.  How many people, including yourself, live in your household?

    Average: 3.3 persons

2.  What type of housing unit do you live in?

    | | |
    |---|---|
    | Single-family home | 92% |
    | Townhouse | 6% |
    | Apartment | -- |
    | Other | -- |
    | Don't know | 2% |

3.  Do you own or rent your home?

    | | |
    |---|---|
    | Own | 99% |
    | Rent | 1% |

4.  How long have you lived at your present address?

    Average: 14.2 years

    In Islandia?

    Average: 13.1 years

5.  In what school district do you live?

    | | |
    |---|---|
    | Central Islip | 78% |
    | Hauppauge | 6% |
    | Connetquot | 4% |
    | Don't know | 1% |

6.  In what town do you and/or your spouse work?

    | | |
    |---|---|
    | Retired | 15% |
    | Unemployed | 10% |
    | New York City | 9% |
    | Central Islip | 8% |
    | Hauppauge | 8% |
    | Islandia | 6% |

-80-

ISL002513

7.  How do you or your spouse travel to work?

    | | |
    |---|---|
    | Car | 72% |
    | Train | 12% |
    | Van | 2% |
    | Don't work/Retired | 14% |

8.  What are the 3 best things about living in Islandia?

    | | |
    |---|---|
    | Proximity to LIE | 30% |
    | Proximity to Islandia Center | 27% |
    | Central location | 21% |
    | Small neighborhood community | 21% |
    | Responsive local government | 15% |

9.  What are the 3 worst things about living in Islandia?

    | | |
    |---|---|
    | Central Islip School District | 32% |
    | High taxes | 30% |
    | Traffic on LIE/Nichols Road | 16% |
    | Poorly repaired/dirty roads | 12% |
    | Illegal two-family homes | 10% |

10.  How do you rate the following conditions in Islandia?

    | | Great | Could Be Better | Poor | Don't Know |
    |---|---|---|---|---|
    | Traffic on highways | | X (4) | | |
    | Traffic on local roads | | X (2) | | |
    | Property taxes | | | X | |
    | Appearance of main roads | | X (1) | | |
    | Appearance of residential streets | | X (2) | | |
    | Commute to work | X (4) | | | |
    | Drainage/flooding conditions | X (5) | | | |
    | Shopping opportunities in the area | X (1) | | | |
    | Quality of office development | X (2) | | | |
    | Quality of industrial development | X (3) | | | |
    | Sidewalks | X (9) | | | |
    | Greenbelt | X (7) | | | |
    | Street lighting | X (6) | | | |
    | Entrances to the Village | X (8) | | | |

(The number in parentheses ( ) indicates order of frequency, from highest to lowest.)

ISL002514

11. How do you rate the following services in the area in which you live?

|  | Great | Could Be Better | Poor | Don't Know |
|---|---|---|---|---|
| Police protection | X (7) | | | |
| Fire protection | X (1) | | | |
| Other emergency services | X (3) | | | |
| Schools (in your district) | | | X | |
| Day care and preschools | | | | X |
| Road maintenance | | X | | |
| Snow removal | X (4) | | | |
| Garbage collection | X (5) | | | |
| Library services | X (2) | | | |
| Parks and recreation services | X (6) | | | |

(The number in parentheses ( ) indicates order of frequency, from highest to lowest.)

12. What suggestions would you have to improve those items in #9 and #10 which you rated poor, or could be better?  (Please specify which problems you are addressing)

| Unify/change School District | 26% |
|---|---|
| Decrease taxes | 13% |
| More policing | 10% |
| Clean/repair streets | 9% |
| Clamp down on illegal 2-family homes | 6% |

(Percentages shown are proportion of respondents with the same approximate response.)

13. Do you think Islandia should be devoting more of its budget to these improvements?

| Yes | 47% |
|---|---|
| No | 24% |
| Don't know | 29% |

14. Would you be prepared to pay higher property taxes to make some or all of these improvements possible?

| Yes | 23% |
|---|---|
| No | 66% |
| Don't know | 11% |

15. How is Islandia different from other communities in the area?

| Sense of community | 11% |
|---|---|
| Attentive local government | 9% |
| Cleaner | 4% |
| Village Hall | 3% |
| Fragmented School District | 3% |

ISL002515

(Percentages shown are proportion of respondents with the same approximate response.)

16. How can the image of Islandia be improved?

|  | Yes | No | Don't Know |
|---|---|---|---|
| Better identification signage as you enter Islandia | X (3) | | |
| Better landscaping on major roads and entrances | X (2) | | |
| More shade tree plantings | X (5) | | |
| Distinctive street signs | X (5) | | |
| Better maintenance of industrial properties | X (4) | | |
| More corporate office development | | X | |
| More shopping centers and large retail facilities | | X | |
| Better services to citizens | X (1) | | |
| Other suggestions | | | |

(The numbers in parentheses ( ) indicate order of frequency from highest to lowest.)

17. What would you like to see the last remaining vacant parcels in the residential areas developed for?

| | |
|---|---|
| Single-family | 68% |
| Multi-family | 6% |
| Seniors housing | 22% |
| Affordable housing | 3% |
| Other | 16% |
| Don't know | 3% |

18. What would you like to see the last remaining vacant parcels in the industrial/office areas developed for?

| | |
|---|---|
| Large office | 21% |
| Small office | 40% |
| Industries/warehouse | 9% |
| Retail facilities | 25% |
| Other | 16% |
| Don't know | 10% |

-83-

ISL002516

accessibility and centrality with respect to the highway and roadway network. The fourth and fifth most frequent responses—small neighborhood community and responsive local government—reflect the Village's residents appreciation of the small village-like scale of its neighborhoods, their sense of local control, and their ability to influence local decision making.

In response to question 9, the worst three things about living in Islandia, the responses were varied. The greatest dissatisfaction expressed related to the quality of education afforded by the Central Islip School District (in which 78 percent of the respondent households live). This concern was repeated and expressed with regard to the Hauppauge and Connetquot School District as well as at the public hearing held to discuss the survey and the comprehensive plan at the Village Hall in May 1994. The second most frequent complaint was high property taxes, which is in many ways connected to the complaint regarding the school district. This is because the most substantial portion of the overall property taxes levied on property owners in Islandia goes towards paying for public education, and also because the Village administration has little control over either the quality of education or the high property taxes. The portion of property taxes devoted to municipal purposes is very small overall, and in fact very reasonable when compared with other jurisdictions in the area. Also, as Village residents make up only a small portion of the schoolgoing population in the three school districts of which they are part, the Village's ability to influence change is limited. (Unfortunately, as pointed out in the introduction, the operation of a school district and quality of education are beyond the scope of a comprehensive plan.)

Traffic congestion on the LIE/Nichols Road and poorly paved and dirty roads were the third and fourth most frequent complaints. With respect to congestion, much of it is caused by pass-through traffic which is regionally generated and not a direct result of development or land use policies within Islandia itself. Islandia's network of highways and secondary roads is therefore a two-edged sword—making the Village extremely accessible on the one hand but also prone to congestion on the other. As discussed extensively in Section 2.4 of this document, some of the necessary improvements to address traffic congestion are planned; however, it is evident that the increased traffic generated by the few remaining large vacant non-residentially zoned parcel in Islandia must be reviewed with respect to its potential to worsen traffic congestion in the Village.

With respect to the response on the quality of paving and cleanliness of local roads, much has already been achieved in the past 10 years in both respects. Many roads have been repaved and

-84-

street cleaning has been improved. Obviously there are a few more roads which require such attention.

The presence of illegal two-family homes was the fifth most frequent complaint. This problem was echoed at the public hearing, and received much attention. The Village has in the past few years devoted a substantial effort to identifying and prosecuting such offenders, but this remains a difficult problem. The first is that such conversions are extremely difficult to identify, since often there is little outward sign of the presence of the second family, and second because the prosecution often requires extensive testimony by neighbors and proofs as to occupancy, which is time-consuming and expensive. Nevertheless, the Village has successfully prosecuted illegal conversions and is committed to continue to do so. However, since there are not many affordable housing opportunities in the region for those whose incomes are and will remain low, and as housing costs continue to rise and outstrip income even at the middle income level, illegal conversions may continue to occur.

## Conditions and Community Services

When asked to rate a series of conditions in Islandia (the third category of questions), the results proved extremely encouraging. Only property taxes (discussed above) were rated poor, and only traffic and the appearance of highways and local roads were deemed by a majority of residents as "could be better." The remaining conditions were all described by a majority of residents as great, including (in order of highest satisfaction): shopping opportunities in the area, quality of office development, quality of industrial development, commute to work, drainage/flooding conditions, street lighting, greenbelts, entrances to the Village, and sidewalks. What is particularly encouraging is the fact that many of these conditions are a direct result of the Village's policies, decision making and devotion of capital improvements monies over the past 10 years since its incorporation. In other words, the efforts and money spent to improve these conditions which were problematic 10 years ago have paid off and are appreciated by the residents.

With respect to rating the quality of community services provided to Islandia residents, the results were similarly encouraging. While schools were rated as "poor" (see discussion above) and road maintenance was felt to be in need of improvement, the remaining community services were

-85-

ISL002518

deemed by a majority of residents as "great."[7]  In order of level of satisfaction (highest to lowest), services rated as "great" were fire protection, library services, other emergency services, snow removal, garbage collection, park and recreation services, and police protection.

When asked to suggest ways in which the deficiencies and problems rated as poor could be improved, there were a variety of answers.  The five most frequent responses (in order of frequency) were: unifying or changing the school districts (which is beyond the legislative authority of the Village or other municipal jurisdictions), decrease taxes (see discussion above), provide more policing (despite the earlier majority response that police services were "great"), clean and repair streets, and clamp down on illegal two-family homes (both of which are discussed above).  While forty-seven percent of the respondents urged the Village to devote more of the municipal budget to resolving these problems, only twenty-three percent said they would be prepared to pay higher property taxes to make such improvements possible.

### Image of Islandia

The fourth category of questions related to the "image" or public "perception" of Islandia (questions 15 and 16).  The question as to how Islandia was different from other communities in the area elicited a wide range of responses, indicating that the residents of Islandia do not have a strong sense of identity.  Whereas the residents' responses to questions relating to the quality of various conditions and the quality of community services was extremely high, such an outlook is not tied to the Village's direct efforts in improving these conditions in the past 10 years.  Such lack of appreciation may merit direct efforts at increasing such awareness and a public relations effort which would further improve the Village's efforts to attract high quality and desirable development in the future.  The five most frequent responses to the question regarding how Islandia is different from other communities in the area were: a sense of community, attentive local government, that Islandia is cleaner than other communities, the presence of the Village Hall (all positive responses), and the fragmented nature of the school district (the only negative response).

Despite the general overall satisfaction expressed in earlier questions with regard to conditions and community services, the residents felt the image of Islandia could be improved by means of the

---

[7]Insufficient responses on the quality of day care and pre-school prevented a rating from being considered representative.  However, of those who responded, the most frequent response was "could be better."

ISL002519

following (in order of most frequent response): better service to citizens, better landscaping on major roads and entrances, better identification signage as you enter Islandia, better maintenance of industrial properties, more shade tree plantings, and distinctive street signs. The only two responses residents felt would not improve the image of Islandia were more corporate office development and more shopping centers or large retail facilities.

