# EXHIBIT E

# Village of Islandia

*Comprehensive Plan Update*



*Prepared for:*

The Village of Islandia

*Prepared by:*

Phillips Preiss Shapiro Associates Inc.

August 2003

ISL002748

## TABLE OF CONTENTS

1    Purpose and Scope ....................................................................................................... 1
   1.1    Introduction ............................................................................................................ 1
   1.2    Need and Benefit .................................................................................................. 2
   1.3    Organization of the Comprehensive Plan Update ................................................ 2

2    Existing Conditions ..................................................................................................... 3
   2.1    Physical Environment ........................................................................................... 3
      Conditions Unchanged Since the Last Master Plan ..................................................... 3
      Air quality ..................................................................................................................... 3
      Noise ............................................................................................................................ 4
   2.2    Land Use and Zoning ........................................................................................... 4
      Land use ...................................................................................................................... 4
      Existing Zoning .......................................................................................................... 12
      Vacant Land Inventory .............................................................................................. 16
   2.3    Population and Housing ...................................................................................... 23
      Introduction ............................................................................................................... 23
      Population .................................................................................................................. 23
      Income characteristics ............................................................................................... 27
      Labor force characteristics ........................................................................................ 27
      Housing characteristics ............................................................................................. 31
   2.4    Traffic and Transportation .................................................................................. 34
      Roadway Network ...................................................................................................... 34
      Planned Roadway improvements ............................................................................... 34
   2.5    Utilities and Infrastructure .................................................................................. 35
      Electricity and Gas ..................................................................................................... 35
      Cable and internet ..................................................................................................... 35
      Sewer Service ............................................................................................................ 36
      Water Supply .............................................................................................................. 36
      Solid Waste ................................................................................................................ 36
   2.6    Community Facilities ........................................................................................... 37
      Police services ........................................................................................................... 37
      Fire Protection ............................................................................................................ 37
      Emergency Ambulance and Health Facilities ............................................................. 37
      School Districts .......................................................................................................... 37
      Library Districts .......................................................................................................... 38

3    Plan for the Future .................................................................................................... 39
   3.1    Introduction .......................................................................................................... 39
   3.2    Goals and Policies .............................................................................................. 40

ISL002749

Physical Environment .................................................................................................. 40

Single-Family Residential Uses .................................................................................. 40

Multifamily Residential Uses ....................................................................................... 41

Retail Uses .................................................................................................................. 41

Office/Industrial Uses ................................................................................................. 41

Open Space and Agricultural Uses ............................................................................ 42

Zoning ......................................................................................................................... 42

Traffic and Transportation .......................................................................................... 42

Utilities ........................................................................................................................ 43

Community Facilities ................................................................................................... 43

3.3     Land Use Plan ............................................................................................. 44

Proposed MF-18 District ............................................................................................. 45

3.4     Projections of Future Growth ...................................................................... 48

3.5     Implementation ............................................................................................ 50

## LIST OF TABLES

| Table | | Page |
|---|---|---|
| 1 | Summary of Land Uses in the Village of Islandia | 6 |
| 2 | Recent Developments in the Village of Islandia | 8 |
| 3 | Vacant Parcels in Village of Islandia | 17 |
| 4 | Population Change of the Village of Islandia by Age, 1990-2000 | 24 |
| 5 | Population Change of the Town of Islip by Age, 1990-2000 | 24 |
| 6 | Population Change of Suffolk County by Age, 1990-2000 | 25 |
| 7 | Median Age of Population in Islandia, Islip and Suffolk County, 1990-2000 | 26 |
| 8 | Population Density of Islandia, Islip and Suffolk County, 2000 | 26 |
| 9 | Household Income in the Village of Islandia, 1989 and 1999 | 28 |
| 10 | Household Income in the Town of Islip, 1989 and 1999 | 28 |
| 11 | Household Income in Suffolk County, 1989 and 1999 | 29 |
| 12 | Median Income of Islandia, Islip and Suffolk County, 1989 and 1999 | 29 |
| 13 | Labor Force Status of Village of Islandia, 1990 and 2000 | 30 |
| 14 | Occupational Status of the Village of Islandia, 1990 and 2000 | 30 |
| 15 | Number of Housing Units per Structure in the Village of Islandia, 1990 and 2000 | 32 |
| 16 | Age of Housing Stock in the Village of Islandia, 2000 | 32 |
| 17 | Occupied Housing Units and Average Household Size in Village of Islandia, 1990 and 2000 | 33 |
| 18 | Housing Tenure and Vacancy Rate for the Village of Islandia, 1990 and 2000 | 33 |
| 19 | Median Unit Value and Median Contract Rent in the Village of Islandia, 1990 and 2000 | 33 |
| 20 | Village of Islandia Future Buildout Analysis: Existing Zoning Scenario | 49 |
| 21 | Village of Islandia Future Buildout Analysis: Plan Scenario | 49 |

ISL002751

## LIST OF FIGURES

<u>Figure</u>                                                                                                    <u>Page</u>

1        Existing Land Uses                                                                              5

2        Land Use Changes Since 1995                                                          9

3        Existing Zone Districts                                                                       13

4        Vacant Developable Property in Islandia                                           19

5        Land Use Plan                                                                                   46

ISL002752

# 1 Purpose and Scope

## 1.1 INTRODUCTION

The Village of Islandia adopted its first Comprehensive Plan in 1995. At that time, the Village had just turned ten years old, having incorporated in 1985. A driving force behind the incorporation was to gain control of land use and development policy, and the 1995 Comprehensive Plan was an important milestone in fulfilling the promise of incorporation. The 1995 plan led to the adoption of a new zoning ordinance for the Village, which during the intervening years has helped to both shape development and preserve the Village's open space resources.

Islandia was, in 1995, a nearly built-out community with limited open land available for development. Only incremental changes in land use were expected, yet several significant parcels of vacant land zoned for development were identified in the Comprehensive Plan. In the intervening eight years since the prior plan, several of these parcels have been developed in accordance with the Village's land use plan and zoning ordinance. Other parcels, some in prime locations, remain undeveloped. The status of these parcels, particularly with respect to recent development proposals, has prompted this update to the 1995 plan.

Accordingly, the following Comprehensive Plan Update is primarily focused on revisiting land use policies for these remaining undeveloped parcels, in light of recent development trends, and shifting demographics in the Village, surrounding Town of Islip, and Suffolk County. The Village's goal is to see these remaining parcels developed in a manner that minimizes impacts on the Village's infrastructure and quality of life, while providing positive community and fiscal benefits. Recommended changes to the Village's Land Use Plan provide a foundation for amendments to the zoning ordinance.

This plan also serves to compile, in one place, all the changes that have occurred since 1995 that affect other issues addressed in the prior plan. The most important of these is the release of the 2000 Census data, which allows for a thorough updating of the demographic sections of the 1995 plan. This plan also contains summaries of any changes or new plans which affect the Village's transportation and utility infrastructure, the school districts of which it is a part, and vital community services such as fire and police protection.

The time horizon for most Comprehensive Plans ranges from 10 to 20 years. With only eight years having transpired since the prior plan, this plan is intended as an update to, and not a complete replacement of, the 1995 plan. A full rendering of the Village's adopted policies must include a reading of both documents.

ISL002753

## 1.2   NEED AND BENEFIT

The purpose of this Comprehensive Plan Update is to take fresh look at the Village's land use poli-
cies as they relate to vacant parcels that have not been developed since the prior plan. By reexamin-
ing the Village's land use policies, it is hoped that a more beneficial future development pattern can
be encouraged than would be the case without the update. In particular, the update is necessary to
ensure the benefits of development—including positive fiscal impacts—outweigh negative impacts
such as traffic, noise, air quality, and the loss of open space.

## 1.3   ORGANIZATION OF THE COMPREHENSIVE PLAN UPDATE

For ease of reference, the outline for this report follows closely the outline for the 1995 Comprehen-
sive Plan. An analysis of existing conditions, including population and housing, land use and zoning,
traffic and transportation, community facilities, and environmental factors is contained in Chapter 2.
Chapter 3 contains the goals and policies statement, the future land use plan, and a comparison of
the future build-out of the Village under the "proposed plan" and "existing zoning" scenarios.

However, since this is an update of the prior plan and not a complete plan in and of itself, this docu-
ment departs from the outline of the prior document in the following respects:

- Several topics under existing conditions, such as geology, have not changed in any meaningful
  way since the prior plan. Rather than giving each its own subheading, they have been grouped
  together under the heading "Conditions Unchanged since the Prior Plan."
- The land use section does not recapitulate the detailed description of land use in Islandia, since
  the essential land use character of the Village is unchanged since 1995. Rather, the section con-
  centrates exclusively on land use changes since the prior plan.
- The Constraints and Opportunities to Future Development section has been omitted since the
  observations summarized in the prior plan remain valid.

ISL002754

# 2  Existing Conditions

## 2.1  PHYSICAL ENVIRONMENT

### CONDITIONS UNCHANGED SINCE THE LAST MASTER PLAN

Much of the physical environment remains unchanged since the last Master Plan was adopted in 1995. Geologically, Islandia overlies two types of geology: the Ronkonkoma moraine over which the northern half of the Village lies, and the outwash plain located between the Atlantic Ocean over which the southern half lies. The Ronkonkoma moraine is one of the older moraines on Long Island, and it runs the length of the entire Island. Topographically, the portions north of the Long Island Expressway (LIE) are steeper than the southern half. The slopes in the northern half vary in grade from approximately 5 to 8 percent, whereas the slopes in the southern half are generally at 0 to 2 percent grade.

The principal hydrologic units on Long Island consist of the Upper Glacial Aquifer, the Magothy Aquifer and the Lloyd Aquifer. Long Island receives an average of 44 inches of rain annually. In Islandia, and so as in most of Long Island, drinking water is derived primarily from the Magothy aquifer where the water is anywhere from 10 to 100 years old. Because of the depth and low transmissivity characteristics of the aquifer, surface contamination is prevented from reaching the aquifer.

Only one surface water body is located within the Village. A tributary of the Connetquot River runs along the southeast boundary of the Village. The lands surrounding the Connetquot River have been purchased and designated as the first State Park Preserve in New York State, and are protected from all forms of development.

The soils in Islandia consist of eight soil types. The soils in the northern half of Islandia located on the Ronkonkoma moraine are generally deep, excessively-drained and coarse-textured. The soils in the southern half of Islandia located on the southern outwash plain between the Ronkonkoma moraine and the Atlantic Ocean are generally well- to excessively-drained, and moderately coarse-textured. The eight soil types are: Atsion Sand (At); Carver and Plymouth Sands (CpE); Cut and Fill (CuB); Haven Loam (HaA, HaB); Plymouth Loamy sand (PlA, PlB, PlC); recharge Basin (Rc); Riverhead sandy Loam (RdA, RdB, RdC); and Riverhead and Haven Soils.

### AIR QUALITY

Long Island is categorized as Region 1 of the New York State Department of Environmental Conservation's Air Quality Control Regions. There are three monitoring sites on Long Island, and the closest sites to Islandia are located in Babylon, 10 miles to the southwest, and in Eisenhower Park, 20 miles to the west. The recent monitoring data at the two monitoring sites indicated that the air quality in the area is generally 'good'.

ISL002755

To mitigate the potential air quality violations that were predicted to be generated by the expansion of Computer Associates, improvements have been made by the New York State Department of transportation at two intersections adding thru and turning lanes: Old Nichols Road at the LIE South Service Road and Veterans Highway at the LIE South Service Road. The intersection of Veterans highway at Motor Parkway, however, has received no such improvements.

### NOISE

Most of the noise in Islandia is not of a volume, frequency or duration which significantly interferes with quality of life. The Long Island Expressway (LIE), as identified in the 1995 plan, is the only source of high levels of noise over consistently long periods of time. With the construction of twelve-foot high noise attenuation walls adjacent to the residential parcels along the South Service Road, the condition has improved significantly.

