# EXHIBIT F

## § 177-71. Intent.

A. The intent of the Office District is to promote the orderly and harmonious development of land for high quality office uses and for service activities which support and add value to such uses in accordance with the objectives and policies of the Comprehensive Plan of the Village of Islandia, to discourage the development of retail or industrial related uses which may detract from the quality of such development or interfere with the functioning of the district and to ensure a high level of design and site development standards. The Village's potential growth is limited by its geographic location, the proximity of highly travelled major arteries, its limited fiscal resources and the limited physical capacity of its infrastructure. The Village intends to prevent excessive traffic on the streets of the Village and to reduce and control off-site traffic circulation.

B. The intent of the Office/Industry District is to continue the orderly mixed-use development consisting of high quality, nonintensive light industrial and warehouse uses along with office development in accordance with appropriate standards of design and site development.

C. The intent of the Industrial District is to allow for the development of more intensive industrial developments according to more permissive design and site development standards, but mindful of the need to protect the Village from adverse environmental impacts and safeguard the public health, safety and general welfare. Included among the specific objectives are the following:

   (1) To provide sufficient space in appropriate locations to meet the needs of the Village's expected future economy for all types of industrial and related activities, with due allowance for the need for the choice of sites.

   (2) To prohibit the development of residential or residentially related uses within the district and to provide adequate separation, transitional land uses and buffering where industrial districts are adjacent to residential districts.

   (3) To ensure industrial development which is free from danger of fire, explosions, toxic and noxious matter, radiation and other hazards and from offensive noise, vibrations, smoke, dust and other particulate matter, odorous matter, heat, humidity, glare and other objectionable influences by permitting such development in areas where this chapter

Case 1-18-01033-cec    Doc 62-28    Filed 10/29/18    Entered 10/29/18 14:19:01

> restricts the emission of such nuisances without regard to the industrial products and process enveloped.

(4) To protect adjacent residential and other areas and to protect the labor force in other establishments engaged in less offensive types of industry and related activities by restricting those activities which involve danger of fire, explosions, toxic and noxious matter, radiation and other hazards or create offensive noise, vibrations, smoke and other particulate matter, odorous matter, heat, humidity, glare and other objectionable influences to those limited areas which are appropriate therefor.

(5) To protect existing industrial districts and neighboring districts from traffic congestion, noise, glare, vibration, odors, air pollution and unsightly views by incorporating sound standards of site development and design by placing limits on the size, location and configuration of site development elements, including buildings, loading, on-site circulation, off-street parking and storage.

(6) To promote the most desirable use of land in accord with a well-considered plan, to promote stability of industry and related development, to strengthen the economic base of the Village, to protect the character of the district and its particular suitability for particular uses and to conserve the value of land and buildings.

## § 177-72. Office and Industrial Districts: Table of Use Regulations.

This table is provided at the end of this chapter.

ZONING

*177 Attachment 5*

**Village of Islandia**
**OFFICE AND INDUSTRIAL DISTRICTS: TABLE OF USE REGULATIONS**
[Amended 8-6-1998 by L.L. No. 9-1998; 9-3-1998 by L.L. No. 10-1998; 4-1-2002 by L.L. No. 2-2002; 3-4-2008 by L.L. No. 1-2008; 10-6-2015 by L.L. No. 4-2015; 10-27-2015 by L.L. No. 6-2015; 11-28-2017 by L.L. No. 3-2017]

In an office or industrial district, no building, structure or premises shall be used or occupied, and no building or part thereof or other structure shall be so erected or altered, except for one of the following purposes:
Uses not listed are hereby prohibited.

| Use Classification | District O | District OI | District I |
|---|---|---|---|
| Offices | P | P | P |
| Broadcasting studio | -- | P | P |
| Health maintenance organization ("HMO") | SP | SP | SP |
| Shared health facility | SP | SP | SP |
| Diagnostic and treatment center | SP | SP | SP |
| Hotels | SP | SP | -- |
| Hotel/gaming facility | -- | P | -- |
| Bank | P | P | P |
| Bank drive-in window service | SP | SP | SP |
| Elementary and secondary schools, colleges, correspondence and vocational schools and other non-degree-granting schools, including those associated with manufacturing or truck driving | -- | -- | SP |
| Manufacturing and warehouse uses not otherwise regulated or prohibited in an industrial district | -- | SP | P |
| Accessory buildings or structures may be erected on the same lot, provided that all requirements of this chapter are met* | SP/P | SP/P | SP/P |
| Assembly and social recreation hall | -- | P | -- |
| Automobile body repair shops and/or automobile paint shops and/or automobile repair shop | -- | -- | P |
| Restaurants and eating and drinking establishments, but not including drive-in order or drive-through restaurants | -- | P | P |
| Businesses which primarily involve the outdoor storage of vehicles, including but not limited to moving vans, private carters, rent-a-car/truck operations and school buses | -- | -- | P |
| Businesses which involve outdoor storage, or outdoor display area, whether a principal or accessory use, except as otherwise provided herein | -- | -- | SP |
| Wholesale distribution station, supply house and wholesale establishment | -- | SP | P |
| Public utility when no repair or storage facilities are maintained | -- | P | P |
| Child day-care center | SP | SP | SP |
| Adult uses | -- | -- | SP(BA) |
| Accessory uses (See § 177-76.)* | SP/P | SP/P | SP/P |
| Indoor sports establishment | -- | -- | -- |
| Hookah and vapor bar or establishment or sale of hookah or vapor equipment or materials | -- | -- | -- |
| Outside storage | -- | -- | -- |
| Sale of marijuana for medical or recreational uses or sale of equipment or materials for the use of marijuana | -- | -- | -- |

*§ 176-76 of the Village Code specifies the uses that are permitted or special exception within the Office and Industrial Zoning Districts.

KEY:
P          Permitted
SP         Special permit from Village Board after public hearing
SP(BA)     Special permit from Board of Appeals
--         Not permitted