| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | **MOTION RETURN DATE AND TIME:**<br>November 28, 2018 at 2:00 p.m. |

In re:

SUFFOLK REGIONAL OFF-TRACK BETTING CORPORATION,

                              Adjusted Debtor

CHAPTER 9
CASE NO. 12-43503-CEC

JENNIFER TOMASINO, KEVIN MONTANO, RICHARD MEYER, APRYL MEYER,

                              Plaintiffs,

v.

INCORPORATED VILLAGE OF ISLANDIA, BOARD OF TRUSTEES OF THE INCORPORATED VILLAGE OF ISLANDIA, DELAWARE NORTH ISLANDIA PROPERTIES, LLC, a/k/a DELAWARE NORTH, and SUFFOLK REGIONAL OFF-TRACK BETTING CORPORATION,

                              Defendants.

Adv. Proc. No. 1-18-01033-CEC

# CERTIFICATE OF SERVICE

      I, CHARLES W. MALCOMB, an attorney, hereby certify that on this 29th day of October, 2018, a true and correct copy of the foregoing *Notice of Motion for Summary Judgment*, *Memorandum of Law in Support of Motion for Summary Judgment*, *Statement of Undisputed Material Facts*, *Declaration of Daniel A. Spitzer (with exhibits)*, *Declaration of Allan M. Dorman (with exhibits)*, and *Declaration of Michael Zaleski (with exhibits)*, were served via ECF upon all parties registered to receive service via ECF in this case.

Dated:   October 29, 2018
           Buffalo, New York

                                                  ___s/ Charles W. Malcomb_____
                                                     Charles W. Malcomb