UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re

                                  Case No. 12-43503-CEC

Suffolk Regional Off-Track Betting Corporation,

                                  Chapter 9

                    Debtor.
------------------------------------------------------------------------X
Jennifer Tomasino, Kevin Montano, Richard Meyer,
and Apryl L. Meyer,

                   Plaintiffs,

-against-                               Adv. Pro. No. 18-1033-CEC

Incorporated Village of Islandia, Board of Trustees
of the Incorporated Village of Islandia, Delaware
North Islandia Properties, LLC aka Delaware North,
and Suffolk Regional Off-Track Betting Corporation,

                   Defendants.
------------------------------------------------------------------------X

### AFFIRMATION OF SERVICE

    I, Sharon L. Weiss, hereby affirm that on December 19, 2018, a copy of the Proposed Findings of Fact and Conclusions of Law was served on the parties named below by first class mail and email:

Anton J. Borovina, Esq.
Law Office of Anton J. Borovina
225 Broadhollow Road, Ste. 303
Melville, NY 11747
ajb@borovinalaw.com

Paul Sabatino II, Esq.
1617 New York Avenue
Huntington Station, NY 11746
paulpsII@aol.com

Christopher F. Graham, Esq.
Sarah H. Morrissey, Esq.
Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, NY 10606
cgraham@eckertseamans.com
smorrissey@eckertseamans.com

Jarrett M. Behar, Esq.
Michael Stanton, Esq.
Sinnreich Kosakoff & Messina LLP
267 Carleton Avenue, Ste. 301
Central Islip, NY 11722
jbehar@skmlaw.net
mstanton@skmlaw.net

Charles W. Malcomb, Esq.
Daniel A. Spitzer, Esq.
Richard L. Weisz, Esq.
Carmine J. Castellano, Esq.
Hodgson Russ LLP
140 Pearl Street
Buffalo, NY 14202
cmalcomb@hodgsonruss.com
dspitzer@hodgsonruss.com
rweisz@hodgsonruss.com
ccastell@hodgsonruss.com

Anthony S. Guardino, Esq.
Patrick T. Collins, Esq.
John C. Stellakis, Esq.
Farrell Fritz, P.C.
100 Motor Parkway, Suite 138
Hauppauge, New York 11788
aguardino@farrellfritz.com
pcollins@farrellfritz.com
jstellakis@farrellfritz.com

Dated: Brooklyn, New York
       December 19, 2018                    *s/Sharon L. Weiss*
                                            Sharon L. Weiss