*Law Office of Anton J. Borovina*
*225 Broadhollow Road, Ste. 303*
*Melville, NY 11747*
*(631) 630-1101*
*Ajb@borovinalaw.com*

December 21, 2018

Chief Judge Carla E. Craig
United States Bankruptcy Court
Conrad B. Duberstein Courthouse
271 Cadman Plaza, Rm. 1595
Brooklyn, NY 11201

Re:  In Re: Suffolk Regional Off-Track Betting Corp. ("Debtor")
     Case No.: 12-43503-CEC
     Tomasino et al. v. Inc. Village of Islandia et al.
     Adv. Proc. 18-1033-CEC

Dear Chief Judge Craig:

Pursuant to Rule 9033(c), Plaintiffs request a three-day extension of time to file objections to the Proposed Findings of Fact and Conclusions of Law ("Proposed Findings") until Monday, January 7, 2019.

Under Fed. R. Civ. Proc. Rule 6(a), the 14-day time prescribed for filing objections falls on January 2, 2019. The Clerk's mailing of the Proposed Findings on December 19, 2018 gave three additional days to file objections pursuant to Fed. R. Civ. Proc. Rule 6(d). Plaintiffs request an additional three days to file objections because of the disruptions associated with the intervening holiday season and the start of the New Year, i.e., until January 7, 2019.

SOTB's counsel has consented to the extension of time. The undersigned has not received any response from Delaware North or the Village Defendants' counsels requesting their consent to this application.

Plaintiffs therefore request that the extension of time to file objections until January 7, 2019 be granted.

Very truly yours,

Anton J. Borovina

*Application Granted*
*Carla E. Craig, USBJ*
*1/3/19*