UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                        :
                                                              :  Chapter 9
SUFFOLK REGIONAL OFF-TRACK                                    :
BETTING CORPORATION,                                          :  Case No.: 12-43503 (CEC)
                                                              :
Adjusted Debtor.                                              :
                                                              :
-------------------------------------------------------------
                                                              :
JENNIFER TOMASINO, KEVIN MONTANO,                             :
RICHARD MEYER and APRYL MEYER,                                :
                                                              :
Plaintiffs,                                                   :
                                                              :  Adv. Proc. No. 18-1033 (CEC)
        -against-                                             :
                                                              :
INCORPORATED VILLAGE OF ISLANDIA,                             :
BOARD OF TRUSTEES OF THE INCORPORATED                         :
VILLAGE OF ISLANDIA, DELAWARE NORTH                           :
ISLANDIA PROPERTIES, LLC a/k/a DELAWARE                       :
NORTH, and SUFFOLK REGIONAL OFF-TRACK                         :
BETTING CORPORATION,                                          :
                                                              :
Defendants.                                                   :
                                                              :
-------------------------------------------------------------x

### DECLARATION OF JARRETT M. BEHAR IN RESPONSE TO PLAINTIFFS' OBJECTIONS TO PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

**JARRETT M. BEHAR**, under penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.  I am a partner with the law firm of Sinnreich Kosakoff & Messina, LLP, attorneys for defendants Incorporated Village of Islandia and the Board of Trustees of the Incorporated Village of Islandia (collectively, the "Village") in this action. I am fully familiar with the facts and circumstances set forth herein.

2. I submit this declaration on behalf of the Village in response to the plaintiff's objections to the proposed findings and fact and conclusions of law of the Bankruptcy Court.

3. The full and complete contents of the Delaware North Islandia Properties Memorandum of Law in Response to Plaintiff's Objections to the Proposed Findings of Fact and Conclusions of Law (the "Delaware North Response") are incorporated herein by specific reference thereto. The Village repeats, reiterates, and re-asserts each and every argument set forth in the Delaware North Response with the same force and effect as if fully set forth herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 21, 2019 in Central Islip, New York.

/s/
Jarrett M. Behar
