**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re

Suffolk Regional Off-Track Betting Corporation            Case No. 12-43503-cec

**Debtor**
-----------------------------------------------------------x

Jennifer Tomasino, Kevin Montano, Richard            Adv. Proc. 18-1033-cec
Meyer, and Apryl L. Meyer

**Plaintiffs**

-vs-

Incorporated Village of Islandia, Board of Trustees
of the Incorporated Village of Islandia, Delaware
North Islandia Properties, LLC aka Delaware
North, and Suffolk Regional Off-Track Betting
Corporation.                                                      **Defendants**
-----------------------------------------------------------x

**TRANSMITTAL OF PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW**

**TO: CLERK UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:**

Transmitted herewith are:
1. Proposed Findings of Fact and Conclusions of Law (doc #100)
2. Affirmation of Service (doc#101)
3. First Motion to Extend Time to File Objection to the Proposed Findings of Fact and Conclusion of Law (doc #102)
4. Order Granting Motion to Extend Time to File Objection to the Proposed Findings of Fact and Conclusion of Law (doc #103)
5. First Objection by Plaintiffs Apryl L. Meyer, Richard Meyer, Kevin Montano, and Jennifer Tomosino (doc #104)
6. Response by Adjusted Debtor and Defendant, Suffolk Regional Off-Track Betting Corporation, to Plaintiff's Objection (doc #105)
7. Corrected Response by Adjusted Debtor and Defendant, Suffolk Regional Off-Track Betting Corporation, to Plaintiff's Objection (doc #106)
8. Response by Delaware North Islandia Properties, LLC to Plaintiff's Objection (doc #107)
9. Response by Incorporated Village of Islandia and Board of Trustees of the Incorporated Village of Islandia to Plaintiff's Objection (doc #108)

submitted to District Court pursuant to 28 U.S.C. Section 157(c)(1) and Bankruptcy Rule 9033.

Date: Brooklyn, New York                              **Robert A. Gavin, Jr.**
      January 22, 2019                            **Clerk of Court**

                                                  By: N. Rogers
                                                      Deputy Clerk