## Development of Remaining Vacant Parcels

The fifth and final category of questions related to residents' opinions as to how the remaining vacant parcels in the Village should be developed (questions 17 and 18). In residential areas, the residents' overwhelming preference was for single-family development (68 percent), followed by seniors housing (22 percent). Some residents wished to see the acquisition of such space for open space usage or greenbelt expansion, while multiple family housing (6 percent) and affordable housing (3 percent) received the lowest responses.

With respect to vacant parcels in the industrial/office areas of the Village, the residents' preference was for small office development (40 percent). Retail facilities and large office development elicited lukewarm responses (25 percent and 21 percent respectively), while industries/warehouses received the lowest response (9 percent).

As to the overall conclusion of the survey, there is generally a high degree of satisfaction in the quality of life offered in the Village, and with the physical conditions and services offered to the residents. School district, property taxes, road conditions, congestion and cleanliness are the major areas of dissatisfaction, and small incremental changes and improvements rather than a fundamental change in policy or direction for future growth are suggested.

ISL002520

## 4.0    PLAN FOR THE FUTURE

## 4.1    CONSTRAINTS AND OPPORTUNITIES FOR FUTURE DEVELOPMENT

### 4.11    PHYSICAL ENVIRONMENT

Based upon the analysis of existing conditions in the Village of Islandia, certain constraints to future development emerge, while at the same time opportunities for growth and redevelopment are evident. These constraints and opportunities, which are articulated in this section, serve as the basis upon which the comprehensive plan is formulated.

### Constraints

1.    A portion of Islandia within headwaters of Connetquot River, which substantially restricts the type and density of development permitted in these areas.

2.    Concern over quality of water recharged into the Magothy aquifer, which is the primary source of drinking water on Long Island.

3.    Noise generated by heavy traffic or highways and secondary roads which run throughout the Village.

### Opportunities

1.    Relatively little land has major environmental constraints within Islandia (most of which are on public lands), such as freshwater wetlands, land within 100-year floodplains, steeply sloped lands, and land with shallow bedrock or areas with seasonal high groundwater.

2.    Soil types generally conducive to urban development, including sewage disposal, home sites, street and parking lots, and to a lesser extent, lawns and landscaping.

3.    Generally good air quality and the absence of major sources of pollutants, except for localized areas of traffic congestion where carbon monoxide emissions may exceed air quality standards.

ISL002521

## 4.12   LAND USE AND ZONING

### Constraints

1.   Few remaining vacant parcels zoned for new single-family homes, and increasing prices for such homes, making them less affordable to new families.

2.   The continuing illegal conversion and use of single-family homes for two or more families.

3.   The continuing pressure for large single user retail facilities at unsuitable locations and with the potential for diminishing the quality of life for residents of the Village.

4.   Poorly maintained and unsightly industrial developments in certain locations with lack of ade-quate street lighting and landscaping, with continued illegal outdoor storage and debris, poor on-site drainage, poorly laid out parking, access and on-site circulation, and unattractive buildings.

5.   Continued weak market for new industrial and office space, and the presence of a number of such buildings which have been vacant for a long time.

6.   Pressure for the conversion and development of farmland properties which are essential to Islandia's rural image and link to its agricultural past.

7.   Need for clarification and more user-friendly zoning code.

### Opportunities

1.   Stable, desirable, well-maintained single-family residential neighborhoods buffered from com-mercial developments and busy roads, and conducive to a good quality of life.

2.   A continuing increase in the value of Islandia's housing stock, in addition to reasonable rates for rental housing.

3.   The availability of land which is suitable and zoned for multiple-family developments.

ISL002522

4.    A new and successful community shopping center which provides for a wide range of residents' daily and weekly shopping needs.

5.    The presence of two well-run hotels servicing visitors and business-related travelers who visit the area.

6.    The presence of a number of prestigious corporate and speculative office developments which has enhanced Islandia's image as a major commercial center on Long Island.

7.    The presence of a large number of smaller wholesale, manufacturing, business and professional tenants in Islandia's large industrial/office areas.

8.    The presence of a number of strategically located vacant parcels in the industrial and office areas suitable for high quality new development.

9.    A new, attractive Village Hall and the availability of additional land adjacent to the Hall to develop facilities to serve the Village should such needs arise.

10.   The presence of a large greenbelt preserve, which helps to foster a rural image and provides a source of passive recreational opportunities for residents.

11.   The existence of a detailed and thoughtfully formulated zoning code which has carefully controlled and guided land use decisions in the past.

## 4.13  POPULATION AND HOUSING

Constraints

1.    A population which is increasing at either end of the age spectrum (young children and the elderly), which groups demand and consume a disproportionate share of community services.

2.    The continued presence of a portion of the population of low income for which housing opportunities are limited.

ISL002523

3.    Dependency for most of the Village residents on the private automobile as the primary means of travel to work and for other travel purposes.

Opportunities

1.    Increasing affluence among the Village residents at the middle and upper income segments.

2.    Shift of occupations from technical/sales to managerial and professional.

3.    Relative stability in the proportion of unemployed persons in the labor force despite increasing unemployment levels in Suffolk County and Long Island in general.

4.    Relatively new housing stock that is well-maintained and increasing in value.

5.    More affordable rental levels relative to income growth over the past decade.

6.    A "normal" vacancy rate at the present time and thus a balanced housing market.

## 4.14  TRAFFIC AND TRANSPORTATION

Constraints

1.    Increased traffic volumes on several highways passing through Islandia resulting in conges-tion and delays.  Such conditions will deteriorate further if planned roadway improvements are not constructed as development and traffic increases.

2.    Increasing volumes of traffic on secondary roads and poor levels of service at several key intersections in Islandia, creating excessive delays.  Nichols Road, in particular, has increas-ingly become the focus of high traffic concentrations from vehicles passing through the Village to and from other areas and major developments.

3.    Over utilized train service and lack of available parking at closest LIRR stations to Islandia.

4.    Infrequent and limited bus transportation.

ISL002524

Opportunities

1.     The confluence of several major highways makes Islandia extremely accessible to the region and a highly desirable location for office and industrial development.

## 4.15   UTILITIES AND INFRASTRUCTURE

Constraints

1.     Absence of a public sewer authority in the Village and lack of available sewer capacity at regional plants to serve new development in Islandia.

Opportunities

1.     Adequate provision and capacity for electrical service, potable water and garbage collection.

## 4.16   COMMUNITY SERVICES

Constraints

1.     Relatively little control or influence over the provision of many community service by the Village of Islandia, and an inability to substantially improve such services.

2.     In particular, concern over the quality of education afforded to Islandia schoolchildren by the regional school districts serving the Village.

3.     Vandalism, lack of patrols and street lighting in the industrial areas of Islandia.

4.     Concern over the quality of some local roads which have not been repaired or repaved.

ISL002525

Opportunities

1.  High degree of satisfaction of the residents with police, fire, emergency, and library services, garbage collection, snow removal, and parks and recreational services in the Village.

2.  A diligent and attentive local administration, which has the support of the Village residents.

**4.17 MISCELLANEOUS**

Constraints

1.  Concern over the ever-increasing property tax rate, little of it which is under the control of the Village Board of Trustees or utilized for municipal purposes.

2.  Lack of a defined image for the Village and a perceived differentiation of the Village from surrounding communities.

3.  Lack of attractiveness of certain strategic parcels and gateway properties into Islandia, which are in need of remediation.

Opportunities

1.  Strong local economy and local leadership, and a local administration in favor of good quality development, balanced growth and committed to increasing the quality of life for all residents.

2.  Proven ability to tackle local problems and increase the quality of services: for example, roadway and sidewalk improvements, improvement of drainage and flooding conditions, maintenance of low property taxes apportioned for municipal purposes, successful defense of zoning decisions and prosecution of illegal two-family homes, attraction of major commercial developments and commitments for privately-funded public improvements.

3.  A serious commitment to future comprehensive land use planning and implementation of the means necessary to accomplish the plan.

ISL002526

## 4.2    GOALS AND POLICIES

The following goals and policies are based upon the constraints and opportunities raised in the above section, and upon the analysis of existing conditions and the results of the community survey in the preceding two chapters. The goals and policies are meant to be general guidelines for development, rather than hard and absolute controls or regulations for development. The goals and policies provided below are listed according to topic and land use.

### Physical Environment

**Goal.** Regulate land use development in areas of environmental sensitivity, in a manner which will not degrade the water quality of the Connetquot Brook or the underlying groundwater aquifers, and avoid exposing residents to increased levels of noise.

**Policies.** Restrict the density of development in the headwaters of the Connetquot Brook, and areas within the Village's greenbelt preserve. Avoid juxtaposing high intensity uses whose hours of operation are outside that of the normal working week, and which generate substantial levels of traffic, with existing residential areas of the Village or locating such uses on already congested secondary or local roads used by Village residents.

### Single-Family Residential Uses

**Goal.** Maintain the quality of life, stability and character of existing single-family neighborhoods.

**Policy.** Restrict the conversion of single-family homes to two-family homes, and the development of two-family and multi-family homes in single-family zones. Separate the development of non-residential uses from existing single-family homes and provide for buffering and/or transitional uses where they are located in proximity to one another. Avoid placing traffic-generating non-residential uses in such locations where congestion on local or secondary roads which run through single-family residential neighborhoods would be exacerbated.

ISL002527

**Multi-Family Residential Uses**

**Goal.**  Provide for a balanced and diversified housing stock in Islandia to meet the needs of all of its residents.

**Policy.**  Permit townhouse, apartment and senior housing at reasonable densities on sites which are appropriate for such use.

**Retail Uses**

**Goal.**  Maintain the current level of retail development in the Village and provide goods and services which meet the needs of Village residents.

**Policy.**  Restrict retail development only to those areas where it currently exists, and at levels which will not create unwanted noise, traffic on local or secondary roads, and especially where such uses may impact existing residential areas.  Curtail the possibilities for large single user retail facilities to locate in non-retail designated areas, where they will have a substantial negative impact on the quality of life in the Village.  Provide for uses, density and site improvement controls which avoid strip development and instead encourage the redevelopment of deteriorated retail areas for both small office and certain retail uses which serve local community needs.

**Office/Industrial Uses**

**Goal.**  Promote high quality industrial and office development in those areas which have been established for such uses, and in a manner which minimizes the potential negative environmental and community design impacts.  Encourage the redevelopment and improvement of environmental and aesthetic conditions in the older industrial areas, and encourage the re-tenanting of vacant industrial and office buildings.

**Open Space and Agricultural Uses**

**Goal.**  Preserve and protect the greenbelt preserve and agricultural lands in the Village.

ISL002528

**Policy.** Restrict the type and density of land uses permitted in the greenbelt preserve and existing viable farms through appropriate zoning controls, while still permitting private landowners a reasonable use of their property in a manner which is in keeping with the area's environmental conditions and land use character.

## Zoning

**Goal.** Make the zoning ordinance more user-friendly, to clarify regulations and to align the zoning controls in conformity with the goals and policies of the comprehensive plan.

**Policy.** Restructure the zoning ordinance along the lines of major land uses which are prevalent in defined areas of Village. Remove duplicative, redundant and ambiguous portions of the zoning code and provide greater levels of definition with respect to permitted uses and conditions under which special permit or special exception uses should be allowed.

## Traffic and Transportation

**Goal.** Ameliorate traffic congestion on secondary roads and local streets as well as intersections of these roads with highways and major arterials.