## 2.2  LAND USE AND ZONING

### LAND USE

#### *Introduction*

The village of Islandia is comprised of a variety of land uses. A land use survey was conducted in the spring of 2003, utilizing the Village tax maps, County GIS data and aerial photos. Existing land uses are shown in **Figure 1**. While there have been a number of developments since the last master plan was adopted, there has been very little change in the character of the land uses in the Village. While the Village has become an important regional commercial center, its residential areas retain a small village character. A summary of land uses in the Village is provided in **Table 1** below.

About a third of the land area of the Village is devoted to residential development, most of which consists of single-family houses. A large portion of the residential neighborhoods are located within the triangular area bounded by the three major corridors of the Village, as well as in the areas to the south of the Long Island Expressway (LIE) and to the east of Old Nichols Road. There are three existing multi-family housing developments including the Islandia Adult Homes, a senior housing. A new 28 unit condominium is currently under construction at 370 Blydenburgh Road, adding to the multi-family housing stock of the Village.

Commercial land use in Islandia is concentrated along the east side of Veterans Memorial Highway. The land area of the commercial areas accounts for approximately ten percent of the total land area of the Village. Islandia Center, with new additions of Wal-Mart and Dave & Busters restaurant,

-4-

ISL002756

Village of Islandia, Suffolk County, NY

Long Island Expressway

Veterans Highway

Single-Family Residential
Multi-Family Residential
Commercial
Industrial
Office
Governmental/Educational
Utilities
Agriculture
Parks/Open Space
Vacant

Feet
0    500    1,000

Figure 1: Existing Land Use
Philips Preiss Shapiro Associates, Inc.  2003

ISL002757

Table 1:
## Summary of Land Uses in the Village of Islandia

| Land Use | Area (acre) | Percent |
|---|---|---|
| Single Family Residential | 292.74 | 26.9% |
| Multi-Family Residential | 25.35 | 2.3% |
| Commercial | 77.89 | 7.2% |
| Office | 128.63 | 11.8% |
| Industrial | 169.76 | 15.6% |
| Agricultural | 18.39 | 1.7% |
| Governmental/Educational | 40.13 | 3.7% |
| Utilities | 76.95 | 7.1% |
| Open Space | 193.65 | 17.8% |
| Vacant Land | 65.72 | 6.0% |
| **Total** | **1087.18** | **100.0%** |

Source: Phillips Preiss Shapiro Associates, Inc.

ISL002758

serves as a major shopping and dining destination for both the residents and workers in Islandia and beyond.

Office and Industrial land uses also comprise about a third of the total land area of the Village. Office uses are concentrated in the areas north of the LIE as well as areas immediately south of the LIE at the intersection with Veterans Highway. Industrial land uses are concentrated in the west portion of the Village to the south of the LIE.

There are only a few governmental/educational facilities in Islandia. These include: the Village Hall on Old Nichols Road; the Morrow Elementary School on Sycamore Avenue; a daycare center called "Tutor Time" on Veterans Highway; and the fire station off Nichols Road and Bedford Drive.

Utilities and public infrastructure land uses comprise of approximately 7 percent of the total land area of the Village. Most of these parcels are owned by Long Island Power Authority (LIPA) or the Suffolk County Water Authority. In addition, several stormwater retention basins are located in various parts of the Village.

Very little farm and agricultural land remains in the Village today. There are two small farms, 7 and 10 acres in size, which are protected by the Village through its agriculture zone district. In addition to the two farm lands, there are two nurseries in the Village located in the residential zone.

Parks and open space are concentrated near the eastern boundary of Islandia. The total area of both parks and open space is over 190 acres. Most of the areas are designated Greenbelt or Wood-land.

### Recent Developments

In order to update the land use plan, an inventory of all the changes that have occurred since 1995 was compiled. The inventory is provided in **Table 2**, and the table is keyed to **Figure 2**. Some of the developments were still under construction at the time this plan was prepared. A detailed description of each property is provided below:

### Site 1

Site 1 is a new town house development located at 370 Blyndenburgh Road in the "MF" Multi-Family residential district, currently under construction. When completed, the development will contain 28 units. Construction is expected to be completed this year.

### Site 2

Site 2 is owned by Computer Associates and located immediately to the north of the main office complex in the "O" office district. The expansion took place in 1999 and included the construction of

-7-

ISL002759

Table 2:
Recent Developments in the Village of Islandia

| Key | Section | Block | Lot | Location | Description | Size (Units/SF) | Year | Zoning |
|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 1 | 7 | 370 Blyndenburgh Rd | Town House | 28 units | 2004 | MF |
| 2 | 8 | 1 | 18.003 | Motor Parkway | CA (Expansion) | 168,368 | 1999 | O |
| 3 | 9 | 1 | 20 | N. Expressway Dr | Expanded parking | 295,286 | N/A | O |
| 4 | 9 | 1 | 28.1 | Shafter St | Office | 20,520 | Under Construction | O |
| 5 | 9 | 1 | 32 | 1000 Old Nichols Rd | BJ's | 170,810 | 1996 | O |
| 6 | 4 | 1 | 15.1-15.7 | Ursula Court | Subdivision | 7 Single Family Homes | 2003 | L |
| 7 | 14 | 2 | 5.001 | 2 Gooseberry Ln | Single Family | ---- | 1998 | L |
| 8 | 14 | 2 | 5.002 | 6 Gooseberry Ln | Single Family | ---- | 1997 | L |
| 9 | 14 | 3 | 3.004 | 0 Sampson Ave | Single Family | ---- | 2002 | L |
|  | 14 | 3 | 3.005 | 0 Sampson Ave | Single Family | ---- | 2002 | L |
| 10 | 14 | 3 | 1.1-1.6 | Witmer Ct | Subdivision | 6 Single Family Homes | 1998 | L |
| 11 | 14 | 1 | 23 | 1154 Old Nichos Rd | Single Family | ---- | 2003 | L |
| 12 | 13 | 4 | 7 | 11 Hancock St | Single Family | | 2002 | M |
| 13 | 17 | 1 | 16.2 | 1968 Veterans Highway | Eckerd/Genovese | 71,400 | 2001 | HC |
| 14 | 17 | 1 | 16.1 | 1966 Veterans Highway | Sleepy's | 13,878 | 2001 | HC |
| 15 | 12 | 2 | 22.002 | 1790 Veterans Highway | Wal Mart | 140,000 | 2003 | 1 |
| 16 | 12 | 2 | 22.002 | Veterans Highway | Dave & Busters | 49,036 | 2001 | 1 |
| 17 | 12 | 1 | 19 | 200, 204 Blyndenburgh Rd | Office/warehouse | 48,100 | 2003 | 1 |

ISL002760

Village of Islandia, Suffolk County, NY

Feet
0    500    1,000

Long Island Expressway

Veterans Highway

Legend:
Recent Developments
Single-Family Residential
Multi-Family Residential
Commercial
Industrial
Office
Parks/Open Space

Figure 2: Land Use Changes Since 1995

Phillips Preiss Shapiro Associates, Inc.  2003

ISL002761

a two-story day care facility and a parking deck. The size of the expansion totaled approximately 168,000 square feet.

### Site 3

Site 3, located on the North Service Road of the LIE just west of Old Nichols Road, is the Park-and-Ride facility at exit 58 of the LIE, which is owned by the New York State Department of Transportation. The lot was expanded to 250 spaces from 100 spaces to meet the needs of commuters. The improvements also included a new driveway from Shafter Street and a reconstructed driveway from the service road.

### Site 4

Site 4 is located on the north side of Shafter Street in the "O" district. A new office building with a total floor area of 20,520 square feet is currently under construction on this site. The construction is expected to be completed this year.

### Site 5

Site 5 is located at 1000 Old Nichols Road, and houses the BJ's Wholesale Club's Islandia store, constructed in 1996. The store is located in the "O" district, and has a floor area of approximately 171,000 square feet. This store is one of four stores on the roof of which BJ's, in partnership with Evergreen Solar, Sun Power Electric and the Long Island Power Authority, has installed solar panels producing electricity for Long Island and surrounding areas.

### Site 6

Formerly a vacant parcel, Site 6 now consists of a recently constructed residential subdivision located on Ursula Court with seven single-family homes. The subdivision is located in the "L" low density residential district.

### Sites 7 and 8

Sites 7 and 8 are located at 2 and 8 Gooseberry Lane respectively and are both located in the "L" district. Each lot is occupied by a single detached home constructed between 1997 and 1998.

### Site 9

Site 9 consists of two lots that are located on the south side of Sampson Avenue and are located in the "L" district. Each lot is occupied by a single-family home, both of which were built in 2002.

ISL002762

### Site 10

Site 10, located on Witmer Court, consists of a subdivision with six single-family homes that were built in 1998. The site is located in the "L" low density residential district and was vacant prior to the current use.

### Site 11

Site 11 is located at 1154 Old Nichols Road adjacent to the Village Hall parcel, and is located in the "L" district. A single family home was built on the lot in 2003.

### Site 12

Site 12 is located at 11 Hancock Street, in the "M" medium density residential district. The single family home that occupies the lot was constructed in 2002.

### Site 13

Site 13 is located at the intersection of Veterans Memorial Highway and Suffolk Avenue, and is located in the "HC" highway commercial district. Located on the site is a 71,400 square-foot Eckerd drug store. The building was originally built as a Genovese drug store in 2001. The store's name was finally changed this year after five years since Eckerd Corporation purchased Genovese in 1998.

### Site 14

Site 14 is located on Veterans Highway adjacent to Site 13, and is located in the "HC" district. Located on the site is a Sleepy's, a mattress store, which was built in 2001. The store has a floor area of approximately 14,000 square feet.

### Site 15

Site 15 is located in Islandia Center which is located in the "CR" Community Retail district. It is a 140,000 square foot Wal-Mart with a garden center which opened in 2003. The building was formerly a Pergament Home Center and an Old Navy Store. The construction of the Wal-Mart included an expansion to the original building.

### Site 16

Site 16 is also located in Islandia Center. Dave & Busters, a chain restaurant/entertainment complex that offers food service as well as interactive games for adults, built a 50,000 square foot restaurant on the site. The restaurant opened in 2001, and has become one of the most popular dining places in the Village.

ISL002763

*Site 17*

Site 17 is located at 200 and 204 Blyndenburgh Road in the "I" district. A 50,000 square foot of-fice/warehouse building is in near completion with its construction.


## EXISTING ZONING

The Village of Islandia is divided into three residential and nine non-residential zoning districts. The residential districts consist of two single-family districts permitting low- and moderate-density hous-ing; and a multi-family district permitting townhouses and garden apartments. Of the non-residential districts, two primarily address retail uses, two primarily permit offices, one covers the industrial ar-eas, and another allows both office and industrial uses. There is also an agricultural district mapped over the Village's only remaining agricultural uses; and a "greenbelt" district mapped over publicly owned and protected open space lands.

The existing zone districts are illustrated on **Figure 3**. A short summary of each zone district, its pur-pose, principle permitted uses, and major bulk controls is provided below:


### *"G" Greenbelt District*

The "G" district is a unique district intended to preserve open land and sensitive natural features. The G district only permits open space uses; game farms, fish hatcheries, and preserves designed for the protection and propagation of wildlife; and parks and recreation facilities for hiking, biking, horseback riding, picnicking, and similar uses. The G district is mapped over publicly-owned and protected open space lands.


### *"AG" Agriculture District*

Islandia has two active farm parcels—the Smalls farm and the Levitt Stables, both on Old Nichols Road—both of which have been mapped with the "AG" district in order to preserve these remaining vestiges of rural character within the Village. The principal permitted uses for these parcels are con-fined to agriculture-related activities, although residential uses are also permitted at low densities and in a cluster format to preserve open space. The minimum tract area in the AG district is 7 acres. Residential densities are limited to one unit per 3 acres, but lots must fall within the range of 20,000 to 30,000 square feet in size, resulting in a minimum open-space set aside of 77 percent.