**Policy.** In determining permitted uses and densities within zoning districts, carefully consider the potential impacts of traffic generated by new developments on vacant parcels in the Village, as well as the potential redevelopment of underutilized parcels. In particular limit opportunities for new large single user retail facilities which generate high volumes of traffic generally, and are open on both weekends and in the evenings. In order to mitigate the potential for traffic congestion, to require and implement developer sponsored roadway improvements and require the implementation of traffic management practices (car pooling, flextime, shuttles to park and rides and train station, etc.) as part of the condition of approval. Examine the feasibility of extending Bridge Road as a secondary roadway to relieve congestion of Veterans Memorial Highway. Advocate, lobby and monitor the NYSDOT to institute planned roadway improvements with the input of the Village, and for Suffolk County Transit and the LIRR to improve public transportation services.

ISL002529

**Utilities**

**Goal.** Protect groundwater resources and make provision for sewage facilities for new developments and possible redevelopment, in an environmentally sound manner.

**Policy.** Require the development of drainage retention facilities which include measures to protect groundwater quality. Encourage the expansion of existing sewage treatment plants or the construction of new plants at appropriate locations to enable the remaining vacant parcels of land to be developed.

**Community Facilities**

**Goal.** Work with all jurisdictions and agencies responsible for the provision of community facilities in maintaining excellent levels of service for Village residents, and providing locations within the Village for new or expanded facilities should the need arise.

**Policy.** Reserve Village owned land, land owned by utilities companies and other publicly owned land for the potential development of new community facilities or utilities, and provide for the development of such facilities in the zoning code.

## 4.3   COMPREHENSIVE LAND USE PLAN

### 4.31   BASIS FOR THE LAND USE PLAN

The comprehensive land use plan is based upon the goals and policies described in the preceding section. The plan attempts wherever possible to be consistent with, or to the extent possible, reconcile the following factors: existing land uses and land use character of the surrounding area; existing and potential infrastructural capacity, including the roadway network; existing zoning regulations; physical environmental constraints; and market and development realities. Each is described in more detail below.

ISL002530

### Existing Land Use and Land Use Character

It is of primary importance for the Village to formulate a plan which is consistent with existing land uses so as to avoid creating non-conforming uses, but only insofar as the current use is appropriate and viable. In certain circumstances, however, where existing uses are incompatible with the surrounding area or would benefit from being able to redevelop into new uses, it may, for public purposes, be necessary to depart from this rule. Further, the existing land use character of the neighborhood or surrounding uses is important in determining the use and intensity to which vacant or underutilized parcels of land are developed or redeveloped.

### Infrastructural Capacity

The extent to which the existing or potential infrastructure can support new development or redevelopment is essential in formulating the land use plan. The capacity of the roadway network, or the availability of sewerage services or potable water to support the type and density of development, is of great concern. At the same time, this must be accomplished without adverse environmental impacts or diminishing the quality of life for residents and workers in Islandia.

### Existing Zoning

To the extent that the uses permitted and bulk standards called for in the existing zoning code are appropriate and reflect the character of land uses which exist in the Village, no change to the comprehensive land use plan is called for. However, the comprehensive plan does suggest certain changes to the zoning code would be appropriate, such as the need to create new designations (e.g., to protect greenbelt or agricultural areas), to combine some duplicative districts (the Business 1 and Business 2 districts, for example), or for a clearer demarcation of uses within other designations (for example, the Industrial districts would benefit from a disaggregation into a number of zones—an office, office/industrial and industrial designation.

### Physical Environmental Constraints

The physical environment often constrains the location, type and intensity of development that land can accommodate. This must be taken into account such that negative environmental impacts are avoided.

-98-

Market and Development Realities

The market for certain types of uses and their intensity is an integral and necessary part of the land development process. Such realities—both in terms of what the market calls for and what is realistically supportable—must be taken into account in a comprehensive land use plan.

## 4.32   LAND USE DESIGNATIONS

The comprehensive land use plan for Islandia is shown in Map 9 and described according to each of the eleven land use designations.

### GREENBELT

This designation covers all publicly owned land—State of New York, County of Suffolk, Town of Islip and Village of Islandia—which has been designated either as "greenbelt," "woodland preserve," or which contains restrictions on development which essentially limit its use to open space or passive recreation. Also included in the 35.62 acre property deeded to the Town of Islip as part of the approval for the development of 67 cluster single-family units on the Dicanio Homes property. Since this 35.62 acre parcel represents the "open space" portion of the cluster development, and since it is owned by a public entity and because it falls within the New York State's Wild and Scenic River Recreational System, it has been included in the Greenbelt designation.

The greenbelt is a large, mostly contiguous area of land located along the eastern and southern boundary of the Village. It is comprised mostly of naturally vegetated open space, save for a series of interconnected walking or hiking trails and the handicapped-accessible Lakeland County Park on Johnson Avenue. The greenbelt preserve serves an important function in the overall land use scheme: it protects environmentally sensitive areas, it adds to the rural character of the Village, it lessens the overall density of development, it provides the residents with opportunities for passive and active recreation, and it is an educational resource.

Given its ownership and the purpose for which various public agencies acquired properties in the greenbelt preserve, it is very unlikely that such lands would be developed other than for passive recreational purposes. However, its inclusion in a residential designation in the 1987 Development Plan and its inclusion in the Residence AA District in the current zoning code, which permits single

ISL002532

PROPOSED COMPREHENSIVE
LAND USE PLAN

ABELES PHILLIPS PREISS & SHAPIRO, INC. 1994

SINGLE FAMILY LOW DENSITY

SINGLE FAMILY MEDIUM DENSITY

MULTI-FAMILY RESIDENTIAL

RETAIL

COMMUNITY RETAIL

INDUSTRIAL

OFFICE/INDUSTRY

OFFICE

PROFESSIONAL OFFICE

AGRICULTURE

GREENBELT

0    400    800

FEET

ISL002533

family homes on 20,000 square foot lots and other community uses, does not connote a policy of preservation and conservation. For this reason, it has been afforded a separate "greenbelt" designation in this plan. Furthermore, to assure its protection from development in the future, which is contrary to this policy, it is recommended that a separate zoning district should be created. Uses permitted should include open space uses and all forms of passive recreation (nature walks, hiking trails, camping).

## AGRICULTURAL

The purpose of this designation is to delineate those areas of the Village where agricultural uses have occurred, and to provide continued opportunities for farming. There are two parcels in the Village which are included in this designation: the Smalls farm (9.9 acres) and the Levitt Stables (7.4 acres), both active farms located on Old Nichols Road. As stated previously, their preservation as working farms are important in maintaining a link to Islandia's more agricultural past, and in helping to maintain a more rural atmosphere.

The principal uses for which this designation is intended are agricultural—production of crops, orchards, animal husbandry, nurseries, timber tracts, riding stables, farm or wildlife zone preserves— and supportive facilities customarily associated with farming operations. Compatible activities such as roadside farmstands, guest accommodations, petting zoo, kennels, museums, camps and the like are also appropriate. While residential uses cannot be precluded, single family residential uses at low densities should be permitted, again with mandatory cluster provisions which ensure the bulk of the property is retained for active agricultural uses. For example, the permitted density may be one lot per three acres, with the requirement that such lots be no less than 20,000 s.f. but no more than 30,000 s.f in size. Thus, on the 9.9 acre Small's farm, the number of homes permitted would be three, but only two acres would be developed, leaving almost eight acres in active farming (the latter which would be a condition of approval).

ISL002534

## SINGLE-FAMILY—LOW DENSITY

This designation applies to all areas developed for single family uses outside of the triangular area bounded by the LIE on the north, Veteran Highway/Sycamore Avenue to the southwest, and the Village Hall and Nichols Road to the southeast. Areas included are: the Village Hall and the adjacent vacant tract; the area bounded by Nichols Road to the west, the Village greenbelt preserve to the south and east, and the LIE to the north; a number of single family developments to the east and west of Nichols Road north of the LIE; a cluster of single family homes on Shafter Street and south of Motor Parkway; a subdivision on John's Way and the adjacent single family homes on Motor Parkway between Hoffman Lane and Blydenburgh Road, and a cluster of single family homes on Motor Parkway just south of Bridge Road.

These areas have, for the most part, been developed on lots of a half acre to three-quarters of an acre and are somewhat varied in age and design. A few infill parcels remain for future development. Given the existing character of development in these areas, new single family homes should be permitted on lots of the same size, i.e., half acre.

The only change with respect to zoning would be to drop the Residence AAA district from the zoning code which covers a few small areas on the western side of the Village. Since lots in these areas are already in many cases smaller than required in this zone (half to three-quarters of an acre lots, whereas the minimum size lot called for is 40,000 square feet), retention of this zone merely creates a series of non-conforming lots.

## SINGLE-FAMILY—MEDIUM DENSITY

This designation applies to the triangular area of the Village bounded by the LIE, Veterans Memorial Highway/Sycamore Avenue, and Nichols Road. This area contains single family homes on lots of a quarter acre or slightly larger in size and is virtually fully developed. Current zoning for this area, Residence A District with a minimum lot size of 11,250 square feet, should be retained for this entire area.

ISL002535

MULTI-FAMILY RESIDENTIAL

This designation applies to areas of the Village where multifamily residential development exists—
the Silver Wood Townhomes, Townhouse Village Condominiums, the Islandia Adult Homes—and a
number of other parcels that have heretofore been zoned and intended for multi-family develop-
ment—the Greenbelt Townhouse, Inc. parcel on Nichols Road and the five acre parcel on Blyden-
burgh Road north of the Islandia Adult Homes. Two small parcels across the road from Silver
Woods Townhomes would also retain its multi-family designation. One additional vacant parcel
receives this designation: the 2.6 acre parcel belonging to Fred Colon east of Nichols Road. This
parcel would serve as a transitional use between the retail uses on the North Service Road of the
LIE and the single family uses behind it.

The multi-family residential designation both recognizes existing multi-family development and pro-
vides the opportunity for Islandia's housing stock to become more balanced by allowing for the de-
velopment of a variety of housing types at higher densities (townhomes, apartments, and senior
housing) on vacant parcels. Despite the fact that many of these parcels have been zoned for multi-
family use for some time, and in fact in two cases was approved for such development, such devel-
opment has not occurred. Nevertheless, the locations and the housing types and densities permit-
ted by current zoning should be retained in order to provide a more balanced housing stock in the
Village.

COMMUNITY RETAIL

This designation covers the parcel of land which encompasses the Islandia Center, the 287,000
square foot community shopping center on Veterans Highway. This land use is sufficiently different
both in its form and size to merit its own land use and zoning designation. Essentially, the zoning
provisions for the Center, expressed as a special exception use in the Industrial District and
Industrial Corridor District (into which the Center currently falls), embodies the types of use, bulk
regulations and site development standards under which the Center was developed and which this
designation should continue to follow. There are no other parcels in Islandia, either vacant or
developed for retail uses, for which this designation is suitable.

ISL002536

RETAIL

For a Village of its size, Islandia has both a large variety and large number of retail facilities as well as a substantial amount of floor area devoted to retail areas, especially relative to its small population. There is no need to add to either the type or the amount of retail services which are provided; to the contrary, the addition of further retail uses, especially large single user retail facilities, membership clubs or shopping centers, would only exacerbate land use and traffic conflicts which already exist. Opportunities for further retail expansion need to be curtailed by removing retail as a permitted use in all areas (e.g., industrial, office/industrial and office) save for those designated specifically as "retail" or "community retail."