### *Residential Districts: "L," "M," and "MF"*

As stated in the zoning ordinance, the residential districts have, as their intent, "to provide a balanced housing stock by providing for the continuation of a range of residential development which includes single-family detached dwellings at low and medium densities and limited areas to accommodate two-family detached dwellings and higher density multifamily developments."

-12-

ISL002764

# Village of Islandia, Suffolk County, NY



**Zoning**

G   Greenbelt (G)
AG  Agriculture (Ag)
L   Low Density Residence (L)
M   Medium Density Residence (M)
HC  Highway Commercial (CR)
CR  Office (O)
Q   Multi-Family Residence (MF)
OI  Office/Industry (OI)
I   Industry (I)
P   Professional (P)
NR  Neighborhood Retail (NR)

**Land Use**
Single-Family Residential
Multi-Family Residential
Commercial
Industrial
Office
Governmental/Educational
Utilities
Agriculture
Parks/Open Space
Vacant

Feet
0   500   1,000

## Figure 3: Existing Zone Districts

Phillips Preiss Shapiro Associates, Inc.  2003

CL002765

The **"L" Low Density Residential District** is the lowest density residential district in the Village, and is primarily mapped over the more contemporary residential subdivisions, such as the areas south of the LIE and east of Nichols Road; recent subdivisions north of the LIE and west of Nichols Road, and areas south of Motor Parkway between Hoffman Lane and Blydenburgh Road. The "L" district permits single family homes on lots a minimum of 20,000 square feet in size, or a little less than a half-acre.

All the residential districts permit, in addition to residences, agricultural uses including farm stands; senior-citizen shared dwellings; public libraries and municipal buildings; parks and recreation; and public utilities where no office, repair or storage facilities are maintained. Private and parochial schools are permitted via special permit.

The **"M" Medium Density Residential District** permits single-family homes on 11,250 square foot lots (a little over a quarter-acre). This district is primarily mapped over the historic "Levittown" development that forms the residential heart of Islandia and is located in the triangle formed by Veterans Memorial Highway, Nichols Road, and the LIE. Both the "L" and "M" districts have a Floor Area Ratio (FAR) limit of 0.25, meaning that the total floor area of a house can only be a quarter of the total lot area. For example, the smallest lot permissible in the "M" district, 11,250 square feet, could only accommodate a home of about 2,800 square feet.

The **"MF" Multifamily Residential District** is the only district in the Village permitting attached (townhouse) dwellings and apartment buildings. The district also permits single-family dwellings on small lots a minimum of 7,500 acres in size, and two-family homes on lots 15,000 acres in size. The minimum lot size for townhomes and apartment buildings is 40,000 square feet, and such buildings are limited to two stories in height and an FAR of 0.30. In addition, the "MF" district mandates a minimum of 7,260 square feet of lot area per multiple dwelling unit, resulting in a theoretical maximum yield of six units per acre.

### Retail Districts: "NR," "HC," and "CR"

The Village has three district primarily oriented towards promoting appropriate retail development.

The **"NR" Neighborhood Retail District** is intended to accommodate the development of small freestanding retail and service establishments in locations convenient to Islandia's residential areas. The district permits a wide variety of retail establishments except restaurants, banks with drive through windows, and any operations requiring outside service or display. This district is also the only district in Islandia that allows automobile service stations, and then only via special permit. The minimum lot size in the NR district is 15,000 square feet, and the maximum FAR is 0.35.

The **"HC" Highway Commercial District** is mapped along major thoroughfares, is intended to promote the redevelopment of parcels along highways for professional offices or small retail centers meeting local needs. The minimum lot size requirement is slightly larger, at 20,000 square feet. Spe-

-14-

cial permit uses allowed in the HC district that are not allowed in the NC district include restaurants, banks with drive-through windows, and businesses requiring outdoor service or displays.

The "CR" Community Retail District is designed to accommodate a community shopping center under specific location and design requirements. Only large sites of 25 acres or more can be mapped CR, and this district is only mapped over the existing Islandia Center shopping plaza on Veterans Memorial Highway. The CR district permits similar uses to the other districts, but adds a special permit for "other compatible uses as may be approved after a public hearing by the Board of Trustees," giving the Village broad discretion as to what uses locate in the shopping center area.

## "P" Professional District

The "P" district is intended to permit professional office, either through new construction or the conversion of structures from another use, such as residential. This district is primarily mapped over small parcels with access to a major roadway where the size and configuration of the site, adjacent usage, or existing uses make the site more appropriate for small office rather than retail use. Permitted office tenants include accountants, architects, attorneys, medical and health practitioners, and other similar professions. The P district has a minimum lot size of 20,000 square feet and a maximum FAR of 0.25. In addition to offices, single-family detached dwellings are also permitted.

## Office and Industrial Districts: "O," "OI," "I," and "P"

The "O" Office District is mapped over large portions of the Village located north of the LIE, and also the triangle south of the LIE between Veterans Memorial Highway and Sycamore Lane. The district is intended to promote high quality office development and ancillary services to support such development. Large speculative office developments, as well as the Computer Associates corporate headquarters, are located in the "O" district. The office district has a minimum lot size of 40,000 square feet, and a maximum FAR of 0.35. Buildings are limited to 4 stories in height. While offices and banks are the principal permitted uses in the O district, many other uses are permitted via special permit, including health care-related uses and hotels. Restaurants are not permitted in the O district.

The "OI" Office Industrial District is similar to the "O" district except that it also permits manufacturing and warehousing uses by special permit, and restaurants and broadcasting studios as principal permitted uses. The minimum lots size is also half of that in the O district. The OI district is mapped in areas adjoining the Computer Associates property, as well as the northern frontage of the industrial area south of the LIE and west of Veterans Memorial Highway.

The "I" Industrial District is intended to allow for the development of more intensive industrial development with more permissive design and site standards. The I district permits everything permitted in the O or OI districts save for hotels, and further permits manufacturing and warehouse uses

ISL002767

as-of-right, and businesses involving outdoor storage via special permit. Bulk and height controls are essentially similar to the O and OI districts.

## VACANT LAND INVENTORY

As part of the background studies for the Comprehensive Plan, vacant property available for development was inventoried. Included in the inventory are all undeveloped parcels in private ownership located in zone districts that permit development (i.e. all zone districts other than the "G" district). Properties owned by the County or the Town of Islip are excluded from the inventory, as are properties owned by LIPA and used for utility purposes.

The vacant parcels are grouped together as assemblages, defined as contiguous properties under common ownership. The vacant properties in the inventory range from single lots as small as one-third acres, to assemblages up to 12.7 acres in size. Interestingly, there are some contiguous vacant properties that would otherwise form logical development sites, but are owned by more than one owner. In all likelihood, these properties would be developed at the same time either through one owner selling to the other, both selling to a third party, or through a development partnership.

A summary of vacant property in the Village is provided in **Table 3**: Vacant Developable Property in Islandia. The table is keyed to the numbering shown on **Figure 4**. The table is organized to separate properties located north and south of the LIE. A more detailed discussion of each property is provided below:

### Sites North of the LIE

#### Site 1

Site one consists of a narrow strip of property wedged between a residential neighborhood in the neighboring town of Hauppauge, and Motor Parkway. The single lot is 1.65 acres in size, and is zoned "P" for professional offices. Currently the property acts as a wooded buffer between Motor Parkway and the homes in Hauppauge. The "P" zoning ensures that were this property to be developed, the resulting development would be of low intensity.

#### Site 2

Site 2 is located at the intersection of Motor Parkway and Veterans Memorial Highway. The site is 12.7 acres in size, and has been vacant since the 1995 Master Plan. The site is located at a high point in the village, providing any potential development not only with visibility from the LIE, but good views of the surrounding area. The site is current located in the "O" office zone district, which allows up to 194,000 square feet of office development to occur on the site. Health facilities and hotels are permitted via special permit. All parcels comprising the site are owned by 1770 Motor Parkway LLC.

ISL002768

## Table 3:
### Vacant Parcels in Village of Islandia

| Key | Section | Block | Lot | Area | Location | Owner | Zoning |
|---|---|---|---|---|---|---|---|
| 1 | 6 | 1 | 1 | **1.65** | Motor Pkwy | Royce, Robert C. | P |
| 2 | 1 | 1 | 7 | 1.46 | 0 Motor Pkwy | Motor Pkwy Associates, LLC | O |
| 2 | 1 | 1 | 8 | 0.62 | 1 Motor Pkwy | Motor Pkwy Associates, LLC | O |
| 2 | 1 | 1 | 9 | 1.85 | 2 Motor Pkwy | Motor Pkwy Associates, LLC | O |
| 2 | 1 | 1 | 10 | 8.80 | 3 Motor Pkwy | Motor Pkwy Associates, LLC | O |
|   |   |   |   | *12.73* |   |   |   |
| 3 | 7 | 1 | 1 | **1.18** | Veterans Hwy | Rumford A L P | O |
| 4 | 3 | 2 | 1 | 1.26 | 0 Motor Pkwy | Computer Associates International Inc. | O |
| 4 | 3 | 2 | 2 | 0.26 | 1 Motor Pkwy | Computer Associates International Inc. | O |
| 4 | 3 | 2 | 3 | 0.24 | 2 Motor Pkwy | Computer Associates International Inc. | O |
| 4 | 3 | 2 | 4.1 | 0.28 | 3 Motor Pkwy | Computer Associates International Inc. | O |
| 4 | 3 | 2 | 7.3 | 3.26 | Motor Pkwy | Computer Associates International Inc. | OI |
| 4 | 8 | 2 | 14 | 0.91 | Oakwood Ave | Computer Associates International Inc. | O |
| 4 | 8 | 2 | 13 | 0.89 | Oakwood Ave | Computer Associates International Inc. | O |
| 4 | 8 | 2 | 42.1 | 0.37 | Oakwood Ave | Computer Associates International Inc. | O |
| 4 | 8 | 2 | 46.4 | 1.49 | Bedford Ave | Computer Associates International Inc. | OI |
|   |   |   |   | *8.95* |   |   |   |
| 5 | 8 | 2 | 30.3 | 7.38 | Bedford Ave | Computer Associates International Inc. | OI |
| 5 | 8 | 2 | 32 | 0.31 | Raymond Dr. | Computer Associates International Inc. | OI |
| 5 | 8 | 2 | 37.1 | 0.37 | Bedford Ave | Computer Associates International Inc. | OI |
| 5 | 8 | 2 | 33.1 | 0.43 | 580 Raymond Dr. | Computer Associates International Inc. | OI |
| 5 | 8 | 2 | 34 | 0.17 | Lafayette Ave | Computer Associates International Inc. | OI |
|   |   |   |   | *8.67* |   |   |   |
| 6 | 8 | 2 | 49 | 0.22 | 145 Bedford Ave | Computer Associates International Inc. | OI |
| 6 | 8 | 2 | 50 | 0.45 | De Kalb Ave | Computer Associates International Inc. | OI |
| 6 | 8 | 2 | 51 | 0.45 | Raymond Dr. | Computer Associates International Inc. | OI |
| 6 | 8 | 2 | 52 | 0.28 | 141 Bedford Ave | Computer Associates International Inc. | OI |
|   |   |   |   | *1.40* |   |   |   |
| 7 | 9 | 1 | 10.2 | **2.30** | Raymond Dr. | Keybank National Association | OI |