This designation covers most of the existing retail uses outside of the Islandia Center which exist in the Village: the myriad of gas stations and convenience stores in the Village, a number of free-standing retail uses off Nichols Road and Motor Parkway, and a few small parcels with limited depth adjacent to Islandia Center with frontage on Veteran Memorial Highway. The designation of retail for gas stations and convenience stores would allow for their continuation as uses which serve the daily needs of the residents. It should be noted that no vacant parcels have been provided with such a designation since the Village has more than a sufficient number of gas stations and convenience stores. The area on Veterans Highway south of Islandia Center also is provided with a retail designation. This area is somewhat rundown and would benefit from a different set of standards than the current zoning allows. Whereas the current Industrial Corridor District regulations which covers this area are suited to larger, deeper parcels on Veterans Highway where the requirements call for a limited number of access points, large setbacks from the highway and larger comprehensively designed office/industrial developments, such regulations are not appropriate for these smaller parcels which cannot meet such restrictions. Such zoning discourages redevelopment of these smaller parcels, and has led to their general decline. To allow newer, more profitable uses to replace the current uses, regulations relating to the setback of buildings and parking from the Highway should be relaxed and both professional office and smaller neighborhood-serving retail uses should be permitted. In this manner, this area may be redeveloped with more viable and attractive smaller enterprises.

ISL002537

It should be noted that some parcels devoted to retail use have not been included in this designa-
tion. The hotels in Islandia are more directly tied to the corporate and speculative office develop-
ments. It would be appropriate to permit hotels within such designations, rather than have special
hotel or retail zones applied to these parcels.    In the remaining cases, existing retail uses excluded
from a retail designation in this comprehensive plan are located in areas whose land use character
and surrounding uses suggest that office or office/industry type of uses are most appropriate, e.g.,
the area between the LIE and North Connecting Road, or the retail uses north of Islandia Center on
Veterans Highway.

Notably, no vacant parcels in Islandia have been designated for new large retail uses. The primary
reason is that none of the vacant parcels located in the non-residentially developed areas are ap-
propriate for such uses. Their development for retail use would be incompatible with the adjacent
single family uses, and the adjacent corporate or speculative office developments. Furthermore, the
amount of traffic that would be generated would exacerbate existing congested secondary roads and
major intersections in the Village. Added to this is the potential for such retail uses to generate
activity during evening hours and or weekends when residents of the Village are at home. The sur-
vey of community residents also revealed a preference for office development over large retail uses.
The Islandia Center and the numerous gas stations and convenience stores in the Village more than
adequately provide for the daily, weekly and monthly shopping needs of Village residents. Under
these circumstances, office or office/industry uses were felt to be more suitable for the remaining
vacant parcels.

INDUSTRY

In the Islandia zoning code, the designation of Industry or Industrial Corridor District permits a wide
range of uses which include industrial and office uses as well as certain retail uses, community us-
es, and even motel and residential uses. This permissive zoning has in some situations placed
retail or office uses adjacent to industrial uses with which they are not fully compatible. Fortunately,
such circumstances are relatively few in number and the consequences therefore have not been
exceedingly negative. However, the existence of most of the larger vacant parcels of Islandia within
this district may permit new developments to be placed in locations   which are  unsuitable  for

ISL002538

their use or may indeed have a substantial deleterious impact on the adjacent uses. For example, a heavy industrial use could be located adjacent to a corporate office development, or an intensive large retail use could be placed in the midst of an industrial area.

To avoid such circumstances, the industrial designation in this plan is limited to areas which have been developed primarily for light industrial uses. (Areas devoted more to office or a mix of light industrial/office uses have been awarded a separate designation.) The Industrial designation has been applied to two areas. The first area includes the industrial properties south of Bridge Road on Oval Drive and the area bounded by Bridge Road and the Village boundary on the south, Motor Parkway on the west, Blydenburgh Road to the east and extending northward to all but the parcels which front on the South Service Road of the LIE and the Veterans Highway. Uses in this area are predominantly manufacturing and warehousing in nature. The second industrial area encompasses all property east of Sycamore Avenue, north of the LIRR right-of-way and west of Veteran's Highway, with the exception of a few small parcels which front on Veteran's Highway south of Islandia Center. Likewise, this area has been developed predominantly for manufacturing or warehousing uses.

The Industrial designation in this plan is meant to encourage manufacturing and warehousing uses to operate freely without the threat of potential nuisance suits from adjacent non-industrial types of users. Further, the bulk and site development restrictions, e.g., coverage, landscaping, access parking and aesthetics should be less restrictive than that required in other non-residential districts. This is in no way meant to encourage unattractive buildings or poorly maintained operations with outdoor storage and dumping, or a shortage of parking and landscaping. It merely recognizes that such standards need not be as strict for these uses as other areas of the Village where office or retail uses require a higher standard of development and operation. Furthermore, heavy industrial uses, which threaten the health and safety of the residents and/or diminish the quality of life by their off-site impacts, should continue to be prohibited. Retail uses would not be permitted within these areas. Restrictions regarding adult use should be retained and strengthened.

ISL002539

## OFFICE/INDUSTRY

By virtue of Islandia's permissive zoning and the recent real estate market shift in the Village which has made some of the industrially zoned land more profitable for office development than traditional industrial uses, certain areas now display a more mixed land use character. In these areas, lighter industrial uses, flex space (a combination of warehouse uses and office) and manufacturing plants which also devote substantial space to research and development and office, have been developed along with more purely office uses. To restrict such areas to purely office use would create a high number of unnecessary non-conforming uses and deny the existence and legitimacy of lighter industrial uses being able to coexist with office uses. At the same time, to designate these for all manner of industrial uses has the potential for downgrading the aesthetics and real estate value of these areas and diminishing their potential for high value office uses. As a result, a separate office/industrial designation has been formulated for these areas. Note that retail uses would not be permitted in these areas.

Areas in Islandia which have been given this designation are: the area east and west of North Bedford Avenue, which includes the Radisson Hotel, the Metroplex and Printex buildings, another office building, and several vacant parcels (i.e., land comprising the Parr Islandia Park); an area east of Blydenburgh Road and south of Motor Parkway inclusive of the Whitman Packaging and Cablevision complexes; and a band of parcels fronting on the South Service Road of the LIE and Veterans Highway extending from a point just east of Motor Parkway almost up to Islandia Center, which includes a mixture of industrial, office, hotel, and heavy retail uses (automotive repair).

## OFFICE

One of the most dramatic shifts in the land use pattern of Islandia in the past ten to twenty years has been the shift from industrial to office use. Several large and small speculative and corporate office developments have sprung up in Islandia, particularly along the service roads of the LIE and along Veterans Highway. Virtually all of these developments are located within the Industrial District of the current zoning code. As mentioned before, the code's permissiveness with respect to the types of uses permitted allow for the possibility of industrial, retail and other types of uses being established adjacent to these office developments, with which they are incompatible. To the extent that this occurs, the quality of the working environment of these office developments may be diminished, along with their aesthetic and real estate value. To avoid such a possibility, areas of the

ISL002540

Village whose established character is that of office development have been designated for office use only. No retail, warehouse or industrial uses would be permitted in these areas. It may be permissible to allow facilities which support and add value to office uses (e.g., hotels, health facilities, cafeterias, etc.) but which at the same time do not detract from their overall quality. The designation of certain areas in the Village for office use only, and the elimination of incompatible industrial and warehouse uses from such designated areas, sends a clear signal that Islandia is receptive to additional high quality custom and corporate office users (such as Computer Associates).

Such areas of the Village include: the quadrant west of Veterans Highway and north of the LIE, including such large-scale office uses as the Islandia Pavilion and the Met-Life Building, the buildings formerly occupied by Suffolk County Department of Health, the Sports Medicine building and the Emtrol Engineering Associates building; the area across the highway from this quadrant, incorporating the Staller office building and the two adjacent properties; the property encompassing Computer Associates and the adjoining vacant parcels on Motor Parkway; the area west of Nichols Road and north of the LIE, which has a few vacant parcels, two office buildings, a retail use and the Park-and-Ride Facility (its location adjacent to the Village Greenbelt and single family residential uses make office development most suitable in this area); and a triangular area bounded by the LIE to the north, Veterans Highway to the west, and Sycamore Avenue to the east, which is predominantly office in character. Retail uses would not be permitted within these areas.

PROFESSIONAL OFFICE

A few small parcels of land in the Village are located at the edge of single family residential areas, but have their frontage on busy highways, or the service roads serving such highways. Originally zoned for single family use, their exposure to noise and traffic have made them unsuitable for residential purposes. Their limited size and depth create difficulties in providing the parking and access required for retail use—especially those parcels which already have single family homes developed on them. Their visibility and access, however, do make them suitable for small office developments, particularly professional office developments which have a limited number of practitioners. Small parcels along the North and South Service Roads of the LIE in the area of Nichols Road and two shallow vacant parcels on Motor Parkway north and south of the LIE have been designated for this use. Retail uses would not be permitted within this designation.

ISL002541

## 4.4    PROJECTIONS OF GROWTH FOR THE FUTURE

### 4.4.1    LAND USE

In order to determine the potential impacts of the adoption of the comprehensive plan, and the im-
plementation of zoning which is consistent with the plan, projections of potential growth under a
build-out of all vacant and underdeveloped land was undertaken.  Two scenarios were utilized for
the projections:

(1)    Development under the existing zoning scheme; and

(2)    Development under the proposed comprehensive plan.

The amount of development projected under both scenarios assumed that the Village's vacant and
underdeveloped parcels would be developed at their maximum permissible density or floor area
ratio, except in cases where particular parcels were constrained by their size or shape or other
physical constraints.  For example, a substantial proportion of a parcel which is small, long and
narrow, may be necessary to accommodate yard setbacks, or to provide sufficient parking and ac-
cess in order to be able to meet the zoning requirements of the ordinance.  Under such circum-
stances it may not be possible to fully realize the maximum density or floor area permitted by the
zoning.  In these instances, a lesser density or floor area ratio was utilized.  The amount of devel-
opment projected under each of the scenarios shown in Table 22 and described in greater detail
below.

### Scenario 1:  Development Under Current Zoning

The maximum development possible under the present zoning is set forth as Column A in Table 22.
A total of 83 new residential units could be accommodated, of which 43 are single families and 40
are multi-family.  (The maximum density utilized for the multi-family projections are 6 units per acre.)
The majority of the new single-family units would be generated on the 35-acre Town of Islip parcel
south of Dicanio Homes with the remainder scattered throughout Islandia's residential zones on
smaller parcels and infill lots.  The multi-family units would be derived from the development of the
two vacant CA zoned parcels which were approved for such development, but whose approvals
have since lapsed.