ISL002769

| | | | Lot | Area | Location | Owner | Zoning |
|---|---|---|---|---|---|---|---|
| 8a | 9 | 1 | 17 | 0.28 | N Spur Dr. | Patrick, Donald G | P |
| 8a | 9 | 1 | 18 | 0.63 | Nichols Rd | Patrick, Donald G | P |
| 8b | 9 | 1 | 19 | *1.07* | Long Island Exp. | Neisloss, S L | P |
| | | | | *1.98* | | | |
| 9 | 4 | 1 | 1 | **3.14** | 1900 Motor Pkwy | Harlequin Associates Inc. | L |
| 10 | 4 | 1 | 10 | **3.09** | 726 Old Nichols Rd. | Harlequin Associates Inc. | MF |
| 11 | 9 | 1 | 43 | **2.79** | Old Nichols Rd. | Exxon Corp. | MF |
| 12 | 9 | 2 | 2 | 0.14 | Old Nichols Rd. | Zanghi, I, Joseph | P |
| 12 | 9 | 2 | 3 | 0.65 | S Connecting Rd. | Zanghi, I, Joseph | P |
| 12 | 9 | 2 | 4 | *0.52* | S Express Dr. | Zanghi, I, Joseph | P |
| | | | | *1.32* | | | |
| 13 | 14 | 1 | 26 | **1.40** | Old Nichols Rd. | Bellas, Michael | P |
| 14 | 14 | 3 | 6 | 1.98 | 180 Johnson Ave. | Sethi Uttam | L |
| 14 | 14 | 4 | 3.2 | *1.39* | Johnson Ave. | Sethi Uttam | L |
| | | | | **3.37** | | | |
| 15 | 17 | 1 | 29 | **0.41** | Veterans Hwy | ANO | — |
| 16a | 17 | 1 | 4 | 1.09 | Sycamore Ave | Hickey, Maria | — |
| 16a | 17 | 1 | 7 | 3.30 | Nichols Rd. | Hickeys Carting Inc | — |
| 16a | 17 | 1 | 6.4 | 2.01 | Sycamore Ave | Hickeys Carting Inc | — |
| 16b | 17 | 1 | 6.5 | *3.17* | Suffolk Ave | Cicorelli Realty Associates | — |
| | | | | 9.57 | | | |
| 17 | 20 | 1 | 3 | **0.95** | Suffolk Ave | Cicorelli , Patrick | — |
| 18 | 12 | 1 | 26 | **0.33** | Bridge Rd. | Graulich, Robert | — |
| 19 | 6 | 1 | 8 | 0.72 | Motor Pkwy | Dandaraia, Vincent | P |

ISL002770

Village of Islandia, Suffolk County, NY



**Land Uses**

Single-Family Residential
Multi-Family Residential
Office/Industrial
Industrial
Office
Professional
Agriculture

Vacant Parcels

**Zones**
- - - - Zoning Boundary
Greenbelt (G)
Agriculture (AG)
Low Density Residence (L)
Medium Density Residence (M)
Highway Commercial (HC)
Community Retail (CR)
Office (O)
Multi-family Residence (MF)
Office/Industry (OI)
Industry (I)

Professional (P)
Neighborhood Retail (NR)

Feet
0    500    1,000

Figure 4: Vacant Developable Property in Islandia

Phillips Preiss Shapiro Associates, Inc.   2003

ISL00277

As a prime development site with excellent roadway access and visibility, the site has been the subject of a number of development proposals since the 1995 plan. A proposal for a four-story office building on the western half the property, with a four-story hotel on the other half, was first floated in 1998. Following the issuance of a Positive Declaration by the Village (the Lead Agency) in 1998, this project went through a SEQRA scoping process and number of revisions between 1998 and 2002. Substantial work on a Draft Environmental Impact Statement (DEIS) for the project was undertaken. The Village also granted a special permit for the hotel use in the summer of 2000, which has since expired. In spite of the amount of time invested in planning and analysis, the development never went forward.

The same developer has recently proposed a luxury high-rise condominium tower on the site, with portions of the site set-aside as open space. The proposal calls for a 14-story tower with 225 units and a signature rooftop restaurant. None of these uses are currently permitted in this district, and the proposed building greatly exceeds existing bulk and height limits.

The 1995 Comprehensive Plan identified this parcel as the most important piece of vacant land in the Village, noting "Because of its high visibility at one of the major gateways into Islandia, and because of its size an proximity to other prestigious office developments in Islandia, the form and character of the development that will occur on this property is of great concern to the Village." The same remains true today. The Village has been initially receptive to the idea of a signature residential tower on this site, yet questions remain as to the impact of such as development as compared with an as-zoned development scheme. These impacts, and recommended zoning for the site, are discussed in the Land Use Plan section of the next chapter.

### Site 3

Site 3 is a small, 1.2-acre triangular property located on the corner of Hoffman Lane and Veterans Memorial Highway. The property is located in the "O" office zone district. The site is just barely large enough to accommodate a bank, or a small office building. There are no pending approvals for this site.

### Sites 4, 5 & 6

Sites 4, 5 and 6 all consist of numerous smaller parcels owned by Computer Associates fronting on Motor Parkway and Bedford Road. Site 4 is partially located in the "O" district and partially in the "OI" district; all of sites 5 and 6 are in the "OI" district. No development applications are pending for these sites. It is likely that they are being held in reserve in case additional property is needed for building or parking areas should Computer Associates need to expand; yet, they could also be developed for additional office or light industrial/distribution space as are other parcels on Bedford Road. The total acreage of all three sites combined is 19.02 acres.

ISL002772

### Site 7

Site 7 consists of a single 2.3-acre parcel at the eastern end of Kosciusko Street off of Bedford Road in the "OI" district. This is the sole undeveloped parcel in the area not owned by Computer Associates.

### Site 8 (a & b)

Site 8 is a triangular tract consisting of three small lots, two owned by Donald Patrick (8a) and one owned by S.L. Neisloss (8b). Site 8a as is 0.91 acres in size, and site 8b is 1.07 acres, bringing the total to 1.98 acres. The site is currently located in the "P" professional zone district. The site has direct frontage on the westbound LIE service road, and also adjoins a Suffolk County commuter park-and-ride lot.

### Site 9

Site 9 consists of a single 3.14-acre lot located in the "L" residential zone. The property is trapezoidal in shape and fronts on Motor Parkway. It surrounded by LIPA property and protected, publicly-owned open space. Because of the property's shallowness, subdivision would be difficult, although it has a theoretical lot yield of about five to six lots. Site 9 has the same owner as Site 10 (below).

### Site 10

Site 10 is a long and narrow lot fronting on Nichols Road. The lot is zoned "MF" for multifamily residential development, and is 3.09 acres in size. The 1995 plan noted that the property had received approval for a development known as the BJM townhouse project, consisting of 12 units. Construction had not commenced and the approvals expired as of the 1995 plan. Because of the narrowness, this property would be difficult to subdivide for single-family lots, and therefore the multifamily zoning remains appropriate.

### Site 11

Site 11 is an "L" shaped property that fronts on both Old Nichols Road and the westbound LIE service road. The property is currently located in the "MF" district. The property is 2.79 acres in size. As of the 1995 plan, the property was owned by F.E.S. Realty, but has since been acquired by Exxon, who also own the adjacent property which fills out the "L" and creates a more rectangular site. The adjacent property is currently occupied by a vacant gas station. Redevelopment of the gas station site would be better facilitated by rezoning Site 11 from its current multifamily designation to the same commercial designation as the gas station site. However, that site is currently in the "NC" district which permits gas stations—if the Village wishes to prevent the development of a much larger gas station, it may wish to consider an alternative commercial district such as "HC."

ISL002773

## Sites South of the LIE

### Site 12

Site 12 consists of three small lots sandwiched between the eastbound LIE service road and South Connecting Street. The site total 1.32 acres in size and is zoned "P" for professional offices. No approvals are pending for this site.

### Site 13

Site 13 is a single "L" shaped lot, 1.4 acres in size, and also located in the "P" professional office district. The site has frontage on Old Nichols Road, and adjoins property owned by the Village of Islandia and part of the LIE right-of-way. No approvals are pending for this site.

### Site 14

Site 14 consists of two lots south of Johnson Road and east of Sampson Avenue. The lots front on a private roadway, are located in the "L" residential district, and total 3.37 acres. These two properties are also located in the Connetquot River headwaters—notwithstanding the underlying zoning, the New York State Department of Environmental Conservation will not permit their subdivision into lots smaller than one acre. Since both lots are just under two acres in size, they could only be subdivided if a waiver was granted by DEC.

### Site 15

Site 15 is a small parcel of less than half an acre and accessible only by a paper street: Pine Boulevard. The property is zoned "I" and is located in the industrial area between East Suffolk Avenue and the LIRR tracks. Because of its small size and lack of access, development of this parcel is unlikely unless part of a larger assemblage involving neighboring properties.

### Site 16 (a & b)

Site 16 consists of four parcels located between East Suffolk Avenue and Sycamore Avenue. Three of the parcels are owned by a single owner—Hickey Carting—and total 6.4 acres. A fourth parcel is located on Patco Court, and is 3.17 acres. All four parcels are located in the "I" industrial district. The odd configuration of the parcels makes an efficient site plan for the Hickey properties difficult to achieve without consolidation with the parcel on Patco Court.

### Site 17

Site 17 consists of a small, triangular parcel located at the intersection of Suffolk Avenue and East Suffolk Avenue. The parcel is just under an acre, and is located in the "I" industrial district.

ISL002774

### Site 18

Site 18 is a small parcel of about one-third of an acre, located in the very southern tip of Islandia's main industrial area in the "I" district. The small size of the parcel makes it unsuitable for development unless consolidated with a neighboring property.

### Site 19

Site 19, like Site 1, is a narrow strip of property wedged between Motor Parkway and residential development in the neighboring town of Hauppauge. The parcel 0.72 acres, and is zoned "P" for professional offices. The site is currently wooded, and no development applications are pending.

## 2.3  POPULATION AND HOUSING

### INTRODUCTION

Since the adoption of the 1995 Comprehensive Plan, new population and housing data has been released by the U.S. Census Bureau summarizing the results of the 2000 Census. Using this data, all of the demographic, socio-economic and housing data tables from the prior plan have been updated as part of this plan. Data from both 1990 and 2000 are compared to illustrate trends in population and housing characteristics.

### POPULATION

The population of the Village of Islandia increased by ten percent from 1990 to 2000, from 2,769 to 3,057 (**Table 4**). While the population increase somewhat slowed down compared to the previous decade, the population of Islandia still increased at a higher rate than that of the Town of Islip and Suffolk County between 1990 and 2000, which were 7.7 percent and 7.4 percent respectively (**Table 5 and Table 6**). Trends in age distribution of the population in Islandia are the same those observed in Islip and Suffolk County.

There have been increases in the adult population (35 years of age and up) in Islandia as well as in Islip and Suffolk County. While the increase rate of 35 to 55 year old age groups in Islandia was comparable to that of Islip and Suffolk County, the elderly population in Islandia has increased significantly between 1990 and 2000. The 55 to 64 year age group increased by 102.3 percent from 173 to 350, and the population of age 65 and over increased by 97.2 percent from 109 to 215. As shown in **Table 7**, the population of Islandia aged between 1990 and 2000 at a rate almost twice as high as Islip and Suffolk County.

While Islandia is nearly fully-developed, population density of Islandia is less than half that of Islip, as shown in **Table 8**. This can be attributed to the large portion of non-residential land uses in Islandia compared to Islip.