ISL002542

Table 22

Projections of Growth for the Future

|  | Buildout Under Current Zoning | Buildout Under Comprehensive Plan |
|---|---|---|
| Residential Units | | |
| - Single-Family Units | 43 | 20 |
| - Multi-Family Units | 40 | 56 |
| Total | 83 | 76 |
| Non-Residential Floor Area (in square feet) | | |
| - Retail | 135,000 | 15,000 |
| - Industry | 239,000 | 189,000 |
| - Office | 655,000 | 880,000 |
| Total | 1,029,000 | 1,084,000 |

ISL002543

The total amount of non-residential floor area that would be generated in a full build-out scenario under current zoning is 1,029,000 square feet. This is based upon utilizing a floor area ratio of 0.35, the maximum permissible under current zoning in all non-residential districts except within the PB Professional Zone, where 0.25 was used. Of this 135,000 square feet would be retail, the largest of which would be a large single retail user on the 12.6 acre vacant site on Nichols Road. Industrial development would account for another 239,000 square feet, most of which would be located in the current industrial area west of Veteran's Highway and south of the LIE on several small and moderately sized parcels. New office development would account for an additional 655,000 square feet, most of which would be on the small and large vacant parcels north of the LIE in the industrial zone. (Office use was considered the highest and best use in these areas, even though zoning would also permit warehouse or industrial uses.) A few small parcels were also assumed to accommodate professional office development.

Scenario 2:  Development Under the Proposed Comprehensive Plan

Under the proposed comprehensive plan and zoning implemented to adopt the recommendations of the plan, a similar amount of overall development is projected (See Column B of Table 22). The difference, however, is in the type of development projected.

In the case of residential development, 76 total units would be generated; however, the proportion of single- to multi-family development would change. Only 20 homes would be single family—a drop caused by the rezoning of the large 35 acre parcel south of Dicanio homes to "Greenbelt" which would not allow residential uses. The number of multi-family homes would increase to 56 as a result of the rezoning of the Colon property from industrial to multi-family at a density of 6 units per acre.

Insofar as non-residential development is concerned, the amount of floor area would increase slightly to 1,084,000 square feet. The floor area ratio utilized for this projection is 0.35, the same as that for current zoning, except for professional office where 0.25 is used. However, the key change would be in proportion of land uses making up this total. Retail development would fall to only 15,000 square feet, chiefly through the elimination of retail uses in industrial zones and in limiting the amount of vacant land zoned for retail use. Industrial floor area would also decrease, to 189,000 square feet, since the number of vacant parcels permitting industrial type uses would also be restricted. Office floor area would increase to 880,000 square feet, resulting mainly from the

ISL002544

rezoning of parcels to office only use and an increase in the number of vacant parcels zoned professional office.

Overall, the amount of development projected under the comprehensive plan is not significantly different than what would occur under current zoning. The most significant differences under the comprehensive plan are the slightly higher proportion of multi-family development (even though total residential growth will be limited) and the higher proportion of office growth relative to retail and industrial development.

## 4.4.2  TRAFFIC

### Trip Generation

The projection of future conditions also requires the determination of the number of trips likely to be generated by future development. For Islandia, this includes trips generated by office development, retail development, industrial uses, and a range of residential uses (e.g., single-family houses, town-houses, etc.). The Institute of Transportation Engineers' (ITE) Trip Generation Manual, the standard traffic industry reference for making such projections, was used.

For full buildout of the Computer Associates site, the ITE trip generation rate for corporate head-quarters was used. Based on Computer Associates' previous approvals, 765,000 square feet of office space can be built, and would generate approximately 1,125 vehicle trips in the weekday AM peak hour and 1,071 trips in the weekday PM peak hour. Since weekend traffic issues are also a concern due to the substantial amount of retail space in the area, weekend activity levels at such corporate headquarters space was estimated to be about 10 percent of the weekday peak, or 110 vehicles per hour. (There are no weekend trip generation rates in the Manual.)

Current zoning also allows up to 655,000 square feet of other office space. Two trip generation rates are suggested by ITE, one for general office buildings and another for single-tenant office buildings, which generate trips at a slightly different rate. It is assumed that two-thirds of the projected office space would be of the general office variety, while the remaining one-third would be single-tenant type space. Overall, the 655, 000 square feet of additional office space would be expected to generate about 1,176 vehicle trips in the AM, 1,141 trips in the PM, and 115 trips in the Saturday peak hours.

ISL002545

About 135,000 square feet of retail development has been projected under current zoning. According to the ITE Manual, shopping centers are more modest generators of vehicle traffic than office space in the weekday AM peak, but are significantly more intensive in the weekday PM peak hour and on weekends (when office activity is extremely light). This amount of retail square footage would be expected to generate about 192 vehicle trips in the weekday AM peak hour, 787 trips in the weekday PM peak hour, and 1,066 trips in the Saturday peak hour. Some of these trips are generally considered "linked" trips or "diverted linked" trips. Whereas "traffic generation" generally refers to trips by vehicles that would not otherwise be on the roadway network, linked trips consist of vehicles that would already be on area roadways (e.g., en route home from work) but which would be "diverted" off of their routes in order to turn into a shopping center development. As a percentage of the total volume of trips generated by the retail development, the number of "linked" trips can vary significantly; it can sometimes be as high as 25 to 50 percent of projected trips. For the purposes of these analyses, however, a linked trip "credit" (or reduction) was not assumed.

Under current zoning, about 239,000 square feet of industrial space could be developed. For the purposes of selecting an ITE Manual category, they have been assumed to be "general light industrial" uses, which are described as facilities having fewer than 500 employees and an emphasis on non-manufacturing activities. Typical light industrial facilities include printing plants, material testing laboratories, and assemblers of data processing equipment. Such uses are lower traffic generators than either office or retail space. The 239,000 square feet of industrial space that would be allowed under current zoning would be expected to generate about 240 vehicle trips in the weekday AM peak hour, 258 trips in the weekday PM peak hour, and 29 trips in the Saturday peak hour.

Two types of residential uses have also been projected under the current zoning—single-family houses (43 units) and townhouses (40 units). Single-family houses are somewhat higher traffic generators than townhouses since they typically contain larger and more affluent families, which own more cars. According to the ITE Manual, single-family houses generate about one vehicle trip per house in the peak hours (slightly less in the weekday AM), while townhouses generate vehicle trips at about half that rate. Under current zoning, the sum of the residential development would generate about 54 vehicle trips in the weekday AM peak hour, 66 trips in the weekday PM peak hour, and 62 trips in the Saturday peak hour.

ISL002546

Thus, overall, full buildout of the Computer Associates site and full development under current zoning would generate a substantial volume of vehicle trips—about 2,787 trips in the weekday AM peak hour, 3,323 trips in the weekday PM peak hour, and 1,382 trips in the Saturday peak hour.

In addition to these trip projections, based on new developments in Islandia, additional traffic growth was factored to account for regional "background" traffic growth on the highways and arterials passing through Islandia. An annual growth rate of one percent was used, compounded annually over a 15-year period.[8]

### Scenario 1 — Roadway Volumes and Levels of Service Under Existing Zoning

The assessment of future level of service conditions focused on the busiest traffic period of the day—the weekday PM peak hour—as well as the Saturday midday peak shopping hour. The volume of vehicle traffic that could be generated under the current zoning was "assigned" to the roadway network on a parcel-by-parcel basis, and the background growth in traffic of one percent per year. As would be expected, the major highways passing through Islandia would carry the majority of this traffic, especially the LIE and Long Island Motor Parkway in the vicinity of Computer Associates.

Traffic volume increases along the LIE and its service roads would be substantial during peak weekday travel hours. In the weekday PM peak hour, Long Island Expressway volumes can be expected to increase by as much as 1,600 vehicles per hour (vph), total for both directions, near Veterans Highway (about 400 vph eastbound and 1,200 vph westbound) and by about 800 vph, again the total for both directions, near Nichols Road. Traffic volume increases on Long Island Motor Parkway would be nearly comparable (about 200 vph eastbound and 835 vph westbound near Veterans Memorial Highway; about 420 vph eastbound and 130 vph westbound near Nichols Road).

---

[8]In many analyses such as this, no attempt is made to project potential development and quantify the traffic that it would generate. Instead, traffic projections are based entirely on background growth. In such cases a 2 percent growth rate might be used to account for new local development as well as regional growth. Such a high background rate would be inappropriate in addition to the detailed projections included in this analysis.

-114-

ISL002547

Traffic volume increases along the other arterials and local roads would be substantially lower, yet, in some cases, significant. For example, traffic volume increases of about 100 to 130 vph would be expected in each direction along **Veterans Memorial Highway** in the weekday PM peak hour in the vicinity of Islandia Center, less than 10 percent of current volumes. **Nichols Road** would experience traffic volume increases of about 185 vph northbound and 115 vph southbound near Village Hall, or about 15 to 25 percent increases over current volumes. Local street volume increases would generally be lower. For example, volume increases along **Johnson Avenue** would be about 25 vph in each direction; other residential streets would typically be even less impacted.

The impacts of these projected volume increases on traffic levels of service were evaluated at nine representative critical intersections during this weekday PM peak hour—typically the busiest traffic hour of the day. The locations analyzed included the following: the LIE service roads' intersections with Veterans Memorial Highway and with Nichols Road; Nichols Road at Motor Parkway, Johnson Avenue, and Veterans Memorial Highway; and Veterans Memorial Highway at Sycamore Avenue and at Motor Parkway. The first four are at the intersections of the LIE's service roads with the Village's primary north-south arterials, and they are the focal points of the most intensive traffic in the Village. The latter five intersections represent the intersections of other primary Village arterials or an arterial with a secondary/residential-type road (e.g., Nichols Road with Johnson Avenue).

The analysis of projected future conditions with full development under current zoning was based on standard traffic level of service analysis procedures outlined in the 1985 **Highway Capacity Manual**. The analysis projects unacceptable level of service (LOS) E or F conditions at eight of the nine intersections analyzed during the heavily trafficked weekday PM peak hour unless traffic capacity improvements are implemented. Of the nine intersections, only the Veterans Memorial Highway/Sycamore Avenue intersection would be expected to operate at an acceptable level of service (LOS B). All four intersections of the LIE service roads and three of the other four intersections that were analyzed would operate well into LOS F (failure) conditions, which is not surprising given that they currently operate at this level. The analysis indicates that additional roadway widenings or other major mitigation measures would be needed, above and beyond the planned improvements outlined in Section 2.4.4. For example, at the intersections of the LIE service roads with Nichols Road, it would probably be necessary to widen the westbound service road by one travel lane, and to also widen Nichols Road by one lane approaching the LIE from the north as well as over the bridge (thus requiring a bridge widening as well).

ISL002548

400 vph eastbound and 1,100 vph westbound) and by about 600 vph, again the total for both directions, near Nichols Road. Traffic volume increases on **Motor Parkway** would be about 135 vph eastbound and 765 vph westbound near Veterans Memorial Highway, and about 350 vph eastbound and 70 vph westbound near Nichols Road.

These increases are significantly lower than those projected under current zoning. In other words, the proposed Comprehensive Plan would decrease traffic volumes along the LIE and Long Island Motor Parkway during the weekday PM peak hour. On the LIE near Veterans Highway, the Comprehensive Plan would not affect eastbound traffic but would decrease westbound traffic volumes by about 8 percent. On the LIE near Nichols Road, future traffic volumes would be 25 percent lower under the proposed Comprehensive Plan than under current regulations. The positive impact would be greater on the Long Island Motor Parkway. Under the proposed Comprehensive Plan, future traffic volumes would be 32 percent lower eastbound and 8 percent lower westbound near Veterans Memorial Highway, and about 17 percent lower eastbound and 46 percent westbound near Nichols Road, than they would be if development proceeded under current regulations.