ISL002775

**Table 6:**
**Population Change of Suffolk County by Age, 1990-2000**

| Age Group | 1990 Number | 1990 Percent | 2000 Number | 2000 Percent | Population Change Number | Population Change Percent |
|---|---|---|---|---|---|---|
| Under 5 years | 92,949 | 7.0% | 100,304 | 7.1% | 7,355 | 7.9% |
| 5 to 9 years | 86,417 | 6.5% | 109,690 | 7.7% | 23,273 | 26.9% |
| 10 to 14 years | 89,824 | 6.8% | 103,930 | 7.3% | 14,106 | 15.7% |
| 15 to 19 years | 97,382 | 7.4% | 88,558 | 6.2% | -8,824 | -9.1% |
| 20 to 24 years | 101,752 | 7.7% | 75,665 | 5.3% | -26,087 | -25.6% |
| 25 to 34 years | 227,777 | 17.2% | 191,695 | 13.5% | -36,082 | -15.8% |
| 35 to 44 years | 206,899 | 15.7% | 251,600 | 17.7% | 44,701 | 21.6% |
| 45 to 54 years | 157,104 | 11.9% | 197,593 | 13.9% | 40,489 | 25.8% |
| 55 to 64 years | 120,043 | 9.1% | 132776 | 9.3% | 12,733 | 10.6% |
| 65 and over | 141,717 | 10.7% | 167558 | 11.8% | 25,841 | 18.2% |
| **Total** | **1,321,864** | **100.0%** | **1,419,369** | **100.0%** | **97,505** | **7.4%** |

Source: 1990 and 2000 U.S. Census Bureau

ISL002776

Table 7:
**Median Age of Population in Islandia, Islip and Suffolk County, 1990 – 2000**

|  | 1990 | 2000 | Change |
|---|---|---|---|
| Village of Islandia | 30.4 | 35.5 | 16.8% |
| Town of Islip | 32.1 | 35 | 9.0% |
| Suffolk County | 33.5 | 36.5 | 9.0% |

Source: 1990 and 2000 U.S. Census Bureau

Table 8:
**Population Density of Islandia, Islip and Suffolk County, 2000**

|  | Total Population | Total Square Miles | Persons/ Square Mile |
|---|---|---|---|
| Village of Islandia | 3,057 | 2.16 | 1,415 |
| Town of Islip | 322,612 | 102.94 | 3,134 |
| Suffolk County | 1,419,369 | 911.00 | 1,558 |

Source: 1990 and 2000 U.S. Census Bureau

ISL002777

## INCOME CHARACTERISTICS

Income distribution in Islandia has shifted dramatically in the last ten years. Households in income groups below $50,000 shrunk between 1989 and 1999, with the exception of the income group of $15,000 to $24,999 which remained the same over the same period. In contrast, the number of households with household income of over $50,000 has increased substantially (**Table 9**). The most significant was the income group of $150,000 or more which increased by nearly two and a half times. Households with income of $50,000 to $74,999, $75,000 to $99,999 and $100,000 to $149,999 increased by 14 percent, 57 percent and 93 percent respectively. This trend is not peculiar to Islandia, but the same characteristic is also observed both in the Town of Islip and Suffolk County (**Tables 10 and 11**).

By merely comparing the income distribution, it appears as though Islandia and the surrounding areas have become more affluent than they were ten years ago. However, when the Consumer Price Index (CPI) multiplier is applied to adjust the 1989 figures to 1999 dollars, it becomes clear that most of the shift was due to inflation. Median income in Islandia, as well as in the Town of Islip and Suffolk, has in fact dropped slightly since 1989 (**Table 12**). The decrease of the Village of Islandia's median income was a minimal 0.9 percent, while the median income in the Town of Islip has dropped by 3.3 percent. Village of Islandia still maintains a higher median income ($69,519) than the Town of Islip ($65,359) and Suffolk County ($65,288) in 1999, while the gap has shrunken from approximately 10 to 12 percent in 1989 to about 6 percent in 1999.

## LABOR FORCE CHARACTERISTICS

The over all characteristics of the labor force in Islandia did not change between 1990 and 2000 (**Table 13**). There was a slight increase (2 percent) in the size of the civilian labor force. One of the noticeable changes is in the unemployment rate, which dropped from 4.7 percent in 1990 to a low 2.0 percent in 2000. The increase in the number of persons not in labor force is also an observable change. The number has grown from 25 percent to 29 percent between 1990 and 2000. This can be related to the increasing number of retirement-aged persons in Islandia.

There were also a few changes in the employment of Islandia residents by occupation (**Table 14**). The greatest increase was in construction and maintenance at 42 percent, an increase of 32 workers. Managerial and tech sales increased by 9 percent and 6 percent respectively, while the number of people employed in farming dropped to zero.

ISL002778

### Table 9:
### Household Income in the Village of Islandia, 1989 and 1999

| Income Group | 1989 | | 1999 | | 1989-1999 | |
| --- | --- | --- | --- | --- | --- | --- |
| | Number | Percent | Number | Percent | Change | Percent Change |
| Less than $10,000 | 43 | 4.7% | 41 | 4.1% | -2 | -4.7% |
| $10,000 to $14,999 | 18 | 2.0% | 14 | 1.4% | -4 | -22.2% |
| $15,000 to $24,999 | 52 | 5.7% | 52 | 5.2% | 0 | 0.0% |
| $25,000 to $34,999 | 150 | 16.4% | 54 | 5.4% | -96 | -64.0% |
| $35,000 to $49,999 | 156 | 17.0% | 113 | 11.2% | -43 | -27.6% |
| $50,000 to $74,999 | 277 | 30.2% | 315 | 31.3% | 38 | 13.7% |
| $75,000 to $99,999 | 120 | 13.1% | 188 | 18.7% | 68 | 56.7% |
| $100,000 to $149,999 | 75 | 8.2% | 145 | 14.4% | 70 | 93.3% |
| $150,000 ore more | 25 | 2.7% | 85 | 8.5% | 60 | 240.0% |
| Total | 916 | 100.0% | 1007 | 100.0% | | |

Source: 1990 and 2000 U.S. Census Bureau

### Table 10:
### Household Income in the Town of Islip, 1989 and 1999

| Income Group | 1989 | | 1999 | | 1989-1999 |
| --- | --- | --- | --- | --- | --- |
| | Number | Percent | Number | Percent | Percent Change |
| Less than $10,000 | 4,972 | 5.6% | 4,346 | 4.4% | -12.6% |
| $10,000 to $14,999 | 3,624 | 4.0% | 3,149 | 3.2% | -13.1% |
| $15,000 to $24,999 | 8,020 | 9.0% | 7,016 | 7.1% | -12.5% |
| $25,000 to $34,999 | 10,741 | 12.0% | 7,907 | 8.0% | -26.4% |
| $35,000 to $49,999 | 17,100 | 19.1% | 12,831 | 13.0% | -25.0% |
| $50,000 to $74,999 | 25,363 | 28.3% | 22,581 | 22.8% | -11.0% |
| $75,000 to $99,999 | 11,641 | 13.0% | 17,662 | 17.8% | 51.7% |
| $100,000 to $149,999 | 6,307 | 7.0% | 15,752 | 15.9% | 149.8% |
| $150,000 to $199,999 | 1,799 | 2.0% | 7,729 | 7.8% | 329.6% |
| Total | 89,567 | 100.0% | 98,973 | 100.0% | |

Source: 1990 and 2000 U.S. Census Bureau

ISL002779

Table 11:
### Household Income in Suffolk County, 1989 and 1999

| Income Group | 1989 | | 1999 | | 1989-1999 |
|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Percent Change |
| Less than $10,000 | 28,749 | 6.6% | 21,180 | 4.5% | -1.7% |
| $10,000 to $14,999 | 18,814 | 4.3% | 16,421 | 3.5% | -0.6% |
| $15,000 to $24,999 | 41,191 | 9.5% | 34,146 | 7.3% | -1.6% |
| $25,000 to $34,999 | 48,648 | 11.2% | 37,991 | 8.1% | -2.5% |
| $35,000 to $49,999 | 79,067 | 18.2% | 60,667 | 12.9% | -4.2% |
| $50,000 to $74,999 | 109,389 | 25.2% | 101,668 | 21.7% | -1.8% |
| $75,000 to $99,999 | 52,959 | 12.2% | 77,601 | 16.5% | 5.7% |
| $100,000 to $149,999 | 33,267 | 7.7% | 75,831 | 16.2% | 9.8% |
| $150,000 or more | 12,539 | 2.9% | 44,030 | 9.4% | 7.2% |
| Total | 434,623 | 100.0% | 469,535 | 100.0% | |

Source: 1990 and 2000 U.S. Census Bureau

Table 12:
### Median Income of Islandia, Islip and Suffolk County, 1989 and 1999

| | 1989* | 1999 | Change 1989-1999 |
|---|---|---|---|
| Village of Islandia | $70,182 | $69,519 | -0.9% |
| Town of Islip | $67,460 | $65,359 | -3.1% |
| Suffolk County | $66,003 | $65,288 | -1.1% |

* With CPI adjustment to 1999 dollars

Source: 1990 and 2000 U.S. Census Bureau

ISL002780

## Table 13:
## Labor force Status of Village of Islandia, 1990 and 2000

| | 1990 | | 2000 | | Change 1990-2000 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Persons over 16 years of Age | 2,216 | - | 2,408 | - | 192 | 8.7% |
| Persons in Labor Force | 1,664 | 75.1% | 1,703 | 70.7% | 39 | 2.3% |
| Civilian Labor Force | 1,664 | 100.0% | 1,703 | 100.0% | 39 | 2.3% |
| Employed | 1,585 | 95.3% | 1,669 | 98.0% | 84 | 5.3% |
| Unemployed | 79 | 4.7% | 34 | 2.0% | -45 | -57.0% |
| Armed Forces | 0 | 0% | 0 | 0% | 0 | 0% |
| Not in Labor Force | 552 | 24.9% | 705 | 29.3% | 153 | 27.7% |

Source: 1990 and 2000 U.S. Census Bureau

## Table 14:
## Occupational Status of the Village of Islandia, 1990 and 2000

| Occupation | 1990 | | 2000 | | Change 1990-2000 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Managerial | 473 | 29.8% | 517 | 31.0% | 44 | 9.3% |
| Tech Sales | 583 | 36.8% | 616 | 36.9% | 33 | 5.7% |
| Service | 207 | 13.1% | 215 | 12.9% | 8 | 3.9% |
| Farming | 15 | 0.9% | 0 | 0.0% | -15 | -100.0% |
| Construction, maintenance | 76 | 4.8% | 108 | 6.5% | 32 | 42.1% |
| Production, transportation | 231 | 14.6% | 213 | 12.8% | -18 | -7.8% |
| Total | 1,585 | 100.0% | 1,669 | 100.0% | 84 | 5.3% |

Source: 1990 and 2000 U.S. Census Bureau

ISL002781

## HOUSING CHARACTERISTICS

While the total number of housing units in Islandia increased moderately between 1990 and 2000, only the number of single-family homes increased, while attached and multiple units decreased in number, bringing the percentage of single-family homes up to nearly 90 percent of the total housing units in Islandia. The number of single-family houses increased by 23 percent during this period (**Table 15**). The number of units in buildings with 5 to 9 units in 2000 is less than half of what was in 1990, presenting a sharpest drop among categories of housing units. Multi-family housing units comprise of only twelve percent of the total housing units, a decrease of eight percent from 1990.

Household size in Islandia continued to decline during the 1990 – 2000 period. The household size in Islandia was 3.0 in 2000, compared with 3.4 in 1990, as shown in **Table 17**. This reflects the diminishing, though slightly growing numbers of households with children in the Village.

The number of owner occupied units increased by nearly twenty percent, from 688 in 1990 to 814 in 2000, while renter occupied units increased by less than one percent or one unit (**Table 18**). While the vacancy rate increased during the 1980s, it dropped significantly during the 1990s by more than fifty percent. The vacancy rate in 2000 was two percent, considerably lower than that of the region and the County, which indicates a very tight housing market in Islandia.

Median housing unit value increased by eight percent in the 1990s when not accounting for inflation. However, applying the CPI multiplier[1] to the median housing unit of $148,600 in 1990, the adjusted value would be $199,644 in 2000 dollars, as shown in Table 19. Accounting for inflation, the median housing unit value in 2000 of $160,800 represents an 18 percent *decrease* in reported value over the 1990s. This would appear to indicate that housing became more affordable in the 1990s, a curious finding which would be at odds with the tightening of the housing market, not to mention trends in the metropolitan area.

With regards to rental units, there was a 22 percent increase in the median contract rent between 1990 and 2000. Again, by using the CPI multiplier, the median contract rent of $840 in 1990 would be $1,128 in 2000 dollars. This is higher than the median contract rent in 2000 by approximately ten percent.

---

[1] The CPI multiplier for adjusting 1990 values to 2000 values is 1.