Traffic volume increases along **Veterans Memorial Highway** would be higher under the proposed Comprehensive Plan than under current zoning in the weekday PM peak hour. Near Islandia Center, northbound volumes would increase by about 125 vph (25 percent higher than under current zoning) while southbound volumes would increase by about 160 vph (23 percent higher than under current zoning). In contrast, **Nichols Road** would experience sharply lower traffic volume increases under the plan: about 100 vph northbound and 60 vph southbound near Village Hall, about half the magnitude of the increases expected under the current zoning. Local street volume increases would also be lower than under current regulations. For example, volume increases along **Johnson Avenue** would be about 10 to 15 vph in each direction—once again, about half the increase projected without the Comprehensive Plan.

In summary, the proposed Comprehensive Plan would serve to reduce future weekday PM peak hour traffic volumes on almost all roads in the Village. The impact would be greatest along Nichols Road and along local streets. The percentage reduction would be smaller along the highways passing through the Village because so much of the future traffic volume increases along those roads would result from regional growth unrelated to developments in Islandia. The one exception to this general pattern is along Veterans Memorial Highway, where future traffic volumes would be higher as a result of the Comprehensive Plan.

ISL002549

The impacts of these weekday PM peak hour volume increases on traffic levels of service were evaluated at the same set of nine intersections analyzed under future conditions with current zoning still in place. The analysis of future traffic conditions under the proposed Comprehensive Plan indicates that intersection levels of service (LOS) would not, overall, be significantly different from those projected for future conditions under current zoning. At seven of the nine intersections analyzed for weekday PM peak hour conditions, there would be no difference in overall levels of service. At one location—Nichols Road and Johnson Avenue—future levels of service would be better under the proposed Comprehensive Plan (overall LOS C) than under current zoning (LOS F). At one other location—Veterans Memorial Highway and Nichols Road/Suffolk Avenue—there would be some deterioration in adverse levels of service for two specific traffic movements (left turns from Suffolk Avenue onto northbound Veterans Memorial Highway, which are within LOS F, and through movements and right turns from the Nichols Road approach to the intersection which would deteriorate marginally over the "boundary" from LOS E to LOS F). The minor deterioration in level of service for left turns from Suffolk Avenue could be mitigated by widening the left turn lane from its current nine-foot width to a 12-foot width. With this minor widening, levels of service would be the same or better under the proposed Comprehensive Plan as they would be under current zoning, and there would be no significant impact. The impact along the Nichols Road approach to this intersection can likely be mitigated with a minor reallocation of green signal time in conjunction with the Suffolk Avenue left turn lane widening.

As under future conditions assuming current zoning, additional roadway widenings and mitigation measures would be needed to provide acceptable levels of service in the weekday PM peak hour. This would be the case even if no future development were to occur in Islandia. Traffic levels of service are unacceptable now, and conditions will deteriorate in the absence of roadway improvements as a result of regional traffic growth utilizing the highways that pass through Islandia.

The analysis of **Saturday peak hour conditions** indicated that no significant traffic impacts would result from adoption of the proposed Comprehensive Plan. With or without the proposed action, three of the five intersections analyzed would operate at LOS F, one would operate at LOS D, and one would operate at LOS C. However, the levels of service characterizing specific traffic movements at these five intersections would be slightly better in some cases than under current zoning.

ISL002550

Although level of service analyses were not conducted for the **weekday AM peak hour conditions**, it should be noted that future AM peak hour trip generation would be somewhat higher under the proposed Comprehensive Plan (with 2,935 vehicle trips) than under current zoning (with 2,784 vehicle trips). The difference between the two volumes, when added to existing traffic volumes and future background growth, would generally not be great enough to generate significant impacts. With or without adoption of the proposed Comprehensive Plan, traffic conditions and levels of service during the morning peak hour will continue to be better than those during the afternoon peak hour. The mitigation measures that will be necessary to provide acceptable levels of service in the weekday PM peak hour will be sufficient to ensure acceptable levels of service in the AM peak hour as well.

One other traffic consideration was evaluated—the potential impact of increasing arterial traffic volumes on Village homeowners' ability to turn from residential streets onto adjacent arterials at unsignalized intersections. This is an existing problem that would be exacerbated should two-way arterial volumes increase to a volume that make it difficult for residential street traffic to turn onto nearby arterial streets. For example, the recent construction of one major courthouse complex and the planned construction of a second major courthouse complex in Central Islip contribute to increased traffic volumes along Nichols Road. Background traffic conditions are posing serious constraints. A range of measures will need to be considered to minimize conflicts between pass-through traffic on Nichols Road with the needs of residential traffic that has to turn onto this road, as well as to reduce the increasing volumes concentrated on Nichols Road. Such measures could include the installation of traffic signals or stop signs on Nichols Road to give residential traffic the ability to find "gaps" to make their turns safely, as well as deter through traffic from using this two-lane road. Other, more dramatic measures needed to reduce the overall volumes on Nichols Road may also need to be considered and implemented.

## 4.5    IMPLEMENTATION

The adoption of a comprehensive plan does not itself ensure that land use changes and proposals for new development will be implemented. Future development will occur mostly through applications for development from the private sector, and to a limited extent through the public and non-profit sectors. Decisions relating to the form of such development will be made based upon an approval process involving the applicants, citizens of Islandia, and the officials and staff at various gov-

ISL002551

ernment levels, including those of Islandia. The comprehensive plan can act as a guide or framework for such decision making, but implementation of the plan must rely on several actions, the most important of which is adoption of a zoning code which is consistent with the comprehensive plan. This and other implementation techniques are described below.

## 4.5.1   Zoning

Zoning regulations control the way in which land is used. Zoning is most often used to determine the types of uses permitted on a property and the density, form and extent of development. In certain cases, zoning also can be used to ensure that various improvements are made both on-site and off-site, to protect the public health, safety and welfare, to negate potential negative environmental consequences, as well as to provide for a satisfactory quality of development.

For the zoning code of Islandia to be consistent with and implement the recommendations contained in this comprehensive plan, several changes would have to be adopted. These are as follows:

## (1)   New Zoning Districts and Zoning District Boundaries

*Introduction of New Zones.* Certain new zones would have to be adopted which have no precedent in the current code. Included would be a "greenbelt" zone and an agricultural zone. The Greenbelt zone would be limited to open space and passive recreational uses. The Agriculture zone would allow both agricultural uses and related accessory uses and also permit single family residential subdivisions (on tracts of at least 7 acres in size). The permitted density would be one lot per 3 acres. Mandatory clustering would be required and lots would be no more than 30,000 square feet in size. The balance of land would have to be devoted to agricultural uses permitted in the zone.

*Elimination of Certain Zones.* The Residence AAA District which covers only a small portion of land in the Village, and which is, in any case, inappropriate for what has been developed in this zone, would be eliminated. The General Service E District, which covers only one parcel of land, would also be eliminated; zoning for this parcel would be covered by a more generalized zoning designation (i.e., the Office Zone). The office zone would permit hotels as a use permitted by special exception on lots of at least 5 acres in size.

ISL002552

*Aggregation of Zones.* Certain zones in the current zoning code, or provisions from more than one zone, would be combined to form one zone. For example, the provision of the Residence CA Code would include provisions allowing for adult homes and be reclassified as a multi-family residential zone. This multi-family zone would permit the same types of development at the same densities that the current CA Zone permits. The regulations of the Business 1 and Business 2 Districts would be combined to formulate new retail districts. There would be three retail districts: one which covers all of the gas stations and convenience stores scattered on small parcels in Islandia (the Neighborhood Retail Zone), one which covers the freestanding retail facilities on Veteran's Highway (the Highway Commercial Zone) and the Community Retail District which would cover Islandia Center. The Neighborhood Retail Zone would permit small convenience retail uses on small lots, including gas service stations as special exception uses. Standards regulating vehicular access, parking and landscaping would be customized for such uses. The Highway Commercial District would allow for small high quality retail centers and professional office uses with standards relating to design, access, parking and landscaping appropriate to their highway locations. The Multiple Use Center provisions in the Industrial District and Industrial Corridor District would be the basis of a new zone, the Community Retail District.

*Disaggregation of Zones.* Certain zoning designations would be disaggregated into more specialized zones. For example, the Industrial District and the Industrial Corridor District would be broken down into an Industrial District, an Office District, Office/Industrial District, a Community Retail District and at least one other Retail District.

The office district would restrict uses to office uses—general office, business office, professional offices etc., but also permit accessory facilities which service office uses as part of a development—cafeterias, health clubs and recreational facilities, and day care centers. Hotels would be permitted by special exception on lots of at least five acres in size. Generally the same area, yard and bulk regulations governing development in the current Industrial District would be adopted including the floor area ratio provision. The Industrial District would be very similar to the present regulations of the Industrial District in the current code. Multiple use centers, hotels, and motels, residential uses, retail uses, and single use wholesale/retail membership establishments would not be permitted. The area, yard and bulk regulations of the current zoning ordinance would be retained with only minor modifications. To upgrade the

-121-

quality and amenities in such districts, regulations regarding lighting, landscaping, design and other site improvements would be included.

The Office/Industrial District would be a combination of provisions from the Office District and the Industrial District.

**(2)    New Use Provisions**

The list of use provisions—uses permitted as-of-right, accessory uses, and uses permitted by special permit or special exception—would be reviewed and reorganized according to the new zone designations and boundaries.  This list would be derived from the current code, and in most cases follow the current provisions.

**(3)    Conditions for Uses Permitted by Special Exception or Special Permit**

In particular, a special effort will be made to reduce the number of uses permitted by special exception or special permit by either permitting them as-of-right or prohibiting them.  Where they are retained, efforts will be undertaken to more clearly define the circumstances under which they would be permitted.

**(4)    Area, Yard and Bulk Regulations**

While little change is anticipated with regard to these provisions, at attempt would be made to consolidate such provisions into less lengthy and duplicative language.  This would include the development bonus provisions.

**(5)    Definitions**

The current list of definitions would be expanded to provide a greater level of definition and clarity in the terminology and meaning of language in the zoning code and to avoid vagueness and ambiguity when interpreting the code.

ISL002554

(6)    Reorganization of Supplementary Regulations

General and supplementary regulations would essentially remain the same, but would be added to and reorganized to provide for more clarity and definition in procedures and requirements called for in the code.

(7)    Supplement Site Improvement Standards

Standards relating to on-site and off-site improvements would be added in an effort to upgrade the quality and aesthetics of development, and to ameliorate negative impacts.  For example in most non-residential zones, the percentage of the land devoted to landscaped open space should be increased to thirty percent of the lot.  Also the required parking standards in the ordinance need to be comprehensively reviewed to determine whether the existing standards are appropriate and that they cover all of the new uses which may be introduced into Islandia.

### 4.5.2    Industrial Area Improvements

Surveys performed for the preparation of the Comprehensive Plan indicated that certain industrial areas or specific properties within industrial areas suffered from a variety of problems: poor vehicular access, insufficient parking and loading facilities, unsightly outdoor storage, no outdoor lighting or landscaping, poor drainage, etc.  There are various ways in which such areas can be improved.

At a minimum, the site development and site design requirements of the Village need to be examined and amended to ensure that all new development and redevelopment—those properties which will be subject to these regulations and reviewed by the Village Board—comply with a more comprehensive set of standards.  All such developments should be required to provide safe and convenient access, sufficient parking with adequate paving, curbing and drainage, outdoor lighting, landscaped open space, screening of refuse containers and outdoor storage areas (to the extent that the latter are permitted) and attractive building design and signage.