ISL002782

Table 15:

Number of Housing Units per Structure in the Village of Islandia, 1990 and 2000

| Number of Units | 1990 | | 2000 | | Change, 1990-2000 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| 1 Unit | 735 | 79.0% | 901 | 87.4% | 166 | 22.6% |
| 2-4 Units | 60 | 6.5% | 46 | 4.5% | -14 | -23.3% |
| 5-9 Units | 50 | 5.4% | 17 | 1.6% | -33 | -66.0% |
| 10 or more | 75 | 8.1% | 60 | 5.8% | -15 | -20.0% |
| Mobile homes/trailers | 10 | 1.1% | 7 | 0.7% | -3 | -30.0% |
| Total | 930 | 100.0% | 1,031 | 100.0% | 101 | 10.9% |

Source: 1990 and 2000 U.S. Census Bureau

Table 16:

Age of Housing Stock in the Village of Islandia, 2000

| Year of Construction | Number | Percent |
|---|---|---|
| Before 1940 | 35 | 3.4% |
| 1940 - 1959 | 62 | 6.0% |
| 1960 - 1969 | 498 | 48.3% |
| 1970 - 1979 | 164 | 15.9% |
| 1980 - 1989 | 142 | 13.8% |
| 1990 - 1994 | 99 | 9.6% |
| 1995 - 1998 | 21 | 2.0% |
| 1999 - March 2000 | 10 | 1.0% |
| Total | 1,031 | 100.0% |

Source: 1990 and 2000 U.S. Census Bureau

ISL002783

## Table 17:
### Occupied Housing Units and Average Household Size
### in Village of Islandia, 1990 and 2000

|                        | 1990  | 2000  | Change 1990-2000 |
|------------------------|-------|-------|------------------|
| Total Population       | 2,769 | 3,057 | 10.4%            |
| Occupied Housing Units | 880   | 1,007 | 14.4%            |
| Average Household Size | 3.15  | 3.04  | -3.6%            |

Source: 1990 and 2000 U.S. Census Bureau

## Table 18:
### Housing Tenure and Vacancy Rate for the Village of Islandia, 1990 and 2000

|                      | 1990 | | 2000 | | Change 1990-2000 | |
|----------------------|------------------|---------|------------------|---------|------------------|---------|
|                      | Number of Units | Percent | Number of Units | Percent | Number of Units | Percent |
| Owner Occupied Units | 688 | 74.0% | 814 | 79.0% | 126 | 18.3% |
| Renter Occupied Units | 192 | 20.6% | 193 | 18.7% | 1 | 0.5% |
| Vacant Units | 50 | 5.4% | 24 | 2.3% | -26 | -52.0% |
|  |  |  |  |  | 0 |  |
| Total | 930 | 100.0% | 1031 | 100.0% | 101 | 10.9% |

Source: 1990 and 2000 U.S. Census Bureau

## Table 19:
### Median Unit Value and Median Contract Rent in the Village of Islandia,
### 1990 and 2000

|                          | 1990*     | 2000      | Change 1990-2000 |
|--------------------------|-----------|-----------|------------------|
| Median Housing Unit Value | $195,780 | $160,800 | -17.9%           |
| Median Contract Rent     | $1,107    | $1,027    | -7.2%            |

* With CPI adjustment to 1999 dollars

Source: 1990 and 2000 U.S. Census Bureau

ISL002784

## 2.4  TRAFFIC AND TRANSPORTATION

### ROADWAY NETWORK

The roadway network in the Village consists of a number of major arterials, secondary roads, and local roads. Three major roads, the Long Island Expressway (LIE), Veterans Memorial Highway and Nichols Road, intersect with one another, forming a big triangle within the Village. Another major road is Long Island Motor Parkway, which runs east-west along the northern boundary of the Village.

The LIE bisects the Village along an east-west axis. Although the expressway has three lanes in each direction, as well as north and south parallel service roads, it carries a high volume of traffic with an almost chronic congestion problem each day. There are two interchanges that serve the Village; Exits 57 and 58. These exits provide connection to Veterans Highway and Nichols Road respectively.

Veterans Highway is a primary northwest-southeast corridor of the Village. The Highway is a major commercial corridor of the Village, along which most of the commercial/retail uses in the Village are located. It has two lanes in each direction with a wide median as well as wide shoulders near the Islandia Center.

The Motor Parkway, an east-west arterial, serves as the northerly border of Islandia. The parkway is a major access road for a number of office complexes located within the area, Computer Associates being the largest. The parkway has two lanes in each direction and a center turning lane as well as shoulders on both sides near the Computer Associates complex, but narrows down to one lane each as it approaches the residential areas.

The development of roadway network in the Village of Islandia was near completion when the prior Master Plan was prepared, and no major changes or improvements have occurred since then.

### PLANNED ROADWAY IMPROVEMENTS

NYSDOT has completed one of its major transportation projects which was the construction of High Occupancy Vehicle (HOV) lanes on the LIE. The HOV lanes are reserved for cars and vans with two or more passengers, buses and motorcycles, and intended to help alleviate congestion during peak hours. With this project completed, aside from regular maintenance and minor fix-ups, there are no major traffic projects planned for LIE in the near future.

For Veterans Highway, NYSDOT currently has a Long Range Plan, a plan through 2020, which will potentially add a lane in each direction on Veteran Highway, making it three lanes in each direction. However, according to the DOT, it is uncertain at this time whether the plan will be carried out.

ISL002785

## 2.5  UTILITIES AND INFRASTRUCTURE

### ELECTRICITY AND GAS

Electricity in the Village is provided by Long Island Power Authority (LIPA), and gas is provided by KeySpan. Until 1998, the year when LIPA took over LILCO's electric operation and KeySpan Energy Delivery acquired LILCO's gas operation, both electricity and gas were provided by LILCO (Long Island Lighting Company). LIPA has recently celebrated its fifth anniversary of operation on Long Island. It is reported that LIPA has saved Long Island's electricity consumers, both individual and business, more than $2 billion over the five years since it took over Long Island's electricity service. LIPA's new operation has been well accepted, with its rate cuts and the improved service compared to the former provider.

### CABLE AND INTERNET

Cable service is provided by Cablevision. Islandia falls under Cablevision of Long Islandia's Hauppauge Zone. Cablevision also provides broadband access to the internet through their Optimum Online service.

Some municipalities have either implemented, are studying the implementation of, municipally-sponsored Wireless Access Points (WAPs) for the internet, using WiFi technology. Such access points can currently be found in public and quasi-public spaces ranging from airports, to public parks, to some Starbucks coffee shops. WAPs that provide free access can be accessed by anyone within range and equipped with a computer with the proper wireless network card. Others function as Virtual Private Networks (VPNs) and require secure authentication.

Wireless networks are typically implemented by municipalities for one of two reasons: (1) to network together municipal offices (and fire, police, etc.) at a lower cost than a wired network; and (2) as a promotional or economic development tool to attract business. Often, the idea is to promote development in a certain area, such as a downtown.

Islandia lacks the particular public spaces that are well-suited to wireless access, and further, because of its healthy state of economic affairs, doesn't have a pressing need for an additional marketing hook in order to attract business investment. Provision of wireless access to Islandia's households could be opposed by the telephone and cable companies, which may see it as unfair competition. Moreover, the investment is likely to be costly, as the municipality would have to provide the backbone infrastructure to support the WAP. With no way to meter or charge for access, these costs could not be recovered.

On the other hand, an Islandia WAP (or more than one) would be in keeping with the high-tech imprimatur conferred by the presence of Computer Associates, and in face CA might even help offset the cost as a public relations undertaking. Restaurants and other gathering places in Islandia Center could benefit from the additional amenity and publicity a WAP would provide.

ISL002786

With this in mind, careful thought must be given before any decision is made to further pursue the provision of one or more municipal WAPs. The reasons for pursuing such infrastructure must be clearly defined, and a technical and cost analysis would need to be performed.

## SEWER SERVICE

Islandia is not part of any public sewer district with the exception of the area in the north part of Islandia between the Long Island Expressway and the Motor Parkway. Some of the larger developments in this area, including Computer Associates, the Marriott Wind Watch Hotel, Islandia Adult Homes and Parr Industrial Park have been incorporated into a Suffolk County Sewer District with the capacity to treat 400,000 gallons of sewage per day (gpd). Any new development in this area exceeding 600 gallons per day per acre of land would be served by the sewer district. While the plant is presently at capacity, the Windwatch Sewage Treatment Plant, the on-site sewage treatment plant at the Marriott complex, has an agreement with the Suffolk County Department of Health that allows the plant to increase its capacity to 800,000 gpd. Islandia Center also has its own on-site sewage treatment plant.

With regard to residential properties, low density residential units are all utilizing on-site septic systems. For recent developments, only those of low density may utilize on-site septic systems, while hookups to independently-owned small treatment plants are required for others. The recently constructed 28-unit condominium located north of the LIE as well as the Village Town House are both required to upgrade their sewage system to be incorporated into the Sewer District.

## WATER SUPPLY

Water in Islandia is provided by the Suffolk County Water Authority. The Village is served by three well fields: the Liberty well field; the well field at Schley and Old Nichols Road; and the well field on Oval Drive. The conditions have not change since the last Master Plan was adopted, and the well fields have sufficient capacity to meet existing and future water needs.

## SOLID WASTE

In Islandia, solid waste collection and recycling are provided by private contractors. Until 1995, solid waste collection services were provided by the contractors retained by the Town of Islip on behalf of the Village of Islandia. Since the last contract expired in 1995, the Village has contracted with a private solid waste management company known as Brothers Waste Services. The company provides waste collection service to all residential properties with the exception of condominiums, who contract directly with private contractors. Commercial developments also contract directly with private contractors.

ISL002787

## 2.6   COMMUNITY FACILITIES

### POLICE SERVICES

The police services in the Village are provided by the Suffolk County Police Department Fourth Precinct located at 345 Old Willets Path in Hauppauge. There has been no major change in the operations of the police. The number of patrol cars has not changed from seventeen (17) since 1994. According to the Police Department, there has been no major problems or issues observed in the Village.

### FIRE PROTECTION

The Village is served by three fire districts: the Hauppauge Fire District, the Central Islip Fire District and the Lakeland Fire District.  The Hauppauge Fire District has six (6) fire engines, a ladder truck and a heavy rescue, and total of 150 volunteer firemen. The Central Islip Fire District has five (5) fire engines, a ladder truck, two (2) heavy rescues, two (2) vans and two (2) brush trucks.  The Lakeland Fire District owns four (4) fire engines, a ladder truck, a heavy rescue, a brush truck and three (3) ambulances with 115 volunteer firemen.  The department was awarded the prestigious EMS Agency of the Year Award by the Nassau-Suffolk Regional Emergency Medical Services Council in 1993.

While all of the fire districts have strengthened their emergency training programs in response to the events of September 11, 2001, all three districts have reported no existing issues pertaining to the Village of Islandia.

### EMERGENCY AMBULANCE AND HEALTH FACILITIES

Emergency Ambulance service is provided by the Central Islip/Hauppauge Volunteer Ambulance Service (CIHVA).  CIHVA has five (5) ambulances, two (2) first responder vehicles, a van and a Chief's truck. The areas covered by CIHVA besides Islandia include Central Islip, Hauppauge and the Hauppauge Industrial Park in Smithtown. CIHVA is the second busiest ambulance service in Suffolk County.

### SCHOOL DISTRICTS

The Village of Islandia is served by three (3) school districts:  the Hauppauge Union Free School District, the Central Islip Union free school District, and the Connetquot Union Free District.  Since 1994, the enrollments of all three districts have increased overall.

The Hauppauge School District has five schools with nearly 4,000 pupils:  the Bretton Woods Elementary School with an enrollment of 748 pupils; Forrest Brook Elementary School with 447 pupils; Pines Elementary School with 664 pupils; Hauppauge Middle School with 934 pupils; and Hauppauge High School with 1,114 pupils.

ISL002788

The Central Islip School District has a total enrollment of approximately 6,400 pupils:  Andrew T. Morrow elementary School (located in Islandia) with 733 pupils; Central Islip Early Childhood Center with 483 pupils; Charles A. Mulligan Elementary School with 807 pupils; Cordello Avenue Elementary School with 473 pupils; Francis J. O'Neill Elementary School with 575 pupils; Marguerite L. Mulvey Elementary School with 562 pupils; Ralph Reed Junior High School with 1,005 pupils; and Central Islip High school with 1,768 pupils.