While this would improve and upgrade the quality of new development or redevelopment, those existing industrial operations which have such problems could be continued as non-conforming

ISL002555

developments and would not be subject to the new regulations. Under such circumstances, the Village could on its own initiative and at its own expense undertake some of these improvements—for example, they could provide street lights for Oval Drive. The obvious obstacle to such an undertaking is that such improvements can be expensive. Furthermore, such investments would benefit a few property owners, yet be paid for from the general revenues (including property taxes) of the Village, or to a lesser extent from the limited Community Development Block Grant monies funneled through the Town of Islip.

An alternative method that may be more equitable is the establishment of an industrial Business Improvement District (known as a "BID"). A BID is a locally-controlled special tax assessment district, the purpose of which is to generate a reliable source of revenue for the provision of services and improvements to a specific geographic area. Used traditionally on retail strips, the concept is now being applied to industrial areas. The BID is managed by a District Management Association (DMA), which is made up of property owners and businesses in the BID area. Based on an equitable assessment formula developed by the DMA, the Village would collect a special assessment with the real estate taxes, but returns the full amount of the assessment to the BID for use in the provision of services in the BID area, in accordance with a yearly budget developed by the DMA. These services are determined by the DMA and are supplementary to the Village's services. They can include a sanitation crew, security force, improvements to public property, promotional campaigns, etc. The development of the BID requires more than a year-long process and includes public review and approval by the Village Board.

The key advantage of an industrial BID is that the improvements are financed directly by those who would benefit from the improvements. Another major advantage of the BID would be in the area of marketing and tenanting. A number of industrial buildings are vacant and have been so for a number of years. Efforts by the owners to retenant each building have not always been successful. Joint advertising, marketing and brokering of such space may be an effective and cost-efficient way of addressing this problem. Such an activity is appropriate to a BID, as opposed to a municipal government attempting to undertake such actions.

The disadvantage of a BID is that the Village Board may not have as much control over what improvements are undertaken. For example, if the industrial tenants in the BID do not feel that unsightly refuse and outdoor storage is a problem (as the current Village Board does), it may choose not to undertake improvements in this regard.

ISL002556

Finally, it should be said that many of the problems mentioned above are regulated by current laws and regulations. This does not mean that all property owners comply with such laws. The task of enforcing these regulations is time-consuming and expensive since they require many mandatory legal steps before action can be taken. Recalcitrant industrial operators are a serious problem, and quick remedies are simply not available.

### 4.5.3    Street Improvements and Other Capital Improvements

A major undertaking in Islandia since incorporation is the improvement of street conditions in the Village. Widening, repaving and curbing of streets in poor repair have been undertaken in many areas of the Village, as the capital improvement budget has permitted. Obviously, the high expense of such undertakings and the limited resources available for capital improvements has not permitted every street in the Village to undergo such improvement. However, continued programming, monitoring and systematic scheduling of the remaining problem roads in the Village must be undertaken to ensure continued upgrading of such conditions. Such improvements must be made not only to major thoroughfares in the Village or only residential roads, but all roads in the Village.

Other capital improvement programming since the Village's incorporation has included substantial improvement of local flooding conditions by the construction of retention facilities and drainage collection systems and sidewalk construction. The Village should continue to monitor localized flooding as well as the need for sidewalks and pedestrian crossings (especially of the Veteran's Highway and Nichols Road, as well as other busy roads) to determine whether crosswalks, signalization and other improvements are necessary. Street signs in the Village are also in many cases in a state of disrepair and require repair or replacement. The capital improvement budget should also make provision for these improvements on a priority basis.

### 4.5.4    Improvements to Islandia's Image

One of the key findings of the community residents survey and the public hearing to solicit the residents' views of the comprehensive plan was the need to improve the Village's image and to strengthen its identity. In the first instance, many residents felt that Islandia had not made sufficient progress in establishing its own identity, i.e., distinguishing itself from other communities within the Town of Islip. Secondly, many felt that the overall image of Islandia needed to be improved. The following actions are recommended to be implemented to address this issue.

ISL002557

Gateways Into Islandia

One very cost-effective and practical way of addressing both identification and image is to improve the gateways or entrances into the Village. There are several gateways into the Village—the exits off the LIE, those places where Veterans Highway, Motor Parkway and Nichols Road enter or leave the Village. There is little that can be accomplished on the LIE itself; the current signs on the highway simply indicating that the exits are into the Village are all that the DOT would permit. The next two most visible and heavily traveled gateways into Islandia are at the north and south ends of Veterans Highway. There are two locations at such gateways where significant improvement in appearance and the placement of appropriate signage would significantly improve the entrances into the Village and at the same time identify that portion of Islandia which the Veterans Highway passes through as being part of the Village. The first location is that outer boundary of the Masicoli property which fronts on Motor Parkway and Veterans Highway. Currently, the property is vacant and to some extent overgrown with weeds and scrubby vegetation.

At the behest of the Village, the architectural firm of Haines Lundberg Waehler (HLW) has prepared a landscaping plan which would call for a reworking of the "berm" along the perimeter of the property (along Veterans Highway and Motor Parkway) and include plantings of a continuous row of trees along the boundary. Across the street at the northwest corner of the Staller property, which is the most visible focal point to cars entering the Village from the north, a sign with a logo of the Village, and the words "Welcome to Islandia" would be erected. Similarly, at the southern end of Veterans Highway there is a portion of State-owned property just north of the intersection of Nichols Road and Veterans Highway adjacent to a large drainage retention facility which is also vacant but overgrown with vegetation. The firm of HLW has proposed a plan which would add some new trees on the property and another "Welcome to Islandia" sign.

These improvements will provide Islandia with a strong public identity, as well as significantly improve the appearance of the entryways into Islandia. While such elaborate improvements may not be necessary at other entry points into Islandia, such as along Johnson Avenue or Nichols Road, smaller signs denoting entry into the Village may also help the public become familiar with Islandia's boundaries.

ISL002558

## Street Signs

Another recommended method of helping the public to distinguish between Islandia and the surrounding communities is to install distinctive street signs which are unique to the Village. Similar to the gateway and entry signs discussed above, this is another means of differentiating the Village's streets from those of neighboring communities. In this regard, the architectural firm of HLW has been engaged to provide three sample designs for street signs. Over time, as existing street signs need replacing, the newly designed signage could be utilized. In this way the cost of replacement and transformation of the Village street signs can be spread out over time, and the useful life of those existing signs which are in good condition can be extended.

## Community Bulletin Board

During the preparation of the comprehensive plan, it was suggested that a community "bulletin board" be installed at the Village Hall. The board has already been erected and is being utilized by the Village for posting public notices and keeping the public informed and abreast of issues, and activities and events that are taking place in the Village. The board is meant to foster a better relationship between the local government and the citizens it serves, and to enhance the Village's image as a responsible and caring community.

## Hiking Trail Signage

Another issue to emerge from the community residents survey was the underutilization of the "greenbelt preserve," and in fact, a lack of appreciation of its existence by the Village residents. There are a number of ways this issue may be addressed. The first is to post signs where the hiking trails intersect with Village Roads, i.e., indicating that the hiking trail exists. At some points of entry from prominent streets (for example, on Johnson Street) a map of hiking trails could be posted indicating the system of trails and orienting the public to where they are on the trail. Such maps could also be reproduced at a small scale and sent out with the Village newsletter and/or made available at the Village Hall. Finally, local environmental groups and schools should be encouraged to use the hiking trails for leisure and educational purposes, e.g., organized field trips. The trails could also be used as bridle trails for the riding stables from the existing farms in the Village.

ISL002559

## Village Zip Code

Efforts have been undertaken in the past to establish a separate and exclusive postal zip code for the Village. Unfortunately, such efforts have not been successful. The establishment of a separate zip code would not merely be to establish a separate identity for the Village; several residents recounted anecdotes of having their mail lost, misplaced or returned to the sender by the United States Postal Service. There has also been difficulties having private express mail companies deliver mail and packages in Islandia due to the confusion over the existing zip codes. Such problems could be addressed through the use of a separate zip code for the Village, an idea which is still worthwhile pursuing.

## Public Relations Efforts

In the short period of time since incorporation in 1985, Islandia has undertaken several initiatives which have met with success and had a direct positive impact on the quality of people's lives. A new regional shopping center—the Islandia Center—has been built. A number of large and prestigious office, industrial and hotel projects have been built, providing jobs and a large tax base which has kept the Village's municipal property taxes low relative to other communities. Streets have been widened, curbed, paved and improved. Flooding conditions have been lessened by installing drainage retention basins and other improvements. Residents who attempt to convert their single-family homes to an illegal two-family home or to install an illegal accessory apartment have been prosecuted, discouraging others from following suit. The Village has also carefully reviewed applications for all types of development, approved high quality developments and defended the Village from projects felt to have significant deleterious impacts on the quality of life of residents. Property owners, especially industrial operators, have been encouraged to upgrade their appearance or to take care of problems which have arisen. While not every single instance of Village involvement has met with success, positive results have been numerous. Furthermore, such diligence has alerted the public that such problems would not be tolerated in Islandia.

Despite all of these positive occurrences, many residents in Islandia are not appreciative of such efforts, nor are outsiders aware of the differences in Islandia compared to surrounding areas. The utilization of the newsletter and the bulletin board are public relations efforts in the right direction. The undertaking of the comprehensive plan, the community residents survey and public meetings are also efforts which can heighten awareness. The Village should continue to utilize these public

ISL002560

forums as well as the print and local radio and TV media—which have a presence in the Village— to continue to broadcast this message.

4.5.4   TRAFFIC IMPROVEMENTS

As stated previously, the traffic congestion which exists in Islandia today, and which is likely to get worse in the future, results largely from regionally-generated traffic.  The Islandia Comprehensive Plan, and the zoning which is amended to implement the plan, cannot reduce to any significant degree the amount of traffic which passes through the Village by limiting opportunities for development, by reducing residential densities or by lowering the permitted floor area ratios.  Since virtually all of the highway and major roads where such congestion exists are the responsibility of the State or County, it is not within the Village's power to institute mitigation measures to reduce congestion. Further, it is not appropriate for a comprehensive plan for the Village to tell these governmental entities what it needs to do to mitigate such conditions.  However, this comprehensive plan does show that such levels of congestion are unacceptable at present, and are projected to become worse, and it is appropriate for the Village to utilize the traffic analyses performed herein to lobby the State and County to plan for, and just as importantly to fund measures to mitigate these conditions.  Such congestion can only be ameliorated through road improvements, and not through changes in land use planning.  Thus, both the County and the State must take immediate steps to address such congestion.  This would also include improvements at pedestrian crossings of major roads (such as Veterans Highway), recommendations for reducing peak hour trip generation, such as public transportation improvements, the institution of other traffic management practices such as car and van pooling, and requiring staggered working hours.  Finally, to the extent that individual developments within Islandia have the potential for generating large amounts of traffic and the potential for having an adverse impact on traffic conditions, mitigation measures should be provided for and funded by such developers.  Included in such an analysis would be assessments of the impact that such traffic has on air quality.