There are ten schools within the Connetquot School District with a total enrollment of approximately 7,000 pupils.  The schools are:  Cherokee Street Elementary School; Edith L. Slocum Elementary School; Edward J. Bosti Elementary School; Helen B. Duffield Elementary School; Idle Hour Elementary School; John Pearl Elementary School; Sycamore Avenue Elementary School; Oakdale-Bohemia Junior High School; Ronkonkoma Junior High School; and Connetquot High School.

## LIBRARY DISTRICTS

The Village of Islandia falls under three library districts:  the Connetquot Library District; the Central Islip Library District; and the Hauppauge Library District.  The Connetquot Public Library is located in Bohemia, and has 300,000 volumes.  The Central Islip Library is located in Central Islip on Hawthorne Avenue, and has 121,000 volumes in circulation.

The Hauppauge Library District is the Islip portion of the Hauppauge School District, and includes just two blocks within Islandia.  The Library District did not have a library until summer 2002 when the new Hauppauge Public Library opened on Veterans Memorial Highway in Hauppauge.  The library has greatly expanded the collection, and currently has 30,000 items in circulation.

Some of the residents in good borrowing standing are also entitled to use other libraries in Suffolk County under the Direct Access system.  The system allows the patron to check out limited items, depending on each library's policy, from the libraries in other library districts.

ISL002789

# 3 Plan for the Future

## 3.1 INTRODUCTION

The prior sections have analyzed land use and development trends in the Village of Islandia, as well as trends in population and housing. Coming out of this analysis there have emerged a number of big picture trends:

- From a socio-economic perspective, Islandia remains much as it was in 1995: a community largely comprised of middle class homeowners.
- At the same time, the composition of households has changed. Although the number of families has increased slightly, they comprise a smaller proportion of total households than in 1990, and the population has grown older. The average household size is therefore smaller than it was in 1990, although it is still just over three persons per household.
- The number of "empty nest" and retirement-age persons (i.e. aged 55 and older) has increased dramatically during the 1990s. At the same time, the population in the 15 to 19, 20 to 24, and 25 to 34 year old age brackets shrunk considerably.
- The total number of school-age children (ages 5 to 19) was somewhat higher in 2000 than in 1990, having increased from 569 to 593. A far more dramatic increase was observed in the Town of Islip and Suffolk County, indicating both an influx of families and high rates of family formation.
- Changes in the residential neighborhoods have been slow and incremental. Only a few houses and one townhouse complex have been developed since 1995. From 1990 to 2000, the total number of housing units increased by about a hundred, from 930 to 1,031. All of the increase was due to new single-family construction.
- Under current zoning, only 42 additional residential units could be expected before all residentially-zoned land is fully developed.
- The Village's retail offerings have remained much the same except for the introduction of two "big box" retailers into the Village: Wal-Mart and BJ's Wholesale Club. The Veterans Memorial Highway corridor has also seen additional upgrading, with the construction of a Dave and Busters theme restaurant, and a small new retail buildings south of the shopping plaza. There are no significant parcels left with retail zoning.
- Additions to the Village's office and industrial building inventory have been incremental. The major industrial areas are essentially fully built out. Yet, under current zoning the potential remains for nearly 800,000 additional square feet of office, flex and industrial development.

Based on these findings, the goals and policies statement from the prior Comprehensive Plan has been reexamined and updated. In addition, a major change of land use for one parcel, from office to residential, is proposed.

ISL002790

## 3.2   GOALS AND POLICIES

The 1995 Comprehensive Plan set forth a series goals and policies based upon the constraints and opportunities identified in the plan, and upon the analysis of existing conditions and the results of the community survey conducted as part of the planning process. The goals and policies were meant to be general guidelines for development, rather than hard and absolute controls or regulations for development.

These goals and policies are reproduced here. Each goal from the 1995 Plan is followed by a discussion of the extent to which the goal remains valid, and progress that has been made to further the goal. In addition, new goals have been added where appropriate. These new goals are distinguished by being set in italic type. The goals and policies are listed according to topic and land use.

### PHYSICAL ENVIRONMENT

**Goal.** Regulate land use development in areas of environmental sensitivity, in a manner which will not degrade the water quality of the Connetquot Brook or the underlying groundwater aquifers, and avoid exposing residents to increased levels of noise.

**Policies.** Restrict the density of development in the headwaters of the Connetquot Brook, and areas within the Village's greenbelt preserve. Avoid juxtaposing high-intensity uses whose hours of operation are outside that of the normal working week, and which generate substantial levels of traffic, with existing residential areas of the Village or locating such uses on already congested secondary or local roads used by Village residents.

**Discussion:** This goal remains valid. Much of the land in the headwaters of the Connetquot Brook in Islandia consists of publicly-owned property in the Greenbelt zoning district. There are only two undeveloped parcels located in the headwaters. Both are zoned "L," the Village's lowest-density residential zone.

### SINGLE-FAMILY RESIDENTIAL USES

**Goal.** Maintain the quality of life, stability and character of existing single-family neighborhoods.

**Policy.** Restrict the conversion of single-family homes to two-family homes, and the development of two-family and multifamily homes in single-family zones. Separate the development of non-residential uses from existing single-family homes and provide for buffering and/or transitional uses where they are located in proximity to one another. Avoid placing traffic-generating non-residential uses in such locations where congestion on local or secondary roads which run through single-family residential neighborhoods would be exacerbated.

-40-

ISL002791

**Discussion:** This goal remains valid. The zoning ordinance has helped prevent the conversion of older single-family homes to two family homes. Census data indicates that the number of housing units in buildings with 2 to 4 units actually decreased between 1990 and 2000. Recent single-family development has been consistent with existing neighborhood character.

## MULTIFAMILY RESIDENTIAL USES

**Goal.** Provide for a balanced and diversified housing stock in Islandia to meet the needs of all of its residents.

**Policy.** Permit townhouse, apartment and senior housing at reasonable densities on sites which are appropriate for such use.

**Discussion:** This goal remains valid. Multifamily development has moved forward on one site, in the form of townhouses. Two other multifamily sites remain undeveloped. One of these, located next to the LIE service road, has been determined to be more appropriate for commercial than residential development. For all other areas, this plan proposes to leave the existing multifamily zoning in place.

## RETAIL USES

**Goal.** Maintain the current level of retail development in the Village and provide goods and services which meet the needs of Village residents.

**Policy.** Restrict retail development only to those areas where it currently exists, and at levels which will not create unwanted noise, traffic on local or secondary roads, and especially where such uses may impact existing residential areas. Curtail the possibilities for large single-user retail facilities to locate in non-retail designated areas, where they will have a substantial negative impact on the quality of life in the Village. Provide for uses, density and site improvement controls which avoid strip development and instead encourage the redevelopment of deteriorated retail areas for both small office and certain retail uses which serve local community needs.

**Discussion:** This goal remains valid. The zoning ordinance restricted retail to three designated commercial zones, and prohibited retail in the office areas. No undeveloped parcels zoned for retail remain, although there is one vacant gas station located in an "NC" zone on Nichols Road just north of the LIE. The Village also permitted one large-scale retail development to occur in the "O" district—the BJ's on Old Nichols Road.

## OFFICE/INDUSTRIAL USES

**Goal.** Promote high-quality industrial and office development in those areas which have been established for such uses, and in a manner which minimizes the potential negative environmental and

ISL002792

community design impacts. Encourage the redevelopment and improvement of environmental and aesthetic conditions in the older industrial areas, and encourage the re-tenanting of vacant industrial and office buildings.

**Discussion:** This goal remains valid. The major new office developments since the implementation of the prior plan have been the expansion of Computer Associates and the development of a small office building on Shafter Street. The Village is now contemplating reducing office zoning in one location in favor of a new multifamily district.

## OPEN SPACE AND AGRICULTURAL USES

**Goal.** Preserve and protect the greenbelt preserve and agricultural lands in the Village.

**Policy.** Restrict the type and density of land uses permitted in the greenbelt preserve and existing viable farms through appropriate zoning controls, while still permitting private landowners a reasonable use of their property in a manner which is in keeping with the area's environmental conditions and land use character.

**Discussion:** This goal remains valid. Greenbelt and agricultural zoning were adopted as part of the Village's new zoning ordinance. There has been no new development in either of these zone districts.

## ZONING

**Goal.** Make the zoning ordinance more user-friendly, to clarify regulations and to align the zoning controls in conformity with the goals and policies of the comprehensive plan.

**Policy.** Restructure the zoning ordinance along the lines of major land uses which are prevalent in defined areas of the Village. Remove duplicative, redundant and ambiguous portions of the zoning code and provide greater levels of definition with respect to permitted uses and conditions under which special permit or special exception uses should be allowed.

**Discussion:** This policy was fully implemented in 1995 with the adoption of the Village's current zoning ordinance. This ordinance largely followed the Comprehensive Plan recommendations, and represented a complete overhaul of the prior ordinance, inherited from the Town of Islip following incorporation.

## TRAFFIC AND TRANSPORTATION

**Goal.** Ameliorate traffic congestion on secondary roads and local streets as well as intersections of these roads with highways and major arterials.

ISL002793

**Policy.** In determining permitted uses and densities within zoning districts, carefully consider the potential impacts of traffic generated by new developments on vacant parcels in the Village, as well as the potential redevelopment of underutilized parcels. In particular, limit opportunities for new large single-user retail facilities which generate high volumes of traffic generally, and are open on both weekends and in the evenings. In order to mitigate the potential for traffic congestion, to require and implement developer-sponsored roadway improvements and require the implementation of traffic management practices (carpooling, flextime, shuttles to park-and-rides and train station, etc.) as part of the condition of approval. Examine the feasibility of extending Bridge Road as a secondary roadway to relieve congestion of Veterans Memorial Highway. Advocate, lobby and monitor the NYSDOT to institute planned roadway improvements with the input of the Village, and for Suffolk County Transit and the LIRR to improve public transportation services.

**Discussion:** This goal remains valid. The Suffolk County commuter park-and-ride lot on Shafter Street was expanded from 100 to 250 parking spaces.

## UTILITIES

**Goal.** Protect groundwater resources and make provision for sewage facilities for new developments and possible redevelopment, in an environmentally-sound manner.

**Policy.** Require the development of drainage retention facilities which include measures to protect groundwater quality. Encourage the expansion of existing sewage treatment plants or the construction of new plants at appropriate locations to enable the remaining vacant parcels of land to be developed.

**Discussion:** Future large-scale development depends on the expansion of sewer capacity for those areas of the Village which are sewered. The costs of such expansion should be born by the developer of the project within the sewer area.

## COMMUNITY FACILITIES

**Goal.** Work with all jurisdictions and agencies responsible for the provision of community facilities in maintaining excellent levels of service for Village residents, and providing locations within the Village for new or expanded facilities should the need arise.

**Policy.** Reserve Village-owned land, land owned by utility companies and other publicly-owned land for the potential development of new community facilities or utilities, and provide for the development of such facilities in the zoning code.

**Discussion:** This goal remains valid.

ISL002794

## 3.3  LAND USE PLAN

The existing Land Use Plan, and the zoning ordinance implementing the plan, have served the Village well and continue to do so. In the eight years that have passed since the adoption of the prior plan, there have been few developments or trends that warrant a major reexamination of land use policy for most areas of the Township. There are, however, two land use changes contemplated for Islandia—one major and one minor—that relate to the appropriate development of two existing vacant property assemblages in the Village.

The first of these is the 12.7-acre site located at the intersection of Motor Parkway and Veterans Memorial Highway. This site is the largest and likely the most valuable undeveloped property in the Village; yet, it has remained vacant since before the 1995 plan. As discussed earlier, various plans involving hotel and office development have been proposed; some even advanced well into the SEQRA process. Yet, a variety of market and planning factors have preventing these proposals from breaking ground. Moreover, the Village is already home to corporate office buildings and two hotels. More such development, while a positive ratable, may not be the best use for the best remaining site from the Village's perspective.