ISL002561

**APPENDIX A**

ISL002562

Mayor Frank B. Falco
Village of Islandia
1100 Old Nichols Road
Islandia. NY 11779

April 12, 1994

Dear Resident:

The Village of Islandia is currently updating its
Comprehensive Plan, which will help to guide the
future development within the Village. The May-
or and Village Trustees are interested in having
the residents' input on the major problems and is-
sues they would like to see addressed by the plan.
Please take 5 minutes to fill out the following sur-
vey.

A $100 CASH PRIZE will be awarded to one res-
ident, whose survey will be selected by a random
drawing at a meeting of the Board of Trustees in
May, at which time the results of the survey will
be presented. To be eligible complete the survey
and drop it in the nearest mailbox by April 29,
1994.

Thank you for your input.

Yours sincerely,


Mayor Frank B. Falco

1. How many people, including yourself, live in your household? _____

2. What type of housing unit do you live in?

   Single-Family home_____ Townhouse _____ Apartment _____ Other _____ (specify) _____

3. Do you own or rent your home? Own _____ Rent _____

4. How long have you lived at your present address? _____ years  In Islandia? _____ years

5. In what school district do you live? _____

6. In what town to you and/or your spouse work? Self _____ Spouse _____

7. How do you or your spouse travel to work? _____ Don't work/retired_____

ISL002563

8. What are the best 3 things about living in Islandia?

(1) _____

(2) _____

(3) _____

9. What are the worst 3 things about living in Islandia?

(1) _____

(2) _____

(3) _____

10. How do you rate the following conditions in Islandia?

| | Great | Could Be Better | Poor | Don't Know |
|---|---|---|---|---|
| (a) Traffic on highways | ____ | ____ | ____ | ____ |
| (b) Traffic on local roads | ____ | ____ | ____ | ____ |
| (c) Property taxes | ____ | ____ | ____ | ____ |
| (d) Appearance of main roads | ____ | ____ | ____ | ____ |
| (e) Appearance of residential streets | ____ | ____ | ____ | ____ |
| (f) Commute to work | ____ | ____ | ____ | ____ |
| (g) Drainage/flooding conditions | ____ | ____ | ____ | ____ |
| (h) Shopping opportunities in the area | ____ | ____ | ____ | ____ |
| (i) Quality of office development | ____ | ____ | ____ | ____ |
| (j) Quality of industrial development | ____ | ____ | ____ | ____ |
| (k) Sidewalks | ____ | ____ | ____ | ____ |
| (l) Greenbelt | ____ | ____ | ____ | ____ |
| (m) Street lighting | ____ | ____ | ____ | ____ |
| (n) Entrances to the Village | ____ | ____ | ____ | ____ |

11. How do you rate the following services in the area in which you live:

| | Great | Could Be Better | Poor | Don't Know |
|---|---|---|---|---|
| (a) Police protection | ____ | ____ | ____ | ____ |
| (b) Fire protection | ____ | ____ | ____ | ____ |
| (c) Other emergency services | ____ | ____ | ____ | ____ |
| (d) Schools (in your district) | ____ | ____ | ____ | ____ |
| (e) Day care and preschools | ____ | ____ | ____ | ____ |
| (f) Road maintenance | ____ | ____ | ____ | ____ |
| (g) Snow removal | ____ | ____ | ____ | ____ |
| (h) Garbage collection | ____ | ____ | ____ | ____ |
| (i) Library services | ____ | ____ | ____ | ____ |
| (j) Parks and recreation services | ____ | ____ | ____ | ____ |

*(continue over)*

ISL002564

12. What suggestions would you have to improve those items in #9 and #10 which you rated poor, or could be better? (Please specify which problems you are addressing)

_____

_____

_____

_____

13. Do you think Islandia should be devoting more of its budget to these improvements?

_____

14. Would you be prepared to pay higher property taxes to make some or all of these improvements possible?

_____

15. How is Islandia different from other communities in the area?

_____

_____

16. How can the image of Islandia be improved?

| | Yes | No | Don't Know |
|---|---|---|---|
| (a) Better identification signage as you enter Islandia | ____ | ____ | ____ |
| (b) Better landscaping on major roads and entrances | ____ | ____ | ____ |
| (c) More shade tree plantings | ____ | ____ | ____ |
| (d) Distinctive street signs | ____ | ____ | ____ |
| (e) Better maintenance of industrial properties | ____ | ____ | ____ |
| (f) More corporate office development | ____ | ____ | ____ |
| (g) More shopping centers and large retail facilities | ____ | ____ | ____ |
| (h) Better services to citizens | ____ | ____ | ____ |
| (i) Other Suggestions _____ | | | |

17. What would you like to see the last remaining vacant parcels in the residential areas developed for?

Single-Family _____    Multi-Family _____    Seniors Housing _____ Affordable Housing _____
Other _____(Specify ) _____

18. What would you like to see the last remaining vacant parcels in the industrial/office areas developed for?

Large office _____    Small office _____    Industries/warehouse _____ Retail facilities _____
Other _____(Specify) _____

Thank you. Please fold the survey with the address of the Mayor on the outside and tape it where indicated. Drop it in the nearest mail box by April 29, 1994 to be eligible for the $100 cash drawing.

ISL002565

ISL002566

12.  What suggestions would you have to improve those items in #9 and #10 which you rated poor, or could be better? (Please specify which problems you are addressing)

_____
_____
_____
_____

13.  Do you think Islandia should be devoting more of its budget to these improvements?

_____

14.  Would you be prepared to pay higher property taxes to make some or all of these improvements possible?

_____

15.  How is Islandia different from other communities in the area?

_____
_____

16.  How can the image of Islandia be improved?

|  |  | Yes | No | Don't Know |
|---|---|---|---|---|
| (a) | Better identification signage as you enter Islandia | ___ | ___ | ___ |
| (b) | Better landscaping on major roads and entrances | ___ | ___ | ___ |
| (c) | More shade tree plantings | ___ | ___ | ___ |
| (d) | Distinctive street signs | ___ | ___ | ___ |
| (e) | Better maintenance of industrial properties | ___ | ___ | ___ |
| (f) | More corporate office development | ___ | ___ | ___ |
| (g) | More shopping centers and large retail facilities | ___ | ___ | ___ |
| (h) | Better services to citizens | ___ | ___ | ___ |
| (i) | Other Suggestions | | | |

17.  What would you like to see the last remaining vacant parcels in the residential areas developed for?

Single-Family _____    Multi-Family _____    Seniors Housing _____Affordable Housing _____
Other _____(Specify ) _____

18.  What would you like to see the last remaining vacant parcels in the industrial/office areas developed for?

Large office _____    Small office _____    Industries/warehouse _____Retail facilities _____
Other _____(Specify) _____

Thank you. Please fold the survey with the address of the Mayor on the outside and tape it where indicated. Drop it in the nearest mail box by April 29, 1994 to be eligible for the $100 cash drawing.

# APPENDIX A

ISL002568

Mayor Frank B. Falco
Village of Islandia
1100 Old Nichols Road
Islandia. NY  11779

April 12, 1994

Dear Resident:

The Village of Islandia is currently updating its
Comprehensive Plan, which will help to guide the
future development within the Village.  The May-
or and Village Trustees are interested in having
the residents' input on the major problems and is-
sues they would like to see addressed by the plan.
Please take 5 minutes to fill out the following sur-
vey.

A $100 **CASH PRIZE** will be awarded to one res-
ident, whose survey will be selected by a random
drawing at a meeting of the Board of Trustees in
May, at which time the results of the survey will
be presented.  To be eligible complete the survey
and drop it in the nearest mailbox by April 29,
1994.

Thank you for your input.

Yours sincerely,

Mayor Frank B. Falco

How many people, including yourself, live in your household? _____

What type of housing unit do you live in?

Single-Family home_____   Townhouse _____   Apartment _____   Other _____   (specify) _____

Do you own or rent your home?  Own  _____      Rent _____

How long have you lived at your present address?          _____ years     In Islandia?  _____ years

In what school district do you live? _____

In what town to you and/or your spouse work?          Self _____          Spouse _____

How do you or your spouse travel to work?  _____          Don't work/retired_____

8.    What are the best 3 things about living in Islandia?

(1) _____

(2) _____

(3) _____

.    What are the worst 3 things about living in Islandia?

(1) _____

(2) _____

(3) _____

).    How do you rate the following conditions in Islandia?

| | Great | Could Be Better | Poor | Don't Know |
|---|---|---|---|---|
| (a)  Traffic on highways | — | — | — | — |
| (b)  Traffic on local roads | — | — | — | — |
| (c)  Property taxes | — | — | — | — |
| (d)  Appearance of main roads | — | — | — | — |
| (e)  Appearance of residential streets | — | — | — | — |
| (f)  Commute to work | — | — | — | — |
| (g)  Drainage/flooding conditions | — | — | — | — |
| (h)  Shopping opportunities in the area | — | — | — | — |
| (i)  Quality of office development | — | — | — | — |
| (j)  Quality of industrial development | — | — | — | — |
| (k)  Sidewalks | — | — | — | — |
| (l)  Greenbelt | — | — | — | — |
| (m)  Street lighting | — | — | — | — |
| (n)  Entrances to the Village | — | — | — | — |

How do you rate the following services in the area in which you live:

| | Great | Could Be Better | Poor | Don't Know |
|---|---|---|---|---|
| (a)  Police protection | — | — | — | — |
| (b)  Fire protection | — | — | — | — |
| (c)  Other emergency services | — | — | — | — |
| (d)  Schools (in your district) | — | — | — | — |
| (e)  Day care and preschools | — | — | — | — |
| (f)  Road maintenance | — | — | — | — |
| (g)  Snow removal | — | — | — | — |
| (h)  Garbage collection | — | — | — | — |
| (i)  Library services | — | — | — | — |
| (j)  Parks and recreation services | — | — | — | — |

*(continue over)*

ISL002570

2.  What suggestions would you have to improve those items in #9 and #10 which you rated poor, or could be better?  (Please specify which problems you are addressing)

_____

_____

_____

_____

Do you think Islandia should be devoting more of its budget to these improvements?

_____

Would you be prepared to pay higher property taxes to make some or all of these improvements possible?

_____

How is Islandia different from other communities in the area?

_____

How can the image of Islandia be improved?

|  |  | Yes | No | Don't Know |
|---|---|---|---|---|
| (a) | Better identification signage as you enter Islandia | ___ | ___ | ___ |
| (b) | Better landscaping on major roads and entrances | ___ | ___ | ___ |
| (c) | More shade tree plantings | ___ | ___ | ___ |
| (d) | Distinctive street signs | ___ | ___ | ___ |
| (e) | Better maintenance of industrial properties | ___ | ___ | ___ |
| (f) | More corporate office development | ___ | ___ | ___ |
| (g) | More shopping centers and large retail facilities | ___ | ___ | ___ |
| (h) | Better services to citizens | ___ | ___ | ___ |
| (i) | Other Suggestions | ___ | ___ | ___ |

_____

What would you like to see the last remaining vacant parcels in the residential areas developed for?

Single-Family _____   Multi-Family _____   Seniors Housing _____ Affordable Housing _____
Other _____(Specify ) _____

What would you like to see the last remaining vacant parcels in the industrial/office areas developed for?

Large office _____   Small office _____   Industries/warehouse _____ Retail facilities _____
Other _____(Specify) _____

you.  Please fold the survey with the address of the Mayor on the outside and tape it where indicated. t in the nearest mail box by April 29, 1994 to be eligible for the $100 cash drawing.