More recently, the possibility of high-rise luxury residential development on the site has been proposed. Such a development would take full advantage of the site's access and views. On an FAR basis, such development would be considerably denser than allowed by current zoning; but as a residential development, its impacts would be of an entirely different character than office or hotel development. Moreover, while an additional office building and hotel would have little impact on the Village's character or image, a high-rise residential tower would clearly be a high profile project for the area, and would have significant impacts on the Village's image.

Based on interest expressed by the Village in the residential concept, this Comprehensive Plan update has examined the appropriateness of this proposal from a planning and environmental impact point of view. While some impacts of the residential proposal are larger than those that would occur under the existing zoning (such as water consumption and wastewater generation), the project has four potential advantages: (1) it generates a similar amount of traffic as would an office/hotel project, but with the majority of trips in the opposite direction, thereby lessening impacts; (2) less site area would be covered with impervious surfaces; (3) a significant portion of the site could be reserved as open space; and (4) the residential tower would be a more significant addition to the Village's ratable base. The benefits and impacts of allowing a residential tower on the site are discussed in greater detail below.

The second proposed land use change examined as part of the Comprehensive Plan update process concerns Site 11, the "L"-shaped parcel located between Nichols Road and the LIE service road. This parcel is currently zoned multifamily; yet, it sits next to a major highway and adjoins a vacant

-44-

gas station, making a potential commercial assemblage. Both parcels are owned by entities associ-ated with the Exxon Corporation, which has floated plans for a large convenience store on the site.

While commercial zoning is in many ways more appropriate for this location than multifamily, neither another gas station nor a large convenience store would be an asset to the Village, and in fact both would tend to generate a large volume of in-and-out traffic. Rezoning both parcels to "P" Professional Office would prevent the development of both the gas station and the convenience store, while allow-ing low-intensity, low-traffic generating development at this site adjacent to the LIE. Therefore, this plan recommends that both Site 11 and the adjacent abandoned gas station parcel be rezoned "P."

## PROPOSED MF-18 DISTRICT

The major land use change recommended in the Comprehensive Plan Update is the implementation of the MF-18 Overlay District over the 12.7-acre site on Motor Parkway and Veterans Memorial Highway, as shown on Figure 5. This new overlay district would provide a new development option within the "O" district for sites which are greater than 12 acres in size with frontage on Veterans Me-morial Highway or Motor Parkway (State Route 454 and County Route 67, respectively). The MF-18 district would permit high-rise multi-family residential development along with ancillary uses to include restaurant/catering facilities and retail/services for the use of the on-site population. The aforemen-tioned site is the only site available for development which meets the zone requirements.

The proposed district is intended to promote the following purposes:

- **To provide housing opportunities for an aging population.** From 1990 to 2000, the number of people aged 55 and older increased by 100 percent in Islandia; over 16 percent in Islip; and nearly 15 percent in Suffolk County. In Islip, this age group increased by over 8,500 people. Clearly, the number of empty-nester and retired households is growing; yet the regional housing stock remains dominated by detached homes built to house families. A condominium develop-ment in Islandia would create a new housing type catering to the needs of those households seeking a high standard of living without the burdens of home and yard care.

- **To enhance and diversify the Village's tax base.** The Village has an unusual ratio of office and industrial development to population. This situation has helped keep the municipal tax rate low, yet there is the sense that more commercial development is neither needed nor necessarily de-sirable. A high-rise residential project would add to the Village's population while also providing a stronger ratable than would an as-zoned development.

- **To create a landmark development on a visible site.** Islandia is primarily known for being the home of Computer Associations. Although it has fine residential neighborhoods, it lacks a distinct identity. A signature residential high rise with rooftop restaurant will be a defining feature of the Village, raising its regional visibility and bolstering its image.

ISL002796



Village of Islandia, Suffolk County, NY

| G | Greenbelt (G) |
| AG | Agriculture (Ag) |
| L | Low Density Residence (L) |
| M | Medium Density Residence (M) |
| MF-18 | High Density Residence (MF-18) |
| HC | Highway Commercial (CR) |
| O | Office (O) |
| MF | Multi-Family Residence (MF) |
| OI | Office/Industry (OI) |
| I | Industry (I) |
| ⊠ | Professional (P) |
| ▨ | Neighborhood Retail (NR) |
| ▩ | Note: Proposed rezoning are highlighted |

Figure 5: Proposed Land Use Plan

Phillips Preiss Shapiro Associates, Inc. 2003

Feet
0  500  1,000

ISL002797

- **To expand and enhance the Village's open space resources.** A tower development with structured parking could be accommodated on a portion of the site, leaving the remaining site area as preserved, landscaped open space. This would provide a rare open space amenity along a major roadway in an otherwise densely developed portion of the Village.

The major parameters of the proposed zone would be as follows:

- Permitted uses would be multifamily residential units, restaurant/catering facilities, and retail/services ancillary to the residential units.
- The minimum site area would be 12 acres.
- Frontage on a roadway defined as a major arterial in the Comprehensive Plan Update (i.e. State Route 454 or County Route 67) would be required.
- The maximum permitted residential density would be 18 units per acre, up to a maximum of 225 units.
- The maximum allowed building FAR would 0.85. The amount of commercial space, including the ancillary retail and restaurant, would be capped at 30,000 square feet.
- Building height would be capped at 14 stories or 175 feet.
- A minimum of 40 percent of the site area would be set-aside as landscaped open space. Landscaping plans including standards for tree plantings should be required.

As applied to the 12.66-acre property on Motor Parkway, the above zoning parameters could produce a building of up to 470,000 square feet is size, with 225 units. A minimum of 5.06 acres would be reserved as landscaped open space.

In spite of the greater size of the building allowed under the proposed zoning, the impacts would be similar in magnitude to, although different in character from, the impact of the prior as-zoned proposal. Based on traffic and impact studies prepared by the property owner's consultants, the new project would:

- Generate 99 trips during the AM peak hour and 174 PM peak hour trips, as opposed to 214 and 234 trips respectively for the prior proposal. These trips would primarily be in the opposite direction than for an office development, since commuters would be leaving the site instead of entering it each morning, and vice versa in the evening.
- Increase Islandia's population by about 320 persons, based on multipliers for large condominium buildings from the U.S. Census Public Use Microdata Samples. This represents an 11 percent increase in the Village population.
- Consume about 70,000 gallons of water per day (gpd), as opposed to less than 40,000 gpd for the hotel/office proposal.
- Generate 66,840 gpd of sewage to be treated at an expanded Wind Watch sewer treatment plant, compared with 40,000 gpd for the office/hotel.

ISL002798

- Enrich the municipal coffers by an amount approximately three times higher than the estimated tax payments of the office/hotel proposal, based on the developer's anticipated unit sales prices.
- Cover 54 percent of the site with impervious materials, compared with 60 percent under the office/hotel proposal.

There are other, less tangible impacts associated with the proposed land use. Clearly, a 14-story tower would be a dominating visual element. With the right design, however, the tower could make a positive impression on viewers. Also, the siting of the tower away from any existing residential areas should substantially mitigate impacts on the character of the Islandia's neighborhoods.

## 3.4  PROJECTIONS OF FUTURE GROWTH

Using the vacant land inventory from Chapter 2 of the Comprehensive Plan Update, a build out analysis has been performed for the Village of Islandia under two scenarios: "Existing Zoning" and "Plan." These buildout estimates assume that every undeveloped parcel is the Village is developed to its maximum potential, and do not account for site constraints such as size, shape and topography that would make the theoretical maximum impossible to realize in practice. They therefore represent a "worst case" scenario.

The calculated buildout under the existing zoning is shown in **Table 20**. In spite of the limited amount of land available for development, the table shows that there remains substantial opportunities for additional office and office/industrial development. Much of this consists of the surplus land assembled by Computer Associates. On the other hand, there are only limited opportunities for residential development. Six single family lots could be created on land located in the "L" district, with another 5 resulting if both farms in the "AG" district were to be developed for housing. Land within the "MF" district could produce about 30 townhouse or apartments, bringing the total to 47 potential units.

The impact of the proposed rezoning on the future buildout of the Village is shown in **Table 21**. There are two major impacts from redesignating the Motor Parkway site for residential development. First, the amount of office (and/or hotel) development that could be accommodated in the Village is reduced by nearly 200,000 square feet. Secondly, the amount of residential development is dramatically increased by 225 units, from 47 to 272.

ISL002799

Table 20:
Village of Islandia Future Buildout Analysis: Existing Zoning Scenario

| District | Undeveloped Land Area (Sq.Ft.) | Developable Land Area* (Sq.Ft.) | Minimum Lot Size (Sq.Ft.)/ Effective F.A.R | Buildable Units/ Area (Sq.Ft.) |
|---|---|---|---|---|
| **Residential** | | | | |
| Low Density (L)** | 283,918 | 241,331 | 20,000 | 8 |
| Multi-Family (MF) | 256,146 | 217,724 | 7,260 | 30 |
| Agricultural (AG) | 729,228 | 619,844 | 130,680 | 5 |
| **Total** | **1,269,293** | **1,078,899** | | **43** |
| | | | | |
| **Non-Residential** | | | | |
| Professional (P) | 307,735 | 307,735 | 0.25 | 76,934 |
| Office (O)*** | 789,034 | 789,034 | 0.35 | 276,162 |
| Office/Industrial (OI) | 745,884 | 745,884 | 0.35 | 261,059 |
| Industrial (I) | 490,370 | 490,370 | 0.35 | 171,630 |
| **Total** | **2,333,023** | **2,333,023** | | **785,785** |

* Developable land area in the residential district was reduced by 15% to account for the actual developable area
** About half of this area is in the Connetquot Brook headwaters, and cannot be subdivided, reducing the potential by 4 units.
*** Includes potential hotel development.

Table 21:
Village of Islandia Future Buildout Analysis: Plan Scenario

| District | Undeveloped Land Area (Sq.Ft.) | Developable Land Area* (Sq.Ft.) | Minimum Lot Size (Sq.Ft.)/ Effective F.A.R | Buildable Units/ Area (Sq.Ft.) |
|---|---|---|---|---|
| **Residential** | | | | |
| Low Density (L) | 283,918 | 241,331 | 20,000 | 8 |
| Agricultural (AG) | 729,228 | 619,844 | 130,680 | 5 |
| Multi-Family (MF) | 134,717 | 114,509 | 7,260 | 16 |
| High Density (MF-18) | 554,519 | 471,341 | 2,095 | 225 |
| **TOTAL** | **1,702,382** | **1,447,025** | | **254** |
| | | | | |
| **Non-Residential** | | | | |
| Professional (P) | 462,868 | 462,868 | 0.25 | 115,717 |
| Office (O) | 234,389 | 234,389 | 0.35 | 82,036 |
| Office/Industrial (OI) | 745,884 | 745,884 | 0.35 | 261,059 |
| Industrial (I) | 490,370 | 490,370 | 0.35 | 171,630 |
| **TOTAL** | **1,933,511** | **1,933,511** | | **630,442** |

*Developable land area in the residential district was reduced by 15% to account for the actual developable area

Source: Phillips Preiss Shapiro Associates, Inc.

ISL002800

## 3.5  IMPLEMENTATION

The major recommendation of this plan, the rezoning of the Motor Parkway site to the new MF-18 residential district, will be implemented through a revision of the zoning ordinance. Both the rezoning, and this Comprehensive Plan, are further subject to the State Environmental Quality Review Act (SEQRA) process. Because of the magnitude of the proposed change, both the Comprehensive Plan Update and the zoning change will be extensively analyzed through the preparation of a Generic Environmental Impact Statement (GEIS).

The plan also addresses the potential to create one or more Municipal Wireless Access Points in the Village, which would give anyone with a property equipped computer access to the internet within a certain area. The recommendation is that such an investment on the municipality's part should only follow after (1) a clear purpose for providing wireless access has been articulated; and (2) a study has been done to quantify the costs and benefits of a municipal investment in wireless infrastructure.

ISL002801